Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
DAVID L. NEALE (SBN 141225)
TODD M. ARNOLD (SBN 221868)
JOHN-PATRICK M. FRITZ (SBN 245240)
ROBERT M. CARRASCO (SBN 334642)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234;
Facsimile: (310) 229-1244
Email: dln@lnbyg.com; jpf@lnbyg.com
tma@lnbyg.com; rmc@lnbyg.com

☒ Proposed Attorneys for Chapter 11 Debtors and Debtors in Possesssion

FOR COURT USE ONLY

FILED & ENTERED

JUL 03 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

In re:
ITTELLA INTERNATIONAL LLC, a California limited liability company

---

In re
ITELLA'S CHEF, LLC, a California limited liability corporation

---

In re:
TATTOOED CHEF, INC., a Delaware Corporation

---

In re:
MYJOJO, INC., a Delaware Corporation

---

In re:
NEW MEXICO FOOD DISTRIBUTORS, INC., a New Mexico Corporation

---

In re:
KARSTEN TORTILLA FACTORY, LLC, a New Mexico limited liability company

---

In re:
BCI ACQUISITION, INC., A DELAWARE CORPORATION

---

LEAD CASE NO.: 2:23-bk-14154-SK

CHAPTER: 11 CASES

JOINTLY ADMINISTERED WITH:

2:23-bk-14159-NB

2:23-bk-14161-NB

2:23-bk-14157-BR

2:23-bk-14156-DS

2:23-bk-14158-SK

2:23-bk-14155-BR

2:23-bk-14160-WB

☐ See attached for additional Case Numbers

| | |
|---|---|
| TTCF-NM HOLDINGS INC., a New Mexico Corporation<br>debtors and debtors-in-possession<br><br>☒ Affects All Debtors<br>☐ Affects<br>☐ Affects<br>☐ Affects<br>☐ Affects<br>☐ Affects<br>☐ See attached for additional Debtors<br><br>Debtor(s) | **ORDER ☒ GRANTING ☐ DENYING MOTION TO APPROVE JOINT ADMINISTRATION OF CASES**<br><br>**[LBR 1015-1, 9013-1(q)]**<br><br>[No Hearing Required] |

On July 2, 2023, a motion was filed requesting approval of joint administration of cases identified in the caption above, with the lead case being *In re Ittella International LLC*, case number 2:23-bk-14154-SK

Having reviewed the motion, IT IS ORDERED THAT:

1. The motion is: ☒ Granted ☐ Denied
2. The Chapter 11 Cases are reassigned to the Hon. Sandra. R. Klein.
3. Promptly upon entry of an order granting a motion to approve joint administration:
   a) Using the mandatory court form, the movant must file a Notice of Joint Administration of Cases and Requirements for Filing Documents (Notice).
   b) To facilitate service of the Notice by NEF to registered CM/ECF users, the Notice must be filed in each case being jointly administered.
   c) The Notice must be served via United States mail on all creditors and interest holders in each case being jointly administered.
   d) To facilitate notice of documents sent by the court via the Bankruptcy Noticing Center, the movant must file in the lead case an amended master mailing list that contains the name and mailing address of all creditors and interest holders from each case being jointly administered.

//

//

//

//

//

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

4. Other:

###

Date: July 3, 2023

Sandra R. Klein
United States Bankruptcy Judge