DAVID L. NEALE (State Bar No. 141225)
TODD M. ARNOLD (State Bar No. 221868)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
ROBERT M. CARRASCO (SBN 334642)
LEVENE, NEAL, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dln@lnbyg.com; tma@lnbyg.com; jpf@lnbyg.com; rmc@lnbyg.com

Proposed Attorneys for Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re: | Lead Case No.: 2:23-bk-14154-SK |
|---|---|
| ☐ ITTELLA INTERNATIONAL LLC, a California limited liability company<br>☐ ITTELLA'S CHEF, LLC, a California limited liability company<br>☒ TATTOOED CHEF, INC., a Delaware corporation<br>☐ MYJOJO, INC., a Delaware corporation<br>☐ NEW MEXICO FOOD DISTRIBUTORS, INC, a New Mexico corporation<br>☐ KARSTEN TORTILLA FACTORY, LLC, a New Mexico limited liability company<br>☐ BCI ACQUISITION, INC., a Delaware corporation<br>☐ TTCF-NM HOLDINGS INC., a New Mexico corporation<br>☐ All Debtors<br><br>Debtors and Debtors-in-Possession. | Jointly administered with Case Nos. 2:23-bk-14159-SK; 2:23-bk-14161-SK; 2:23-bk-14157-SK; 2:23-bk-14158-SK; 2:23-bk-14155-SK; 2:23-bk-14156-SK; and 2:23-bk-14160-SK<br><br>Chapter 11 |

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## TATTOOED CHEF, INC.
## <u>(CASE NO. 2:23-bk-14161-SK)</u>

**Fill in this information to identify the case:**

Debtor name: Tattooed Chef, Inc.

United States Bankruptcy Court for the: Central District of California

Case number: 2:23-bk-14161-SK

☐ **Check if this is an amended filing**

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** | | $0.00 |
| Copy line 88 from Schedule A/B | | |
| 1b. **Total personal property:** | | $289,900,000.00 |
| Copy line 91A from Schedule A/B | | |
| 1c. **Total of all property:** | | $289,900,000.00 |
| Copy line 92 from Schedule A/B | | |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)    $19,000,000.00
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | | |
|---|---|---|
| 3a. **Total claim amounts of priority unsecured claims:** | | $0.00 |
| Copy the total claims from Part 1 from line 5a of Schedule E/F | | |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** | | $34,545,185.39 |
| Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | | |

**4. Total Liabilities**    $53,545,185.39
Lines 2 + 3a + 3b

| Fill in this information to identify the case: | |
|---|---|
| Debtor name: Tattooed Chef, Inc. | |
| United States Bankruptcy Court for the: Central District of California | |
| Case number: 2:23-bk-14161-SK | |

☐ **Check if this is an amended filing**

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1: Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.

☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| **2. Cash on hand** | |
| 2.1 | $0.00 |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
|---|---|---|---|
| 3.1 | | | $0.00 |

**4. Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1 | $0.00 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $0.00

### Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1 |  |
|---|---|
|  | $0.00 |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1 |  |
|---|---|
|  | $0.00 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

$0.00

---

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

| 11a. | 90 days or less: | _____ face amount | − | _____ doubtful or uncollectible accounts | = ........ ➔ | $0.00 |
|---|---|---|---|---|---|---|
| 11b. | Over 90 days old: | _____ face amount | − | _____ doubtful or uncollectible accounts | = ........ ➔ | $0.00 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$0.00

---

### Part 4:    Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| 14.1 |  |  |
|---|---|---|
|  |  | $0.00 |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: |  |  |
|---|---|---|---|
| 15.1 |  |  |  |
| Myjojo, Inc. | 100% | N/A | Undetermined |

Debtor    Tattooed Chef, Inc.
Name

Case number *(if known)* 2:23-bk-14161-SK

| 15.2 | | | | |
|------|------|------|------|------|
| | New Mexico Food Distributors, Inc. | 100% | N/A | Undetermined |
| 15.3 | | | | |
| | Karsten Tortilla Factory, LLC | 100% | N/A | Undetermined |
| 15.4 | | | | |
| | BCI Acquisition, Inc. | 100% | N/A | Undetermined |
| 15.5 | | | | |
| | TTCF-NM Holdings Inc. | 100% | N/A | Undetermined |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1

$0.00

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| Undetermined |
|---|

---

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 | | | | $0.00 |
| **20. Work in progress** | | | | |
| 20.1 | | | | $0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 | | | | $0.00 |
| **22. Other inventory or supplies** | | | | |
| 22.1 | | | | $0.00 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| $0.00 |
|---|

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes          Book value _____          Valuation method _____          Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | $0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | $0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 | | | $0.00 |
| **40. Office fixtures** | | | |
| 40.1 | | | $0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 | | | $0.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | $0.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| | $0.00 |
|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | $0.00 |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____

$0.00

**49. Aircraft and accessories**

49.1 _____

$0.00

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

50.1 _____

$0.00

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 9:   Real Property

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | | | $0.00 |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

$0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 Trademark "Growing + Making Plant Based Foods for People Who Give a Crop" | $0.00 | None | Undetermined |
| 60.2 Trademark "Tattooed Chef" | $0.00 | None | Undetermined |
| **61. Internet domain names and websites** | | | |
| 61.1 | | | $0.00 |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 | | | $0.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 | | | $0.00 |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 instagram @tattooedcheffoods | $0.00 | None | Undetermined |
| 64.2 Linked In @tattooedchef | $0.00 | None | Undetermined |
| **65. Goodwill** | | | |
| 65.1 Goodwill | Undetermined | None | Undetermined |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| Undetermined |
|---|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71. Notes receivable**
Description (include name of obligor)

71.1

| total face amount | - | doubtful or uncollectible amount | = ➜ | $0.00 |

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| 72.1 | Federal Carry Forward | Tax year | 2022 | $187,200,000.00 |
|---|---|---|---|---|
| 72.2 | State Carry Forward | Tax year | 2022 | $102,700,000.00 |

**73. Interests in insurance policies or annuities**

| 73.1 | Hartford Accident and Indemnity Company - General Liability Insurance | Undetermined |
|---|---|---|
| 73.2 | Hartford Accident and Indemnity Company - Employee Benefits Liability Insurance | Undetermined |
| 73.3 | Hartford Fire Insurance Company - Foreign Package Insurance | Undetermined |
| 73.4 | Trumbull Insurance (Hartford) - Auto Liability and Physical Damage Insurance | Undetermined |
| 73.5 | Hartford Casualty Insurance Company - Umbrella Liability Insurance | Undetermined |
| 73.6 | Hartford Accident and Indemnity Company - Property Insurance | Undetermined |
| 73.7 | Liberty Mutual - Ocean Cargo, Transportation and Storage | Undetermined |
| 73.8 | North American Capacity (Swiss Re) - Product Recall Insurance | Undetermined |
| 73.9 | Sentinel Insurance Company (Hartford) - Workers' Compensation Insurance | Undetermined |
| 73.10 | Sentinel Insurance Company (Hartford) - Employers Liability Insurance | Undetermined |
| 73.11 | Ohio BWC - Ohio Workers' Compensation Insurance | Undetermined |
| 73.12 | Washington Department of Labor - Washington Workers' Compensation Insurance | Undetermined |
| 73.13 | Travelers Casualty & Surety - ERISA Bond Insurance | Undetermined |

73.14

Twin City Fire Insurance (Hartford) - Manufacturer's Professional Liability Insurance    Undetermined

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1

$0.00

Nature of Claim

Amount requested

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1

$0.00

Nature of Claim

Amount requested

**76. Trusts, equitable or future interests in property**

76.1

$0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1

$0.00

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$289,900,000.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:    Summary**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $0.00 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $0.00 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $0.00 | |
| **83. Investments.** Copy line 17, Part 4. | Undetermined | |
| **84. Inventory.** Copy line 23, Part 5. | $0.00 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $0.00 | |
| **88. Real property. Copy line 56, Part 9.** | → | $0.00 |
| **89. Intangibles and intellectual property.** Copy line 66, Part 10. | Undetermined | |
| **90. All other assets.** Copy line 78, Part 11. | $289,900,000.00 | |
| **91. Total. Add lines 80 through 90 for each column** | 91a. $289,900,000.00 | 91b. $0.00 |
| **92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92. | | $289,900,000.00 |

**Fill in this information to identify the case:**

Debtor name: Tattooed Chef, Inc.

United States Bankruptcy Court for the: Central District of California

Case number: 2:23-bk-14161-SK

☐ **Check if this is an amended filing**

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

| Part 1: | List Creditors Who Have Claims Secured by Property |
|---|---|

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

| **2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | *Column A* **Amount of Claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|
| 2.1 UMB Bank P.O. BOX 419226 MAILSTOP 1170103D Kansas City, MO 64141-6226 greg.carasik@umb.com **Date debt was incurred?** 9/1/2017 **Last 4 digits of account number** TE01 **Do multiple creditors have an interest in the same property?** ☐ No ☐ Yes. Specify each creditor, including this creditor, and its relative priority. | **Describe debtor's property that is subject to the lien:** All owned Assets **Describe the lien** Senior Secured Term Loan **Is the creditor an insider or related party?** ☑ No ☐ Yes **Is anyone else liable on this claim?** ☐ No ☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H) **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $19,000,000.00 | Undetermined |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                                                                  $19,000,000.00

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1 | | |

| **Fill in this information to identify the case:** |
| --- |
| Debtor name: Tattooed Chef, Inc. |
| United States Bankruptcy Court for the: Central District of California |
| Case number: 2:23-bk-14161-SK |

☐ **Check if this is an amended filing**

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

2.1

Internal Revenue Service
PO Box 7346
Philadelphia PA
19101

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Total claim: $0.00    Priority amount: $0.00

2.2

Securities Exchange Commission
Attn: Bankruptcy Counsel
444 S Flower St Ste 900
Los Angeles CA
90071

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Total claim: $0.00    Priority amount: $0.00

2.3

| | | |
|---|---|---|
| Social Security Administration | As of the petition filing date, the claim is: | $0.00   $0.00 |

Social Security Administration
Attn: Bankruptcy
6401 Security Blvd
Baltimore MD
21235

**As of the petition filing date, the claim is:**   $0.00   $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:**

☐ Yes

11 U.S.C. § 507(a) ( **8** )

These creditors have been added for noticing purposes only

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | **Amount of claim** |
|---|---|

3.1

Ittella International LLC
6305 Alondra Blvd
Paramount, CA 90723

**As of the petition filing date, the claim is:**   $34,545,185.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Intercompany Notes Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.2

J.C. Ford Company
901 Leslie Street
La Habra, CA 90631

**As of the petition filing date, the claim is:**   $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
for noticing purposes only

**Is the claim subject to offset?**

☑ No

☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|--------------------------------------------------|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|---------------------------------------------------------------------------|------------------------------------------|
| 4.1 | Line | |
| | ☐ Not listed. Explain | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. | $34,545,185.39 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $34,545,185.39 |

**Fill in this information to identify the case:**

Debtor name: Tattooed Chef, Inc.

United States Bankruptcy Court for the: Central District of California

Case number: 2:23-bk-14161-SK

☐ **Check if this is an amended filing**

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**Schedule G:** **Executory Contracts and Unexpired Leases**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1 **State what the contract or lease is for and the nature of the debtor's interest** — Employment Agreement<br>**State the term remaining** — Evergreen<br>**List the contract number of any government contract** | Sarah Galletti<br>6305 Alondra Blvd<br>Paramount, CA 90723 |
| 2.2 **State what the contract or lease is for and the nature of the debtor's interest** — Employment Agreement<br>**State the term remaining** — Evergreen<br>**List the contract number of any government contract** | SALVATORE GALLETTI<br>27996 PALOS VERDES DR E<br>RANCHO PALOS VERDES, CA 90275 |
| 2.3 **State what the contract or lease is for and the nature of the debtor's interest** — Employment Agreement<br>**State the term remaining** — Evergreen<br>**List the contract number of any government contract** | STEPHANIE DIECKMANN<br>1002 S AMBRIDGE ST<br>ANAHEIM, CA 92806 |

**Fill in this information to identify the case:**

Debtor name: Tattooed Chef, Inc.

United States Bankruptcy Court for the: Central District of California

Case number: 2:23-bk-14161-SK

☐ **Check if this is an amended filing**

## Official Form 206H

## Schedule H: Codebtors

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G_.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 Ittella International LLC | 6305 Alondra Blvd, Paramount, CA 90723 | UMB Bank | ☑ D ☐ E/F ☐ G |
| 2.2 BCI Acquisition, Inc. | 6305 Alondra Blvd, Paramount, CA 90723 | UMB Bank | ☑ D ☐ E/F ☐ G |
| 2.3 New Mexico Food Distributors, Inc. | 6305 Alondra Blvd, Paramount, CA 90723 | UMB Bank | ☑ D ☐ E/F ☐ G |
| 2.4 Myjojo, Inc. | 6305 Alondra Blvd, Paramount, CA 90723 | UMB Bank | ☑ D ☐ E/F ☐ G |

2.5
Karsten Tortilla Factory, LLC

6305 Alondra Blvd, Paramount, CA 90723

UMB Bank

☑ D
☐ E/F
☐ G

2.6
Ittella's Chef, LLC

6305 Alondra Blvd, Paramount, CA 90723

UMB Bank

☑ D
☐ E/F
☐ G

2.7
TTCF-NM Holdings Inc.

6305 Alondra Blvd, Paramount, CA 90723

UMB Bank

☑ D
☐ E/F
☐ G

**Fill in this information to identify the case:**

Debtor name: Tattooed Chef, Inc.

United States Bankruptcy Court for the: Central District of California

Case number: 2:23-bk-14161-SK

☐ **Check if this is an amended filing**

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a     Other documents filed concurrently herewith
  declaration

I declare under penalty of perjury that the foregoing is true and correct.

07/28/2023

Executed on

_Edward Bidanset_

Signature of individual signing on behalf of debtor
Edward Bidanset

Printed name
Chief Restructuring Officer

Position or relationship to debtor

DAVID L. NEALE (State Bar No. 141225)
TODD M. ARNOLD (State Bar No. 221868)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
ROBERT M. CARRASCO (SBN 334642)
LEVENE, NEAL, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dln@lnbyg.com; tma@lnbyg.com; jpf@lnbyg.com; rmc@lnbyg.com

Proposed Attorneys for Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re: | Lead Case No.: 2:23-bk-14154-SK |
|---|---|
| ☐  ITTELLA INTERNATIONAL LLC, a California limited liability company<br>☐  ITTELLA'S CHEF, LLC, a California limited liability company<br>☒  TATTOOED CHEF, INC., a Delaware corporation<br>☐  MYJOJO, INC., a Delaware corporation<br>☐  NEW MEXICO FOOD DISTRIBUTORS, INC, a New Mexico corporation<br>☐  KARSTEN TORTILLA FACTORY, LLC, a New Mexico limited liability company<br>☐  BCI ACQUISITION, INC., a Delaware corporation<br>☐  TTCF-NM HOLDINGS INC., a New Mexico corporation<br>☐  All Debtors<br><br>           Debtors and Debtors-in-Possession. | Jointly administered with Case Nos. 2:23-bk-14159-SK; 2:23-bk-14161-SK; 2:23-bk-14157-SK; 2:23-bk-14158-SK; 2:23-bk-14155-SK; 2:23-bk-14156-SK; and 2:23-bk-14160-SK<br><br>Chapter 11 |

### STATEMENT OF FINANCIAL AFFAIRS FOR
### TATTOOED CHEF, INC.
### (CASE NO. 2:23-bk-14161-SK)

**Fill in this information to identify the case:**

Debtor name: Tattooed Chef, Inc.

United States Bankruptcy Court for the: Central District of California

Case number: 2:23-bk-14161-SK

☐ **Check if this is an amended filing**

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

**1. Gross revenue from business**

☑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue <br> Check all that apply | Gross revenue <br> (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From | to     Filing Date | ☐ Operating a business <br> ☐ Other | |
| **For prior year:** | From | to | ☐ Operating a business <br> ☐ Other | |
| **For the year before that:** | From | to | ☐ Operating a business <br> ☐ Other | |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source <br> (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From | to     Filing Date | | |
| **For prior year:** | From | to | | |
| **For the year before that:** | From | to | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers - including expense reimbursements - to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1 | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1<br><br>Relationship to debtor | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.
Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1 | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1 | Last 4 digits of account number | | |

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1 **Name** _____ **Case number** _____ | _____ | Name _____ Street _____ City _____ State ____ Zip ____ | ☐ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| 8.1 Custodian's name and address _____ Street _____ City _____ State ____ Zip ____ | Case title _____ Case number _____ Date of order or assignment _____ | Court name and address Name _____ Street _____ City _____ State ____ Zip ____ |

**Part 4:   Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1 Recipient's name _____ Street _____ City _____ State ____ Zip ____ **Recipient's relationship to debtor** _____ | _____ | _____ | _____ |

## Part 5:   Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1 | | | |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1 | | | |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| 12.1 | | | |
| **Trustee** | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property  by sale, trade, or any other means  made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1 | | | |
| Relationship to debtor | | | |

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1 | |
| Street | From _____ to _____ |
| City _____ State ____ Zip ____ | |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

☐ diagnosing or treating injury, deformity, or disease, or

☐ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1 | | |
| Street | | |
| City ____ State ____ Zip ____ | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider | **How are records kept?** Check all that apply: ☐ Electronically  ☐ Paper |

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

☑ No. Go to Part 10.

☐ Yes. Fill in below:

**Name of plan**
Tattooed Chef 401(k) Plan

**Employer identification number of the plan**
54-2135710

Has the plan been terminated?
☐ No
☑ Yes

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 Name _____ Street _____ City _____ State ____ Zip ____ | _____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other _____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 Name _____ Street _____ City _____ State ____ Zip ____ | Address _____ | _____ | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 20.1 Name IRON MOUNTAIN Street 1 FEDERAL ST City BOSTON State MA Zip ____ | MARY CHESLEY Address 6305 ALONDRA BLVD PARAMOUNT, CA 90723 | ACCOUNTING RECORDS | ☐ No ☑ Yes |

**Part 11:** **Property the Debtor Holds or Controls that the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| 21.1 | | | |

**Part 12:** **Details About Environmental Information**

**For the purpose of Part 12, the following definitions apply:**

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders

☑ No.

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| 22.1 <br><br> Case Number | Name <br><br> Street <br><br> City    State    Zip | | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 23.1 <br> Name <br><br> Street <br><br> City    State    Zip | Name <br><br> Street <br><br> City    State    Zip | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **24.1** | | | |
| Name | Name | | |
| Street | Street | | |
| City    State    Zip | City    State    Zip | | |

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **25.1**<br>MYJOJO, INC.<br>6305 ALONDRA BLVD<br>PARAMOUNT, CA 90723 | disregarded entity | EIN    83-3968161<br>**Dates business existed**<br>From          to<br>10/2020      Present |
| **25.2**<br>Karsten Tortilla Factory, LLC<br>6305 Alondra Blvd<br>Paramount, CA 90723 | Food Manufacturer | EIN    47-4703801<br>**Dates business existed**<br>From          to<br>05/2021      Present |
| **25.3**<br>New Mexico Food Distributors, Inc.<br>6305 Alondra Blvd<br>Paramount, CA 90723 | Food Manufacturer | EIN    85-0361301<br>**Dates business existed**<br>From          to<br>05/2021      Present |
| **25.4**<br>TTCF-NM Holdings Inc.<br>6305 Alondra Blvd<br>Paramount, CA 90723 | Food Manufacturer | EIN    88-3162012<br>**Dates business existed**<br>From          to<br>08/2022      Present |
| **25.5**<br>BCI Acquisition, Inc.<br>6305 Alondra Blvd<br>Paramount, CA 90723 | Food Manufacturer | EIN    87-2874344<br>**Dates business existed**<br>From          to<br>12/2021      Present |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service | |
|---|---|---|
| 26a.1 | From | to |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service | |
|---|---|---|
| 26b.1 DELOITTE & TOUCHE PO BOX 844708 DALLAS, TX 75284-4708 | From 1/1/2022 | to 3/31/2023 |
| 26b.2 BDO LLP PO BOX 677973 DALLAS, TX 75267-7973 | From 4/1/2020 | to 12/31/2022 |
| 26b.3 GRANT THORNTON LLP 33562 TREASURY CENTER CHICAGO, IL 60694-3500 | From 4/1/2020 | to Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1 UMB Bank P.O. BOX 419226 MAILSTOP 1170103D Kansas City, MO 64141-6226 greg.carasik@umb.com |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name and Address | Position and nature of any interest | % of interest, if any |
|---|---|---|
| 28.1 BRYAN ROSENBERG<br>2443 MYRTLE AVENUE<br>HERMOSA BEACH, CA 90254 | Director | 0% |
| 28.2 DANIEL WILLIAMSON<br>1 RICKIE LANE<br>LADERA RANCH, CA 92694 | Director | 0.329% |
| 28.3 DAVID BORIS<br>17017 BROOKWOOD DRIVE<br>BOCA RATON, FL 33496 | Director | 0.02% |
| 28.4 EDWARD GELFAND<br>15303 VENTURA BLVD., SUITE 900<br>SHERMAN OAKS, CA 91403 | Director | 0.009% |
| 28.5 GIUSEPPE BARDARI<br>6305 ALONDRA BLVD<br>PARAMOUNT, CA 90723-3750 | President Ittella Italy | 1.936% |
| 28.6 JENNIFER FELLNER<br>3790 HAPPY VALLEY ROAD<br>LAFAYETTE, CA 94549 | Director | 0.009% |
| 28.7 MARIE QUINTERO-JOHNSON<br>3130 FERNCLIFF COMMONS, NE<br>ATLANTA, GA 30324 | Director | 0.006% |
| 28.8 PAULA CIARAMITARO<br>2408 RUE LE CHARLENE<br>PALOS VERDE, CA 90275 | Director | 0.017% |

28.9

RYAN OLOHAN
27 SYLVAN DRIVE
PINE BROOK, NJ 07058

| Director | 0.021% |

28.10

SALVATORE GALLETTI
27996 PALOS VERDES DR E
RANCHO PALOS VERDES, CA 90275

| Chief Executive Officer | 37.558% |

28.11

SARAH GALLETTI
27996 PALOS VERDES DR E
RANCHO PALOS VERDE, CA 90275

| Chief Creative Officer | 0% |

28.12

STEPHANIE DIECKMANN
1002 S AMBRIDGE ST
ANAHEIM, CA 92806

| Chief Financial Officer | 1.0045% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name and Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- |
| 29.1 THOMAS MATTHEW WILLIAMS 527 21ST ST HUNTINGTON BEACH, CA 92648-3304 | Former Chief Growth Officer | From 7/8/2020    to 2/27/2023 |
| 29.2 GASPARE GUARRASI 3628 OCEAN BLVD CORONA DEL MAR, CA 92625 | Former Chief Operating Officer | From 11/30/2021    to 2/6/2023 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |
| 30.1 See SOFA 4 | | | |

| Relationship To Debtor |
| --- |
| |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| 31.1 | EIN |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| 32.1 | EIN |

**Fill in this information to identify the case:**

Debtor name: Tattooed Chef, Inc.

United States Bankruptcy Court for the: Central District of California

Case number: 2:23-bk-14161-SK

☐ **Check if this is an amended filing**

---

**WARNING** - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
07/28/2023

_Edward Bidanset_

Signature of individual signing on behalf of debtor

Edward Bidanset

Printed name

Chief Restructuring Officer

Position or relationship to debtor

**Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?**

☑ No

☐ Yes

# United States Bankruptcy Court
## Central District of California

In re   **Tattooed Chef Inc**

_____
                        Debtor(s)

Case No.   **2:23-bk-14161-SK**

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **See Attachment** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, Edward J. Bidanset, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 28, 2023**

Signature   _Edward J. Bidanset_
**Edward J. Bidanset,**
**Chief Restructuring Officer**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

| HOLDER | ADDRESS | CITY | ST | ZIP CODE | COUNTRY | APPROXIMATE % |
|--------|---------|------|----|----------|---------|---------------|
| CEDE & CO | 570 WASHINGTON BLVD | JERSEY CITY | NJ | 07310-1617 | US | 55.202196% |
| SALVATORE GALLETTI | 27996 PALOS VERDES DR E | RANCHO PALOS VERDES | CA | 90275 | US | 36.770116% |
| BORIS INVESTMENT TRUST | C/O MARK GOODMAN<br>5192 CLOVER CREEK DRIVE | BOYNTON BEACH | FL | 33437 | US | 2.128187% |
| PIZZO FOOD, SRL | ATTN: GIUSEPPE BARDARI<br>STRADA DELLA CASEINA SNC | 04010 PROSSEDI (LT) | | | IT | 1.793007% |
| PROJECT LILY, LLC | 6305 ALONDRA BLVD | PARAMOUNT | CA | 90723-3750 | US | 0.782124% |
| STEPHANIE DIECKMANN | 1002 S AMBRIDGE ST | ANAHEIM | CA | 92806 | US | 0.597669% |
| WILLIAM HARRISON | 17111 BISCAYNE BLVD, UNIT PH3 | NORTH MIAMI BEACH | FL | 33160 | US | 0.573762% |
| DANIEL WILLIAMSON | 1 RICKIE LN | LADERA RANCH | CA | 92694-1533 | US | 0.316939% |
| GEOFFREY GARTH | 32 57TH PL | LONG BEACH | CA | 90803-4414 | US | 0.298834% |
| GEORGE TSUDIS | 6 WINDEMERE PL | POLAND | OH | 44514-1971 | US | 0.288729% |
| STEPHANIE DIECKMANN | 6305 ALONDRA BLVD | PARAMOUNT | CA | 90723-3750 | US | 0.270942% |
| GRANT GARBERS | 2 CAVAILLON | NEWPORT COAST | CA | 92657-0133 | US | 0.219723% |
| THE NAXOS TRUST | C/O HAMILTON TRUST CO LTD<br>WESSEX HOUSE 5TH FLOOR<br>45 REID STREET | HAMILTON HM 12 | | | BD | 0.182440% |
| ASHLEE WILSON CLARKE | 214 BRAZILIAN AVENUE<br>SUITE 200E | PALM BEACH | FL | 33480 | US | 0.149417% |
| GIUSEPPE BARDARI | 6305 ALONDRA BLVD | PARAMOUNT | CA | 90723-3750 | US | 0.143441% |
| THE NEIL GOLDBERG 1995 IRREVOCABLE TRUST | PO BOX 220 | LIVERPOOL | NY | 13088-0220 | US | 0.075605% |
| JEFFREY NACHBOR & ANN NACHBOR | 5570 WOODSIDE LN | SHOREWOOD | MN | 55331-7941 | US | 0.036831% |
| ROBERT GREEN | 2729 N BAY RD | MIAMI BEACH | FL | 33140 | US | 0.025850% |
| RYAN OLOHAN | 27 SYLVAN DRIVE | PINE BROOK | NJ | 07058 | US | 0.021058% |
| DAVID BORIS | 17017 BROOKWOOD DRIVE | BOCA RATON | FL | 33496 | US | 0.020479% |
| PAULA CIARAMITARO | 2408 RUE LE CHARLENE | RANCHO PALOS VERDE, | CA | 90275 | US | 0.016748% |
| RICHARD KATZMAN | 56 LEONARD ST #24 AW | NEW YORK | NY | 10013 | US | 0.012453% |
| DANIEL WILLIAMSON | 6305 ALONDRA BLVD | PARAMOUNT | CA | 90723-3750 | US | 0.011870% |
| KATZMAN FAMILY TRUST U/A DTD 05/20/2008 | 56 LEONARD ST APT 24AW | NEW YORK | NY | 10013-3295 | US | 0.010170% |
| LIND FAMILY TRUST | 515 VIA SINUOSA | SANTA BARBARA | CA | 93110-2227 | US | 0.009333% |
| JENNIFER FELLNER | 6305 ALONDRA BLVD | PARAMOUNT | CA | 90723-3750 | US | 0.008930% |
| EDWARD GELFAND | 6305 ALONDRA BLVD | PARAMOUNT | CA | 90723-3750 | US | 0.008930% |

| HOLDER | ADDRESS | CITY | ST | ZIP CODE | COUNTRY | APPROXIMATE % |
|---|---|---|---|---|---|---|
| JANE DRAY KATZMAN | 4 EVARTS LN | MADISON | CT | 06443-2565 | US | 0.006084% |
| MARIE D. QUINTERO-JOHNSON | 6305 ALONDRA BLVD | PARAMOUNT | CA | 90723-3750 | US | 0.005899% |
| SALVATORE GALLETTI | 6305 ALONDRA BLVD | PARAMOUNT | CA | 90723-3750 | US | 0.005899% |
| THOMAS MATTHEW WILLIAMS | 527 21ST ST | HUNTINGTON BEACH | CA | 92648-3304 | US | 0.004576% |
| KEVIN O CONNOR | 4116 MORAGA ST | SAN FRANCISCO | CA | 94122-3930 | US | 0.001195% |
| JADEN CHASE EMRICH | W55N188 WOODMERE CT APT.1 | CEDARBURG | WI | 53012 | US | 0.000418% |
| JOSE TORRES | 4492 CAMINO DE LA PLAZA | SAN YSIDRO | CA | 92173-3071 | US | 0.000120% |
| PAUL I ALIKA | 1901 WATERSIDE VILLAGE DR APT | RICHMOND | TX | 77407-6925 | US | 0.000024% |
| CHRIS MUELLER | 449 MARMORA AVE | TAMPA | FL | 33606-3821 | US | 0.000001% |
| | | | | | | 100.000% |

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **David L. Neale 141225**<br>**2818 La Cienega Avenue**<br>**Los Angeles, CA 90034**<br>**(310) 229-1234**<br>California State Bar Number: **141225 CA**<br>dln@lnbyg.com | |

☑ *Attorney for:  Debtor and Debtor in Possession*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Tattooed Chef Inc**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br>Defendant(s). | CASE NO.: **2:23-bk-14161-SK**<br>ADVERSARY NO.:<br>CHAPTER:    **11**<br><br>**CORPORATE OWNERSHIP STATEMENT<br>PURSUANT TO  FRBP 1007(a)(1)<br>and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Edward J. Bidanset** _____ , the undersigned in the above-captioned case, hereby declare
     *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                          **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

          ☑ I am the president or other officer or an authorized agent of the Debtor corporation

          ☐ I am a party to an adversary proceeding

          ☐ I am a party to a contested matter

          ☐ I am the attorney for the Debtor corporation

2.a.    ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

          See Addendum

b.    ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**July 28, 2023**

Date

By: _Edward J. Bidanset_

Signature of Debtor, or attorney for Debtor

Name:   **Edward J. Bidanset,**
**Chief Restructuring Officer**

Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

**F 1007-4.CORP.OWNERSHIP.STMT**

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

CEDE & CO
570 WASHINGTON BLVD
Jersey City, NJ 07310-1617

SALVATORE GALLETTI
27996 PALOS VERDES DR E
Rancho Palos Verdes, CA 90275

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    **F 1007-4.CORP.OWNERSHIP.STMT**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re **Tattooed Chef Inc** _____     Case No. **2:23-bk-14161-SK**

Debtor(s)     Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept     $    **25,000.00**

   Prior to the filing of this statement I have received     $    **25,000.00**

   Balance Due     $    **0.00 [1]**

2. $ **1,738.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtors **[1]**   ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☑ Debtors **[1]**   ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
   **Advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee as they pertain to the Debtor; advising the Debtor with regard to certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors; representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the Debtor is represented in such proceeding or hearing by other special counsel; conducting examinations of witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBYG's expertise or which is beyond LNBYG's staffing capabilities; preparing and assisting the Debtor in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, interim statements and operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of property outside the ordinary course of business; representing the Debtor with regard to obtaining use of debtor in possession financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral; assisting the Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the preparation and approval of a disclosure statement in respect of the plan; and performing any other services which may be appropriate in LNBYG's representation of the Debtor during its bankruptcy case.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Matters which are outside of LNBYG's specialization**

In re    **Tattooed Chef Inc**_____    Case No.   **2:23-bk-14161-SK**_____

_Debtor(s)_

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **July 28, 2023**_____ | /s/ David L. Neale_____ |
| _Date_ | **David L. Neale 141225** |
| | _Signature of Attorney_ |
| | **Levene, Neale, Bender, Yoo & Golubchik L.L.P** |
| | **2818 La Cienega Avenue** |
| | **Los Angeles, CA 90034** |
| | **(310) 229-1234** |
| | **dln@lnbyg.com**_____ |
| | _Name of law firm_ |

---

**[1]** During the one-year period prior to the Petition Date, the following entities, all of which are debtors in possession in jointly administered Chapter 11 cases under lead case number 2:23-bk-14154-SK (collectively, the "Debtors"), paid the total sum of $250,000.00 to Levene, Neale, Bender, Yoo & Golubchik L.L.P ("LNBYG"), which constituted a pre-bankruptcy retainer for legal services in contemplation of and in connection with the Debtors' Chapter 11 cases (collectively, the "Retainer"):

| DEBTOR | CASE |
|---|---|
| ITTELLA INTERNATIONAL LLC, a California limited liability company | 2:23-bk-14154-SK |
| ITTELLA'S CHEF, LLC, a California limited liability company | 2:23-bk-14159-SK |
| TATTOOED CHEF, INC., a Delaware corporation | 2:23-bk-14161-SK |
| MYJOJO, INC., a Delaware corporation | 2:23-bk-14157-SK |
| NEW MEXICO FOOD DISTRIBUTORS, INC., a New Mexico corporation | 2:23-bk-14156-SK |
| KARSTEN TORTILLA FACTORY, LLC, a New Mexico limited liability company | 2:23-bk-14158-SK |
| BCI ACQUISITION, INC., a Delaware corporation | 2:23-bk-14155-SK |
| TTCF-NM HOLDINGS INC., a New Mexico corporation | 2:23-bk-14160-SK |

LNBYG allocated $75,000 of the Retainer to Ittella International LLC, the principal operating company among the Debtors, and allocated $25,000 of the Retainer to each of the other Debtors.  LNBYG was advised by the Debtors that the source of payment of the Retainer was from the Debtors' funds.

Subject to Court approval, LNBYG shall be paid unpaid fees and expenses in excess of the Retainer from the Debtors, the Debtors' estates, or third-party sources.