DAVID L. NEALE (State Bar No. 141225)
TODD M. ARNOLD (State Bar No. 221868)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
ROBERT M. CARRASCO (SBN 334642)
LEVENE, NEAL, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dln@lnbyg.com; tma@lnbyg.com; jpf@lnbyg.com; rmc@lnbyg.com

Proposed Attorneys for Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re: | Lead Case No.: 2:23-bk-14154-SK |
|---|---|
| ☒ ITTELLA INTERNATIONAL LLC, a California limited liability company<br>☐ ITTELLA'S CHEF, LLC, a California limited liability company<br>☐ TATTOOED CHEF, INC., a Delaware corporation<br>☐ MYJOJO, INC., a Delaware corporation<br>☐ NEW MEXICO FOOD DISTRIBUTORS, INC, a New Mexico corporation<br>☐ KARSTEN TORTILLA FACTORY, LLC, a New Mexico limited liability company<br>☐ BCI ACQUISITION, INC., a Delaware corporation<br>☐ TTCF-NM HOLDINGS INC., a New Mexico corporation<br>☐ All Debtors<br><br>        Debtors and Debtors-in-Possession. | Jointly administered with Case Nos. 2:23-bk-14159-SK; 2:23-bk-14161-SK; 2:23-bk-14157-SK; 2:23-bk-14158-SK; 2:23-bk-14155-SK; 2:23-bk-14156-SK; and 2:23-bk-14160-SK<br><br>Chapter 11 |

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## ITTELLA INTERNATIONAL LLC
## (CASE NO. 2:23-bk-14154-SK)

**Fill in this information to identify the case:**

**Debtor name: Ittella International LLC**

**United States Bankruptcy Court for the: Central District of California**

**Case number: 2:23-bk-14154-SK**

☐ **Check if this is an amended filing**

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from Schedule A/B | $0.00

1b. **Total personal property:**
Copy line 91A from Schedule A/B | $158,030,193.61

1c. **Total of all property:**
Copy line 92 from Schedule A/B | $158,030,193.61

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D | $19,000,000.00

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of Schedule E/F | $0.00

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | $39,357,656.89

**4. Total Liabilities**
Lines 2 + 3a + 3b | $58,357,656.89

| Fill in this information to identify the case: |
| --- |
| Debtor name: Ittella International LLC |
| United States Bankruptcy Court for the: Central District of California |
| Case number: 2:23-bk-14154-SK |

☐ **Check if this is an amended filing**

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

| Part 1: | Cash and Cash Equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| **2. Cash on hand** | | | |
| 2.1 | | | $500.00 |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
| 3.1 UMB Bank | Checking Account | 0749 | $40,943.77 |
| 3.2 Bank of America | Checking Account | 0138 | $1,783.32 |
| 3.3 JPMorgan Chase | Operating | 3551 | $245,685.22 |
| 3.4 JPMorgan Chase | Disbursement | 3825 | $0.00 |
| 3.5 JPMorgan Chase | Payroll | 8060 | $0.00 |
| **4. Other cash equivalents** *(Identify all)* | | | |
| 4.1 | | | $0.00 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| $288,912.31 |

| Part 2: | Deposits and prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **7. Deposits, including security deposits and utility deposits**<br>Description, including name of holder of deposit | |
| 7.1    Grateful Egg Lease Security Deposit | $558,120.00 |
| 7.2    6409 Deposit Lease | $6,000.99 |
| 7.3    6409 Security Deposit | $500.06 |
| 7.4    City of Paramount Water | $65.00 |
| 7.5    JEP Mason Lease Deposit | $10,488.00 |
| 7.6    PENSKE Lease Deposit | $4,000.00 |
| 7.7    So Cal Gas Utility Deposit | $3,285.24 |
| 7.8    Edison Utility Deposit | $5,240.00 |
| 7.9    City of Paramount-Water Utility Deposit | $65.00 |
| 7.10    R'Dsouza Lease Security Deposit | $7,629.00 |
| 7.11    City of Paramount-Water Utility Deposit | $65.00 |
| 7.12    6411 Security Deposit | $7,590.84 |
| 7.13    6307 Security Deposit | $3,500.00 |
| 7.14    Jian Liu Security Deposit | $3,500.00 |
| 7.15    Utility Vernon | $1,000.00 |
| 7.16    TPX Utility Deposit | $2,700.00 |

| 7.17 | | |
|---|---|---|
| | MPAC Langen Security Deposit | $4,410.00 |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1 | | |
|---|---|---|
| | See Schedule AB 8 Attachment | $541,099.93 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

$1,159,259.06

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| **11. Accounts receivable** | | | | |
| 11a. 90 days old or less: | $11,417,299.46 | − $1,000,000.00 | = ........ ➔ | $10,417,299.46 |
| | face amount | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | $660,884.41 | − $660,884.41 | = ........ ➔ | $0.00 |
| | face amount | doubtful or uncollectible accounts | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$10,417,299.46

## Part 4:  Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 14.1 | | $0.00 |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                    % of ownership:

| 15.1 | | | | |
|---|---|---|---|---|
| | Ittella's Chef LLC | 100% | N/A | Undetermined |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| 16.1 | | |
|---|---|---|
| | | $0.00 |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| Undetermined |
|---|

---

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

---

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1    See Schedule AB 19 Attachment | | $10,167,788.60 | Net Book Value | $10,167,788.60 |
| **20. Work in progress** | | | | |
| 20.1 | | | | $0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1    See Schedule AB 21 Attachment | | $13,366,099.15 | Net Book Value | $13,366,099.15 |
| **22. Other inventory or supplies** | | | | |
| 22.1 | | | | $0.00 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| $23,533,887.75 |
|---|

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

---

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | $0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | $0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                                      $0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 See Schedule AB 50 | | | $0.00 |
| **40. Office fixtures** | | | |
| 40.1 See Schedule AB 50 | | | $0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 See Schedule AB 50 | | | $0.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | $0.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

$0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | $0.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | $0.00 |
| **49. Aircraft and accessories** | | | |
| 49.1 | | | $0.00 |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 See Exhibit AB 50 | $1,898,075.00 | Appraisal | $1,898,075.00 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$1,898,075.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☑ Yes

| Part 9: | Real Property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.1** 6307 Alondra-Warehouse Space | Leased | $0.00 | Net Book Value | $0.00 |
| **55.2** 6325 Alondra-Cold storage building-Lease of real property including improvements - 6325 Alondra Blv., Paramount CA (approx. 16,608 sq. ft. cold storage building) | Leased | $0.00 | Net Book Value | $0.00 |
| **55.3** 6403 Alondra-Office/warehouse | Leased | $0.00 | Net Book Value | $0.00 |
| **55.4** 6409 Alondra-Office space & dry storage | Leased | $0.00 | Net Book Value | $0.00 |
| **55.5** 6411 Alondra-Office space | Leased | $0.00 | Net Book Value | $0.00 |
| **55.6** 6309 Alondra-Office/warehouse | Leased | $0.00 | Net Book Value | $0.00 |
| **55.7** 2021 52nd Street, Vernon, CA 90058-Distribution, | Leased | $0.00 | Net Book Value | $0.00 |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

$0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 Trademark "Tattooed Chef" | $0.00 | None | Undetermined |
| 60.2 Trademark "Culinarian Librarian" | $0.00 | None | Undetermined |
| 60.3 Trademark "People Who Give A Crop" | $0.00 | None | Undetermined |
| 60.4 Trademark "Growing+Making Plant Based Foods for People who Give a Crop" | $0.00 | None | Undetermined |
| **61. Internet domain names and websites** | | | |
| 61.1 www.tattooedchef.com | $0.00 | None | Undetermined |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 Adobe Acrobat | $0.00 | None | Undetermined |
| 62.2 Adobe Creative Cloud | $0.00 | None | Undetermined |
| 62.3 ADP | $0.00 | None | Undetermined |
| 62.4 BarTender | $0.00 | None | Undetermined |
| 62.5 ConnectWise Automate | $0.00 | None | Undetermined |
| 62.6 ConnectWise Control | $0.00 | None | Undetermined |
| 62.7 CrowdStrike | $0.00 | None | Undetermined |
| 62.8 FreshService | $0.00 | None | Undetermined |
| 62.9 KnowBe4 | $0.00 | None | Undetermined |
| 62.10 Microsoft 365 | $0.00 | None | Undetermined |

62.11
QuickBooks — $0.00 — None — Undetermined

62.12
Sage SEI — $0.00 — None — Undetermined

62.13
Sage X3 — $0.00 — None — Undetermined

62.14
Zix/Appriver — $0.00 — None — Undetermined

**63. Customer lists, mailing lists, or other compilations**

63.1
$0.00

**64. Other intangibles, or intellectual property**

64.1
$0.00

**65. Goodwill**

65.1
Goodwill — Undetermined — None — Undetermined

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| Undetermined |
|---|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71. Notes receivable**
Description (include name of obligor)

71.1
New Mexico Food Distributors I/C Loan — $63,784,877.43 total face amount — Unknown doubtful or uncollectible amount — = ➜ — $63,784,877.43

| 71.2 | BCI Acquisition I/C Loan | $7,154,080.76 total face amount | – | Unknown doubtful or uncollectible amount | = → | $7,154,080.76 |
|---|---|---|---|---|---|---|
| 71.3 | Ittella Italy SRL | $15,051,251.89 total face amount | – | Unknown doubtful or uncollectible amount | = → | $15,051,251.89 |
| 71.4 | Tattooed Chef Inc | $34,545,185.39 total face amount | – | Unknown doubtful or uncollectible amount | = → | $34,545,185.39 |
| 71.5 | TTCF NM Holdings Inc | $197,364.56 total face amount | – | Unknown doubtful or uncollectible amount | = → | $197,364.56 |

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1                                                      Tax year                            $0.00

**73. Interests in insurance policies or annuities**

73.1                                                                                          $0.00

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1                                                                                          $0.00

Nature of Claim

Amount requested

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1                                                                                          $0.00

Nature of Claim

Amount requested

**76. Trusts, equitable or future interests in property**

76.1                                                                                          $0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1                                                                                          $0.00

**78. Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                        $120,732,760.03

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:**   **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $288,912.31 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $1,159,259.06 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $10,417,299.46 | |
| **83. Investments.** Copy line 17, Part 4. | Undetermined | |
| **84. Inventory.** Copy line 23, Part 5. | $23,533,887.75 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $1,898,075.00 | |
| **88. Real property. Copy line 56, Part 9.** | ➜ | $0.00 |
| **89. Intangibles and intellectual property..** Copy line 66, Part 10. | Undetermined | |
| **90. All other assets.** Copy line 78, Part 11. | $120,732,760.03 | |
| **91. Total. Add lines 80 through 90 for each column** | 91a. $158,030,193.61 | 91b. $0.00 |
| **92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92. | | $158,030,193.61 |

## SCHEDULE AB 8 ATTACHMENT

Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| | Description, including name of holder of prepayment | Current Value |
|---|---|---|
| 8.1 | 1WORLDSYNC | $5,242.50 |
| 8.2 | 1WORLDSYNC | $5,242.50 |
| 8.3 | 1WORLDSYNC | $2,038.75 |
| 8.4 | A2LA WORKPLACE TRAINING, INC. | $13,161.97 |
| 8.5 | ALCHEMY SYSTEMS, LP | $14,814.66 |
| 8.6 | AMERICAN EXPRESS | $6,000.00 |
| 8.7 | AMERICAN EXPRESS | $2,750.00 |
| 8.8 | AMEX | $14,547.29 |
| 8.9 | AMEX | $2,795.66 |
| 8.10 | AMEX | $2,285.76 |
| 8.11 | AMEX | $1,047.50 |
| 8.12 | AMEX | $190.81 |
| 8.13 | AMEX | $46.83 |
| 8.14 | AMEX | $16.82 |
| 8.15 | AMEX MEMBERSHIP | $550.00 |
| 8.16 | AMEX MEMBERSHIP | $550.00 |
| 8.17 | AMEX MEMBERSHIP | $550.00 |
| 8.18 | AMEX MEMBERSHIP | $550.00 |
| 8.19 | AMEX MEMBERSHIP | $550.00 |
| 8.20 | AMEX MEMBERSHIP | $550.00 |
| 8.21 | AMEX MEMBERSHIP | $250.00 |
| 8.22 | AMEX MEMBERSHIP | $250.00 |
| 8.23 | AMEX MEMBERSHIP | $250.00 |
| 8.24 | AMEX MEMBERSHIP | $250.00 |
| 8.25 | AMEX MEMBERSHIP | $250.00 |
| 8.26 | AMEX MEMBERSHIP | $250.00 |
| 8.27 | AMEX MEMBERSHIP | $250.00 |
| 8.28 | AMEX MEMBERSHIP | $250.00 |
| 8.29 | AMEX MEMBERSHIP | $250.00 |
| 8.30 | AMEX MEMBERSHIP | $250.00 |
| 8.31 | AMEX MEMBERSHIP | $250.00 |
| 8.32 | AMEX MEMBERSHIP | $250.00 |
| 8.33 | AMEX MEMBERSHIP | $250.00 |
| 8.34 | AMEX MEMBERSHIP | $250.00 |
| 8.35 | AMEX MEMBERSHIP | $250.00 |
| 8.36 | BORDERLAN INC. | $4,250.75 |
| 8.37 | CALCHAMBER | $516.00 |
| 8.38 | CALIFORNIA DEPARTMENT | $838.66 |
| 8.39 | CALIFORNIA DEPARTMENT | $9.00 |
| 8.40 | CALIFORNIA DEPARTMENT OF PUBLIC HEA | $1,389.00 |
| 8.41 | CALIFORNIA DEPARTMENT OF PUBLIC HEA | $983.73 |
| 8.42 | CALIFORNIA DEPARTMENT OF PUBLIC HEA | $123.69 |
| 8.43 | CITY OF PARAMOUNT | $204.31 |
| 8.44 | CITY OF VERNON | $5,798.97 |
| 8.45 | CITY OF VERNON | $647.50 |
| 8.46 | COPPERSMITH LOGISTICS | $1,400.33 |
| 8.47 | COUNTY OF LOS ANGELES | $3,018.00 |
| 8.48 | COUNTY OF LOS ANGELES | $2,707.00 |
| 8.49 | CPA TAX PAYMENTS | $7,397.61 |
| 8.50 | DALLAS COUNTY TAX OFFICE | $5,011.60 |
| 8.51 | DELOITTE & TOUCHE LLP | $1,894.98 |
| 8.52 | DESTINI | $7,764.40 |
| 8.53 | DESTINI | $5,967.99 |
| 8.54 | DIGITAL MEDIA INOVATIONS, LLC | $2,700.00 |

In re: Ittella International LLC

Case No. 23-14154

**SCHEDULE AB 8 ATTACHMENT**

Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| | Description, including name of holder of prepayment | Current Value |
|---|---|---|
| 8.55 | DOCUMENT COMPLIANCE NETWORK | $2,000.00 |
| 8.56 | ERPRECLASS | $52,191.60 |
| 8.57 | ESHA RESEARCH, INC. | $3,748.75 |
| 8.58 | E-TRADE | $11,666.67 |
| 8.59 | FLYCAST PATNERS INC. | $1,761.69 |
| 8.60 | FOODCHAIN ID TECHNICAL SERVICES,  I | $1,732.50 |
| 8.61 | GMS INDUSTRIES, INC | $9,128.70 |
| 8.62 | INFORMA MEDIA / EXPO WEST | $142,260.00 |
| 8.63 | INTRADO DIGITAL MEDIA | $2,400.00 |
| 8.64 | LOS ANGELES COUNTY TAX | $213.27 |
| 8.65 | MIKE JAMEHDOR | $837.32 |
| 8.66 | NASDAQ INC | $49,000.00 |
| 8.67 | NFRA | $2,790.00 |
| 8.68 | NSF - AMEX | $3,925.85 |
| 8.69 | NSF - AMEX | $2,273.85 |
| 8.70 | SAGE SOFTWARE LICENSE | $93,544.00 |
| 8.71 | SMARTSENSE BY DIJI | $300.00 |
| 8.72 | SYNDIGO LLC | $1,583.41 |
| 8.73 | UPKEEP TECHN | $6,440.00 |
| 8.74 | WORKIVA INC | $21,666.64 |
| 8.75 | WRIKE, INC | $1,781.11 |
| | TOTAL: | **$541,099.93** |

In re: Ittella International LLC
Case No. 23-14154              Page 2 of 2

SCHEDULE AB 19 ATTACHMENT
Raw Materials

| | General Description | Date of Last Inventory | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|---|
| 19.1 | "CRUST, VEGAN 10"" CAULIFLOWER | 6/30/2022 | $177.36 | Net Book Value | $177.36 |
| 19.2 | "SPINACH LEAF IQF 1/4"" X 1/4" | 6/30/2022 | $92,449.00 | Net Book Value | $92,449.00 |
| 19.3 | 5" YELLOW WHOLE GRAIN NON GM | 6/30/2022 | $12,462.95 | Net Book Value | $12,462.95 |
| 19.4 | ACAI PUREE 12 %, ORGANIC | 6/30/2022 | $4,735,866.36 | Net Book Value | $4,735,866.36 |
| 19.5 | ALFREDO DRY MIX SAUCE_ 40# BAG | 6/30/2022 | $8,553.82 | Net Book Value | $8,553.82 |
| 19.6 | ALMONDS_ SLICED | 6/30/2022 | $3,293.75 | Net Book Value | $3,293.75 |
| 19.7 | BANANA, ORGANIC SLICED IQF | 6/30/2022 | $53,308.41 | Net Book Value | $53,308.41 |
| 19.8 | BASIL, CHOPPED IQF #10690 | 6/30/2022 | $18,206.05 | Net Book Value | $18,206.05 |
| 19.9 | BASIL, FRESH | 6/30/2022 | $2,790.00 | Net Book Value | $2,790.00 |
| 19.10 | BLACK BEANS IN BRINE, LOW SODI | 6/30/2022 | $5,198.63 | Net Book Value | $5,198.63 |
| 19.11 | BLACK BEANS, FRESH FNM | 6/30/2022 | $9,960.29 | Net Book Value | $9,960.29 |
| 19.12 | BLUEBERRY WILD, ORGANIC GRADE | 6/30/2022 | $131,705.61 | Net Book Value | $131,705.61 |
| 19.13 | BREAKFAST-SOY-FREE CRUMBLES W | 6/30/2022 | $116,063.64 | Net Book Value | $116,063.64 |
| 19.14 | BROCCOLI, IQF SMALL 10/30MM | 6/30/2022 | $661.99 | Net Book Value | $661.99 |
| 19.15 | BROWN RICE NESTS ( ITALY ) | 6/30/2022 | $9,998.28 | Net Book Value | $9,998.28 |
| 19.16 | BUDDHA TAHINI SAUCE NEW FORMUL | 6/30/2022 | $46,612.54 | Net Book Value | $46,612.54 |
| 19.17 | BUFFALO STYLE CHEESE SAUCE, GF | 6/30/2022 | $82,323.78 | Net Book Value | $82,323.78 |
| 19.18 | CABBAGE, RED SHREDDED_ | 6/30/2022 | $1,605.98 | Net Book Value | $1,605.98 |
| 19.19 | CARROTS MATCHSTICK 1/8" X 1/8" | 6/30/2022 | $4,101.82 | Net Book Value | $4,101.82 |
| 19.20 | CAULIFLOWER NUGGETS, SMALL 5/1 | 6/30/2022 | $245,904.67 | Net Book Value | $245,904.67 |
| 19.21 | CAULIFLOWER PENNE | 6/30/2022 | $47,110.85 | Net Book Value | $47,110.85 |
| 19.22 | CAULIFLOWER TOT 0.5 OZ | 6/30/2022 | $1,457.02 | Net Book Value | $1,457.02 |
| 19.23 | CHEESE, CHEDDAR VEGAN GF | 6/30/2022 | $68,694.62 | Net Book Value | $68,694.62 |
| 19.24 | CHEESE, WHOLE MILK MOZZ/FONTIN | 6/30/2022 | $12,454.46 | Net Book Value | $12,454.46 |
| 19.25 | CHICKPEAS | 6/30/2022 | $119,349.69 | Net Book Value | $119,349.69 |
| 19.26 | CHILI POWDER MEDIUM | 6/30/2022 | $9,678.92 | Net Book Value | $9,678.92 |
| 19.27 | CHIPOTLE CHILE POWDER | 6/30/2022 | $915.00 | Net Book Value | $915.00 |
| 19.28 | CHOCOLATE CHUNKS, DAIRY FREE | 6/30/2022 | $21,748.04 | Net Book Value | $21,748.04 |
| 19.29 | CHOPPED GARLIC | 6/30/2022 | $11,009.31 | Net Book Value | $11,009.31 |
| 19.30 | CHOPPED PARSLEY | 6/30/2022 | $27,935.21 | Net Book Value | $27,935.21 |
| 19.31 | CILANTRO IQF CHOPPED CASE PACK | 6/30/2022 | $0.00 | Net Book Value | $0.00 |
| 19.32 | CILANTRO, CHOPPED | 6/30/2022 | $2,406.59 | Net Book Value | $2,406.59 |
| 19.33 | CINNAMON KORINTJI, 50#S PER CA | 6/30/2022 | $401.35 | Net Book Value | $401.35 |
| 19.34 | COCOA POWDER SIENNA 10/12 | 6/30/2022 | $5,263.63 | Net Book Value | $5,263.63 |
| 19.35 | COCONUT AMINO_ | 6/30/2022 | $4,005.75 | Net Book Value | $4,005.75 |
| 19.36 | COCONUT CHIP, ORGANIC | 6/30/2022 | $154,753.33 | Net Book Value | $154,753.33 |
| 19.37 | CORN, IQF FIRE ROASTED ORGANIC | 6/30/2022 | $8,568.03 | Net Book Value | $8,568.03 |
| 19.38 | COTIJA CHEESE POUCH 0.75 OZ FO | 6/30/2022 | $12,168.03 | Net Book Value | $12,168.03 |
| 19.39 | COTIJA CHEESE, GRATED ARIZA | 6/30/2022 | $10,927.26 | Net Book Value | $10,927.26 |
| 19.40 | COTIJA CHEESE, ORGANIC | 6/30/2022 | $9,274.10 | Net Book Value | $9,274.10 |
| 19.41 | CREAM CHEESE, VEGAN GF | 6/30/2022 | $91,245.02 | Net Book Value | $91,245.02 |
| 19.42 | CRUST, CAULIFLOWER GF NO SALT | 6/30/2022 | $19,813.48 | Net Book Value | $19,813.48 |
| 19.43 | CRUST, CAULIFLOWER GLUTEN FREE | 6/30/2022 | $685,296.69 | Net Book Value | $685,296.69 |
| 19.44 | DICED GREEN CHILES 6/10 6 LBS. | 6/30/2022 | $15,541.96 | Net Book Value | $15,541.96 |
| 19.45 | DICED JALAPENO CHILES (4.25# | 6/30/2022 | $1,268.50 | Net Book Value | $1,268.50 |
| 19.46 | DNU - PB BREAKFAST SAUSAGE CRU | 6/30/2022 | $98,112.68 | Net Book Value | $98,112.68 |
| 19.47 | DRAGON FRUIT PUREE CONV. | 6/30/2022 | $15,572.42 | Net Book Value | $15,572.42 |
| 19.48 | EGG, OVER EASY 1.5OZ. PATTY 28 | 6/30/2022 | $26,596.42 | Net Book Value | $26,596.42 |
| 19.49 | EGG, SCRAMBLED CAGE FREE IQF | 6/30/2022 | $206,968.78 | Net Book Value | $206,968.78 |
| 19.50 | Egg-LESS, PB VEGAN SCRAMBL | 6/30/2022 | $39,587.62 | Net Book Value | $39,587.62 |
| 19.51 | EGGS -BLACK BEAN MIX HUEV RNCH | 6/30/2022 | $3,137.45 | Net Book Value | $3,137.45 |
| 19.52 | EXTRA VIRGIN OLIVE OIL 55GAL | 6/30/2022 | $36,366.45 | Net Book Value | $36,366.45 |
| 19.53 | FEATHER SHRED YELLOW CHEDDAR C | 6/30/2022 | $37,984.49 | Net Book Value | $37,984.49 |
| 19.54 | FENNEL SEED | 6/30/2022 | $429.44 | Net Book Value | $429.44 |
| 19.55 | FURIKAKE SEASONING BLEND | 6/30/2022 | $2,707.44 | Net Book Value | $2,707.44 |
| 19.56 | GF ALFREDO SAUCE 4/8 LBS #4010 | 6/30/2022 | $40,296.96 | Net Book Value | $40,296.96 |
| 19.57 | GF CHEESE SAUCE, GLUTEN FREE_ | 6/30/2022 | $29,147.42 | Net Book Value | $29,147.42 |
| 19.58 | GF COLD BREW COFFEE, REGULAR | 6/30/2022 | $27,444.72 | Net Book Value | $27,444.72 |
| 19.59 | GINGER PUREE | 6/30/2022 | $21,032.75 | Net Book Value | $21,032.75 |
| 19.60 | GINGER, CHOPPED IQF (22LB) # 9 | 6/30/2022 | $42,316.55 | Net Book Value | $42,316.55 |
| 19.61 | GLUTEN FREE CHEESE BLEND MOZZA | 6/30/2022 | $65,862.29 | Net Book Value | $65,862.29 |
| 19.62 | GLUTEN FREE HEINZ ALLEGRO CLAS | 6/30/2022 | $76,326.56 | Net Book Value | $76,326.56 |
| 19.63 | GRANOLA ALMOND MIX (65006 AB& | 6/30/2022 | $1,885.27 | Net Book Value | $1,885.27 |
| 19.64 | GRANOLA, ORGANIC SPECIAL BLEND | 6/30/2022 | $26,208.00 | Net Book Value | $26,208.00 |
| 19.65 | GRANULATED CANE SUGAR (50 LB) | 6/30/2022 | $2,571.13 | Net Book Value | $2,571.13 |
| 19.66 | GREEN BEANS_ SMALL CUT 12/14MM | 6/30/2022 | $312.77 | Net Book Value | $312.77 |
| 19.67 | GREEN ONION CHOPPED 1/4" | 6/30/2022 | $2,811.99 | Net Book Value | $2,811.99 |
| 19.68 | GROUND BLACK PEPPER (24 MESH) | 6/30/2022 | $787.11 | Net Book Value | $787.11 |
| 19.69 | GROUND GARLIC (35 LB PAIL) | 6/30/2022 | $835.21 | Net Book Value | $835.21 |

In re: Ittella International LLC
Case No. 23-14154

SCHEDULE AB 19 ATTACHMENT
Raw Materials

| | General Description | Date of Last Inventory | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|---|
| 19.70 | HASHBROWN, IQF OREIDA SHREDS T | 6/30/2022 | $31,135.87 | Net Book Value | $31,135.87 |
| 19.71 | HULLED HEMP SEEDS | 6/30/2022 | $51,198.27 | Net Book Value | $51,198.27 |
| 19.72 | IQF CHOPPED KALE | 6/30/2022 | $20,325.71 | Net Book Value | $20,325.71 |
| 19.73 | IQF LONG GRAIN BROWN RICE 1400 | 6/30/2022 | $2,927.96 | Net Book Value | $2,927.96 |
| 19.74 | IQF MANGO CHUNKS | 6/30/2022 | $12,546.00 | Net Book Value | $12,546.00 |
| 19.75 | IQF RED QUINOA | 6/30/2022 | $26,535.58 | Net Book Value | $26,535.58 |
| 19.76 | IQF ROASTED CORN KERNALS | 6/30/2022 | $567.00 | Net Book Value | $567.00 |
| 19.77 | JALAPENO, DICED IQF | 6/30/2022 | $8,767.98 | Net Book Value | $8,767.98 |
| 19.78 | KETCHUP_TOMATO 15% ORGANIC 6/1 | 6/30/2022 | $9,653.00 | Net Book Value | $9,653.00 |
| 19.79 | LEMON JUICE CONCENTRATE | 6/30/2022 | $16,477.06 | Net Book Value | $16,477.06 |
| 19.80 | LIME JUICE, ORGANIC CONCENTR | 6/30/2022 | $6.70 | Net Book Value | $6.70 |
| 19.81 | MAPLE SYRUP 100% 4/1 GALLON (3 | 6/30/2022 | $24,153.75 | Net Book Value | $24,153.75 |
| 19.82 | MAYONNAISE #629 QUALITY CLEAN | 6/30/2022 | $318.21 | Net Book Value | $318.21 |
| 19.83 | MEDIUM BROWN SUGAR 1/50# | 6/30/2022 | $540.60 | Net Book Value | $540.60 |
| 19.84 | MEX CORN SAUCE PELLET 5.5 GRAM | 6/30/2022 | $14,584.66 | Net Book Value | $14,584.66 |
| 19.85 | MOZZARELLA VEGAN SHREDS, PB | 6/30/2022 | $46,647.34 | Net Book Value | $46,647.34 |
| 19.86 | MOZZARELLA, FANCY SHRED | 6/30/2022 | $2,880.00 | Net Book Value | $2,880.00 |
| 19.87 | NON-GMO CORN STARCH | 6/30/2022 | $7,325.55 | Net Book Value | $7,325.55 |
| 19.88 | OREGANO GROUND, NON-IRRADIATED | 6/30/2022 | $1,141.88 | Net Book Value | $1,141.88 |
| 19.89 | OREGANO, SMALL CUT IQF GLUTEN | 6/30/2022 | $11,930.00 | Net Book Value | $11,930.00 |
| 19.90 | ORGANIC COTIJA CHEESE POUCH 0. | 6/30/2022 | $94,425.85 | Net Book Value | $94,425.85 |
| 19.91 | ORGANIC GRANOLA/COCONUT PACKET | 6/30/2022 | $51,202.40 | Net Book Value | $51,202.40 |
| 19.92 | PANCAKE ( specs tbd ) | 6/30/2022 | $24,292.61 | Net Book Value | $24,292.61 |
| 19.93 | PANKO BREADCRUMBS, NATURAL 001 | 6/30/2022 | $32,085.51 | Net Book Value | $32,085.51 |
| 19.94 | PANKO- GLUTEN FREE BREADCRUMB | 6/30/2022 | $65,608.00 | Net Book Value | $65,608.00 |
| 19.95 | PB BACON CRUMBLES (VEGAN) | 6/30/2022 | $30,092.99 | Net Book Value | $30,092.99 |
| 19.96 | PB CHEESE SAUCE, VEGAN PB | 6/30/2022 | $53,564.37 | Net Book Value | $53,564.37 |
| 19.97 | PB CHICKEN CHUNKS_ BEFORE THE | 6/30/2022 | $20,878.84 | Net Book Value | $20,878.84 |
| 19.98 | PB CHORIZO | 6/30/2022 | $3,895.00 | Net Book Value | $3,895.00 |
| 19.99 | PB PORK CRUMBL(CARNITAS VEGAN) | 6/30/2022 | $20,052.98 | Net Book Value | $20,052.98 |
| 19.100 | PEANUT BUTTER_ | 6/30/2022 | $34,120.61 | Net Book Value | $34,120.61 |
| 19.101 | PEPPER GREEN DICED 3/8 | 6/30/2022 | $21,384.95 | Net Book Value | $21,384.95 |
| 19.102 | PEPPERONI, TOFURKEY SLICE 0.05 | 6/30/2022 | $61,105.44 | Net Book Value | $61,105.44 |
| 19.103 | PEPPERONI, UNLIMEAT SIICED | 6/30/2022 | $1,120.00 | Net Book Value | $1,120.00 |
| 19.104 | PINEAPPLE PIECES/DICED | 6/30/2022 | $19,727.10 | Net Book Value | $19,727.10 |
| 19.105 | PITAYA PUREE, ORGANIC DRAGON F | 6/30/2022 | $32,929.25 | Net Book Value | $32,929.25 |
| 19.106 | PIZZA BOWL MIX_ GF CAULIFLOWER | 6/30/2022 | $498.72 | Net Book Value | $498.72 |
| 19.107 | PIZZA CRUST CAULIFLOWER GLUTEN | 6/30/2022 | $373,799.98 | Net Book Value | $373,799.98 |
| 19.108 | PLAIN COCONUT MILK DELIGHT, GF | 6/30/2022 | $0.00 | Net Book Value | $0.00 |
| 19.109 | PRESSED TOFU 24CT/CS BAKED TOF | 6/30/2022 | $6,357.17 | Net Book Value | $6,357.17 |
| 19.110 | QUINOA, WHITE 30# CA | 6/30/2022 | $14,922.62 | Net Book Value | $14,922.62 |
| 19.111 | RANCH DRY MIX SEASONING, PSC-2 | 6/30/2022 | $984.34 | Net Book Value | $984.34 |
| 19.112 | RED BELL PEPPER STRIPS | 6/30/2022 | $3,183.80 | Net Book Value | $3,183.80 |
| 19.113 | RED BELL PEPPER_ DICED 3/8 | 6/30/2022 | $8,948.32 | Net Book Value | $8,948.32 |
| 19.114 | RED CHILI SAUCE_ | 6/30/2022 | $540.01 | Net Book Value | $540.01 |
| 19.115 | RED ONIONS DICED IQF 3/4CUT | 6/30/2022 | $10,187.08 | Net Book Value | $10,187.08 |
| 19.116 | RICE AND VEGETABLES MIX FOR | 6/30/2022 | $1,336.90 | Net Book Value | $1,336.90 |
| 19.117 | RICE VINEGAR 5% (55GAL DRUM) | 6/30/2022 | $4,927.57 | Net Book Value | $4,927.57 |
| 19.118 | RICE, WHITE IQF LONG GRAIN | 6/30/2022 | $24,935.88 | Net Book Value | $24,935.88 |
| 19.119 | ROASTED SESAME OIL | 6/30/2022 | $967.20 | Net Book Value | $967.20 |
| 19.120 | ROSEMARY DRY GROUND, GLUTEN FR | 6/30/2022 | $1,534.85 | Net Book Value | $1,534.85 |
| 19.121 | SALSA VERDE | 6/30/2022 | $277.14 | Net Book Value | $277.14 |
| 19.122 | SALT ( 50 LB) | 6/30/2022 | $458.38 | Net Book Value | $458.38 |
| 19.123 | SAUCE PELLET, MEXICAN CORN ORG | 6/30/2022 | $62,697.36 | Net Book Value | $62,697.36 |
| 19.124 | SAUCE, CHEDDAR CHEESE SAUCE_ST | 6/30/2022 | $210,468.08 | Net Book Value | $210,468.08 |
| 19.125 | SAUCE, SPICY THAI SAUCE_ (#650 | 6/30/2022 | $138.04 | Net Book Value | $138.04 |
| 19.126 | SAUCE_MAPLE CHILI 1.50 OZ PACK | 6/30/2022 | $73,784.04 | Net Book Value | $73,784.04 |
| 19.127 | SEASONING SALT BLEND | 6/30/2022 | $1,295.64 | Net Book Value | $1,295.64 |
| 19.128 | SEIDINI CAULIFLOWER PASTA | 6/30/2022 | $4,292.17 | Net Book Value | $4,292.17 |
| 19.129 | SESAME SEED OIL 4/1GAL | 6/30/2022 | $23,293.90 | Net Book Value | $23,293.90 |
| 19.130 | SHAKSHUKA SAUCE_ (STIR 4 -8 LB | 6/30/2022 | $327,090.41 | Net Book Value | $327,090.41 |
| 19.131 | SLICED VEGAN PEPPERONI_75% LES | 6/30/2022 | $490.89 | Net Book Value | $490.89 |
| 19.132 | SOUR CREAM, VEGAN GF | 6/30/2022 | $949.56 | Net Book Value | $949.56 |
| 19.133 | SPINACH_ DEHYDRATED | 6/30/2022 | $33,671.14 | Net Book Value | $33,671.14 |
| 19.134 | STRAWBERRY, ORGANIC SIZE TBD I | 6/30/2022 | $148,855.59 | Net Book Value | $148,855.59 |
| 19.135 | SUNDRIED TOMATOES_ | 6/30/2022 | $18,022.77 | Net Book Value | $18,022.77 |
| 19.136 | TAMARI SOY SOUCE LOW SODIUM 55 | 6/30/2022 | $14,850.30 | Net Book Value | $14,850.30 |
| 19.137 | TATER BITES (TOTS) 8/5 LBS PER | 6/30/2022 | $34,309.76 | Net Book Value | $34,309.76 |
| 19.138 | TC COOKED CHILI MIX | 6/30/2022 | $4,283.47 | Net Book Value | $4,283.47 |

In re: Ittella International LLC
Case No. 23-14154

SCHEDULE AB 19 ATTACHMENT
Raw Materials

| | General Description | Date of Last Inventory | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|---|
| 19.139 | TERIYAKI SAUCE (STIR) | 6/30/2022 | $15,433.09 | Net Book Value | $15,433.09 |
| 19.140 | Tomato Basil Sauce | 6/30/2022 | $15,400.00 | Net Book Value | $15,400.00 |
| 19.141 | TURMERIC | 6/30/2022 | $1,003.54 | Net Book Value | $1,003.54 |
| 19.142 | UNSW COCONUT DRINK, SO DELICIO | 6/30/2022 | $62,251.13 | Net Book Value | $62,251.13 |
| 19.143 | VEGAN MOZZARELLA | 6/30/2022 | $0.00 | Net Book Value | $0.00 |
| 19.144 | VEGETABLE MIX_ 12OZ. PIZZA | 6/30/2022 | $551.86 | Net Book Value | $551.86 |
| 19.145 | VEGETABLE MIX_BURRITO BOWL 8.5 | 6/30/2022 | $1,023.22 | Net Book Value | $1,023.22 |
| 19.146 | VEGETABLES, RICED CAULIFLOWER, | 6/30/2022 | $740.08 | Net Book Value | $740.08 |
| 19.147 | VERDE SAUCE (STIR/FNM VERDE) | 6/30/2022 | $17,224.58 | Net Book Value | $17,224.58 |
| 19.148 | VINEGAR, WHITE WINE 100 G | 6/30/2022 | $369.98 | Net Book Value | $369.98 |
| 19.149 | YELLOW BELL PEPPER STRIPS | 6/30/2022 | $26,948.05 | Net Book Value | $26,948.05 |
| 19.150 | ZUCCHINI STRIPS ENROBED IN OLI | 6/30/2022 | $22,313.36 | Net Book Value | $22,313.36 |
| 19.151 | ZUCCHINI, DICES AND STRIPS | 6/30/2022 | $8,193.92 | Net Book Value | $8,193.92 |
| | | TOTAL: | $10,167,788.60 | TOTAL: | $10,167,788.60 |

SCHEDULE AB 21 ATTACHMENT
Finished Goods, Including Goods Held for Resale

| | General Description | Date of Last Inventory | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|---|
| 21.1 | 2pk CHEESE PIZZA 10 OZ  2PK - | 6/30/2022 | $2,670.70 | Net Book Value | $2,670.70 |
| 21.2 | 365 RICED CAULIFLOWER PILAF, W | 6/30/2022 | $38,473.25 | Net Book Value | $38,473.25 |
| 21.3 | 365 RICED CAULIFLOWER STIR FRY | 6/30/2022 | $136,187.63 | Net Book Value | $136,187.63 |
| 21.4 | ACAI 4pk 6.25oz BOWL 10ct CS | 6/30/2022 | $43,123.20 | Net Book Value | $43,123.20 |
| 21.5 | ACAI 4pk BOWL 10ct CS | 6/30/2022 | $7,258.44 | Net Book Value | $7,258.44 |
| 21.6 | ACAI BOWL 8 OZ, TTCF CONV. RET | 6/30/2022 | $1,466.46 | Net Book Value | $1,466.46 |
| 21.7 | ACAI SMOOTHIE BOWL 6.25OZ | 6/30/2022 | $49,901.50 | Net Book Value | $49,901.50 |
| 21.8 | ALDI-ORZO/FUSILLI SALAD 12/16O | 6/30/2022 | $234,887.96 | Net Book Value | $234,887.96 |
| 21.9 | ALDI-PLAIN RICED CAULIFLOWER 8 | 6/30/2022 | $6,445.75 | Net Book Value | $6,445.75 |
| 21.10 | ALDI-RICED CAULI + GARLIC HERB | 6/30/2022 | $149,543.78 | Net Book Value | $149,543.78 |
| 21.11 | ALMOND BUTTER 6.25OZ | 6/30/2022 | $43,957.09 | Net Book Value | $43,957.09 |
| 21.12 | ALMOND BUTTER BANANA SMOOTHIE | 6/30/2022 | $2,022.74 | Net Book Value | $2,022.74 |
| 21.13 | BALSAMIC VEGETABLE BLEND, TTCF | 6/30/2022 | $23,810.37 | Net Book Value | $23,810.37 |
| 21.14 | BAR_ BROWNIE OAT BUTTER 8CT | 6/30/2022 | $27,545.60 | Net Book Value | $27,545.60 |
| 21.15 | BAR_ CHOCOLATE CHIP OAT 8CT | 6/30/2022 | $13,199.28 | Net Book Value | $13,199.28 |
| 21.16 | BAR_ OAT BUTTER GRAHAM 8CT | 6/30/2022 | $21,254.72 | Net Book Value | $21,254.72 |
| 21.17 | BAR_ PEANUT OAT BUTTER  8CT | 6/30/2022 | $217.92 | Net Book Value | $217.92 |
| 21.18 | BREAKFAST BOWL W TATER TOTS & | 6/30/2022 | $0.00 | Net Book Value | $0.00 |
| 21.19 | BREAKFAST BOWL W TATER TOTS & | 6/30/2022 | $39,496.92 | Net Book Value | $39,496.92 |
| 21.20 | BUFFALO-STYLE CAULI MAC & CHEE | 6/30/2022 | $31,699.16 | Net Book Value | $31,699.16 |
| 21.21 | BURGER_BASIL PESTO | 6/30/2022 | $40,554.48 | Net Book Value | $40,554.48 |
| 21.22 | BURGER_BBQ BLACKBEAN QUIN | 6/30/2022 | $37,273.68 | Net Book Value | $37,273.68 |
| 21.23 | BURGER_BUFFALO 4/2.5OZ - 8CT, | 6/30/2022 | $29,976.25 | Net Book Value | $29,976.25 |
| 21.24 | BURGER_PEPPERONI PIZZA | 6/30/2022 | $40,056.64 | Net Book Value | $40,056.64 |
| 21.25 | Butternut Squash Dices 12/12oz | 6/30/2022 | $10,780.20 | Net Book Value | $10,780.20 |
| 21.26 | BUTTERNUT SQUASH DICES_  BULK | 6/30/2022 | $2,157.29 | Net Book Value | $2,157.29 |
| 21.27 | BUTTERNUT SQUASH GV 10 OZ WALM | 6/30/2022 | $33,343.37 | Net Book Value | $33,343.37 |
| 21.28 | BUTTERNUT SQUASH, DICED ORGANI | 6/30/2022 | $62,474.38 | Net Book Value | $62,474.38 |
| 21.29 | CAULI & SWEET POTATO GNOCCHI | 6/30/2022 | $53,045.89 | Net Book Value | $53,045.89 |
| 21.30 | CAULI MAC & CHEESE 12 - 4 /10O | 6/30/2022 | $4,915.30 | Net Book Value | $4,915.30 |
| 21.31 | CAULIFLOWER BURGER, BUFFALO WM | 6/30/2022 | $39,706.29 | Net Book Value | $39,706.29 |
| 21.32 | CAULIFLOWER BURGER, WM | 6/30/2022 | $33,341.07 | Net Book Value | $33,341.07 |
| 21.33 | CAULIFLOWER GNOCCHI POMODORO 6 | 6/30/2022 | $12,696.29 | Net Book Value | $12,696.29 |
| 21.34 | CAULIFLOWER GNOCCHI POMODORO, | 6/30/2022 | $3,035.38 | Net Book Value | $3,035.38 |
| 21.35 | CAULIFLOWER GNOCCHI W/PESTO, T | 6/30/2022 | $139,480.35 | Net Book Value | $139,480.35 |
| 21.36 | CAULIFLOWER GNOCCHI, PL 12 OZ | 6/30/2022 | $53,574.59 | Net Book Value | $53,574.59 |
| 21.37 | CAULIFLOWER LATKES KOSHER, 24 | 6/30/2022 | $292,580.78 | Net Book Value | $292,580.78 |
| 21.38 | CAULIFLOWER MAC & CHEESE BOWL, | 6/30/2022 | $92,069.80 | Net Book Value | $92,069.80 |
| 21.39 | CAULIFLOWER WINGS WITH BUFFALO | 6/30/2022 | $1,151.42 | Net Book Value | $1,151.42 |
| 21.40 | CAULIFLOWER, RICED ORGANIC WM | 6/30/2022 | $227,717.85 | Net Book Value | $227,717.85 |
| 21.41 | CHEESE ENCHILADA SINGLE PK | 6/30/2022 | $6,799.68 | Net Book Value | $6,799.68 |
| 21.42 | COLD BREW & DARK CHOC. | 6/30/2022 | $32,996.37 | Net Book Value | $32,996.37 |
| 21.43 | CRUST 7OZ _ WOODFIRE 15OZ ITAL | 6/30/2022 | $95,006.10 | Net Book Value | $95,006.10 |
| 21.44 | DNU ( REF #65027) OLD CAULIFLO | 6/30/2022 | $2,161.58 | Net Book Value | $2,161.58 |
| 21.45 | DRAGON FRUIT BOWL 6.25OZ | 6/30/2022 | $5,362.29 | Net Book Value | $5,362.29 |
| 21.46 | EGGROLL BOWL 6 - 8.5 OZ._TTCF | 6/30/2022 | $40,186.09 | Net Book Value | $40,186.09 |
| 21.47 | FZ GRILLED RED ONION 10K | 6/30/2022 | $14,369.94 | Net Book Value | $14,369.94 |
| 21.48 | GF CAULI SWEET POTATO GNOCCHI | 6/30/2022 | $22,276.97 | Net Book Value | $22,276.97 |
| 21.49 | GF CHEESE PIZZA, CAULIFLOWER C | 6/30/2022 | $95,310.72 | Net Book Value | $95,310.72 |
| 21.50 | GF COLD BREW & DARK CHOCOLATE | 6/30/2022 | $1,732.45 | Net Book Value | $1,732.45 |
| 21.51 | GF MEXICAN STYLE STREET CORN 2 | 6/30/2022 | $22,479.38 | Net Book Value | $22,479.38 |
| 21.52 | GF PENNE PRIMAVERA | 6/30/2022 | $12,918.79 | Net Book Value | $12,918.79 |
| 21.53 | Gnocchi Pomod 12/12oz GE | 6/30/2022 | $12,112.68 | Net Book Value | $12,112.68 |
| 21.54 | Gnocchi Pesto GF 12/12oz GE | 6/30/2022 | $12,112.68 | Net Book Value | $12,112.68 |
| 21.55 | Gochujang Chow Mein 12ozGE | 6/30/2022 | $4,561.51 | Net Book Value | $4,561.51 |
| 21.56 | GOCHUJANG CHOW MEIN W ZUCCHINI | 6/30/2022 | $92,759.02 | Net Book Value | $92,759.02 |
| 21.57 | GOCHUJANG VEG STIR FRY W/ZUCC | 6/30/2022 | $150,448.31 | Net Book Value | $150,448.31 |
| 21.58 | GREEN BEAN MEDLEY, TC 12 OZ #5 | 6/30/2022 | $1,950.05 | Net Book Value | $1,950.05 |
| 21.59 | GREEN BEAN ROMANESCO BLEND | 6/30/2022 | $19,457.15 | Net Book Value | $19,457.15 |
| 21.60 | Green Harvest 12/12oz GE | 6/30/2022 | $4,942.06 | Net Book Value | $4,942.06 |
| 21.61 | GRILLED RED ONIONS | 6/30/2022 | $6,818.63 | Net Book Value | $6,818.63 |
| 21.62 | HOLIDAY RICED CAULI STUFFING 1 | 6/30/2022 | $11,348.20 | Net Book Value | $11,348.20 |
| 21.63 | HUEVOS RANCHEROS BOWL 8 - 7OZ | 6/30/2022 | $71,424.18 | Net Book Value | $71,424.18 |
| 21.64 | HUEVOS RANCHEROS BREAKFAST BOW | 6/30/2022 | $1,267.70 | Net Book Value | $1,267.70 |
| 21.65 | MEDITERRANEAN QUINOA  BLEND  W | 6/30/2022 | $19,791.76 | Net Book Value | $19,791.76 |
| 21.66 | MEDITERRANEAN QUINOA BLEND 12O | 6/30/2022 | $17,189.41 | Net Book Value | $17,189.41 |
| 21.67 | Mexican Street Corn 12/12oz GE | 6/30/2022 | $6,461.33 | Net Book Value | $6,461.33 |
| 21.68 | MEXICAN STREET CORN, 12 OZ TAT | 6/30/2022 | $6,729.60 | Net Book Value | $6,729.60 |
| 21.69 | MEXICAN STREET CORN_  BULK 6 - | 6/30/2022 | $2,622.95 | Net Book Value | $2,622.95 |
| 21.70 | MEXICAN STYLE STREET CORN GF 4 | 6/30/2022 | $52,989.34 | Net Book Value | $52,989.34 |
| 21.71 | NOSUI GRILLED EGGPLANT FROZEN | 6/30/2022 | $6,408.00 | Net Book Value | $6,408.00 |
| 21.72 | NOSUI-MIXED ITALIAN GRILLED VE | 6/30/2022 | $8,448.87 | Net Book Value | $8,448.87 |

In re: Ittella International LLC
Case No. 23-14154

SCHEDULE AB 21 ATTACHMENT
Finished Goods, Including Goods Held for Resale

| | General Description | Date of Last Inventory | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|---|
| 21.73 | OG 365 RICED CAULIFLOWER 12/12 | 6/30/2022 | $170,179.92 | Net Book Value | $170,179.92 |
| 21.74 | ORG BUTTERNUT SQUASH DICES | 6/30/2022 | $119,252.94 | Net Book Value | $119,252.94 |
| 21.75 | ORG GN ZUCC & YL SQUASH QTRS | 6/30/2022 | $59,892.98 | Net Book Value | $59,892.98 |
| 21.76 | ORG GN ZUCC & YL SQUASH SPIRAL | 6/30/2022 | $11,730.33 | Net Book Value | $11,730.33 |
| 21.77 | ORG RICED CAULIFLOWER 7-12OZ | 6/30/2022 | $64,553.04 | Net Book Value | $64,553.04 |
| 21.78 | ORG SWEET POTATO DICES 12OZ | 6/30/2022 | $5,325.94 | Net Book Value | $5,325.94 |
| 21.79 | ORGANIC ACAI BOWL TJ'S 10 OZ 2 | 6/30/2022 | $100,165.24 | Net Book Value | $100,165.24 |
| 21.80 | ORGANIC BUTTERNUT SQUASH/SWEET | 6/30/2022 | $347,620.46 | Net Book Value | $347,620.46 |
| 21.81 | ORGANIC GF ACAI BOWL, COSTCO 6 | 6/30/2022 | $136,172.15 | Net Book Value | $136,172.15 |
| 21.82 | ORGANIC GF MEXICAN STREET CORN | 6/30/2022 | $23,947.40 | Net Book Value | $23,947.40 |
| 21.83 | ORGANIC GREENS 5, TATTOOED CHE | 6/30/2022 | $113,811.80 | Net Book Value | $113,811.80 |
| 21.84 | ORGANIC RICED CAULIFLOWER STIR | 6/30/2022 | $139,254.64 | Net Book Value | $139,254.64 |
| 21.85 | PAD THAI | 6/30/2022 | $9,880.83 | Net Book Value | $9,880.83 |
| 21.86 | PANCAKE GRIDDLE BREAKFAST BOWL | 6/30/2022 | $35,183.80 | Net Book Value | $35,183.80 |
| 21.87 | PB  MAC & CHEESE VEGAN PB_ 8.5 | 6/30/2022 | $16,488.23 | Net Book Value | $16,488.23 |
| 21.88 | PB 10oz BUDDHA BOWL | 6/30/2022 | $150,638.73 | Net Book Value | $150,638.73 |
| 21.89 | PB 10oz HEMP BOWL | 6/30/2022 | $92,065.15 | Net Book Value | $92,065.15 |
| 21.90 | PB 2-CT RED CHEESE ENCHILADAS | 6/30/2022 | $133,688.29 | Net Book Value | $133,688.29 |
| 21.91 | PB 2-CT VERDE CHKN ENCHILADA | 6/30/2022 | $6,925.27 | Net Book Value | $6,925.27 |
| 21.92 | PB 7OZ. BREAKFAST BOWL W HASHB | 6/30/2022 | $79,904.52 | Net Book Value | $79,904.52 |
| 21.93 | PB AL PASTOR QUESADILLA 12OZ | 6/30/2022 | $51,080.00 | Net Book Value | $51,080.00 |
| 21.94 | PB BACON BREAKFAST BURRITO | 6/30/2022 | $37,008.00 | Net Book Value | $37,008.00 |
| 21.95 | PB BEAN CHEESE & RICE BURRITO | 6/30/2022 | $31,514.36 | Net Book Value | $31,514.36 |
| 21.96 | PB BEEF CRUMBLES_ BULK 7 - 2 L | 6/30/2022 | $3,454.36 | Net Book Value | $3,454.36 |
| 21.97 | PB BEEFY BURRITO 5.5OZ TTCF | 6/30/2022 | $10,555.20 | Net Book Value | $10,555.20 |
| 21.98 | PB BUFFALO CHICKEN QUESADILLA | 6/30/2022 | $21,099.92 | Net Book Value | $21,099.92 |
| 21.99 | PB BURRITO BOWL 12 - 4 / 8.5OZ | 6/30/2022 | $13,052.78 | Net Book Value | $13,052.78 |
| 21.100 | PB BURRITO BOWL 8.5 OZ SINGLE | 6/30/2022 | $140,794.89 | Net Book Value | $140,794.89 |
| 21.101 | PB BURRITO BOWL 9 - 6PK / 9OZ | 6/30/2022 | $462.97 | Net Book Value | $462.97 |
| 21.102 | PB BUTTER BALSAMIC GLAZED VEGE | 6/30/2022 | $67,624.59 | Net Book Value | $67,624.59 |
| 21.103 | PB CAULI GNOCCHI_ BULK 6 - 2. | 6/30/2022 | $2,820.00 | Net Book Value | $2,820.00 |
| 21.104 | PB CHEESEBURGER BOWL 10 OZ./ 4 | 6/30/2022 | $2,083.41 | Net Book Value | $2,083.41 |
| 21.105 | PB CHICKEN BURRITO BOWL 8.5 | 6/30/2022 | $76,601.33 | Net Book Value | $76,601.33 |
| 21.106 | PB CHICKEN CRUMBLE  #s  (ITALY | 6/30/2022 | $45,185.59 | Net Book Value | $45,185.59 |
| 21.107 | PB CHICKEN FETTUCCINI ALFREDO | 6/30/2022 | $150,410.02 | Net Book Value | $150,410.02 |
| 21.108 | PB CHICKEN FRIED RICE CAULI | 6/30/2022 | $28,988.67 | Net Book Value | $28,988.67 |
| 21.109 | PB CHICKEN FRIED RICE TJs 24ct | 6/30/2022 | $65,723.28 | Net Book Value | $65,723.28 |
| 21.110 | PB CHICKEN PARM 8.5oz BOWL | 6/30/2022 | $34,629.07 | Net Book Value | $34,629.07 |
| 21.111 | PB CHICKEN PIECES 4 / 4.5#s | 6/30/2022 | $306,624.62 | Net Book Value | $306,624.62 |
| 21.112 | PB CHICKEN TERIYAKI 8.5oz | 6/30/2022 | $186,881.41 | Net Book Value | $186,881.41 |
| 21.113 | PB CHIKN & STREET CORN BURRITO | 6/30/2022 | $16,819.20 | Net Book Value | $16,819.20 |
| 21.114 | PB CHORIZO BREAKFAST BURRITO | 6/30/2022 | $42,308.41 | Net Book Value | $42,308.41 |
| 21.115 | PB MEXICAN BEEF CRUMBLES_ BULK | 6/30/2022 | $3,401.22 | Net Book Value | $3,401.22 |
| 21.116 | PB MEXICAN LASAGNA  TTCF CONV. | 6/30/2022 | $14,232.00 | Net Book Value | $14,232.00 |
| 21.117 | PB PEPPERONI PIZZA BOWL_ 6 - 1 | 6/30/2022 | $169,332.16 | Net Book Value | $169,332.16 |
| 21.118 | PB PESTO CHICKEN PENNE 20oz | 6/30/2022 | $21,474.33 | Net Book Value | $21,474.33 |
| 21.119 | PB RED CHEESE ENCH MEAL | 6/30/2022 | $81,009.65 | Net Book Value | $81,009.65 |
| 21.120 | PB RED CHICKEN ENCHILADA MEAL | 6/30/2022 | $24,746.40 | Net Book Value | $24,746.40 |
| 21.121 | PB SAUSAGE CRUMBLES_ BULK 7 - | 6/30/2022 | $2,205.48 | Net Book Value | $2,205.48 |
| 21.122 | PB SAUSAGE, EGG & CH BURRITO | 6/30/2022 | $50,735.38 | Net Book Value | $50,735.38 |
| 21.123 | PB SWEET CHILI CHKN QUESADILLA | 6/30/2022 | $21,520.00 | Net Book Value | $21,520.00 |
| 21.124 | PB SWEET POTATO GNOCCHI_ BULK | 6/30/2022 | $2,710.34 | Net Book Value | $2,710.34 |
| 21.125 | PB VERDE CHICKEN BURRITO | 6/30/2022 | $66,104.43 | Net Book Value | $66,104.43 |
| 21.126 | PB VERDE CHICKEN ENCH MEAL | 6/30/2022 | $22,440.61 | Net Book Value | $22,440.61 |
| 21.127 | PB VERDE CHORIZO QUESADILLA | 6/30/2022 | $100,060.00 | Net Book Value | $100,060.00 |
| 21.128 | PB-CHICKEN PIECES-FOODSERVICE | 6/30/2022 | $0.00 | Net Book Value | $0.00 |
| 21.129 | Penne Arrabbiata GF 12/12oz GE | 6/30/2022 | $12,453.59 | Net Book Value | $12,453.59 |
| 21.130 | Penne Creamy GF 12/12oz GE | 6/30/2022 | $12,453.59 | Net Book Value | $12,453.59 |
| 21.131 | Penne Primavera GF 12/12oz GE | 6/30/2022 | $9,065.62 | Net Book Value | $9,065.62 |
| 21.132 | PEPPERONI,  PB ALCASS | 6/30/2022 | $260,805.20 | Net Book Value | $260,805.20 |
| 21.133 | PESTO HARVEST BOWL, 8.5 OZ 6 U | 6/30/2022 | $115,987.43 | Net Book Value | $115,987.43 |
| 21.134 | PIPETTE SAUSAGE RAGÙ 6 -20OZ B | 6/30/2022 | $144,592.54 | Net Book Value | $144,592.54 |
| 21.135 | PITAYA SMOOTHIE BOWL 8 OZ, TAT | 6/30/2022 | $16,184.83 | Net Book Value | $16,184.83 |
| 21.136 | PIZZA GLUTEN FREE - TJ CAULIF | 6/30/2022 | $115,238.17 | Net Book Value | $115,238.17 |
| 21.137 | PIZZA, 17oz WHITE PIZZA W SPIN | 6/30/2022 | $35,740.67 | Net Book Value | $35,740.67 |
| 21.138 | PIZZA, 2PK CHEESE PIZZA _ SAM' | 6/30/2022 | $33,986.14 | Net Book Value | $33,986.14 |
| 21.139 | PIZZA, CHEESE PIZZA _17 OZ. SI | 6/30/2022 | $253,463.08 | Net Book Value | $253,463.08 |
| 21.140 | PIZZA, GF SPINACH WHITE PIZZA | 6/30/2022 | $5,519.07 | Net Book Value | $5,519.07 |
| 21.141 | PIZZA, MEATLESS MEAT LOVERS PI | 6/30/2022 | $7,695.31 | Net Book Value | $7,695.31 |
| 21.142 | PIZZA, PB PEPPERONI PIZZA 17 O | 6/30/2022 | $206,390.28 | Net Book Value | $206,390.28 |
| 21.143 | PIZZA, VEGETABLE PIZZA 17 OZ. | 6/30/2022 | $0.00 | Net Book Value | $0.00 |
| 21.144 | PIZZA_ BEE STING WOODFIRE 2PK | 6/30/2022 | $1,934.97 | Net Book Value | $1,934.97 |

In re: Ittella International LLC
Case No. 23-14154

SCHEDULE AB 21 ATTACHMENT
Finished Goods, Including Goods Held for Resale

| | General Description | Date of Last Inventory | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|---|
| 21.145 | PIZZA_ RAINBOW STATE  WOOD | 6/30/2022 | $167,824.91 | Net Book Value | $167,824.91 |
| 21.146 | PIZZA_KILLER BEE WOOD FIRED 15 | 6/30/2022 | $112,066.58 | Net Book Value | $112,066.58 |
| 21.147 | PIZZA_SPICOLI WOOD FIRED 17.1 | 6/30/2022 | $30,471.80 | Net Book Value | $30,471.80 |
| 21.148 | PLANT BASED BREAKFAST BOWL, TC | 6/30/2022 | $3,794.03 | Net Book Value | $3,794.03 |
| 21.149 | PLANT BASED MED BEEF CRUMBLED | 6/30/2022 | $157,551.16 | Net Book Value | $157,551.16 |
| 21.150 | PLANT BASED MEXICAN BEEF CRUMB | 6/30/2022 | $131,435.06 | Net Book Value | $131,435.06 |
| 21.151 | QUATTRO FORMAGGI GNOCCHI 6 - 2 | 6/30/2022 | $5,658.93 | Net Book Value | $5,658.93 |
| 21.152 | RATATOUILLE | 6/30/2022 | $12,918.79 | Net Book Value | $12,918.79 |
| 21.153 | Ratatouille 12/12oz GE | 6/30/2022 | $11,658.77 | Net Book Value | $11,658.77 |
| 21.154 | RATATOUILLE 12OZ. BAG TTCF CON | 6/30/2022 | $36,505.05 | Net Book Value | $36,505.05 |
| 21.155 | RICED CAULI FRIED RICE_  BULK | 6/30/2022 | $10,694.22 | Net Book Value | $10,694.22 |
| 21.156 | Riced Cauli Risotto Asparag GE | 6/30/2022 | $9,325.53 | Net Book Value | $9,325.53 |
| 21.157 | Riced Cauli Stir Fry 12oz GE | 6/30/2022 | $4,562.25 | Net Book Value | $4,562.25 |
| 21.158 | RICED CAULIFLOWER & BUTTERNUT | 6/30/2022 | $111,090.31 | Net Book Value | $111,090.31 |
| 21.159 | RICED CAULIFLOWER (PLAIN) | 6/30/2022 | $270,047.94 | Net Book Value | $270,047.94 |
| 21.160 | RICED CAULIFLOWER BOWL TJ'S 24 | 6/30/2022 | $74,809.86 | Net Book Value | $74,809.86 |
| 21.161 | RICED CAULIFLOWER GV 12 0Z, CO | 6/30/2022 | $209,713.69 | Net Book Value | $209,713.69 |
| 21.162 | RICED CAULIFLOWER RISOTTO ASPA | 6/30/2022 | $12,839.17 | Net Book Value | $12,839.17 |
| 21.163 | RICED CAULIFLOWER RISOTTO W/AS | 6/30/2022 | $107,385.06 | Net Book Value | $107,385.06 |
| 21.164 | RICED CAULIFLOWER STIR FRY, OR | 6/30/2022 | $322,160.70 | Net Book Value | $322,160.70 |
| 21.165 | RICED CAULIFLOWER_  BULK 5-3 L | 6/30/2022 | $7,626.71 | Net Book Value | $7,626.71 |
| 21.166 | RISONI (GRAIN FREE RICE) 4/5LB | 6/30/2022 | $101,062.53 | Net Book Value | $101,062.53 |
| 21.167 | RISONI LENTIL & CHICKPEA RICE_ | 6/30/2022 | $3,374.64 | Net Book Value | $3,374.64 |
| 21.168 | SHEET PAN VEGETABLES 8CT 64OZ | 6/30/2022 | $1,625,833.94 | Net Book Value | $1,625,833.94 |
| 21.169 | SOPRESSATA | 6/30/2022 | $27,709.11 | Net Book Value | $27,709.11 |
| 21.170 | SOUTHWEST BREAKFAST 7oz BOWL | 6/30/2022 | $457.92 | Net Book Value | $457.92 |
| 21.171 | SPAGHETTI BOLOGNESE 5 -20OZ BA | 6/30/2022 | $161,276.39 | Net Book Value | $161,276.39 |
| 21.172 | SPAGHETTI WHITE BOLOGNESE 20oz | 6/30/2022 | $57,397.95 | Net Book Value | $57,397.95 |
| 21.173 | SPANISH STYLE GRAIN FREE RICE | 6/30/2022 | $96,474.97 | Net Book Value | $96,474.97 |
| 21.174 | SPANISH STYLE RISONI 4/5#s | 6/30/2022 | $91,175.27 | Net Book Value | $91,175.27 |
| 21.175 | SPICY THAI BOWLS 10OZ. BOWLS 6 | 6/30/2022 | $83,240.78 | Net Book Value | $83,240.78 |
| 21.176 | Spring Garden 12/12oz | 6/30/2022 | $4,562.25 | Net Book Value | $4,562.25 |
| 21.177 | SUMMER BLEND | 6/30/2022 | $9,893.46 | Net Book Value | $9,893.46 |
| 21.178 | Sw.Pot.Gnocchi Mush 12/12oz GE | 6/30/2022 | $13,323.06 | Net Book Value | $13,323.06 |
| 21.179 | SWEET POTATO BREAKFAST HASH 12 | 6/30/2022 | $0.00 | Net Book Value | $0.00 |
| 21.180 | SWEET POTATO DICE_ BULK 5-3 LB | 6/30/2022 | $1,355.17 | Net Book Value | $1,355.17 |
| 21.181 | SWEET POTATO GNOCCHI W BUTTER | 6/30/2022 | $200,448.51 | Net Book Value | $200,448.51 |
| 21.182 | SWEET POTATOES | 6/30/2022 | $92,770.59 | Net Book Value | $92,770.59 |
| 21.183 | Swt Potato Dices 12/12oz GE | 6/30/2022 | $4,538.94 | Net Book Value | $4,538.94 |
| 21.184 | TC ENCHILADA BOWL | 6/30/2022 | $101,895.10 | Net Book Value | $101,895.10 |
| 21.185 | TJ-MEXICAN STYLE ROASTED CORN | 6/30/2022 | $15,080.37 | Net Book Value | $15,080.37 |
| 21.186 | VEGAN PIZZA,  VEGETABLES (9.62 | 6/30/2022 | $5,549.20 | Net Book Value | $5,549.20 |
| 21.187 | VEGAN PIZZA, PB PEPPERONI, (9. | 6/30/2022 | $86,188.10 | Net Book Value | $86,188.10 |
| 21.188 | VEGAN PIZZA_ 2 CHEESE 12 OZ. | 6/30/2022 | $122,692.80 | Net Book Value | $122,692.80 |
| 21.189 | VEGAN PIZZA_ 2PK TWO CHEESE | 6/30/2022 | $12,840.92 | Net Book Value | $12,840.92 |
| 21.190 | VEGGIE LO MEIN 2-20oz 10CT | 6/30/2022 | $2,159.86 | Net Book Value | $2,159.86 |
| 21.191 | WF CAULIFLOWER GNOCCHI MARINAR | 6/30/2022 | $6,810.96 | Net Book Value | $6,810.96 |
| 21.192 | WF- PENNE ALL' ARRABBIATA 12/1 | 6/30/2022 | $45,336.63 | Net Book Value | $45,336.63 |
| 21.193 | WF PIZZA CRUST, CAULIFLOWER | 6/30/2022 | $4,747.48 | Net Book Value | $4,747.48 |
| 21.194 | WF RICED CAULIFLOWER 10/24 OZ. | 6/30/2022 | $64,466.63 | Net Book Value | $64,466.63 |
| 21.195 | WF, VEG SPIRALS BASIL PESTO 12 | 6/30/2022 | $47,834.11 | Net Book Value | $47,834.11 |
| 21.196 | WF, VEGETABLE SPIRALS POMODORO | 6/30/2022 | $14,388.11 | Net Book Value | $14,388.11 |
| 21.197 | WF-CHEESE PIZZA CAULIFLOWER CR | 6/30/2022 | $36,059.75 | Net Book Value | $36,059.75 |
| 21.198 | WF-GNOCCHI ALL SORENTINA 12/16 | 6/30/2022 | $52,024.66 | Net Book Value | $52,024.66 |
| 21.199 | WF-GNOCCHI QUATTRO FORMAGGI 12 | 6/30/2022 | $78,714.57 | Net Book Value | $78,714.57 |
| 21.200 | WF-MARINATED MIXED VEGETABLES | 6/30/2022 | $48,071.13 | Net Book Value | $48,071.13 |
| 21.201 | WF-ORGANIC LADY FINGERS 15/7OZ | 6/30/2022 | $48,265.18 | Net Book Value | $48,265.18 |
| 21.202 | WINTER BLEND | 6/30/2022 | $7,349.71 | Net Book Value | $7,349.71 |
| 21.203 | Zucc & Yellow Sqush Quarter 12 | 6/30/2022 | $10,226.41 | Net Book Value | $10,226.41 |
| 21.204 | ZUCCHINI & YELLOW SQUASH ORG. | 6/30/2022 | $7,168.90 | Net Book Value | $7,168.90 |
| 21.205 | ZUCCHINI BLEND, WALMART 10 OZ | 6/30/2022 | $124,982.39 | Net Book Value | $124,982.39 |
| 21.206 | ZUCCHINI SPIRALS, TATTOOED CHE | 6/30/2022 | $127,023.02 | Net Book Value | $127,023.02 |
| 21.207 | ZUCCHINI SPIRALS_ BULK 2 - 4 | 6/30/2022 | $2,763.49 | Net Book Value | $2,763.49 |
| | | TOTAL: | $13,366,099.15 | TOTAL: | $13,366,099.15 |

5.1 Asset Exhibits

| | Tattooed Chef, Inc., 6305 Alondra Blvd., Paramount, CA | |
|---|---|---|

| Qty. | Description | Orderly Liquidation Value $ |
|---|---|---|
| | **BUILDING 5 (6411 ALONDRA)** | |
| Lot- | Racking Throughout Building 5, Consisting of: (20) Sections of 4' x 4' x 1' Light Duty Adjustable Racking, (2) Sections of 6' x 6' x 2' Heavy Duty Adjustable Steel Pallet Racking | 1,000 |
| 1- | Manufacturer Unknown 15' x 40' Heavy Duty Mezzanine, with Stairway, Etc. | 25,000 |
| 1- | **#EQ0000545** Kaeser Model ASD-40, 40-HP Rotary Screw Air Compressor, S/N T1372 (New 2022 Est.), with Vertical Air Receiver  (**Please Note:** Not Yet Installed at Time of Inspection) | 25,000 |
| Lot- | Miscellaneous Equipment Throughout Building, Consisting of: Electric Pallet Jacks, Heavy Duty Adjustable Steel Pallet Racking, Portable Scaffolding, Drill Presses, Double End Grinders, Vices, Hand and Power Tools, Presses, Vacuums, Etc. | 6,500 |
| | **BUILDING 3 (6409 ALONDRA)** | |
| Lot- | (5) Sections of 16' x 8' x 4' Heavy Duty Adjustable Steel Pallet Racking | 425 |

Exhibit AB 50

| | | Orderly Liquidation Value |
|---|---|---|
| **Qty.** | **Description** | **$** |
| Lot- | Miscellaneous Equipment Not Yet Installed at Time of Inspection, Consisting of: | 12,500 |
| | • Rytec 10'W Roll-Up Fast Door, New in Box. Not Yet Installed | |
| | • (3) Mini Refrigerators | |
| | • Messer Model N194JTHPCW, Stationary Central Fan, S/N 133990 | |
| | • Messer Model N174HTHCW, Stationary Central Fan, S/N 1339090 | |
| | • Messer Stationary Central Fan | |

**Tattooed Chef, Inc., 6305 Alondra Blvd., Paramount, CA**

**BUILDING 7 (6309  ALONDRA)**

| | | |
|---|---|---|
| 1- | Index Variable Speed Vertical Milling Machine, S/N B8350XH-73-1790A-6 | 2,000 |
| 1- | Microcut 12" x 3' Geared Head Engine Lathe, S/N 1320-372167 | 1,750 |
| Lot- | Miscellaneous Equipment Stored in Not in Use, Consisting of: | 550,000 |
| | • (4) Smipack Model T452, Heat Shrink Tunnels, S/N 70866, 70872, 70872, 53236, N/A | |
| | • MBPS Industries Model MD612, 6" x 12" Metal Detector, S/N 14061602 | |
| | • Speedaire Model 3JR80LL, Tank Mounted Air Compressor, S/N 200-00026 | |

*Continued...*

Exhibit AB 50

| | Tattooed Chef, Inc., 6305 Alondra Blvd., Paramount, CA | |

| Qty. | Description | Orderly Liquidation Value $ |
|---|---|---|

*Continued...*

- Tennant Model T500, Walk-Behind Floor Scrubber
- Pro Seal Model GT1, Horizontal Flow Wrapper, S/N SN-M-05874 (New 2020)
- 120-Gal. Liquefier, Stainless Steel, with Hopper Feed
- Passport Model Q5650, Bowl Chopper, S/N T00005
- Scott Turbon Pedestal Type Mixer, S/N PHRSLR-10-16338
- Amco Model BM-150, 150-Gal. Batter Mixer, S/N P0201602908-2
- American Process Systems Model DRB-24, Horizontal Ribbon Blender, S/N 3853 (New 1993)
- Texwrap Model STE2011SSCRR, Horizontal Flow Wrapper, S/N NTX52546-5
- (2) Smipack Model FP500, Hi-Speed Horizontal Wrappers, S/N AL19A5274, N/A
- (2) Manufacturer Unknown 12' Vertical Bowl Elevators
- (2) Smipack Model FP6000, Horizontal Flow Wrappers, S/N N/A
- YWD Model 901S, Carton Erector, S/N 40-1161-40
- Langen Model Mpac B1-M, Manual Load Continuous Cartoner, S/N MN102604 (New 2021)

*Continued...*

Exhibit AB 50

| | | Orderly Liquidation |
| Qty. | Description | Value |
| | | $ |

*Continued...*

- Texwrap Model 20HSSCRR-MTX5266 Speed Side Seal Wrapper, S/N S-NTX
- Ishida Model CCW-N2-216W-2M, 16-Head Vertical Weigh Scale, S/N 30-PB-198-1760, with Acceleron Vertical Pouch Filler
- Interlocking Belt Conveyor, Hand and Power Tools, Welders, Plasma Torches, Pallet Jacks, Racking, Parts Washers, Sauce Applicators, Scales, Pressure Washers, Weigh Scale Heads, Hoist, Top and Bottom Case Tapers, Etc.

**BUILDING 2 (6325 ALONDRA)**

| Lot- | Line No. 4, Consisting of: | 350,000 |

- Breddo Model LDT-200, 200-Gal. Likwifier, S/N D597101-4-20163 (New 2016 Est.)
- (2) Unifiller Horizontal Piston Fillers, with Hopper. Bladder Pump
- Pro Seal Model GT1E, Automatic High-Speed In-Line Tray Sealer, S/N SN-M-06581 (New 2021), with 18" x 10' Interlocking Belt Conveyor

*Continued...*

Exhibit AB 50

| Tattooed Chef, Inc., 6305 Alondra Blvd., Paramount, CA | | |
| --- | --- | --- |

| Qty. | Description | Orderly Liquidation Value $ |
| --- | --- | --- |
| | *Continued...* | |
| | • Pro Seal Model GT1E, Automatic High-Speed In-Line Tray Sealer, S/N SN-M-06690 (New 2021), with 18" x 1 Interlocking Belt Conveyor | |
| | • Martin Barron Model MB11-36-0500-16, 36"W Stand Alone Nitrogen Spiral Freezer, S/N J060ADZ, 20' x 20' Foot Print, 242-Parts Per/Min., 24"W Incline Exit Conveyor, 12'L Loadout Conveyor | |
| | • YWD Model 9015-60, Carton Erector, S/N 1263, 60-Parts Per/Min., with Nordson Pro Blue Hot Melt Gluer, Keyence Model MKG1000 Inkjet Coder S/N 129G100916971ADO | |
| | • Fortress Model CVF-5795, 12" x 16" Pass Through Metal Detector, S/N CV60X414BSA-T26447 | |
| | • Interpack Top and Bottom Case Taper | |
| Lot- | Miscellaneous Equipment Throughout Break Room, Consisting of: Microwaves, Benches, Chairs, Coffee Makers, Fridges, Water Machines, Etc. | 1,000 |

Exhibit AB 50

| Qty. | Description | Orderly Liquidation Value $ |
|---|---|---|

**BUILDING 1 (6305 ALONDRA)**

| | | |
|---|---|---|
| Lot- | Miscellaneous Throughout Lunch Room, Consisting of: Microwaves, Refrigerators, Racks, Benches, Tables, Water Machines, Etc. | 2,000 |

**LAB**

| | | |
|---|---|---|
| Lot- | Equipment Throughout Building 1 Lab, Consisting of: | 50,000 |

- (2) Thermo Scientific Model TSX-5-15, High Performance Refrigerators
- (2) Thermo Scientific Model Heratherm, Benchtop Incubators
- (2) Thermo Scientific Model Heratherm, Incubators
- Thermo Scientific Single Door Incubator
- Thermo Fisher Scientific Model Quant Studio, PCR Machine
- Labconco 8'W Bio Safety Cabinet, S/N 220226104B (New 2022)
- Tuttnauer Benchtop Autoclave, S/N 21010147
- Thermo Scientific Model Pacific II, Water Purifying System, S/N 4132133001820 (New 2021)

*Continued...*

Exhibit AB 50

| | Tattooed Chef, Inc., 6305 Alondra Blvd., Paramount, CA | |
|---|---|---|

| Qty. | Description | Orderly Liquidation Value $ |
|---|---|---|
| | *Continued...* | |
| | • Thermo Scientific Benchtop Incubator | |
| | • Thermo Scientific Model Diluflex Pro, Lab Balance | |
| | • Miscellaneous Equipment Throughout Lab, Consisting of: Whirlpool Refrigerator Freezers, Conduction Ovens, Microwaves, Scales, Blenders, Thermal Cyclers, Hand Tools, Work Stations, Etc. | |

**GRANOLA ROOM**

| Qty. | Description | Value |
|---|---|---|
| 1- | **#EQ0000177** Action Pac Model Multi-109VFS, Vertical Form Fill and Seal Machine, S/N 10-3386, with Manufacturer Unknown Weigh Scale Head, Manufacturer Unknown Incline Conveyor Feed, Etc. | 60,000 |
| 1- | **#EQ0000399** Action Pac Model Multi-109VFS, Vertical Form Fill and Seal Machine, S/N 1.6-11190115, with Manufacturer Unknown Weigh Scale Head, Manufacturer Unknown Incline Conveyor Feed, Etc. | 60,000 |
| 1- | **#EQ0000399** Action Pac Model Multi-109VFS, Vertical Form Fill and Seal Machine, with Manufacturer Unknown Weigh Scale Head, Manufacturer Unknown Incline Conveyor Feed, Etc. | 60,000 |

Exhibit AB 50

**Tattooed Chef, Inc., 6305 Alondra Blvd., Paramount, CA**

| Qty. | Description | Orderly Liquidation Value $ |
|---|---|---|
| | **BUILDING 1 (6305 ALONDRA) PREP AREA** | |
| 1- | Manufacturer Unknown Horizontal Piston Depositor | 10,000 |
| 1- | Armada Model 810 6" x 12" Metal Detector, S/N 15071118 | 10,000 |
| 1- | Manufacturer Unknown 200-Gal. Stainless Steel Horizontal Ribbon Blender, with Controls | 15,000 |
| 1- | Manufacturer Unknown Horizontal Pepperoni Slicer, S/N TP2200010 (New 2022 Est.), Vertical Magazine Type Feed, Conveyor Exit, Push Button PLC Control | 30,000 |
| Lot- | Equipment Throughout Prep Area, Consisting of: Can Openers, Belt Conveyors, Inkjet Coders, Top and Bottom Case Tapers, Depositors, Scales, Blenders, Etc. | 10,000 |
| Lot- | Miscellaneous Equipment Throughout CIP Room, Consisting of: Portable CIP Foamers, Stainless Steel Sinks, Racks, Etc. | 3,500 |

Exhibit AB 50

| | Tattooed Chef, Inc., 6305 Alondra Blvd., Paramount, CA | |
|---|---|---|

| Qty. | Description | Orderly Liquidation Value $ |
|---|---|---|
| | **BUILDING 1 (6305 ALONDRA) PRODUCTI** | |
| Lot- | Line No. 1, Consisting of: | 100,000 |
| | • Manufacturer Unknown Weigh Scale Conveyor, S/N N/A, Approx. 24"W In Feed Conveyor, Controls, Etc. | |
| | • Pro Seal Model GT1, Automatic High-Speed In-Line Tray Sealer, S/N SN-M-07076 (New 2022) | |
| | • Equip Model 03KF28, 28" Stand Alone Nitrogen Spiral Freezer, S/N CB2705, Approx. 15' x 15' Foot-Print, with Incline Conveyor Exit | |
| | • (2) Keyence Model MKG1000, Inkjet Coders | |
| | • Fortress Model CVF5796, 6" x 12" Pass Through Metal Detector, S/N CV60X14BSA-T26446 | |
| | • Interpack Top and Bottom Case Taper | |
| Lot- | Line No. 3, Consisting of: | 150,000 |
| | • Manufacturer Unknown Model QTML5, Piston Depositor, S/N QTMCS190016-12-LAM, with PLC Control | |
| | *Continued...* | |

Exhibit AB 50

| | | Orderly Liquidation |
|---|---|---|
| | | Value |
| Qty. | Description | $ |

*Continued...*

- Quantum Technical Services Model TC3, Delumper and Waterfall Applicator, S/N TC315008, with All Associated Exit Conveyor
- Texwrap Model 2011SSCRR, Continuous Motion Side Seal Wrapper, S/N MTX52705-5, with Infeed and Exit Conveyor, Controls
- Manufacturer Unknown 4'L Heat Shrink Tunnel, 24"W x 24"W Opening
- #EQ0000167 Noren Model KF28, 28" Stand Alone Nitrogen Spiral Freezer, S/N CB2705-30-093-17 (New 2017), with Incline Exit Conveyor

  (**Please Note:** Leased)

- Langen Model Mpac B1-M, Manual Load Continuous Cartoner, S/N MN1026/3, with Keyence Inkjet Coder, Nordson Hot Melt Gluer, Exit Conveyor
- Fortress 12" x 6" Metal Detector, S/N 22745
- Interpack Top and Bottom Case Taper

| Qty. | Description | Value |
|---|---|---|
| 1- | **#448** Manufacturer Unknown 400-Gal. Horizontal Stainless Steel Jacketed Ribbon Blender, S/N 5512 | 20,000 |

Exhibit AB 50

| | Tattooed Chef, Inc., 6305 Alondra Blvd., Paramount, CA | |
|---|---|---|

| Qty. | Description | Orderly Liquidation Value |
|---|---|---|
| | | $ |
| Lot- | Line No. 2, Consisting of: <ul><li>Manufacturer Unknown 200-Gal. Stain Steel Liquifier, S/N N/A, Manual Feed, Pump Exit</li><li>Manufacturer Unknown 24"W x 12'L Manual Packing Belt Conveyor</li><li>Manufacturer Unknown Manual Control Piston Depositor, with Pump, Layout Table</li><li>Pro Seal Model GT1S, Automatic High-Speed In-Line Tray Sealer, S/N SN-M-06136</li><li>Equip Model 213, 28" Stand Alone Nitrogen Spiral Freezer, S/N 10201 (New 2003), with Exit Conveyor</li><li>YWD Model 901S, Carton Erector, S/N 1256, with Hot Melt Gluer</li><li>Interpack Top and Bottom Case Taper</li></ul> | 150,000 |
| 1- | Kaeser Model AS-25, 25-HP Rotary Screw Air Compressor, S/N 1341, with Refrigerated Air Dryer and Tank<br><br>(**Please Note:** Located Outside) | 4,500 |

Exhibit AB 50

| | | Orderly Liquidation Value |
|---|---|---|
| Qty. | Description | $ |

**BUILDING 6 (6307 ALONDRA)**

| | | |
|---|---|---|
| Lot- | Miscellaneous Equipment Throughout Building 6, Consisting of: Beverage Air Chiller, Samsung Refrigerator, Imperial Range, Assorted Chest Freezers, Roll-Up Doors, Horizontal Tank Mounted Air Compressors, Assorted Hand and Power Tools, Etc. | 10,000 |

**BUILDING 4 (6403 ALONDRA)**

| | | |
|---|---|---|
| Lot- | Miscellaneous Equipment Throughout Building 6, Consisting of: Vortex Refrigerator, Chest Freezers, Heavy Duty Adjustable Pallet Racking, Electric Pallet Jacks, Etc. | 7,500 |

**THROUGHOUT FACILITIES**

| | | |
|---|---|---|
| Lot- | Miscellaneous Equipment Throughout Facilities, Consisting of: Stainless Steel Sinks, Stainless Steel Workstations, Shovels, Brooms, Trash Cans, CIP Foamers, Portable Racks, Proofing Racks, Stainless Steel Tubs, Metro Racks, Ladders, Mezzanines, Pumps, Pipings, Tanks, Pans, Conveyor, Floor Jacks, Battery Chargers, Etc. | 25,000 |

Exhibit AB 50

| | Tattooed Chef, Inc., 6305 Alondra Blvd., Paramount, CA | |
|---|---|---|

| Qty. | Description | Orderly Liquidation Value |
|---|---|---|
| | | $ |
| Lot- | Office Furniture and Fixtures Throughout Facility, Consisting of: Laminate Desks, Chairs, Conference Room and Related Equipment, File Cabinets, PC's & Monitors, Laptops, Computers, Printers, Fax Machines, Copiers, Server Room and Related Equipment, Telephones, Security Equipment, Break Room Equipment, Etc. | 10,000 |
| | **MOBILE EQUIPMENT. NOT INSPECTED B APPRAISER. INFORMATION PROVIDED B COMPANY** | |
| 1- | **#1/107** Toyota Model 8FGCU25, 5,000-Lb. LPG Forklift Truck, S/N 35666 | 3,000 |
| 1- | **#2/519** Toyota Model 7FBEU20, 4,000-Lb. Electric Forklift Truck, S/N 18211 | 2,500 |
| 1- | **#3/520** Toyota Model 7FBEU20, 4,000-Lb. Electric Forklift Truck, S/N 22001 (New 2013) | 2,500 |
| 1- | **#4/521** Caterpillar Model 2ETC3000, 3,000-Lb. Electric 3-Wheel Forklift Truck, S/N N/A | 1,500 |
| 1- | **#5/522** Toyota Model 8FBE15U, 3,000-Lb. Electric Forklift Truck, S/N 11111 (New 2017) | 3,500 |
| 1- | **#6/523** Crown Model RR5220-35, 3,500-Lb. Electric Stand Up Narrow Aisle Forklift Truck, S/N N/A (New 2008) | 2,000 |

Exhibit AB 50

| | Tattooed Chef, Inc., 6305 Alondra Blvd., Paramount, CA | |
|---|---|---|
| Qty. | Description | Orderly Liquidation Value |
| | | $ |
| 1- | **#7/524**<br>Komatsu Model FG55T-16, 5,500-Lb. LPG Forklift Truck, S/N 203475 | 4,000 |
| 1- | **#8/525**<br>Raymond Model R35-335TT, 3,500-Lb. Electric Stand Up Forklift Truck, S/N R35-04-06139 | 2,000 |
| 1- | **#9/535**<br>Toyota Model 8FGCU25, 5,000-Lb. LPG Forklift Truck, S/N 43007 | 3,000 |
| 1- | **#10/536**<br>Raymond Model R40-C40TT, 4,000-Lb. Electric Stand Up Reach Type Forklift Truck, S/N R40-05-08139 | 2,000 |
| 1- | GMC Model Sierra 3500, Stakebed Truck, VIN N/A | 1,500 |

| TOTAL ORDERLY LIQUIDATION VALUE | $1,790,175 |
|---|---|

Exhibit AB 50

| | Tattooed Chef, Inc., 2021 52nd Street, Vernon, CA | |
|---|---|---|
| Qty. | Description | Orderly Liquidation Value $ |
| | **FREEZER AREAS** | |
| Lot- | Miscellaneous Equipment Throughout Cold Storage and Receiving, Consisting of: (16) Sections of 20' x 8' x 4' Heavy Duty Adjustable Steel Pallet Racking, (15) Sections of 3-Deep Pallet Flow Racking, (3) Pallet Positions High | 6,100 |
| Lot- | Cooler 2 Lot, Consisting of: (75) Sections of 20'H x 8'W x 4'D Heavy Duty Adjustable Steel Pallet Racking | 7,500 |
| Lot- | Cooler 1 Lot, Consisting of: (26) Sections of 2 & 3 Position Push Back Racking, (3) Positions High | 7,800 |
| Lot- | Freezer 3 Racking, Consisting of: (65) Sections of 20'H x 8'W x 4'D Heavy Duty Adjustable Steel Pallet Racking | 6,500 |
| Lot- | Cooler 4 Racking, Consisting of: (120) Sections of 20'H x 8'W x 4'D Heavy Duty Adjustable Steel Pallet Racking | 12,000 |
| Lot- | Freezer 5 Racking, Consisting of: (46) Sections of 3-Position Push Back Racking, (3) Positions High, (80) Sections of 20' x 8' x 4' Heavy Duty Adjustable Steel Pallet Racking | 22,800 |
| Lot- | Room 7 Racking, Consisting of: (10) Sections of 3-Deep & (4) Sections of 4-Deep, Push Back Pallet Racking, (3) Positions High | 6,500 |

Exhibit AB 50

**Tattooed Chef, Inc., 2021 52nd Street, Vernon, CA**

| Qty. | Description | Orderly Liquidation Value $ |
|---|---|---|
| Lot- | Room 8 Racking, Consisting of: (4) Sections of 4-Position Push Back Rack, (3) Positions High | 1,200 |
| | **THROUGHOUT FACILITY** | |
| Lot- | Miscellaneous Equipment Throughout Facility, Consisting of: Laminate Desks, Chairs, Conference Room and Related Equipment, File Cabinets, PC's & Monitors, Laptops, Computers, Printers, Fax Machines, Copiers, Server Room and Related Equipment, Telephones, Security Equipment, Break Room Equipment, Battery Chargers, Miscellaneous Hand & Power Tools, Etc. | 10,000 |
| 1- | Skyjack Model SJIII 4626, Electric Scissor Lift, S/N N/A (New 2003) | 7,000 |
| | **MOBILE EQUIPMENT, NOT INSPECTED B APPRAISER, INFORMATION PROVIDED B COMPANY** | |
| 1- | **#18** Yale Model MPE060LVGN24T2748, Rider Ty Electric Pallet Jack, S/N N/A (New 2011) | 1,000 |
| 2- | **#20 & 21** Raymond Model 8410-FRE60L, Rider Type Electric Pallet Jacks, S/N N/A (New 2013) | 2,000 |

Exhibit AB 50

| | Tattooed Chef, Inc., 2021 52nd Street, Vernon, CA | |
|---|---|---|

| Qty. | Description | Orderly Liquidation Value |
|---|---|---|
| | | $ |
| 1- | **#21** Raymond Model 4250C40TT, Stand Up Reac Type Forklift Truck, S/N N/A (New 2014), Truck #26 (Raymond 4250C40TT  2014) | 3,500 |
| 1- | **#22** Raymond Model 750DR32TT, Stand Up Rea Type Forklift Truck, S/N N/A (New 2014) | 3,500 |
| 1- | **#23** Raymond Model 750DR32TT, Stand Up Rea Type Forklift Truck, S/N N/A (New 2014) | 3,500 |
| 1- | **#27** Raymond Model 750DR32TT, Stand Up Rea Type Forklift Truck, S/N N/A (New 2014) | 3,500 |
| 1- | **#28** Raymond Model 750DR32TT, Stand Up Rea Type Forklift Truck, S/N N/A (New 2014) | 3,500 |

| TOTAL ORDERLY LIQUIDATION VALUE | $107,900 |
|---|---|

Exhibit AB 50

**Fill in this information to identify the case:**

Debtor name: Ittella International LLC

United States Bankruptcy Court for the: Central District of California

Case number: 2:23-bk-14154-SK

☐ **Check if this is an amended filing**

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

**Part 1:   List Creditors Who Have Claims Secured by Property**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.1 | | $19,000,000.00 | Undetermined |

2.1

UMB Bank
P.O. BOX 419226
MAILSTOP 1170103D
Kansas City, MO 64141-6226
greg.carasik@umb.com

**Date debt was incurred?**
9/1/2017

**Last 4 digits of account number**
TE01

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
All owned Assets

**Describe the lien**
Senior Secured Term Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                    $19,000,000.00

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1 | | |

| Fill in this information to identify the case: |
| --- |
| Debtor name: Ittella International LLC |
| United States Bankruptcy Court for the: Central District of California |
| Case number: 2:23-bk-14154-SK |

☐ **Check if this is an amended filing**

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
| --- | --- | --- |

**2.1**

Internal Revenue Service
PO Box 7346
Philadelphia PA
19101

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Total claim: $0.00    Priority amount: $0.00

**2.2**

Securities Exchange Commission
Attn: Bankruptcy Counsel
444 S Flower St Ste 900
Los Angeles CA
90071

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Total claim: $0.00    Priority amount: $0.00

2.3

Social Security Administration
Attn: Bankruptcy
6401 Security Blvd
Baltimore MD
21235

**As of the petition filing date, the claim is:**          $0.00          $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

☐ Yes

2.4

Employment Development Department
Bankruptcy Group MIC92E
Sacramento CA
94280

**As of the petition filing date, the claim is:**          $0.00          $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

☐ Yes

2.5

Franchise Tax Board
PO Box 2952
MS A-340
Sacramento CA
95812

**As of the petition filing date, the claim is:**          $0.00          $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

☐ Yes

2.6

State Board of Equalization
Account Info Group MIC 29
PO Box 942879
Sacramento CA
94279

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$0.00                    $0.00

2.7

Los Angeles County Collector
PO Box 54110
Los Angeles CA
90054

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$0.00                    $0.00

2.8

Internal Revenue Service
PO Box 7346
Philadelphia PA
19101

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$0.00                    $0.00

**2.9**

Securities Exchange Commission
Attn: Bankruptcy Counsel
444 S Flower St Ste 900
Los Angeles CA
90071

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

☐ Yes

**2.10**

Social Security Administration
Attn: Bankruptcy
6401 Security Blvd
Baltimore MD
21235

**As of the petition filing date, the claim is:**                    $0.00                    $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

☐ Yes

These creditors have been added for noticing purposes only

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |
|---|---|

**3.1**

A&A EXPRESS
8951 S. 126th Street
Omaha, NE 68138

**As of the petition filing date, the claim is:**                    $218,356.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2**

ABBOTT BLACKSTONE COMPANY INC.
411 CLEVELAND ST., SUITE 198
CLEARWATER, FL 33755

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $86,208.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.3**

ADVANTAGE SALES & MARKETING, INC.
PO BOX 744347
Atlanta, GA 30374-4347

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $2,034.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.4**

ADVANTEX PROFESSIONAL SERVICES
ADVANTEX GENERAL ACCT.
DEPT.# 842023
LOS ANGELES, CA 90084-2023

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $6,552.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.5**

AFC TRADING AND WHOLESALE
4738 VALLEY BOULEVARD
LOS ANGELES, CA 90032

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $13,517.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.6

AIRGAS
DBA: AIRGAS USA, LLC.
PO BOX 734671
DALLAS, TX 75373

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $111.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.7

AIRGAS USA
PO BOX 736148
DALLAS, TX 75373

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $241.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.8

AIRTIGHT INDUSTRIES, INC
PO BOX 939
Chino Hills, CA 91709

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $1,482.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.9

AKESO OCCUPATIONAL HEALTH
PO BOX 51032
Los Angeles, CA 90051

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $1,778.57
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.10

ALCASS SPA
ATTN: MARIAGRZIA MAZZI
VIA CASELLE, 2
1 BEDIZZOL
BRESCIA 02508
ITALY

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $865,519.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.11

ALLIANCE MIDWEST, LLC
ATTN: SCOTT ANDERSON
PO BOX 2810
MATTHEWS, NC 28106

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $625,286.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.12

ALLIANCE SHIPPERS INC.
516 SYLVAN AVENUE
Englewood Cliffs, NJ 7632

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $195,366.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.13

ALLIED ELECTRONICS INC.
PO BOX 2325
FORT WORTH, TX 76113

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $403.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.14

ALLYADVISERS
3790 Happy Valley Road
Lafayette, CA 94549

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $33,898.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.15

AMAFRUITS LLC
ATTN: BRANDON HOVEY
8940 WEST 192ND ST
SUITE C
MOKENA, IL 60448

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $1,746,455.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.16

AMERICAN EXPRESS
PO Box 650448
Dallas, TX 75265-0448

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $101,563.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.17

AMERICAN TURNKEY FABRICATORS
9175 MILLIKEN AVENUE
RANCHO CUCAMONGA, CA 91730

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $854.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.18

AMERICOLD LOGISTICS LLC
ATTN: CHRISTI RODEMOYER
PO BOX 505339
SAINT LOUIS, MO 63150-5339

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $1,497,214.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☐ No

☑ Yes

3.19

AMERICOLD-LEESPORT
25587 NETWORK PLACE
CHICAGO, IL 60673-1255

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $3,700.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.20

ANDERSON'S MAPLE SYRUP, INC
2388 40TH STREET
Cumberland, WI 54829

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $23,307.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.21

APPRIVER LLC
DEPT 0233, PO BOX 120233
DALLAS, TX 75312-0233

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $132.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.22**

ARCHE ADVISORS
50 EAST 100 SOUTH, STE. 201
Saint George, UT 84770

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $1,515.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.23**

ARGO LOGISTICS
Via Irno
Pontecagnano faiano 84098
Italy

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $47,489.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.24**

ARIZA GLOBAL FOODS, INC.
7602 JACKSON ST
PARAMOUNT, CA 90723

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $18,096.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.25**

ARMADA SALES
5859 E. MARITA ST.
Long Beach, CA 90815

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $820.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.26

ASSOCIATED SUPERMARKET GROUP LLC
PO BOX 74989
PROMO LOCKBOX
CHICAGO, IL 60675-4989

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $1,392.39
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.27

ASTRO PACKAGING
1300 N JEFFERSON STREET
ANAHEIM, CA 92807

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $4,908.97
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.28

AT&T #831-001-1468
PO BOX 5019
Carol Stream, IL 60197-5019

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $1,507.71
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.29

BAY ALARM COMPANY
PO BOX 7137
SAN FRANCISCO CA 94120-7137

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $2,040.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.30

BCI Acquisition, Inc.
6305 Alondra Blvd
Paramount, CA 90723

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $283,968.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Intercompany Notes Payable

**Is the claim subject to offset?**

☐ No

☑ Yes

3.31

BEACON RESOURCES, LLC
20750 VENTURA BLVD., SUITE 300
Woodland Hills, CA 91364

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $33,337.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.32

BEST WOOD WORKS PALLETS, INC.
224 S MATTHISEN AVE
COMPTON, CA 90220-2023

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $27,966.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.33

BJ'S WHOLESALE CLUB
PO BOX 3755
Boston, MA 02241-3755

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $20,661.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.34

BLOOM PROJECT & EVENT MANAGEMENT LL
7 Glenfield Road
Barrington, RI 2806

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                     $19,081.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.35

BLUE NETWORK, INC.
3317 ELDA STREET
DUARTE, CA 91010

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                     $5,194.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.36

BOA LOGISTICS, LLC
4000 NOAKS ST
Los Angeles, CA 90023

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                     $12,933.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.37

BONOMI S.P.A
VIA VAZZI 7
ROVERE (VR) 37028

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                     $38,455.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.38**

BorderLAN Inc.
950 Boardwalk #300
San Marcos, CA 92078

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $4,858.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.39**

BRADY INDUSTRIES
7055 LINDELL ROAD
Las Vegas, NV 89118

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $7,395.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.40**

BRIMAR INDUSTRIES, LLC
64 Outwater Lane
Garfield, NJ 7026

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $299.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.41**

BROTHERS MACHINE SHOP CORP
6451 CLARA ST.
Bell Gardens, CA 90201

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $6,667.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.42**

BROWN BOLT & NUT CORP
15523 MINNESOTA AVE.
PARAMOUNT CA, CA 90723

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                  $38.59
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.43**

BROWNCO CONSTRUCTION COMPANY, INC.
1000 E. KATELLA AVENUE
ANAHEIM, CA 92805

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                  $89,918.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.44**

BUILT RITE CONSTRUCTION INC
10301 S SAN PEDRO STREET
Los Angeles, CA 90003

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                  $1,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.45**

BURRIS LOGISTICS
PO BOX 536071
Pittsburgh, PA 15253-5902

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                  $2,382.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.46**

C.H. ROBINSON INTERNATIONAL, INC.
ATTN: BRIAN RUFFINO
PO BOX 9121
MINNEAPOLIS, MN 55480-9121

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $370,848.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.47**

C&L REFRIGERATION
PO BOX 2319
BREA, CA 92822

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $3,173.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.48**

CA TRUCKING TRANSPORTATION LLC
1105 S. EUCLID ST., SUITE D 358
FULLERTON, CA 92832

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $140,549.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.49**

CADENCE COLD BREW, INC.
5821 FEMRITE DRIVE, SUITE E
MADISON, WI 53718

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $31,872.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.50**

CAPITOL FOOD COMPANY
PO BOX # 6629
PASADENA, CA 91109-6572

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $121,140.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.51**

CASESTACK / HUB GROUP, INC.
ACCOUNTS RECEIVABLE
PO BOX 95045
CHICAGO, IL 60694-5045

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $812.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.52**

CBC
ATTN: TED ZACK
7710 BALBOA AVENUE
SUITE #302
SAN DIEGO, CA 92111

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $1,049,980.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.53**

CDC SPA
Via Paleocapa
Livorno 57123
Italy

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $335,796.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.54**

CDS
PO BOX 744818
ATLANTA, GA 30374-4818

**Date or dates debt was incurred**

| **As of the petition filing date, the claim is:** | $400,324.12 |
|---|---|

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.55**

CDW
ATTN: STEVE ELLIOTT
PO BOX 25549
ANAHEIM, CA 92825

**Date or dates debt was incurred**

| **As of the petition filing date, the claim is:** | $686,381.78 |
|---|---|

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.56**

CHEMCO
6401 ALONDRA BLVD.
PARAMOUNT, CA 90723

**Date or dates debt was incurred**

| **As of the petition filing date, the claim is:** | $7,944.34 |
|---|---|

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.57**

CHOPTANK
PO BOX 99
PRESTON, MD 21655

**Date or dates debt was incurred**

| **As of the petition filing date, the claim is:** | $90,962.80 |
|---|---|

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.58

CIGNA HEALTHCARE
BANK OF AMERICA-CHLIC-CHICAGO
5476 COLLECTION CENTER DR
CHICAGO, IL 60693

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.01

3.59

CITRUS AD INTERNATIONAL INC.
PO BOX 530398
Saint Petersburg, FL 33747

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$117,610.18

3.60

CIUTI INTERNATIONAL INC
8790 ROCHESTER AVE #A
Rancho Cucamonga, CA 91730

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,755.00

3.61

CLIMATE PROS LLC
PO BOX 203
BEDFORD PARK, IL 60499-0203

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$19,443.93

3.62

CNM LLP
Dept LA #25449
Pasadena, CA 91185-5449

**Date or dates debt was incurred**

| | |
|---|---|
| **As of the petition filing date, the claim is:** | $60,960.00 |

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.63

CONTINENTAL PROCESSORS
681 SOUTH CLARENCE
LOS ANGELES, CA 90023

**Date or dates debt was incurred**

| | |
|---|---|
| **As of the petition filing date, the claim is:** | $22,776.30 |

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.64

CONTINENTAL STOCK TRANSFER & TRUST
ONE STATE STREET PLAZA, 30TH FLOOR
NEW YORK, NY 10004

**Date or dates debt was incurred**

| | |
|---|---|
| **As of the petition filing date, the claim is:** | $8,207.41 |

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.65

COR FREIGHT
P.O.BOX 17957
FORT MITCHELL, KY 41017

**Date or dates debt was incurred**

| | |
|---|---|
| **As of the petition filing date, the claim is:** | $7,700.00 |

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.66**

CORRIDOR RECYCLING, INC.
22500 S. Alameda St.
Long Beach, CA 90810

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $310.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.67**

COX BUSINESS
PO BOX 53285
PHOENIX, AZ 85072-3285

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $684.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.68**

CPG
88 SOUTH 10TH STREET, SUITE 100
MINNEAPOLIS, MN 55403

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $156,867.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.69**

CRITEO CORP
387 PARK AVENUE SOUTH, 12 FLOOR
New York, NY 10016

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $43,514.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.70**

CROSSMARK, INC.
PO BOX 669144
Dallas, TX 75266-9144

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $26,768.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.71**

CT CORPORATION
PO BOX 4349
CAROL STREAM, IL 60197-4349

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $436.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.72**

CT MEDIA PARTNERS
PO BOX 386
OLATHE, KS 66051

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $3,450.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.73**

DANICA LO CORPORATION
10 W 15TH STREET
#424
New York, NY 10011

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $30,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.74

DATA COUNCIL
DATA COUNCIL LLC DBA IX-ONE
PO BOX 744482
ATLANTA, GA 30374-4482

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $1,375.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.75

DATAGEAR INC.
500 WEST DYER ROAD
SANTA ANA, CA 92707

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $8,667.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.76

DAYMON WORLDWIDE INC.
PO Box 744820
Atlanta, GA 30374-4820

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $41,040.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.77

DELUNA INVESTMENTS, INC.
1622 S. GAFFEY STREET, SUITE 203
SAN PEDRO, CA 90731

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $15,383.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.78**

DENVER COLD STORAGE, INC
555A SANDY HILL ROAD
Denver, PA 17517

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                   $11,619.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.79**

DESTINI GLOBAL LLC
PO BOX 776826
CHICAGO, IL 60677-6826

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                   $4,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.80**

DOLORES CANNING CO., INC.
PO BOX 63187
LOS ANGELES, CA 90063-0187

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                   $6,335.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.81**

E*TRADE CORPORATE SERVICES
ATTN: ACCOUNTS RECEIVABLE
PO BOX 3512
ARLINGTON, VA 22203

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                   $20,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.82

ECOLAB PEST ELIMINATION
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.83

ELITE SPICE, INC.
7151 MONTEVIDEO ROAD, 20794
JESSUP, MD 20794

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $1,744.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.84

ELSTON NATIONWIDE CARRIERS
PO BOX 54007
Hurst, TX 76054

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $121,469.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.85

ENCISO EXPRESS TRANSPORTATION
614 Aurora Dr.
Claremont, CA 91711

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $825.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.86**

ENSIGHT SOLUTIONS, LLC
PO Box 7410664
Chicago, IL 60674-0664

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $1,007.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.87**

EPIQ EDISCOVERY SOLUTIONS INC
777 THIRD AVE 12TH FLOOR
New York, NY 10017

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $104,144.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.88**

EXPO PROPANE
PO BOX 1679
LOS ANGELES, CA 90001

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $2,147.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.89**

FAIRWARE, INC.
248 THIRD STREET, SUITE 495
Oakland, CA 94607

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $3,731.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.90

FAIRWAY STAFFING SERVICES, INC.
PO BOX 31001-2434
PASADENA, CA 91110-2434

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $86,096.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.91

FAN FORWARDING AGENCY
ATTN: FABIO CASTELLANO
Z.I. Area Portuale
San Ferdinando , RC 89026
Italy

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $875,998.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.92

FARMDALE CREAMERY INC
1049 W BASE LINE STREET
San Bernardino, CA 92411-2301

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $25,127.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.93

FC CARGO TEAM S.R.L.
SPEDIZIONI INTERNATIONALI
CARGO CITY EDIFICIO SERVIZI 2
PIANO 00054 AEROPORTO FIUMICINO

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $9,703.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.94

FEDERAL EXPRESS CORPORATION
PO BOX 94515
PALATINE, IL 60094

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                 $1,711.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.95

FEDEX
PO BOX 94515
PALATINE, IL 60094

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                 $18,526.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.96

FEDEX FREIGHT
DEPT LA PO BOX 21415
Pasadena, CA 91185-1415

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                 $2,591.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.97

FIORE DI PASTA, INC.
4776 E JENSEN AVENUE
FRESNO, CA 93725

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                 $336,638.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.98**

FISHER SCIENTIFIC COMPANY, LLC
ACCT# 066156-001
PO BOX 50129
LOS ANGELES, CA 90074-0129

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $9,898.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.99**

G.C. FARMS
15500 HILL RD
MORGAN HILL, CA 95037

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $14,742.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.100**

GATE2PLATE, INC.
1550 LARIMER STREET, SUITE 872
DENVER, CO 80202

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $6,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.101**

GELEN MEDIA LLC
1061 SOUTH 820 EAST
Heber City, UT 84032

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $25,800.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.102

GHA TECHNOLOGIES INC
DEPT. #2090
PO BOX 29661
Phoenix, AZ 85038

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $13,541.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.103

GI-DIS SRL
ATTN: GIANLUCA MORRONE
VIA SAN MARTINO, 72/4/2013
MILANO 20122
ITALY

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $383,225.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.104

GIBSON, DUNN & CRUTCHER LLP
333 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-3197

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $684,553.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.105

GIORDANO BUSINESS DEVELOPMENT GROUP
12743 BUNDLE ROAD
CHESTERFIELD, VA 23838

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $8,649.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.106

GOLD STANDARD SERVICE CORP
12181 ETON DRIVE
Rancho Cucamonga, CA 91729

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $19,935.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.107

GOOD KARMA FOODS, INC
2465 CENTRAL AVENUE
SUITE 100
BOULDER, CO 80301

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $8,626.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.108

GOOD SOURCE SOLUTIONS INC.
3115 MELROSE DRIVE SUITE 160
CARLSBAD, CA 92010

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $41,600.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.109

GRAINGER
DEPT. 886140669
PALATINE, IL 60038-0001

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $1,705.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.110

GRANT THORNTON LLP
33562 TREASURY CENTER
CHICAGO, IL 60694-3500

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $52,888.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.111

GREEN RABBITT HOLDINGS, INC
135 LUNDQUIST DRIVE
BRAINTREE, MA 2184

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $7,834.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.112

HARTFORD INSURANCE WC
PO Box 783690
Philadelphia, PA 19178

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $41,988.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.113

HAYNES AND BOONE, LLP
PO BOX 841399
DALLAS, TX 75284-1399

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $11,419.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.114

HEALTHIEST YOU C/O TELADOC INC.
14005 LIVE OAK AVENUE
IRWINDALE, CA 91706-1330

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                   $837.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.115

HIGH QUALITY ORGANICS, INC
12101 MOYA BLVD
Reno, NV 89506

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                 $6,355.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.116

HOGAN LOVELLS US LLP
Lock Box Services - 75890
P.O Box 715890
Philadelphia, PA 19171-5890

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                $29,226.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.117

HULSWIT DESIGNS
100 N. HELBERTA AVE
Redondo Beach, CA 90277

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                $24,984.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.118

IFI
15631 GRAHAM STREET UNIT E
HUNTINGTON BEACH, CA 92649

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                     $61,656.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.119

IGOE
PO BOX 501480
SAN DIEGO, CA 92150-1480

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                     $111.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.120

INDUSTRIAL REPAIR SERVICE, INC.
2650 BUSINESS DRIVE
CUMMING, GA 30028

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                     $2,143.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.121

INFORMA MEDIA / EXPO WEST
24654 Network Place
Chicago, IL 60673

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                     $142,260.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.122

INNER CIRCLE SALES LLC
175 E HAWTHORNE PARKWAY
SUITE 300
VERNON HILLS, IL 60061

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $250,795.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.123

INNER-COOL REFRIGERATION INC
7901 Somerset Blvd. Suite D
Paramount, CA 90723

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $2,245.22
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.124

INSTACART
50 BEALE ST. SUITE 600
San Francisco, CA 94105

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $238,481.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.125

INSUA GRAPHICS INC.
9121 GLENOAKS BLVD.
SUN VALLEY, CA 91352

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $2,085.61
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.126

INTERGLOBO
ATTN: BREIANN BANUELOS
22411 BONITA STREET
CARSON, CA 90745

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $676,175.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.127

INTERSTATE WAREHOUSING INC.
DEPT. 78743
PO BOX 78000
DETROIT, MI 48278-0743

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $11,499.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.128

INTRADO DIGITAL MEDIA, LLC
770 N HALSTED ST
SUITE 500
CHICAGO, IL 60642

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $14,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.129

INTRALINKS, INC
PO BOX 392134
10TH FLOOR
Pittsburgh, PA 15251-9134

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $1,388.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.130**

ITTELLA ITALY SRL
STRADA DELLA CASSAINA
LATINA
PROSSEDI 4010

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $1,419,904.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.131**

ITTELLA PROPERTIES, LLC.
1622 S. GAFFEY STREET, SUITE 203
San Pedro, CA 90731

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $207,600.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.132**

JAITAL CORPORATION
ATTN: KELLY HIRAMATSU
2121 ATWOOD WAY
TORRANCE, CA 90503

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $10,750.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.133**

JUST FOR ME ROD, INC
THE EMPIRE STATE BUILDING
350 FIFTH AVE SUITE, 38TH FLOOR
New York, NY 10118

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $49,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.134

KEYENCE CORP OF AMERICA
DEPT LA 22198
PASADENA, CA 91185

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $5,411.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.135

KIMCO STAFFING SERVICES INC
DEPT 842023
Los Angeles, CA 90084-2023

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $24,300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.136

KRAFT HEINZ COMPANY
22541 NETWORK PLACE
CHICAGO, IL 60673

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $178,469.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.137

LA FRESCA FOODS, INC.
PO BOX 161582
AUSTIN, TX 78716

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $31,216.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.138

LAKEVIEW CHEESE CO,. LLC.
PO BOX 6921
CAROL STREAM, IL 60197-6921

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $26,781.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.139

LAMB WESTON
PO BOX 70075
CHICAGO, IL 60673-0075

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $277,553.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.140

LANCE, SOLL & LUNGHARD LLP
203 N. BREA BLVD, SUITE 203
Brea, CA 92821

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $2,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.141

LANCE, SOLL & LUNGHARD, LLP.
1611 E. FOURTH STREET, SUITE 200
SANTA ANA, CA 92701

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $5,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.142

LAWRENCE EQUIPMENT
2034 NORTH PECK ROAD
SO. EL MONTE, CA 91733

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $16,132.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.143

LIFT PARTS SERVICES LLC
5412 GAGE AVENUE BLDG#1
BELL, CA 90201

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $37,776.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.144

LINEAGE LOGISTICS, LLC
ATTN: CHRIS SKRABA
PO BOX 101389
PASADENA, CA 91189-1389

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $837,863.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.145

LOGIS CFO, LLC
22287 Mulholland Highway #202
Calabasas, CA 91302

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $115,693.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.146

M & D TRANSPORATION
44504 MAYBERRY
Hemet, CA 92544

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $3,809.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.147

MAMBO TRADING
6427 ALONDRA BLVD.
PARAMOUNT, CA 90723

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $2,941.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.148

MATHESON
DEPT LA 23793
PASADENA, CA 91185-3793

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $1,501.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.149

MC FUELS
PO BOX 2042
MANHATTAN BEACH CA, CA 90267

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $29,446.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.150**

MCMASTER CARR
PO BOX 7690
CHICAGO, IL 60680-7690

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                      $7,732.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.151**

MESSER LLC
PO BOX 100691
PASADENA, CA 91189-0691

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                      $82,088.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.152**

METROPOLITAN MARKET LLC
1500 114TH AVE SE
Bellevue, WA 98004

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                      $5,938.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.153**

MICHEL
DBA: R.E. MICHEL COMPANY, LLC.
PO BOX 2318
BALTIMORE, MD 21203

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                      $19,844.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.154

MICHELLE PERRY CREATIVE SERVICES IN
100 S. ALLEN DIVE
LODI, CA 95242

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $16,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.155

MICHELLE RUSSELL
4 CAPITOLA COURT
Napa, CA 94559

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $10,589.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.156

MICHELLE STEFFIN
26207 SE 152ND ST
Issaquah, WA 98027

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $2,069.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.157

MICHELSON LABORATORIES, INC.
6280 CHALET DRIVE
COMMERCE, CA 90040

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $59,351.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.158

MIDWEST INDUSTRIAL RUBBER, INC
P.O BOX 772866
Detroit, MI 48277-2866

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $559.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.159

MIZKAN
27772 NETWORK PLACE
CHICAGO, IL 60614

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $5,472.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.160

MOTIVE ENERGY INC
125 E COMMERCIAL ST, BLDG B
ANAHEIM, CA 92801

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,814.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.161

MOZAIK LLC
245 W CARL KARCHER WAY
Anaheim, CA 92801

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $203,600.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.162

MPAC LANGEN INC.
6500 KITIMAT ROAD, UNIT 1
MISSISSAUGA LSN288
ONTARIO

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $22,010.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.163

NATIONAL EQUIPMENT AND SERVICE CORP
3334 E COAST HWY
PMB 317
Corona del Mar, CA 92625

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,538.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.164

NATURAL STATE PRODUCTIONS, INC.
2029 CENTURY PARK EAST
SUITE 1500
Los Angeles, CA 90067

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $20,125.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.165

NELSONJAMESON INC
PO BOX 1147
MARSHFIELD, WI 54449

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $16,611.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.166**

NEOGEN CORPORATION
25153 Network Place
Chicago, IL 60673

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              $52,728.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.167**

New Mexico Food Distributors, Inc.
6305 Alondra Blvd
Paramount, CA 90723

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              $11,474,240.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Intercompany Notes Payable

**Is the claim subject to offset?**

☐ No

☑ Yes

**3.168**

NEWAY PACKAGING CORP
ATTN: KIM GUERRERO
1973 E VIA ARADO
RANCHO DOMINGUEZ, CA 90220

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              $851,148.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.169**

NEWPORT INGREDIENTS
5850 W. 3rd Street ; Suite 142
Los Angeles, CA 90036

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              $142,065.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.170

Nick's Tire & Brake Service Inc
3152 Bandini Blvd
VERNON, CA 90058

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $162.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.171

NIELSEN CONSUMER LLC
PO BOX 88956
CHICAGO, IL 60695-8956

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $1,170.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.172

NITROC GROUP INC.
214 BRAZILIAN AVE
STE 200E
PALM BEACH, FL 33401

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $205,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.173

NOON INTL
5506 6TH AVE. SOUTH SUITE 101
SEATTLE, WA 98108

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $20,196.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.174

Nutrition Diet Services
PO BOX 67070
PORTLAND, OR 97268

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $5,005.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.175

ON POINT LOG, LLC
PO BOX 92404
CITY OF INDUSTRY, CA 91715

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $102,327.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.176

ORGANIC MILLING, INC
505 WEST ALLEN AVE
SAN DIMAS, CA 91773

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $62,407.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.177

ORION BUSINESS & RISK MANAGEMENT SE
1250 CORONAL POINTE COURT
SUITE 302
CORONA, CA 92879

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $3,293.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.178**

PARACORP INC
PO BOX 160568
Sacramento, CA 95816

**Date or dates debt was incurred**

As of the petition filing date, the claim is:         $582.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.179**

PARAMOUNT BUSINESS PARK
C/O Vitco Properties Park
PO Box 57063
Irvine, CA 92619-7063

**Date or dates debt was incurred**

As of the petition filing date, the claim is:         $1,876.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.180**

PARKS COFFEE CALIFORNIA, INC
PO BOX 110914
CARROLLTON, TX 75011-0914

**Date or dates debt was incurred**

As of the petition filing date, the claim is:         $4,195.17
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.181**

PATAGONIA FOODS
PO BOX 4360
SAN LUIS OBISPO, CA 93403

**Date or dates debt was incurred**

As of the petition filing date, the claim is:         $151,664.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.182

PECO PALLET, INC.
2990 MOMENTUM PLACE
CHICAGO, IL 60689-5329

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                           $7,632.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.183

PERFORMANCE OPERATIONS LLC
228722 ORENSE
Mission Viejo, CA 92691

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                           $2,378.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.184

PITNEY BOWES GLOBAL FIN SVCS
PO BOX 371887
PITTSBURGH, PA 15250

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                           $1,081.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.185

PLATINUM PACKAGING GROUP
7627 SOMERSET BLVD.
PARAMOUNT, CA 90723

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                           $62,130.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.186

PLUM MARKET
30777 Northwestern Hwy ste 301
FARMINGTON HILLS, MI 48334

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $613.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.187

POWER DIGITAL MARKETING INC.
2251 SAN DIEGO AVENUE
SUITE A250
SAN DIEGO, CA 92110

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $77,505.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.188

PRAYTELL STRATEGY, INC
1000 DEAN STREET
SUITE 280
BROOKLYN, NY 11238

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $42,749.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.189

PROSEAL AMERICA INC.
PO BOX 776849
CHICAGO, IL 60677-6849

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $8,804.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.190

PROVISION INGREDIENTS
5195 FARMERS AVENUE SW
Kalona, IA 52247

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                               $47,045.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.191

PRUDENTIAL OVERALL SUPPLY
8409 WASHINGTON ST NE
ALBUQUERQUE, NM 87113

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                               $26,942.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.192

PURCHASE POWER
PO BOX 371874
PITTSBURGH, PA 15250-7874

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                               $453.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.193

QUANTUM SUCCESS PACKAGING, INC.
811 N. CATALINA AVENUE, SUITE 3100
REDONDO BEACH, CA 90277

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                               $168,837.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.194

QUANTUM TECHNICAL SERVICES
9524 W. GULFSTREAM ROAD
FANKFORD, IL 60423

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $3,750.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.195

RANCHO JANITORIAL SUPPLY
416 N. NINTH ST.
Modesto, CA 95350

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $637.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.196

RAYMOND HANDLING SOLUTIONS, INC
9939 NORWALK BLVD
Santa Fe Springs, CA 90670

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $2,041.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.197

RC TECHNOLOGY ELECTRIC INC.
12223 HIGHLAND AVE., SUITE C-363
RANCHO CUCAMONGA, CA 91739

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $39,182.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.198**

REFRIGIWEAR, LLC
54 BREAKSTONE DRIVE
Dahlonega, GA 30533

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $6,173.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.199**

REMEL INC
BOX 96299
CHICAGO, IL 60693

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $17,751.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.200**

RETAIL SPORTS MARKETING, INC
10150 MALLARD CREEK ROAD
SUITE 500
Charlotte, NC 28262

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $125,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.201**

RICH PRODUCTS CORPORATION
PO BOX 98333
CHICAGO, IL 60693

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $336,547.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.202

RICHARDS, LAYTON & FINGER, P.A.
920 NORTH KING STREET
Wilmington, DE 19801

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $55,112.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.203

RLS LOGISTICS
2185 MAIN RD.
NEWFIELD, NJ 8344

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $38,133.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.204

ROCKET MACHINE WORKS INC
ATTN: MIKE VON HUSEN
5410 S. VILLA AVENUE
FRESNO, CA 93725

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $385,920.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.205

ROMER LABS INC
PO BOX 123810
Dallas, TX 75312-3810

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $10,010.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.206

ROMERO FOOD PRODUCTS, INC.
15155 VALLEY VIEW AVENUE
SANTA FE SPRINGS, CA 90670

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $261.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.207

ROYAL WHOLE SALE ELECTRIC
PO BOX 847124
LOS ANGELES, CA 90084-7124

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $4,583.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.208

RS AMERICAS, INC
7151 JACK NEWELL BLVD SOUTH
Fort Worth, TX 76118-7037

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $2,372.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.209

RUTAN & TUCKER, LLP
18575 JAMBOREE ROAD
9TH FLOOR
Irvine, CA 92612

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $226,723.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.210

RYDER TRANSPORTATION
LOCKBOX FILE 056347
LOS ANGELES, CA 90074-6347

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $42,778.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.211

RYTEC CORPORATION
Attn: Melissa Losiniecki
PO Box 403
Jackson, WI 53037

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $56,827.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.212

S.E.A. Enterprises, Inc
PO BOX 69
Redmond, WA 98073

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $20,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.213

SC FUELS
PO BOX 14014
ORANGE, CA 92863

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $7,299.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

### 3.214

SCENIC FRUIT COMPANY LLC
ATTN: DAN EISELE
7510 SE ALTMAN ROAD
GRESHAM, OR 97080

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $670,158.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.215

SEALER SALES, INC
8820 BAIRD AVENUE
Northridge, CA 91324

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,243.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.216

SEATTLE SEARCH GROUP
20414 NE 37TH WAY
Sammamish, WA 98074

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $27,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.217

SELECT PERSONNEL, INC
10440 PIONEER BLVD
SUITE 8
SANTA FE SPRINGS, CA 90670

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $548,645.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.218

SGS
CITI BANK
PO BOX 2502
CAROL STREAM, IL 60132-2502

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $56.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.219

SINCO INC
73 CHAPLE STREET, SUITE C
Newton, MA 2458

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $54,799.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.220

SKILLSET GROUP, LLC
ATTN: TONY PEREZ
800 E DYER RD
SANTA ANA, CA 92705

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,261,600.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.221

SmartSense by Diji
Lockbox # 138008
PO Box 1380
Minneapolis, MN 55480-1380

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $799.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.222

Snell & Wilmer
ONE ARIZONA CENTER
400 E. VAN BUREN SUITE # 1900
Phoenix, AZ 85004

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $112,668.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.223

SO. CAL EDISON
PO BOX 300
ROSEMEAD, CA 91772-0001

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $23,520.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.224

SOCALGAS
PO BOX C
MONTEREY PARK, CA 91756-5111

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $63.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.225

SONSRAY RENTAL & LEASING INC.
PO BOX 51173
LOS ANGELES, CA 90051

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $13,333.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.226

SOUP BASES LOADED INC.
2355 E. FRANCIS ST.
ONTARIO, CA 91761

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $81,521.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.227

SOUTH BAY SAFETY INC
ATTN: TONY PEREZ
PO BOX 742890
ATLANTA, GA 30374

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $350,041.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.228

SPARKS EXHIBITS & ENVIRONMENTS CORP
3724 SOLUTIONS CENTER
Chicago, IL 60677-3007

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $4,530.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.229

SPINS
PO Box 776803
Chicago, IL 60677-6803

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $67,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.230

SPS, INC
3000 E MIRALOMA AVE
Anaheim, CA 92806

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $310.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.231

SSI REFRIGERATED EXPRESS
PO Box 1150
Riverton, UT 84065

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $33,080.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.232

STAMPS INVESTMENT INC
100 N BARRANCA ST
West Covina, CA 91791

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $647.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.233

STAPLES BUSINESS CREDIT
PO BOX 105638
Atlanta, GA 30348-5638

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $4,843.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.234

STAT ACQUISITION LLC
809 SW I STREET SUITE 5
Bentonville, AR 72712

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $20,689.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.235

STIR FOODS, LLC
PO BOX 2388
Fullerton, CA 92833

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $127,037.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.236

STUMP POWER & ELECTRIC CORP.
3432 E. 15TH STREET
LOS ANGELES, CA 90023

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $6,941.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.237

SUPERIOR BEARING CO., INC.
PO BOX 911035
COMMERCE, CA 90091-1035

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $6,693.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Ittella International LLC
          Name                                                   Case number *(if known)* 2:23-bk-14154-SK

**3.238**

SUPERIOR LITHOGRAPHICS
3055 BANDINI BLVD.,
LOS ANGELES, CA 90058

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $151,833.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.239**

SUPHERB FARMS
PO BOX 7739
San Francisco, CA 94120-7739

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $5,016.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.240**

SYNERGY LOGISTICS LLC
5240 W 47TH ST #11
CHICAGO, IL 60638

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $6,450.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.241**

SYSCO FOODS
20701 EAST CURRIER ROAD
WALNUT, CA 91789

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $14,695.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.242

TALAMO FOODS
PO BOX 695
MORGAN HILL, CA 95038

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $241,553.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.243

TAMPICO SPICE COMPANY
PO BOX 01229
LOS ANGELES, CA 90001

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $5,070.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.244

TEAM DIRECT MANAGEMENT LLC
5509 W PINNACLE POINT DRIVE
SUITE 100
Rogers, AR 72758

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $115,657.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.245

TEPACHI TRUCKING LLC
5001 E CORONA RD
Tucson, AZ 85756

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $28,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.246**

THE AVALON GROUP, INC.
ATTN: KIM GARCIA
27758 SANTA MARGARITA PKWY
#203
MISSION VIEJO, CA 92692

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $602,770.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.247**

THE EQUITY GROUP INC.
800 THIRD AVENUE 36TH FLOOR
New York, NY 10022

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $97,371.78
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.248**

THE LOOMA PROJECT, INC
201W. MAIN STREET
SUITE 100 PMB 102
Durham, NC 27701

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $1,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.249**

THE TOFURKY COMPANY
PO BOX 176
HOOD RIVER, OR 97031

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $33,561.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.250**

TREEHOUSE CA ALMONDS LLC
PO BOX 12150
EARLIMART, CA 93219

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $13,391.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.251**

ULINE
PO Box 88741
Chicago, IL 60680

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $556.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.252**

ULTIMATE PAPER BOX COMPANY
15051 DON JULIAN ROAD
CITY OF INDUSTRY, CA 91746

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $75,717.83
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.253**

UMG RECORDINGS, INC
ATTN: DANYEL SEMPLE
PO BOX 74008881
CHICAGO, IL 60674

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $1,162,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.254

UNI-SYSTEMS
848 N. RAINBOW BLVD., #2231
LAS VEGAS, NV 89107

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,431.42

3.255

UPPER CRUST ENTERPRISES, INC.
411 CENTER STREET
LOS ANGELES, CA 90012

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$25,476.00

3.256

V PRO TRANSPORTATION, LLC
6602 KING AVENUE
Bell Gardens, CA 90201

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$12,069.06

3.257

V.S.S. COMPRESSOR SERVICE
16220 GARFIELD AVE
Paramount, CA 90723

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$220.00

3.258

VANGUARD
C/O ASCENSUS
PO BOX 28067
NEW YORK, NY 10087

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $2,579.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.259

VENDO LLC
11601 WILSHIRE BLVD
SUITE 1818
Los Angeles, CA 90025

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $2,412.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.260

VESTA MODULAR LLC
VESTA HOUSING SOLUTIONS, LLC
PO BOX 530068
Atlanta, GA 30353

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $694.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.261

VITAL PAC
2919 GARDENA AVENUE
Signal Hill, CA 90755

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $6,822.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.262

WAREHOUSE EQUIPMENT CONTACTORS, INC
PO BOX 596
Alpine, CA 91903

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $28,530.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.263

WASSON LAW GROUP, APC
18881 VON KARMAN AVENUE
SUITE1650
IRVINE, CA 92612

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $143,996.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.264

WHITEHALL SPECIALTIES
PO BOX 677
WHITEHALL, WI 54773

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $168,684.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.265

WHOLE FOODS MARKET
550 BOWIE STREET
Austin, TX 78703

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $24,206.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.266

YAMKO TRUCK LINE
6925 CHERRY AVENUE
LONG BEACH, CA 90805-1720

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $6,479.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 <br><br> Intrado Digital Media, LLC <br> c/o Digital Media Innovations/Notified <br> Attn: Legal Department <br> 1350 Broadway, 25th Floor <br> New York, NY 10018 | Line <br> 3.128 <br><br> ☐ Not listed. Explain | |

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. | $39,357,656.89 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $39,357,656.89 |

**Fill in this information to identify the case:**

Debtor name: Ittella International LLC

United States Bankruptcy Court for the: Central District of California

Case number: 2:23-bk-14154-SK

☐ **Check if this is an amended filing**

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**Schedule G:    Executory Contracts and Unexpired Leases**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1  State what the contract or lease is for and the nature of the debtor's interest** — Equipment Lease<br>**State the term remaining** — Unknown<br>**List the contract number of any government contract** | CLOUD@WORK<br>575 Eight Ave<br>9th Floore Ste 901<br>New York, NY 10018 |
| **2.2  State what the contract or lease is for and the nature of the debtor's interest** — Commercial Lease<br>**State the term remaining** — Unknown<br>**List the contract number of any government contract** | DELUNA INVESTMENTS, INC.<br>1622 S. GAFFEY STREET, SUITE 203<br>SAN PEDRO, CA 90731 |
| **2.3  State what the contract or lease is for and the nature of the debtor's interest** — Commercial Lease<br>**State the term remaining** — Unknown<br>**List the contract number of any government contract** | GRATEFUL EGG, LLC<br>900 West Olympic Blvd<br>Ste 33J<br>Los Angeles, CA 90071 |

| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease | JEP MASON ENTERPRISE LLC<br>8728 DICE ROAD<br>SANTA FE SPRINGS, CA 90670 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | Commercial Lease | JIAN LIU, INDIVIDUAL<br>12302 ROSE ST<br>CERRITOS, CA 90703 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | Vehicle Lease | PENSKE TRUCK LEASING CO, L.P.<br>PO Box 1321<br>Reading, PA 19603 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease | RIF V – PARAMOUNT BUSINESS CENTER<br>PO BOX 740028<br>LOS ANGELES, CA 90074-0028 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease | RIF V – PARAMOUNT BUSINESS CENTER<br>PO BOX 740028<br>LOS ANGELES, CA 90074-0028 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease | ROBERT A. D'SOUZA AND EFFIE M. D'SOUZA REVOCABLE LIVING TRUST<br>2222 Oak Shade Rd<br>Bradbury, CA 91008 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease | SCORPIO LINE LLC 11432 SOUTH STEET., SUITE 349 CERRITOS, CA 90703 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Trailers Lease | SONSRAY RENTAL AND LEASING, INC. PO BOX 51173 LOS ANGELES, CA 90051 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment Lease | THE LINDE GROUP PO Box 120812 Dallas, TX 75312 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name: Ittella International LLC

United States Bankruptcy Court for the: Central District of California

Case number: 2:23-bk-14154-SK

☐ **Check if this is an amended filing**

## Official Form 206H

## Schedule H: Codebtors

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 BCI Acquisition, Inc. | 6305 Alondra Blvd, Paramount, CA 90723 | UMB Bank | ☑ D ☐ E/F ☐ G |
| 2.2 New Mexico Food Distributors, Inc. | 6305 Alondra Blvd, Paramount, CA 90723 | UMB Bank | ☑ D ☐ E/F ☐ G |
| 2.3 Myjojo, Inc. | 6305 Alondra Blvd, Paramount, CA 90723 | UMB Bank | ☑ D ☐ E/F ☐ G |
| 2.4 Karsten Tortilla Factory, LLC | 6305 Alondra Blvd, Paramount, CA 90723 | UMB Bank | ☑ D ☐ E/F ☐ G |

2.5
Ittella's Chef, LLC

6305 Alondra Blvd, Paramount, CA 90723

UMB Bank

☑ D
☐ E/F
☐ G

2.6
TTCF-NM Holdings Inc.

6305 Alondra Blvd, Paramount, CA 90723

UMB Bank

☑ D
☐ E/F
☐ G

2.7
Tattooed Chef, Inc.

6305 Alondra Blvd, Paramount, CA 90723

UMB Bank

☑ D
☐ E/F
☐ G

2.5
Ittella's Chef, LLC

6305 Alondra Blvd, Paramount, CA 90723

UMB Bank

☑ D

☐ E/F

☐ G

**Fill in this information to identify the case:**

Debtor name: Ittella International LLC

United States Bankruptcy Court for the: Central District of California

Case number: 2:23-bk-14154-SK

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration    Other documents filed concurrently herewith

I declare under penalty of perjury that the foregoing is true and correct.

07/28/2023
Executed on

*Edward Bidanset*
Signature of individual signing on behalf of debtor
Edward Bidanset
Printed name

Chief Restructuring Officer
Position or relationship to debtor

DAVID L. NEALE (State Bar No. 141225)
TODD M. ARNOLD (State Bar No. 221868)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
ROBERT M. CARRASCO (SBN 334642)
LEVENE, NEAL, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dln@lnbyg.com; tma@lnbyg.com; jpf@lnbyg.com; rmc@lnbyg.com

Proposed Attorneys for Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re: | Lead Case No.: 2:23-bk-14154-SK |
|---|---|
| ☒ ITTELLA INTERNATIONAL LLC, a California limited liability company ☐ ITTELLA'S CHEF, LLC, a California limited liability company ☐ TATTOOED CHEF, INC., a Delaware corporation ☐ MYJOJO, INC., a Delaware corporation ☐ NEW MEXICO FOOD DISTRIBUTORS, INC, a New Mexico corporation ☐ KARSTEN TORTILLA FACTORY, LLC, a New Mexico limited liability company ☐ BCI ACQUISITION, INC., a Delaware corporation ☐ TTCF-NM HOLDINGS INC., a New Mexico corporation ☐ All Debtors | Jointly administered with Case Nos. 2:23-bk-14159-SK; 2:23-bk-14161-SK; 2:23-bk-14157-SK; 2:23-bk-14158-SK; 2:23-bk-14155-SK; 2:23-bk-14156-SK; and 2:23-bk-14160-SK Chapter 11 |
| Debtors and Debtors-in-Possession. | |

### STATEMENT OF FINANCIAL AFFAIRS FOR
### ITTELLA INTERNATIONAL LLC
### (CASE NO. 2:23-bk-14154-SK)

**Fill in this information to identify the case:**

Debtor name: Ittella International LLC

United States Bankruptcy Court for the: Central District of California

Case number: 2:23-bk-14154-SK

☐ **Check if this is an amended filing**

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 1/1/2023 | to 6/30/2023 | ☑ Operating a business<br>☐ Other | $90,545,401.92 |
| For prior year: | From 1/1/2022 | to 12/31/2022 | ☑ Operating a business<br>☐ Other | $171,035,076.63 |
| For the year before that: | From 1/1/2021 | to 12/31/2021 | ☑ Operating a business<br>☐ Other | $189,627,687.49 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From | to Filing Date | | |
| For prior year: | From | to | | |
| For the year before that: | From | to | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers - including expense reimbursements - to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| **3.1**<br>See SOFA 3 Attachment | | $29,915,785.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| **4.1**<br>SALVATORE GALLETTI<br>27996 PALOS VERDES DR E<br>RANCHO PALOS VERDES, CA 90275<br><br>Relationship to debtor<br>Chief Executive Officer | Various | $375,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other<br><br>Gross Salary for 2022 |
| **4.2**<br>SALVATORE GALLETTI<br>27996 PALOS VERDES DR E<br>RANCHO PALOS VERDES, CA 90275<br><br>Relationship to debtor<br>Chief Executive Officer | Various | $100,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other<br><br>Bonus paid during FY 2022 |

4.3

STEPHANIE DIECKMANN
1002 S AMBRIDGE ST
ANAHEIM, CA 92806

Relationship to debtor
Chief Financial Officer

12/31/2022 — $310,000.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other

Gross Salary for 2022

4.4

STEPHANIE DIECKMANN
1002 S AMBRIDGE ST
ANAHEIM, CA 92806

Relationship to debtor
Chief Financial Officer

12/31/2022 — $160,000.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other

Bonus paid during FY 2022

4.5

STEPHANIE DIECKMANN
1002 S AMBRIDGE ST
ANAHEIM, CA 92806

Relationship to debtor
Chief Financial Officer

12/31/2022 — $2,386,800.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other

Stock Award FY 2022

4.6

SARAH GALLETTI
27996 PALOS VERDES DR E
RANCHO PALOS VERDE, CA 90275

Relationship to debtor
Chief Creative Officer

12/31/2022 — $245,076.92

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other

Gross Salary for 2022

4.7

ABEL GALLETTI
27996 PALOS VERDES DR E
RANCHO PALOS VERDE, CA 90275

Relationship to debtor
Son of Chief Executive Officer

12/31/2022 — $100,000.16

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other

Annual Salary

**4.8**

SALVATORE GALLETTI
27996 PALOS VERDES DR E
RANCHO PALOS VERDES, CA 90275

7/2/2023     $218,750.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other

Relationship to debtor
Chief Executive Officer

Annual Salary

**4.9**

STEPHANIE DIECKMANN
1002 S AMBRIDGE ST
ANAHEIM, CA 92806

7/2/2023     $180,833.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other

Relationship to debtor
Chief Financial Officer

Annual Salary

**4.10**

SARAH GALLETTI
27996 PALOS VERDES DR E
RANCHO PALOS VERDE, CA 90275

7/2/2023     $140,000.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other

Relationship to debtor
Chief Creative Officer

Annual Salary

**4.11**

ABEL GALLETTI
27996 PALOS VERDES DR E
RANCHO PALOS VERDE, CA 90275

7/2/2023     $72,916.80

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other

Relationship to debtor
Son of Chief Executive Officer

Annual Salary

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.
Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1 | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1 | | | |
| | Last 4 digits of account number | | |

### Part 3:  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1 Name ___ Case number ___ | | Name ___ Street ___ City ___ State ___ Zip ___ | ☐ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| 8.1 Custodian's name and address ___ Street ___ City ___ State ___ Zip ___ | Case title ___ Case number ___ Date of order or assignment ___ | Court name and address Name ___ Street ___ City ___ State ___ Zip ___ |

**Part 4:**  **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1** | | | |
| Recipient's name<br>EDGE AMERICAS SPORTS-JUVENTUS ACADEMY<br><br>Street<br>6404 Wilshire Blvd #950<br><br>City  Los Angeles  State CA  Zip 90048<br><br>**Recipient's relationship to debtor** | Cash Donation | 11/30/2021 | $5,000.00 |
| **9.2** | | | |
| Recipient's name<br>UNITED HELP UKRAINE<br><br>Street<br>P.O. BOX 83426<br><br>City  Gaithersburg  State MD  Zip 20883-3426<br><br>**Recipient's relationship to debtor** | Cash Donation | 7/14/2022 | $2,000.00 |

**Part 5:**  **Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| **10.1** | | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.1** STRETTO 410 EXCHANGE SUITE 100 IRVINE, CA 92602 **Email or website address** www.stretto.com **Who made the payment, if not debtor?** | | 6/30/2023 | $10,000.00 |
| **11.2** LEVENE NEALE BENDER YOO & GOLUBCHIK 2818 LA CIENEGA AVENUE LOS ANGELES, CA 90034 **Email or website address** www.lnbyg.com **Who made the payment, if not debtor?** | | 6/27/2023 | $250,000.00 |
| **11.3** SC&H 910 RIDGEBROOK RD SPARKS, MD 21152 **Email or website address** www.schgroup.com **Who made the payment, if not debtor?** | | 7/11/2023 | $25,000.00 |
| **11.4** BUCHALTER 1000 WILSHIRE BOULEVARD SUITE 1500 LOS ANGELES, CA 90017-1730 **Email or website address** www.buchalter.com **Who made the payment, if not debtor?** | | 6/26/2023 | $88,300.00 |

Debtor  Ittella International LLC
Name

Case number *(if known)* 2:23-bk-14154-SK

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| 12.1 | | | |
| **Trustee** | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1 | | | |
| Relationship to debtor | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1 | | | | |
| Street | | | From | to |
| City | State | Zip | | |

**Part 8:** **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

☐ diagnosing or treating injury, deformity, or disease, or

☐ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1

Street

City        State      Zip

**Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider

**How are records kept?**  
Check all that apply:

☐ Electronically

☐ Paper

**Part 9:** **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained.

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

**Name of plan**

**Employer identification number of the plan**

Has the plan been terminated?

☐ No

☐ Yes

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 Name ___ Street ___ City ___ State ___ Zip ___ | ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other ___ | ___ | ___ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 Name ___ Street ___ City ___ State ___ Zip ___ | Address ___ | ___ | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 20.1 Name LINEAGE VERNON Street AREA 8 LOCATION 2825 E 44TH ST City VERNON State CA Zip ___ | Address ___ | INVENTORY | ☐ No ☑ Yes |

20.2

Name
LINEAGE MIRA LOMA

Address

INVENTORY

☐ No

☑ Yes

Street
3251 DE FOREST CIR

City          State    Zip
MIRA LOMA     CA

20.3

Name
AMERICOLD ALLENTOWN

Address

INVENTORY

☐ No

☑ Yes

Street
7150 AMBASSADOR DR

City          State    Zip
ALLENTOWN     PA

20.4

Name
IWI

Address

INVENTORY

☐ No

☑ Yes

Street
700 BARTRAM PKWY

City          State    Zip
FRANKLIN      IN

20.5

Name
AMERICOLD VERNON 2

Address

INVENTORY

☐ No

☑ Yes

Street
3420 E VERNON AVE

City          State    Zip
VERNON        CA

20.6

Name
BURRIS LOGISTICS

Address

INVENTORY

☐ No

☑ Yes

Street
3 LOCATIONS

City          State    Zip

20.7

Name
FRIGISERVE

Address

INVENTORY

☐ No

☑ Yes

Street
12360 S PIPELINE RD

City          State    Zip
EULESS        TX

20.8

Name
CASESTACK

Address

INVENTORY

☐ No

☑ Yes

Street
2 INDUSTRIAL PKWY

City          State    Zip
TAYLOR        PA

**20.9**

Name
AMERICOLD WESTGATE

Street
1740 WESTGATE PKWY

| City | State | Zip |
| --- | --- | --- |
| ATLANTA | GA | |

Address

INVENTORY

☐ No
☑ Yes

**20.10**

Name
AMERIGOLD DALLAS

Street
5140 CATRON DRIVE

| City | State | Zip |
| --- | --- | --- |
| DALLAS | TX | |

Address

INVENTORY

☐ No
☑ Yes

**20.11**

Name
LINEAGE AREA 3

Street
3269 E 44TH ST

| City | State | Zip |
| --- | --- | --- |
| VERNON | CA | |

Address

INVENTORY

☐ No
☑ Yes

**20.12**

Name
AMERICOLD ANAHEIM

Street
1415 RAYMOND AVE

| City | State | Zip |
| --- | --- | --- |
| ANAHEIM | CA | |

Address

INVENTORY

☐ No
☑ Yes

**20.13**

Name
AMERICOLD LEESPORT

Street
41 ORCHARD LANE

| City | State | Zip |
| --- | --- | --- |
| LEESPORT | PA | |

Address

INVENTORY

☐ No
☑ Yes

**20.14**

Name
AMERICOLD FOGELSVILLE

Street
6985 SNOWDRIFT RD

| City | State | Zip |
| --- | --- | --- |
| ALLENTOWN | PA | |

Address

INVENTORY

☐ No
☑ Yes

**20.15**

Name
LINEAGE LOGISTICS BURIEN

Street
1010 S 146TH ST

| City | State | Zip |
| --- | --- | --- |
| BURIEN | WA | |

Address

INVENTORY

☐ No
☑ Yes

**Part 11:**   **Property the Debtor Holds or Controls that the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| 21.1 | | | |

**Part 12:**   **Details About Environmental Information**

**For the purpose of Part 12, the following definitions apply:**

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders

☑ No.

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| 22.1 <br><br> Case Number | Name <br><br> Street <br><br> City    State    Zip | | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 23.1 <br> Name <br><br> Street <br><br> City    State    Zip | Name <br><br> Street <br><br> City    State    Zip | | |

Debtor   Ittella International LLC
         Name                                    Case number *(if known)* 2:23-bk-14154-SK

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 24.1 | | | |
| Name | Name | | |
| Street | Street | | |
| City          State  Zip | City          State  Zip | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1<br><br>Ittella's Chef LLC<br>6305 Alondra Blvd<br>Paramount, CA 90723 | Pass through entity | EIN    82-2443580<br>**Dates business existed**<br>From          to<br>10/2017       Present |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1 | From          to |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1<br><br>DELOITTE & TOUCHE<br>PO BOX 844708<br>DALLAS, TX 75284-4708 | From          to<br>1/1/2022      3/31/2023 |
| 26b.2<br><br>BDO LLP<br>PO BOX 677973<br>DALLAS, TX 75267-7973 | From          to<br>4/1/2020      12/31/2022 |

26b.3

GRANT THORNTON LLP
33562 TREASURY CENTER
CHICAGO, IL 60694-3500

| From | to |
|------|-----|
| 4/1/2020 | Present |

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|-------------------------------------------------------------------|
| 26c.1 | |

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|------------------|
| 26d.1 |

UMB Bank
P.O. BOX 419226
MAILSTOP 1170103D
Kansas City, MO 64141-6226
greg.carasik@umb.com

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---------------------------------------------------------------|-------------------|------------------------------------------------------------------------------|
| Rene Esparza | 6/30/2023 | 25,698,585.51 Avg Cost |

| Name and address of the person who has possession of inventory records |
|------------------------------------------------------------------------|
| 27.1 |

Stephanie Dieckmann-CFO
6305 Alondra Blvd
Paramount, CA 90723

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name and Address | Position and nature of any interest | % of interest, if any |
|------------------|-------------------------------------|------------------------|
| 28.1 | | |
| MYJOJO, INC.<br>6305 ALONDRA BLVD<br>PARAMOUNT, CA 90723 | Owner | 100% |
| 28.2 | | |
| SALVATORE GALLETTI<br>27996 PALOS VERDES DR E<br>RANCHO PALOS VERDES, CA 90275 | Chief Executive Officer | 0% |

Debtor  Ittella International LLC
                Name                                                          Case number *(if known)* 2:23-bk-14154-SK

**28.3**

STEPHANIE DIECKMANN                          Chief Financial Officer              0%
1002 S AMBRIDGE ST
ANAHEIM, CA 92806

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name and Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|
| **29.1** | | From          to |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| **30.1** | | | |

| Relationship To Debtor |
|---|
| |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **31.1** Tattooed Chef Inc | EIN    82-5457906 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **32.1** | EIN |

**SOFA 3 ATTACHMENT**
Certain payments or transfers to creditors within 90 days before filing this case

| | Creditor's Name | Attention | Address 1 | Address 2 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.1 | A&A EXPRESS | | 8951 S. 126TH STREET | | OMAHA | NE | 68138 | | 4/10/2023 | $33,098.67 | Suppliers or Vendors |
| 3.2 | A&A EXPRESS | | 8951 S. 126TH STREET | | OMAHA | NE | 68138 | | 4/14/2023 | $36,538.73 | Suppliers or Vendors |
| 3.3 | A&A EXPRESS | | 8951 S. 126TH STREET | | OMAHA | NE | 68138 | | 4/21/2023 | $50,150.37 | Suppliers or Vendors |
| 3.4 | A&A EXPRESS | | 8951 S. 126TH STREET | | OMAHA | NE | 68138 | | 4/28/2023 | $59,459.03 | Suppliers or Vendors |
| 3.5 | A&A EXPRESS | | 8951 S. 126TH STREET | | OMAHA | NE | 68138 | | 5/9/2023 | $50,502.78 | Suppliers or Vendors |
| 3.6 | A&A EXPRESS | | 8951 S. 126TH STREET | | OMAHA | NE | 68138 | | 5/15/2023 | $50,882.20 | Suppliers or Vendors |
| 3.7 | A&A EXPRESS | | 8951 S. 126TH STREET | | OMAHA | NE | 68138 | | 5/22/2023 | $19,610.96 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$300,242.74** | |
| 3.8 | AFC TRADING AND WHOLESALE | | 4738 VALLEY BOULEVARD | | LOS ANGELES | CA | 90032 | | 4/24/2023 | $11,470.80 | Suppliers or Vendors |
| 3.9 | AFC TRADING AND WHOLESALE | | 4738 VALLEY BOULEVARD | | LOS ANGELES | CA | 90032 | | 5/1/2023 | $11,470.80 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$22,941.60** | |
| 3.10 | AJINOMOTO | | NORTH AMERICA, INC. | DEPT. CH 10983 | PALATINE | IL | 60055-0983 | | 4/10/2023 | $7,928.96 | Suppliers or Vendors |
| 3.11 | AJINOMOTO | | NORTH AMERICA, INC. | DEPT. CH 10983 | PALATINE | IL | 60055-0983 | | 4/18/2023 | $7,928.96 | Suppliers or Vendors |
| 3.12 | AJINOMOTO | | NORTH AMERICA, INC. | DEPT. CH 10983 | PALATINE | IL | 60055-0983 | | 4/24/2023 | $7,928.96 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$23,786.88** | |
| 3.13 | ALCASS SPA | ATTN: MARIAGRZIA MAZZI | VIA CASELLE, 2 | 1 BEDIZZOL | BRESCIA | | 02508 | ITALY | 4/5/2023 | $48,669.78 | Suppliers or Vendors |
| 3.14 | ALCASS SPA | ATTN: MARIAGRZIA MAZZI | VIA CASELLE, 2 | 1 BEDIZZOL | BRESCIA | | 02508 | ITALY | 4/10/2023 | $75,121.58 | Suppliers or Vendors |
| 3.15 | ALCASS SPA | ATTN: MARIAGRZIA MAZZI | VIA CASELLE, 2 | 1 BEDIZZOL | BRESCIA | | 02508 | ITALY | 4/10/2023 | $400,000.00 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$523,791.36** | |
| 3.16 | ALCHEMY SYSTEMS, LP | | 5301 RIATA PARK COURT | BUILDING F - SUITE 100 | AUSTIN | TX | 78727 | | 4/18/2023 | $53,623.81 | Software License |
| | | | | | | | | | **TOTAL:** | **$53,623.81** | |
| 3.17 | ALLIANCE MIDWEST, LLC | ATTN: SCOTT ANDERSON | PO BOX 2810 | | MATTHEWS | NC | 28106 | | 4/7/2023 | $75,000.00 | Suppliers or Vendors |
| 3.18 | ALLIANCE MIDWEST, LLC | ATTN: SCOTT ANDERSON | PO BOX 2810 | | MATTHEWS | NC | 28106 | | 4/14/2023 | $75,000.00 | Suppliers or Vendors |
| 3.19 | ALLIANCE MIDWEST, LLC | ATTN: SCOTT ANDERSON | PO BOX 2810 | | MATTHEWS | NC | 28106 | | 4/21/2023 | $75,000.00 | Suppliers or Vendors |
| 3.20 | ALLIANCE MIDWEST, LLC | ATTN: SCOTT ANDERSON | PO BOX 2810 | | MATTHEWS | NC | 28106 | | 5/2/2023 | $75,000.00 | Suppliers or Vendors |
| 3.21 | ALLIANCE MIDWEST, LLC | ATTN: SCOTT ANDERSON | PO BOX 2810 | | MATTHEWS | NC | 28106 | | 5/15/2023 | $75,000.00 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$375,000.00** | |
| 3.22 | ALLIANCE SHIPPERS INC. | | 516 SYLVAN AVENUE | | ENGLEWOOD CLIFFS | NJ | 7632 | | 4/10/2023 | $27,734.96 | Suppliers or Vendors |
| 3.23 | ALLIANCE SHIPPERS INC. | | 516 SYLVAN AVENUE | | ENGLEWOOD CLIFFS | NJ | 7632 | | 4/18/2023 | $27,653.00 | Suppliers or Vendors |
| 3.24 | ALLIANCE SHIPPERS INC. | | 516 SYLVAN AVENUE | | ENGLEWOOD CLIFFS | NJ | 7632 | | 4/24/2023 | $48,995.75 | Suppliers or Vendors |
| 3.25 | ALLIANCE SHIPPERS INC. | | 516 SYLVAN AVENUE | | ENGLEWOOD CLIFFS | NJ | 7632 | | 5/1/2023 | $35,138.92 | Suppliers or Vendors |
| 3.26 | ALLIANCE SHIPPERS INC. | | 516 SYLVAN AVENUE | | ENGLEWOOD CLIFFS | NJ | 7632 | | 5/10/2023 | $24,300.57 | Suppliers or Vendors |
| 3.27 | ALLIANCE SHIPPERS INC. | | 516 SYLVAN AVENUE | | ENGLEWOOD CLIFFS | NJ | 7632 | | 5/15/2023 | $47,264.60 | Suppliers or Vendors |
| 3.28 | ALLIANCE SHIPPERS INC. | | 516 SYLVAN AVENUE | | ENGLEWOOD CLIFFS | NJ | 7632 | | 5/23/2023 | $45,626.89 | Suppliers or Vendors |
| 3.29 | ALLIANCE SHIPPERS INC. | | 516 SYLVAN AVENUE | | ENGLEWOOD CLIFFS | NJ | 7632 | | 5/30/2023 | $22,578.56 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$279,293.25** | |
| 3.30 | AMAFRUITS LLC | ATTN: BRANDON HOVEY | 8940 WEST 192ND ST | SUITE C | MOKENA | IL | 60448 | | 4/10/2023 | $44,398.30 | Suppliers or Vendors |
| 3.31 | AMAFRUITS LLC | ATTN: BRANDON HOVEY | 8940 WEST 192ND ST | SUITE C | MOKENA | IL | 60448 | | 4/14/2023 | $88,096.60 | Suppliers or Vendors |
| 3.32 | AMAFRUITS LLC | ATTN: BRANDON HOVEY | 8940 WEST 192ND ST | SUITE C | MOKENA | IL | 60448 | | 4/21/2023 | $88,096.60 | Suppliers or Vendors |
| 3.33 | AMAFRUITS LLC | ATTN: BRANDON HOVEY | 8940 WEST 192ND ST | SUITE C | MOKENA | IL | 60448 | | 5/1/2023 | $39,810.32 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$260,401.82** | |
| 3.34 | AMERICAN EXPRESS | | PO BOX 650448 | | DALLAS | TX | 75265-0448 | | 5/2/2023 | $183,940.85 | Suppliers or Vendors |
| 3.35 | AMERICAN EXPRESS | | PO BOX 650448 | | DALLAS | TX | 75265-0448 | | 5/31/2023 | $131,961.75 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$315,902.60** | |
| 3.36 | AMERICAN NUTS, LLC | | 12950 SAN FRANDANDO ROAD | | SYLMAR | CA | 91342 | | 4/14/2023 | $115,207.20 | Suppliers or Vendors |
| 3.37 | AMERICAN NUTS, LLC | | 12950 SAN FRANDANDO ROAD | | SYLMAR | CA | 91342 | | 4/25/2023 | $96,966.40 | Suppliers or Vendors |
| 3.38 | AMERICAN NUTS, LLC | | 12950 SAN FRANDANDO ROAD | | SYLMAR | CA | 91342 | | 5/9/2023 | $17,299.20 | Suppliers or Vendors |
| 3.39 | AMERICAN NUTS, LLC | | 12950 SAN FRANDANDO ROAD | | SYLMAR | CA | 91342 | | 5/22/2023 | $15,317.00 | Suppliers or Vendors |
| 3.40 | AMERICAN NUTS, LLC | | 12950 SAN FRANDANDO ROAD | | SYLMAR | CA | 91342 | | 5/26/2023 | $21,624.00 | Suppliers or Vendors |
| 3.41 | AMERICAN NUTS, LLC | | 12950 SAN FRANDANDO ROAD | | SYLMAR | CA | 91342 | | 6/8/2023 | $20,182.40 | Suppliers or Vendors |
| 3.42 | AMERICAN NUTS, LLC | | 12950 SAN FRANDANDO ROAD | | SYLMAR | CA | 91342 | | 6/23/2023 | $20,182.40 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$306,778.60** | |
| 3.43 | AMERICOLD LOGISTICS LLC | ATTN: CHRISTI RODEMOYER | PO BOX 505339 | | SAINT LOUIS | MO | 63150-5339 | | 4/5/2023 | $4,252.53 | Suppliers or Vendors |
| 3.44 | AMERICOLD LOGISTICS LLC | ATTN: CHRISTI RODEMOYER | PO BOX 505339 | | SAINT LOUIS | MO | 63150-5339 | | 4/5/2023 | $13,401.74 | Suppliers or Vendors |
| 3.45 | AMERICOLD LOGISTICS LLC | ATTN: CHRISTI RODEMOYER | PO BOX 505339 | | SAINT LOUIS | MO | 63150-5339 | | 4/5/2023 | $662.29 | Suppliers or Vendors |
| 3.46 | AMERICOLD LOGISTICS LLC | ATTN: CHRISTI RODEMOYER | PO BOX 505339 | | SAINT LOUIS | MO | 63150-5339 | | 4/10/2023 | $2,759.10 | Suppliers or Vendors |
| 3.47 | AMERICOLD LOGISTICS LLC | ATTN: CHRISTI RODEMOYER | PO BOX 505339 | | SAINT LOUIS | MO | 63150-5339 | | 4/10/2023 | $3,172.40 | Suppliers or Vendors |
| 3.48 | AMERICOLD LOGISTICS LLC | ATTN: CHRISTI RODEMOYER | PO BOX 505339 | | SAINT LOUIS | MO | 63150-5339 | | 4/13/2023 | $97,089.92 | Suppliers or Vendors |
| 3.49 | AMERICOLD LOGISTICS LLC | ATTN: CHRISTI RODEMOYER | PO BOX 505339 | | SAINT LOUIS | MO | 63150-5339 | | 4/13/2023 | $17,033.75 | Suppliers or Vendors |
| 3.50 | AMERICOLD LOGISTICS LLC | ATTN: CHRISTI RODEMOYER | PO BOX 505339 | | SAINT LOUIS | MO | 63150-5339 | | 4/18/2023 | $124,285.43 | Suppliers or Vendors |
| 3.51 | AMERICOLD LOGISTICS LLC | ATTN: CHRISTI RODEMOYER | PO BOX 505339 | | SAINT LOUIS | MO | 63150-5339 | | 4/27/2023 | $126,331.97 | Suppliers or Vendors |
| 3.52 | AMERICOLD LOGISTICS LLC | ATTN: CHRISTI RODEMOYER | PO BOX 505339 | | SAINT LOUIS | MO | 63150-5339 | | 5/1/2023 | $200,240.82 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$589,229.95** | |
| 3.53 | ANDERSON'S MAPLE SYRUP, INC | | 2388 40TH STREET | | CUMBERLAND | WI | 54829 | | 5/1/2023 | $11,877.50 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$11,877.50** | |
| 3.54 | ARGO LOGISTICS | | VIA IRNO | | PONTECAGNANO FAIANO | | 84098 | Italy | 5/11/2023 | $35,514.95 | Suppliers or Vendors |
| 3.55 | ARGO LOGISTICS | | VIA IRNO | | PONTECAGNANO FAIANO | | 84098 | Italy | 5/17/2023 | $25,625.42 | Suppliers or Vendors |
| 3.56 | ARGO LOGISTICS | | VIA IRNO | | PONTECAGNANO FAIANO | | 84098 | Italy | 5/17/2023 | $31,601.18 | Suppliers or Vendors |
| 3.57 | ARGO LOGISTICS | | VIA IRNO | | PONTECAGNANO FAIANO | | 84098 | Italy | 5/17/2023 | $26,963.21 | Suppliers or Vendors |
| 3.58 | ARGO LOGISTICS | | VIA IRNO | | PONTECAGNANO FAIANO | | 84098 | Italy | 5/17/2023 | $36,310.59 | Suppliers or Vendors |
| 3.59 | ARGO LOGISTICS | | VIA IRNO | | PONTECAGNANO FAIANO | | 84098 | Italy | 5/17/2023 | $36,310.59 | Suppliers or Vendors |
| 3.60 | ARGO LOGISTICS | | VIA IRNO | | PONTECAGNANO FAIANO | | 84098 | Italy | 5/31/2023 | $21,302.89 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$213,628.83** | |
| 3.61 | ARIZA GLOBAL FOODS, INC. | | 7602 JACKSON ST | | PARAMOUNT | CA | 90723 | | 4/10/2023 | $9,048.00 | Suppliers or Vendors |
| 3.62 | ARIZA GLOBAL FOODS, INC. | | 7602 JACKSON ST | | PARAMOUNT | CA | 90723 | | 4/17/2023 | $9,048.00 | Suppliers or Vendors |
| 3.63 | ARIZA GLOBAL FOODS, INC. | | 7602 JACKSON ST | | PARAMOUNT | CA | 90723 | | 4/24/2023 | $9,048.00 | Suppliers or Vendors |
| 3.64 | ARIZA GLOBAL FOODS, INC. | | 7602 JACKSON ST | | PARAMOUNT | CA | 90723 | | 5/1/2023 | $9,048.00 | Suppliers or Vendors |
| 3.65 | ARIZA GLOBAL FOODS, INC. | | 7602 JACKSON ST | | PARAMOUNT | CA | 90723 | | 5/30/2023 | $9,048.00 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$45,240.00** | |
| 3.66 | ASTRO PACKAGING | | 1300 N JEFFERSON STREET | | ANAHEIM | CA | 92807 | | 4/18/2023 | $5,311.25 | Suppliers or Vendors |
| 3.67 | ASTRO PACKAGING | | 1300 N JEFFERSON STREET | | ANAHEIM | CA | 92807 | | 4/24/2023 | $4,774.11 | Suppliers or Vendors |
| 3.68 | ASTRO PACKAGING | | 1300 N JEFFERSON STREET | | ANAHEIM | CA | 92807 | | 5/1/2023 | $13,955.01 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$24,040.37** | |
| 3.69 | ATHENS SERVICES | | PO BOX 54957 | | LOS ANGELES | CA | 90054-0957 | | 4/18/2023 | $11,067.63 | Services |
| 3.70 | ATHENS SERVICES | | PO BOX 54957 | | LOS ANGELES | CA | 90054-0957 | | 4/18/2023 | $969.58 | Services |
| 3.71 | ATHENS SERVICES | | PO BOX 54957 | | LOS ANGELES | CA | 90054-0957 | | 4/18/2023 | $264.50 | Services |
| 3.72 | ATHENS SERVICES | | PO BOX 54957 | | LOS ANGELES | CA | 90054-0957 | | 5/16/2023 | $7,951.16 | Services |

In re: Ittella International LLC
Case No. 23-14154

Page 1 of 10

**SOFA 3 ATTACHMENT**
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Attention | Address 1 | Address 2 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| 3.73 ATHENS SERVICES | | PO BOX 54957 | | LOS ANGELES | CA | 90054-0957 | | 5/16/2023 | $969.58 | Services |
| 3.74 ATHENS SERVICES | | PO BOX 54957 | | LOS ANGELES | CA | 90054-0957 | | 5/16/2023 | $264.50 | Services |
| 3.75 ATHENS SERVICES | | PO BOX 54957 | | LOS ANGELES | CA | 90054-0957 | | 6/15/2023 | $264.50 | Services |
| 3.76 ATHENS SERVICES | | PO BOX 54957 | | LOS ANGELES | CA | 90054-0957 | | 6/16/2023 | $7,386.49 | Services |
| 3.77 ATHENS SERVICES | | PO BOX 54957 | | LOS ANGELES | CA | 90054-0957 | | 6/16/2023 | $969.58 | Services |
| | | | | | | | | TOTAL: | $30,107.52 | |
| 3.78 ATLAPAC | | 14700 MARQUARDT AVE | | SANTA FE SPRINGS | CA | 90670 | | 4/10/2023 | $7,236.80 | Suppliers or Vendors |
| 3.79 ATLAPAC | | 14700 MARQUARDT AVE | | SANTA FE SPRINGS | CA | 90670 | | 5/1/2023 | $2,556.50 | Suppliers or Vendors |
| 3.80 ATLAPAC | | 14700 MARQUARDT AVE | | SANTA FE SPRINGS | CA | 90670 | | 5/17/2023 | $9,046.00 | Suppliers or Vendors |
| 3.81 ATLAPAC | | 14700 MARQUARDT AVE | | SANTA FE SPRINGS | CA | 90670 | | 5/22/2023 | $8,945.71 | Suppliers or Vendors |
| | | | | | | | | TOTAL: | $27,785.01 | |
| 3.82 BEST WOOD WORKS PALLETS, INC. | | 224 S MATTHISEN AVE | | COMPTON | CA | 90220-2023 | | 4/10/2023 | $8,847.97 | Suppliers or Vendors |
| 3.83 BEST WOOD WORKS PALLETS, INC. | | 224 S MATTHISEN AVE | | COMPTON | CA | 90220-2023 | | 4/18/2023 | $8,407.98 | Suppliers or Vendors |
| 3.84 BEST WOOD WORKS PALLETS, INC. | | 224 S MATTHISEN AVE | | COMPTON | CA | 90220-2023 | | 4/24/2023 | $7,105.00 | Suppliers or Vendors |
| 3.85 BEST WOOD WORKS PALLETS, INC. | | 224 S MATTHISEN AVE | | COMPTON | CA | 90220-2023 | | 5/1/2023 | $8,254.97 | Suppliers or Vendors |
| 3.86 BEST WOOD WORKS PALLETS, INC. | | 224 S MATTHISEN AVE | | COMPTON | CA | 90220-2023 | | 5/15/2023 | $3,899.00 | Suppliers or Vendors |
| 3.87 BEST WOOD WORKS PALLETS, INC. | | 224 S MATTHISEN AVE | | COMPTON | CA | 90220-2023 | | 5/23/2023 | $5,388.56 | Suppliers or Vendors |
| | | | | | | | | TOTAL: | $41,903.48 | |
| 3.88 BLUE NETWORK, INC. | | 3317 ELDA STREET | | DUARTE | CA | 91010 | | 5/2/2023 | $7,655.66 | Services |
| 3.89 BLUE NETWORK, INC. | | 3317 ELDA STREET | | DUARTE | CA | 91010 | | 5/10/2023 | $4,031.63 | Services |
| | | | | | | | | TOTAL: | $11,687.29 | |
| 3.90 BONOMI S.P.A | | VIA VAZZI 7 | | ROVERE (VR) | | 37028 | | 5/26/2023 | $29,874.56 | Suppliers or Vendors |
| 3.91 BONOMI S.P.A | | VIA VAZZI 7 | | ROVERE (VR) | | 37028 | | 5/26/2023 | $4,404.22 | Suppliers or Vendors |
| | | | | | | | | TOTAL: | $34,278.78 | |
| 3.92 BROWNCO CONSTRUCTION COMPANY, INC. | | 1000 E. KATELLA AVENUE | | ANAHEIM | CA | 92805 | | 5/15/2023 | $15,000.00 | Suppliers or Vendors |
| | | | | | | | | TOTAL: | $15,000.00 | |
| 3.93 BUCHALTER | | 1000 WISHIRE BLVD. | SUITE 1500 | LOS ANGELES | CA | 90017 | | 5/22/2023 | $50,000.00 | Professional Fees |
| 3.94 BUCHALTER | | 1000 WISHIRE BLVD. | SUITE 1500 | LOS ANGELES | CA | 90017 | | 6/23/2023 | $200,000.00 | Professional Fees |
| | | | | | | | | TOTAL: | $250,000.00 | |
| 3.95 C.H. BELT & ASSOCIATES | | DBA: SUNLEAF FOODS | 26473 RANCHO PARKWAY S | LAKE FOREST | CA | 92630 | | 4/14/2023 | $5,630.40 | Suppliers or Vendors |
| 3.96 C.H. BELT & ASSOCIATES | | DBA: SUNLEAF FOODS | 26473 RANCHO PARKWAY S | LAKE FOREST | CA | 92630 | | 5/9/2023 | $10,103.00 | Suppliers or Vendors |
| 3.97 C.H. BELT & ASSOCIATES | | DBA: SUNLEAF FOODS | 26473 RANCHO PARKWAY S | LAKE FOREST | CA | 92630 | | 6/2/2023 | $31,005.00 | Suppliers or Vendors |
| | | | | | | | | TOTAL: | $46,738.40 | |
| 3.98 C.H. ROBINSON INTERNATIONAL, INC. | ATTN: BRIAN RUFFINO | PO BOX 9121 | | MINNEAPOLIS | MN | 55480-9121 | | 4/10/2023 | $51,032.79 | Suppliers or Vendors |
| 3.99 C.H. ROBINSON INTERNATIONAL, INC. | ATTN: BRIAN RUFFINO | PO BOX 9121 | | MINNEAPOLIS | MN | 55480-9121 | | 4/14/2023 | $50,480.45 | Suppliers or Vendors |
| 3.100 C.H. ROBINSON INTERNATIONAL, INC. | ATTN: BRIAN RUFFINO | PO BOX 9121 | | MINNEAPOLIS | MN | 55480-9121 | | 4/21/2023 | $50,196.00 | Suppliers or Vendors |
| 3.101 C.H. ROBINSON INTERNATIONAL, INC. | ATTN: BRIAN RUFFINO | PO BOX 9121 | | MINNEAPOLIS | MN | 55480-9121 | | 5/1/2023 | $50,000.00 | Suppliers or Vendors |
| 3.102 C.H. ROBINSON INTERNATIONAL, INC. | ATTN: BRIAN RUFFINO | PO BOX 9121 | | MINNEAPOLIS | MN | 55480-9121 | | 5/9/2023 | $50,000.00 | Suppliers or Vendors |
| 3.103 C.H. ROBINSON INTERNATIONAL, INC. | ATTN: BRIAN RUFFINO | PO BOX 9121 | | MINNEAPOLIS | MN | 55480-9121 | | 5/22/2023 | $50,000.00 | Suppliers or Vendors |
| 3.104 C.H. ROBINSON INTERNATIONAL, INC. | ATTN: BRIAN RUFFINO | PO BOX 9121 | | MINNEAPOLIS | MN | 55480-9121 | | 5/30/2023 | $39,772.62 | Suppliers or Vendors |
| | | | | | | | | TOTAL: | $341,481.86 | |
| 3.105 CA TRUCKING | | 1105 S EUCLID ST | STE D358 | FULLERTON | CA | 92832 | | 4/5/2023 | $26,127.22 | Suppliers or Vendors |
| 3.106 CA TRUCKING | | 1105 S EUCLID ST | STE D358 | FULLERTON | CA | 92832 | | 4/13/2023 | $28,313.58 | Suppliers or Vendors |
| 3.107 CA TRUCKING | | 1105 S EUCLID ST | STE D358 | FULLERTON | CA | 92832 | | 4/20/2023 | $14,740.00 | Suppliers or Vendors |
| 3.108 CA TRUCKING | | 1105 S EUCLID ST | STE D358 | FULLERTON | CA | 92832 | | 4/20/2023 | $26,127.22 | Suppliers or Vendors |
| | | | | | | | | TOTAL: | $93,308.02 | |
| 3.109 CA TRUCKING TRANSPORTATION LLC | | 1105 S. EUCLID ST., SUITE D 358 | | FULLERTON | CA | 92832 | | 4/24/2023 | $20,258.71 | Suppliers or Vendors |
| 3.110 CA TRUCKING TRANSPORTATION LLC | | 1105 S. EUCLID ST., SUITE D 358 | | FULLERTON | CA | 92832 | | 5/1/2023 | $20,085.00 | Suppliers or Vendors |
| 3.111 CA TRUCKING TRANSPORTATION LLC | | 1105 S. EUCLID ST., SUITE D 358 | | FULLERTON | CA | 92832 | | 5/10/2023 | $19,880.00 | Suppliers or Vendors |
| 3.112 CA TRUCKING TRANSPORTATION LLC | | 1105 S. EUCLID ST., SUITE D 358 | | FULLERTON | CA | 92832 | | 5/15/2023 | $18,940.00 | Suppliers or Vendors |
| 3.113 CA TRUCKING TRANSPORTATION LLC | | 1105 S. EUCLID ST., SUITE D 358 | | FULLERTON | CA | 92832 | | 5/23/2023 | $20,249.00 | Suppliers or Vendors |
| | | | | | | | | TOTAL: | $99,412.71 | |
| 3.114 CAPITOL FOOD COMPANY | | PO BOX # 6629 | | PASADENA | CA | 91109-6572 | | 4/17/2023 | $7,612.50 | Suppliers or Vendors |
| 3.115 CAPITOL FOOD COMPANY | | PO BOX # 6629 | | PASADENA | CA | 91109-6572 | | 4/18/2023 | $7,012.50 | Suppliers or Vendors |
| 3.116 CAPITOL FOOD COMPANY | | PO BOX # 6629 | | PASADENA | CA | 91109-6572 | | 5/22/2023 | $8,327.81 | Suppliers or Vendors |
| | | | | | | | | TOTAL: | $22,952.81 | |
| 3.117 CDC SPA | | VIA PALEOCAPA | | LIVORNO | | 57123 | Italy | 4/3/2023 | $17,244.27 | Suppliers or Vendors |
| 3.118 CDC SPA | | VIA PALEOCAPA | | LIVORNO | | 57123 | Italy | 4/10/2023 | $50,112.95 | Suppliers or Vendors |
| 3.119 CDC SPA | | VIA PALEOCAPA | | LIVORNO | | 57123 | Italy | 4/17/2023 | $126,092.58 | Suppliers or Vendors |
| 3.120 CDC SPA | | VIA PALEOCAPA | | LIVORNO | | 57123 | Italy | 4/24/2023 | $139,020.17 | Suppliers or Vendors |
| 3.121 CDC SPA | | VIA PALEOCAPA | | LIVORNO | | 57123 | Italy | 5/15/2023 | $93,648.07 | Suppliers or Vendors |
| | | | | | | | | TOTAL: | $426,118.04 | |
| 3.122 CDS | | P.O. BOX 744818 | | ATLANTA | GA | 30374-4818 | | 4/10/2023 | $112,552.75 | Services |
| 3.123 CDS | | P.O. BOX 744818 | | ATLANTA | GA | 30374-4818 | | 4/12/2023 | $132,698.02 | Services |
| 3.124 CDS | | P.O. BOX 744818 | | ATLANTA | GA | 30374-4818 | | 4/14/2023 | $19,166.48 | Services |
| 3.125 CDS | | P.O. BOX 744818 | | ATLANTA | GA | 30374-4818 | | 4/21/2023 | $68,342.26 | Services |
| 3.126 CDS | | P.O. BOX 744818 | | ATLANTA | GA | 30374-4818 | | 5/2/2023 | $68,942.36 | Services |
| 3.127 CDS | | P.O. BOX 744818 | | ATLANTA | GA | 30374-4818 | | 5/15/2023 | $54,812.42 | Services |
| 3.128 CDS | | P.O. BOX 744818 | | ATLANTA | GA | 30374-4818 | | 5/22/2023 | $11,968.01 | Services |
| 3.129 CDS | | P.O. BOX 744818 | | ATLANTA | GA | 30374-4818 | | 5/30/2023 | $46,495.66 | Services |
| | | | | | | | | TOTAL: | $514,977.96 | |
| 3.130 CDW | ATTN: STEVE ELLIOTT | PO BOX 25549 | | ANAHEIM | CA | 92825 | | 4/10/2023 | $18,315.00 | Suppliers or Vendors |
| 3.131 CDW | ATTN: STEVE ELLIOTT | PO BOX 25549 | | ANAHEIM | CA | 92825 | | 4/14/2023 | $44,492.38 | Suppliers or Vendors |
| 3.132 CDW | ATTN: STEVE ELLIOTT | PO BOX 25549 | | ANAHEIM | CA | 92825 | | 5/1/2023 | $73,117.41 | Suppliers or Vendors |
| 3.133 CDW | ATTN: STEVE ELLIOTT | PO BOX 25549 | | ANAHEIM | CA | 92825 | | 5/1/2023 | $58,650.08 | Suppliers or Vendors |
| 3.134 CDW | ATTN: STEVE ELLIOTT | PO BOX 25549 | | ANAHEIM | CA | 92825 | | 5/2/2023 | $15,993.99 | Suppliers or Vendors |
| 3.135 CDW | ATTN: STEVE ELLIOTT | PO BOX 25549 | | ANAHEIM | CA | 92825 | | 5/9/2023 | $25,000.00 | Suppliers or Vendors |
| 3.136 CDW | ATTN: STEVE ELLIOTT | PO BOX 25549 | | ANAHEIM | CA | 92825 | | 5/22/2023 | $26,959.72 | Suppliers or Vendors |
| | | | | | | | | TOTAL: | $262,528.58 | |
| 3.137 CERTIFIED ORGANIC DIRECT LLC | | 1230 ROSECRANS AVE | STE 300 | MANHATTAN BEACH | CA | 90266 | | 5/2/2023 | $7,023.50 | Services |
| 3.138 CERTIFIED ORGANIC DIRECT LLC | | 1230 ROSECRANS AVE | STE 300 | MANHATTAN BEACH | CA | 90266 | | 5/15/2023 | $8,518.00 | Services |
| | | | | | | | | TOTAL: | $15,541.50 | |
| 3.139 CHEMCO | | 6401 ALONDRA BLVD. | | PARAMOUNT | CA | 90723 | | 4/24/2023 | $711.40 | Suppliers or Vendors |
| 3.140 CHEMCO | | 6401 ALONDRA BLVD. | | PARAMOUNT | CA | 90723 | | 5/1/2023 | $5,197.73 | Suppliers or Vendors |
| 3.141 CHEMCO | | 6401 ALONDRA BLVD. | | PARAMOUNT | CA | 90723 | | 5/9/2023 | $12,113.53 | Suppliers or Vendors |
| 3.142 CHEMCO | | 6401 ALONDRA BLVD. | | PARAMOUNT | CA | 90723 | | 5/23/2023 | $4,846.06 | Suppliers or Vendors |

**SOFA 3 ATTACHMENT**
Certain payments or transfers to creditors within 90 days before filing this case

| | Creditor's Name | Attention | Address 1 | Address 2 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.143 | CHEMCO | | 6401 ALONDRA BLVD. | | PARAMOUNT | CA | 90723 | | 6/26/2023 | $7,334.09 | Suppliers or Vendors |
| | | | | | | | | | TOTAL: | $30,202.81 | |
| 3.144 | CHOPTANK | | P.O. BOX 99 | | PRESTON | MD | 21655 | | 4/5/2023 | $125,000.00 | Suppliers or Vendors |
| 3.145 | CHOPTANK | | P.O. BOX 99 | | PRESTON | MD | 21655 | | 4/12/2023 | $103,394.19 | Suppliers or Vendors |
| 3.146 | CHOPTANK | | P.O. BOX 99 | | PRESTON | MD | 21655 | | 4/19/2023 | $100,000.00 | Suppliers or Vendors |
| 3.147 | CHOPTANK | | P.O. BOX 99 | | PRESTON | MD | 21655 | | 4/26/2023 | $100,000.00 | Suppliers or Vendors |
| 3.148 | CHOPTANK | | P.O. BOX 99 | | PRESTON | MD | 21655 | | 5/4/2023 | $100,000.00 | Suppliers or Vendors |
| 3.149 | CHOPTANK | | P.O. BOX 99 | | PRESTON | MD | 21655 | | 5/15/2023 | $77,605.59 | Suppliers or Vendors |
| 3.150 | CHOPTANK | | P.O. BOX 99 | | PRESTON | MD | 21655 | | 5/22/2023 | $84,139.58 | Suppliers or Vendors |
| 3.151 | CHOPTANK | | P.O. BOX 99 | | PRESTON | MD | 21655 | | 6/9/2023 | $50,102.95 | Suppliers or Vendors |
| 3.152 | CHOPTANK | | P.O. BOX 99 | | PRESTON | MD | 21655 | | 6/23/2023 | $118,957.26 | Suppliers or Vendors |
| 3.153 | CHOPTANK | | P.O. BOX 99 | | PRESTON | MD | 21655 | | 6/30/2023 | $40,000.00 | Suppliers or Vendors |
| | | | | | | | | | TOTAL: | $899,199.57 | |
| 3.154 | CIGNA HEALTHCARE | | BANK OF AMERICA-CHLIC-CHICAGO | 5476 COLLECTION CENTER DR | CHICAGO | IL | 60693 | | 5/2/2023 | $80,791.99 | Insurance |
| 3.155 | CIGNA HEALTHCARE | | BANK OF AMERICA-CHLIC-CHICAGO | 5476 COLLECTION CENTER DR | CHICAGO | IL | 60693 | | 5/30/2023 | $75,774.43 | Insurance |
| 3.156 | CIGNA HEALTHCARE | | BANK OF AMERICA-CHLIC-CHICAGO | 5476 COLLECTION CENTER DR | CHICAGO | IL | 60693 | | 6/23/2023 | $72,406.98 | Insurance |
| | | | | | | | | | TOTAL: | $228,973.40 | |
| 3.157 | CITY OF VERNON | | 4305 SOUTH SANTA FE AVENUE | | VERNON | CA | 90058 | | 5/15/2023 | $1,603.52 | Utilities |
| 3.158 | CITY OF VERNON | | 4305 SOUTH SANTA FE AVENUE | | VERNON | CA | 90058 | | 6/28/2023 | $1,110.00 | Utilities |
| 3.159 | CITY OF VERNON | | 4305 SOUTH SANTA FE AVENUE | | VERNON | CA | 90058 | | 6/30/2023 | $90,953.76 | Utilities |
| | | | | | | | | | TOTAL: | $93,667.28 | |
| 3.160 | CIUTI INTERNATIONAL INC | | 8790 ROCHESTER AVE #A | | RANCHO CUCAMONGA | CA | 91730 | | 4/24/2023 | $24,488.50 | Suppliers or Vendors |
| 3.161 | CIUTI INTERNATIONAL INC | | 8790 ROCHESTER AVE #A | | RANCHO CUCAMONGA | CA | 91730 | | 5/26/2023 | $25,505.50 | Suppliers or Vendors |
| | | | | | | | | | TOTAL: | $49,994.00 | |
| 3.162 | CLIMATE PROS LLC | | PO BOX 203 | | BEDFORD PARK | IL | 60499-0203 | | 4/24/2023 | $7,834.81 | Services |
| 3.163 | CLIMATE PROS LLC | | PO BOX 203 | | BEDFORD PARK | IL | 60499-0203 | | 6/22/2023 | $4,815.04 | Services |
| | | | | | | | | | TOTAL: | $12,649.85 | |
| 3.164 | COCONUT COOPERATIVE LLC | | 234 5TH AVENUE | | NEW YORK | NY | 10001 | | 4/10/2023 | $52,640.00 | Suppliers or Vendors |
| | | | | | | | | | TOTAL: | $52,640.00 | |
| 3.165 | CONTINENTAL PROCESSORS | | 681 SOUTH CLARENCE | | LOS ANGELES | CA | 90023 | | 4/10/2023 | $8,837.40 | Suppliers or Vendors |
| 3.166 | CONTINENTAL PROCESSORS | | 681 SOUTH CLARENCE | | LOS ANGELES | CA | 90023 | | 4/17/2023 | $14,390.70 | Suppliers or Vendors |
| 3.167 | CONTINENTAL PROCESSORS | | 681 SOUTH CLARENCE | | LOS ANGELES | CA | 90023 | | 4/24/2023 | $8,293.20 | Suppliers or Vendors |
| 3.168 | CONTINENTAL PROCESSORS | | 681 SOUTH CLARENCE | | LOS ANGELES | CA | 90023 | | 5/1/2023 | $6,337.80 | Suppliers or Vendors |
| 3.169 | CONTINENTAL PROCESSORS | | 681 SOUTH CLARENCE | | LOS ANGELES | CA | 90023 | | 5/10/2023 | $13,020.00 | Suppliers or Vendors |
| 3.170 | CONTINENTAL PROCESSORS | | 681 SOUTH CLARENCE | | LOS ANGELES | CA | 90023 | | 5/15/2023 | $15,974.00 | Suppliers or Vendors |
| 3.171 | CONTINENTAL PROCESSORS | | 681 SOUTH CLARENCE | | LOS ANGELES | CA | 90023 | | 5/23/2023 | $4,281.00 | Suppliers or Vendors |
| | | | | | | | | | TOTAL: | $71,134.10 | |
| 3.172 | COPPERSMITH LOGISTICS | | P.O. BOX 51845 | | LOS ANGELES | CA | 90051-6145 | | 4/10/2023 | $84,322.80 | Suppliers or Vendors |
| 3.173 | COPPERSMITH LOGISTICS | | P.O. BOX 51845 | | LOS ANGELES | CA | 90051-6145 | | 4/21/2023 | $103,663.46 | Suppliers or Vendors |
| 3.174 | COPPERSMITH LOGISTICS | | P.O. BOX 51845 | | LOS ANGELES | CA | 90051-6145 | | 4/28/2023 | $34,489.81 | Suppliers or Vendors |
| 3.175 | COPPERSMITH LOGISTICS | | P.O. BOX 51845 | | LOS ANGELES | CA | 90051-6145 | | 5/26/2023 | $123,736.00 | Suppliers or Vendors |
| 3.176 | COPPERSMITH LOGISTICS | | P.O. BOX 51845 | | LOS ANGELES | CA | 90051-6145 | | 6/9/2023 | $120,181.95 | Suppliers or Vendors |
| 3.177 | COPPERSMITH LOGISTICS | | P.O. BOX 51845 | | LOS ANGELES | CA | 90051-6145 | | 6/12/2023 | $21,822.36 | Suppliers or Vendors |
| 3.178 | COPPERSMITH LOGISTICS | | P.O. BOX 51845 | | LOS ANGELES | CA | 90051-6145 | | 6/14/2023 | $9,808.00 | Suppliers or Vendors |
| 3.179 | COPPERSMITH LOGISTICS | | P.O. BOX 51845 | | LOS ANGELES | CA | 90051-6145 | | 6/23/2023 | $157,714.13 | Suppliers or Vendors |
| 3.180 | COPPERSMITH LOGISTICS | | P.O. BOX 51845 | | LOS ANGELES | CA | 90051-6145 | | 6/26/2023 | $71,555.00 | Suppliers or Vendors |
| 3.181 | COPPERSMITH LOGISTICS | | P.O. BOX 51845 | | LOS ANGELES | CA | 90051-6145 | | 6/28/2023 | $227,147.48 | Suppliers or Vendors |
| | | | | | | | | | TOTAL: | $954,440.99 | |
| 3.182 | CUTSHEET EXPRESS LLC | | 39 W 372 W CURTIS SW | | GENEVA | IL | 60134 | | 6/13/2023 | $24,000.00 | Services |
| 3.183 | CUTSHEET EXPRESS LLC | | 39 W 372 W CURTIS SW | | GENEVA | IL | 60134 | | 6/23/2023 | $12,052.32 | Services |
| 3.184 | CUTSHEET EXPRESS LLC | | 39 W 372 W CURTIS SW | | GENEVA | IL | 60134 | | 6/28/2023 | $13,841.81 | Services |
| 3.185 | CUTSHEET EXPRESS LLC | | 39 W 372 W CURTIS SW | | GENEVA | IL | 60134 | | 7/1/2023 | $28,000.00 | Services |
| | | | | | | | | | TOTAL: | $77,894.13 | |
| 3.186 | DALLAS COUNTY TAX OFFICE | | PO BOX 139066 | | DALLAS | TX | 75313-9066 | | 5/15/2023 | $11,443.63 | Taxes |
| | | | | | | | | | TOTAL: | $11,443.63 | |
| 3.187 | DAVID HAUGE | | 1230 EAST BRIAN LANE | | ANAHEIM | CA | 92805 | | 4/10/2023 | $1,758.04 | Employee Expense Report |
| 3.188 | DAVID HAUGE | | 1230 EAST BRIAN LANE | | ANAHEIM | CA | 92805 | | 4/18/2023 | $2,868.39 | Employee Expense Report |
| 3.189 | DAVID HAUGE | | 1230 EAST BRIAN LANE | | ANAHEIM | CA | 92805 | | 4/24/2023 | $1,467.06 | Employee Expense Report |
| 3.190 | DAVID HAUGE | | 1230 EAST BRIAN LANE | | ANAHEIM | CA | 92805 | | 5/23/2023 | $2,987.80 | Employee Expense Report |
| 3.191 | DAVID HAUGE | | 1230 EAST BRIAN LANE | | ANAHEIM | CA | 92805 | | 5/30/2023 | $2,302.52 | Employee Expense Report |
| 3.192 | DAVID HAUGE | | 1230 EAST BRIAN LANE | | ANAHEIM | CA | 92805 | | 6/23/2023 | $3,431.42 | Employee Expense Report |
| | | | | | | | | | TOTAL: | $14,815.23 | |
| 3.193 | DELOITTE & TOUCHE LLP | | PO BOX 844708 | | DALLAS | TX | 75284-4708 | | 4/5/2023 | $225,795.00 | Professional Fees |
| 3.194 | DELOITTE & TOUCHE LLP | | PO BOX 844708 | | DALLAS | TX | 75284-4708 | | 4/12/2023 | $254,213.00 | Professional Fees |
| 3.195 | DELOITTE & TOUCHE LLP | | PO BOX 844708 | | DALLAS | TX | 75284-4708 | | 4/14/2023 | $165,841.00 | Professional Fees |
| 3.196 | DELOITTE & TOUCHE LLP | | PO BOX 844708 | | DALLAS | TX | 75284-4708 | | 4/21/2023 | $254,620.00 | Professional Fees |
| 3.197 | DELOITTE & TOUCHE LLP | | PO BOX 844708 | | DALLAS | TX | 75284-4708 | | 4/26/2023 | $275,000.00 | Professional Fees |
| 3.198 | DELOITTE & TOUCHE LLP | | PO BOX 844708 | | DALLAS | TX | 75284-4708 | | 5/8/2023 | $256,257.00 | Professional Fees |
| 3.199 | DELOITTE & TOUCHE LLP | | PO BOX 844708 | | DALLAS | TX | 75284-4708 | | 5/12/2023 | $253,300.00 | Professional Fees |
| 3.200 | DELOITTE & TOUCHE LLP | | PO BOX 844708 | | DALLAS | TX | 75284-4708 | | 5/30/2023 | $254,034.00 | Professional Fees |
| | | | | | | | | | TOTAL: | $1,939,060.00 | |
| 3.201 | DENVER COLD STORAGE, INC | | 555A SANDY HILL ROAD | | DENVER | PA | 17517 | | 4/14/2023 | $4,040.00 | Suppliers or Vendors |
| 3.202 | DENVER COLD STORAGE, INC | | 555A SANDY HILL ROAD | | DENVER | PA | 17517 | | 4/21/2023 | $7,255.00 | Suppliers or Vendors |
| 3.203 | DENVER COLD STORAGE, INC | | 555A SANDY HILL ROAD | | DENVER | PA | 17517 | | 5/2/2023 | $4,120.00 | Suppliers or Vendors |
| 3.204 | DENVER COLD STORAGE, INC | | 555A SANDY HILL ROAD | | DENVER | PA | 17517 | | 5/9/2023 | $1,740.00 | Suppliers or Vendors |
| 3.205 | DENVER COLD STORAGE, INC | | 555A SANDY HILL ROAD | | DENVER | PA | 17517 | | 5/22/2023 | $1,645.00 | Suppliers or Vendors |
| 3.206 | DENVER COLD STORAGE, INC | | 555A SANDY HILL ROAD | | DENVER | PA | 17517 | | 6/23/2023 | $19,802.50 | Suppliers or Vendors |
| | | | | | | | | | TOTAL: | $38,602.50 | |
| 3.207 | DOLORES CANNING CO., INC. | | PO BOX 63187 | | LOS ANGELES | CA | 90063-0187 | | 4/14/2023 | $3,000.00 | Suppliers or Vendors |
| 3.208 | DOLORES CANNING CO., INC. | | PO BOX 63187 | | LOS ANGELES | CA | 90063-0187 | | 4/21/2023 | $3,000.00 | Suppliers or Vendors |
| 3.209 | DOLORES CANNING CO., INC. | | PO BOX 63187 | | LOS ANGELES | CA | 90063-0187 | | 4/28/2023 | $9,330.00 | Suppliers or Vendors |
| 3.210 | DOLORES CANNING CO., INC. | | PO BOX 63187 | | LOS ANGELES | CA | 90063-0187 | | 5/1/2023 | $27,500.00 | Suppliers or Vendors |
| 3.211 | DOLORES CANNING CO., INC. | | PO BOX 63187 | | LOS ANGELES | CA | 90063-0187 | | 5/17/2023 | $27,500.00 | Suppliers or Vendors |
| | | | | | | | | | TOTAL: | $70,330.00 | |
| 3.212 | ECOLAB PEST ELIMINATION | | 26252 NETWORK PLACE | | CHICAGO | IL | 60673-1262 | | 4/27/2023 | $1,285.72 | Utilities |
| 3.213 | ECOLAB PEST ELIMINATION | | 26252 NETWORK PLACE | | CHICAGO | IL | 60673-1262 | | 4/27/2023 | $732.89 | Utilities |
| 3.214 | ECOLAB PEST ELIMINATION | | 26252 NETWORK PLACE | | CHICAGO | IL | 60673-1262 | | 4/27/2023 | $582.79 | Utilities |

In re: Ittella International LLC
Case No. 23-14154

**SOFA 3 ATTACHMENT**
Certain payments or transfers to creditors within 90 days before filing this case

| | Creditor's Name | Attention | Address 1 | Address 2 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.215 | ECOLAB PEST ELIMINATION | | 26252 NETWORK PLACE | | CHICAGO | IL | 60673-1262 | | 4/27/2023 | $511.73 | Utilities |
| 3.216 | ECOLAB PEST ELIMINATION | | 26252 NETWORK PLACE | | CHICAGO | IL | 60673-1262 | | 4/27/2023 | $372.87 | Utilities |
| 3.217 | ECOLAB PEST ELIMINATION | | 26252 NETWORK PLACE | | CHICAGO | IL | 60673-1262 | | 4/27/2023 | $350.00 | Utilities |
| 3.218 | ECOLAB PEST ELIMINATION | | 26252 NETWORK PLACE | | CHICAGO | IL | 60673-1262 | | 4/27/2023 | $136.59 | Utilities |
| 3.219 | ECOLAB PEST ELIMINATION | | 26252 NETWORK PLACE | | CHICAGO | IL | 60673-1262 | | 4/27/2023 | $350.00 | Utilities |
| 3.220 | ECOLAB PEST ELIMINATION | | 26252 NETWORK PLACE | | CHICAGO | IL | 60673-1262 | | 4/27/2023 | $110.57 | Utilities |
| 3.221 | ECOLAB PEST ELIMINATION | | 26252 NETWORK PLACE | | CHICAGO | IL | 60673-1262 | | 5/17/2023 | $372.87 | Utilities |
| 3.222 | ECOLAB PEST ELIMINATION | | 26252 NETWORK PLACE | | CHICAGO | IL | 60673-1262 | | 5/17/2023 | $511.73 | Utilities |
| 3.223 | ECOLAB PEST ELIMINATION | | 26252 NETWORK PLACE | | CHICAGO | IL | 60673-1262 | | 5/17/2023 | $582.79 | Utilities |
| 3.224 | ECOLAB PEST ELIMINATION | | 26252 NETWORK PLACE | | CHICAGO | IL | 60673-1262 | | 5/17/2023 | $136.59 | Utilities |
| 3.225 | ECOLAB PEST ELIMINATION | | 26252 NETWORK PLACE | | CHICAGO | IL | 60673-1262 | | 5/17/2023 | $110.57 | Utilities |
| 3.226 | ECOLAB PEST ELIMINATION | | 26252 NETWORK PLACE | | CHICAGO | IL | 60673-1262 | | 5/17/2023 | $1,285.72 | Utilities |
| 3.227 | ECOLAB PEST ELIMINATION | | 26252 NETWORK PLACE | | CHICAGO | IL | 60673-1262 | | 5/17/2023 | $350.00 | Utilities |
| 3.228 | ECOLAB PEST ELIMINATION | | 26252 NETWORK PLACE | | CHICAGO | IL | 60673-1262 | | 5/17/2023 | $732.89 | Utilities |
| 3.229 | ECOLAB PEST ELIMINATION | | 26252 NETWORK PLACE | | CHICAGO | IL | 60673-1262 | | 5/19/2023 | $99.02 | Utilities |
| 3.230 | ECOLAB PEST ELIMINATION | | 26252 NETWORK PLACE | | CHICAGO | IL | 60673-1262 | | 5/19/2023 | $511.73 | Utilities |
| 3.231 | ECOLAB PEST ELIMINATION | | 26252 NETWORK PLACE | | CHICAGO | IL | 60673-1262 | | 5/19/2023 | $136.59 | Utilities |
| 3.232 | ECOLAB PEST ELIMINATION | | 26252 NETWORK PLACE | | CHICAGO | IL | 60673-1262 | | 6/15/2023 | $1,285.72 | Utilities |
| 3.233 | ECOLAB PEST ELIMINATION | | 26252 NETWORK PLACE | | CHICAGO | IL | 60673-1262 | | 6/15/2023 | $732.89 | Utilities |
| 3.234 | ECOLAB PEST ELIMINATION | | 26252 NETWORK PLACE | | CHICAGO | IL | 60673-1262 | | 6/15/2023 | $582.79 | Utilities |
| 3.235 | ECOLAB PEST ELIMINATION | | 26252 NETWORK PLACE | | CHICAGO | IL | 60673-1262 | | 6/15/2023 | $511.73 | Utilities |
| 3.236 | ECOLAB PEST ELIMINATION | | 26252 NETWORK PLACE | | CHICAGO | IL | 60673-1262 | | 6/15/2023 | $372.87 | Utilities |
| 3.237 | ECOLAB PEST ELIMINATION | | 26252 NETWORK PLACE | | CHICAGO | IL | 60673-1262 | | 6/15/2023 | $350.00 | Utilities |
| 3.238 | ECOLAB PEST ELIMINATION | | 26252 NETWORK PLACE | | CHICAGO | IL | 60673-1262 | | 6/15/2023 | $136.59 | Utilities |
| 3.239 | ECOLAB PEST ELIMINATION | | 26252 NETWORK PLACE | | CHICAGO | IL | 60673-1262 | | 6/15/2023 | $110.57 | Utilities |
| | | | | | | | | | TOTAL: | $13,346.82 | |
| 3.240 | ELSTON NATIONWIDE CARRIERS | | PO BOX 54007 | | HURST | TX | 76054 | | 4/10/2023 | $21,559.12 | Suppliers or Vendors |
| 3.241 | ELSTON NATIONWIDE CARRIERS | | PO BOX 54007 | | HURST | TX | 76054 | | 4/14/2023 | $22,361.22 | Suppliers or Vendors |
| 3.242 | ELSTON NATIONWIDE CARRIERS | | PO BOX 54007 | | HURST | TX | 76054 | | 4/21/2023 | $20,270.71 | Suppliers or Vendors |
| 3.243 | ELSTON NATIONWIDE CARRIERS | | PO BOX 54007 | | HURST | TX | 76054 | | 5/1/2023 | $26,089.14 | Suppliers or Vendors |
| 3.244 | ELSTON NATIONWIDE CARRIERS | | PO BOX 54007 | | HURST | TX | 76054 | | 5/9/2023 | $20,321.02 | Suppliers or Vendors |
| 3.245 | ELSTON NATIONWIDE CARRIERS | | PO BOX 54007 | | HURST | TX | 76054 | | 5/26/2023 | $45,100.84 | Suppliers or Vendors |
| | | | | | | | | | TOTAL: | $155,702.05 | |
| 3.246 | ENSIGHT SOLUTIONS, LLC | | P.O. BOX 7410664 | | CHICAGO | IL | 60674-0664 | | 4/24/2023 | $9,526.88 | Suppliers or Vendors |
| 3.247 | ENSIGHT SOLUTIONS, LLC | | P.O. BOX 7410664 | | CHICAGO | IL | 60674-0664 | | 5/1/2023 | $1,007.15 | Suppliers or Vendors |
| | | | | | | | | | TOTAL: | $10,534.03 | |
| 3.248 | FAIRWAY STAFFING SERVICES, INC. | | PO BOX 31001-2434 | | PASADENA | CA | 91110-2434 | | 4/10/2023 | $9,610.46 | Staffing Agency |
| 3.249 | FAIRWAY STAFFING SERVICES, INC. | | PO BOX 31001-2434 | | PASADENA | CA | 91110-2434 | | 4/18/2023 | $7,700.05 | Staffing Agency |
| 3.250 | FAIRWAY STAFFING SERVICES, INC. | | PO BOX 31001-2434 | | PASADENA | CA | 91110-2434 | | 4/24/2023 | $6,185.10 | Staffing Agency |
| 3.251 | FAIRWAY STAFFING SERVICES, INC. | | PO BOX 31001-2434 | | PASADENA | CA | 91110-2434 | | 5/1/2023 | $6,679.25 | Staffing Agency |
| 3.252 | FAIRWAY STAFFING SERVICES, INC. | | PO BOX 31001-2434 | | PASADENA | CA | 91110-2434 | | 5/26/2023 | $10,258.75 | Staffing Agency |
| 3.253 | FAIRWAY STAFFING SERVICES, INC. | | PO BOX 31001-2434 | | PASADENA | CA | 91110-2434 | | 6/8/2023 | $13,452.53 | Staffing Agency |
| | | | | | | | | | TOTAL: | $53,886.14 | |
| 3.254 | FAN FORWARDING AGENCY | ATTN: FABIO CASTELLANO | Z.I. AREA PORTUALE | | SAN FERDINANDO | RC | 89026 | Italy | 4/3/2023 | $141,961.15 | Suppliers or Vendors |
| 3.255 | FAN FORWARDING AGENCY | ATTN: FABIO CASTELLANO | Z.I. AREA PORTUALE | | SAN FERDINANDO | RC | 89026 | Italy | 4/11/2023 | $116,453.07 | Suppliers or Vendors |
| 3.256 | FAN FORWARDING AGENCY | ATTN: FABIO CASTELLANO | Z.I. AREA PORTUALE | | SAN FERDINANDO | RC | 89026 | Italy | 4/17/2023 | $141,450.16 | Suppliers or Vendors |
| 3.257 | FAN FORWARDING AGENCY | ATTN: FABIO CASTELLANO | Z.I. AREA PORTUALE | | SAN FERDINANDO | RC | 89026 | Italy | 4/24/2023 | $140,238.62 | Suppliers or Vendors |
| 3.258 | FAN FORWARDING AGENCY | ATTN: FABIO CASTELLANO | Z.I. AREA PORTUALE | | SAN FERDINANDO | RC | 89026 | Italy | 5/3/2023 | $142,147.89 | Suppliers or Vendors |
| | | | | | | | | | TOTAL: | $682,250.89 | |
| 3.259 | FC CARGO TEAM S.R.L. | | SPEDIZIONI INTERNATIONALI | CARGO CITY EDIFICIO SERVIZI 2 | PIANO 00054 AEROPORTO FIUMICINO | | | | 4/3/2023 | $5,130.00 | Suppliers or Vendors |
| 3.260 | FC CARGO TEAM S.R.L. | | SPEDIZIONI INTERNATIONALI | CARGO CITY EDIFICIO SERVIZI 2 | PIANO 00054 AEROPORTO FIUMICINO | | | | 4/11/2023 | $1,334.00 | Suppliers or Vendors |
| 3.261 | FC CARGO TEAM S.R.L. | | SPEDIZIONI INTERNATIONALI | CARGO CITY EDIFICIO SERVIZI 2 | PIANO 00054 AEROPORTO FIUMICINO | | | | 4/17/2023 | $1,334.00 | Suppliers or Vendors |
| 3.262 | FC CARGO TEAM S.R.L. | | SPEDIZIONI INTERNATIONALI | CARGO CITY EDIFICIO SERVIZI 2 | PIANO 00054 AEROPORTO FIUMICINO | | | | 4/24/2023 | $2,678.00 | Suppliers or Vendors |
| | | | | | | | | | TOTAL: | $10,476.00 | |
| 3.263 | FEDEX | | PO BOX 94515 | | PALATINE | IL | 60094 | | 4/10/2023 | $6,569.39 | Services |
| 3.264 | FEDEX | | PO BOX 94515 | | PALATINE | IL | 60094 | | 4/24/2023 | $10,160.38 | Services |
| 3.265 | FEDEX | | PO BOX 94515 | | PALATINE | IL | 60094 | | 5/1/2023 | $1,835.72 | Services |
| 3.266 | FEDEX | | PO BOX 94515 | | PALATINE | IL | 60094 | | 5/9/2023 | $2,956.45 | Services |
| 3.267 | FEDEX | | PO BOX 94515 | | PALATINE | IL | 60094 | | 5/23/2023 | $2,459.17 | Services |
| 3.268 | FEDEX | | PO BOX 94515 | | PALATINE | IL | 60094 | | 6/9/2023 | $1,679.81 | Services |
| | | | | | | | | | TOTAL: | $25,660.92 | |
| 3.269 | FIORE DI PASTA, INC. | | 4776 E JENSEN AVENUE | | FRESNO | CA | 93725 | | 4/21/2023 | $56,891.60 | Suppliers or Vendors |
| 3.270 | FIORE DI PASTA, INC. | | 4776 E JENSEN AVENUE | | FRESNO | CA | 93725 | | 5/9/2023 | $56,891.60 | Suppliers or Vendors |
| 3.271 | FIORE DI PASTA, INC. | | 4776 E JENSEN AVENUE | | FRESNO | CA | 93725 | | 6/2/2023 | $57,285.20 | Suppliers or Vendors |
| | | | | | | | | | TOTAL: | $171,068.40 | |
| 3.272 | FIRST INSURANCE FUNDING | | PO BOX 7000 | | CAROL STREAM | IL | 60197-7000 | | 5/11/2023 | $154,624.06 | Insurance |
| 3.273 | FIRST INSURANCE FUNDING | | PO BOX 7000 | | CAROL STREAM | IL | 60197-7000 | | 5/17/2023 | $154,624.06 | Insurance |
| 3.274 | FIRST INSURANCE FUNDING | | PO BOX 7000 | | CAROL STREAM | IL | 60197-7000 | | 6/19/2023 | $154,624.06 | Insurance |
| | | | | | | | | | TOTAL: | $463,872.18 | |
| 3.275 | FRANCHISE TAX BOARD | | PO BOX 942857 | | SACRAMENTO | CA | 94257-0531 | | 4/27/2023 | $3,200.00 | Taxes |
| 3.276 | FRANCHISE TAX BOARD | | PO BOX 942857 | | SACRAMENTO | CA | 94257-0531 | | 4/27/2023 | $11,790.00 | Taxes |
| 3.277 | FRANCHISE TAX BOARD | | PO BOX 942857 | | SACRAMENTO | CA | 94257-0531 | | 4/27/2023 | $800.00 | Taxes |
| | | | | | | | | | TOTAL: | $15,790.00 | |
| 3.278 | GATE2PLATE, INC. | | 1550 LARIMER STREET, SUITE 872 | | DENVER | CO | 80202 | | 4/18/2023 | $3,000.00 | Services |
| 3.279 | GATE2PLATE, INC. | | 1550 LARIMER STREET, SUITE 872 | | DENVER | CO | 80202 | | 4/24/2023 | $3,000.00 | Services |
| 3.280 | GATE2PLATE, INC. | | 1550 LARIMER STREET, SUITE 872 | | DENVER | CO | 80202 | | 5/1/2023 | $3,000.00 | Services |
| 3.281 | GATE2PLATE, INC. | | 1550 LARIMER STREET, SUITE 872 | | DENVER | CO | 80202 | | 5/9/2023 | $3,000.00 | Services |
| | | | | | | | | | TOTAL: | $12,000.00 | |
| 3.282 | GELEN MEDIA LLC | | 1061 SOUTH 820 EAST | | HEBER CITY | UT | 84032 | | 5/1/2023 | $12,900.00 | Marketing |
| | | | | | | | | | TOTAL: | $12,900.00 | |
| 3.283 | GIBSON, DUNN & CRUTCHER LLP | | 333 SOUTH GRAND AVENUE | | LOS ANGELES | CA | 90071-3197 | | 4/10/2023 | $27,516.50 | Professional Fees |
| | | | | | | | | | TOTAL: | $27,516.50 | |
| 3.284 | GI-DIS SRL | ATTN: GIANLUCA MORRONE | VIA SAN MARTINO, 72/4/2013 | | MILANO | | 20122 | ITALY | 4/5/2023 | $40,370.62 | Suppliers or Vendors |
| 3.285 | GI-DIS SRL | ATTN: GIANLUCA MORRONE | VIA SAN MARTINO, 72/4/2013 | | MILANO | | 20122 | ITALY | 4/10/2023 | $29,140.00 | Suppliers or Vendors |
| 3.286 | GI-DIS SRL | ATTN: GIANLUCA MORRONE | VIA SAN MARTINO, 72/4/2013 | | MILANO | | 20122 | ITALY | 4/10/2023 | $11,905.41 | Suppliers or Vendors |
| 3.287 | GI-DIS SRL | ATTN: GIANLUCA MORRONE | VIA SAN MARTINO, 72/4/2013 | | MILANO | | 20122 | ITALY | 4/16/2023 | $40,000.00 | Suppliers or Vendors |
| 3.288 | GI-DIS SRL | ATTN: GIANLUCA MORRONE | VIA SAN MARTINO, 72/4/2013 | | MILANO | | 20122 | ITALY | 4/24/2023 | $39,973.45 | Suppliers or Vendors |

In re: Ittella International LLC
Case No. 23-14154

**SOFA 3 ATTACHMENT**
Certain payments or transfers to creditors within 90 days before filing this case

| | Creditor's Name | Attention | Address 1 | Address 2 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.289 | GI-DIS SRL | ATTN: GIANLUCA MORRONE | VIA SAN MARTINO, 72/4/2013 | | MILANO | | 20122 | ITALY | 5/3/2023 | $40,276.42 | Suppliers or Vendors |
| | | | | | | | | | TOTAL: | $201,665.90 | |
| 3.290 | GMS INDUSTRIES, INC | WELLS FARGO BANK, N.A. | FBO GMS INDUSTRIES | P.O. BOX 202056 | DALLAS | TX | 75320-2056 | | 4/18/2023 | $9,128.70 | Suppliers or Vendors |
| 3.291 | GMS INDUSTRIES, INC | WELLS FARGO BANK, N.A. | FBO GMS INDUSTRIES | P.O. BOX 202056 | DALLAS | TX | 75320-2056 | | 4/24/2023 | $20,182.50 | Suppliers or Vendors |
| 3.292 | GMS INDUSTRIES, INC | WELLS FARGO BANK, N.A. | FBO GMS INDUSTRIES | P.O. BOX 202056 | DALLAS | TX | 75320-2056 | | 5/1/2023 | $13,608.00 | Suppliers or Vendors |
| 3.293 | GMS INDUSTRIES, INC | WELLS FARGO BANK, N.A. | FBO GMS INDUSTRIES | P.O. BOX 202056 | DALLAS | TX | 75320-2056 | | 5/22/2023 | $9,128.70 | Suppliers or Vendors |
| | | | | | | | | | TOTAL: | $52,047.90 | |
| 3.294 | GOLD STANDARD SERVICE CORP | | 12181 ETON DRIVE | | RANCHO CUCAMONGA | CA | 91729 | | 4/24/2023 | $2,226.56 | Suppliers or Vendors |
| 3.295 | GOLD STANDARD SERVICE CORP | | 12181 ETON DRIVE | | RANCHO CUCAMONGA | CA | 91729 | | 5/1/2023 | $2,783.66 | Suppliers or Vendors |
| 3.296 | GOLD STANDARD SERVICE CORP | | 12181 ETON DRIVE | | RANCHO CUCAMONGA | CA | 91729 | | 6/15/2023 | $2,823.25 | Suppliers or Vendors |
| | | | | | | | | | TOTAL: | $7,833.47 | |
| 3.297 | GOOD SOURCE SOLUTIONS INC. | | 3115 MELROSE DRIVE SUITE 160 | | CARLSBAD | CA | 92010 | | 4/14/2023 | $10,400.00 | Suppliers or Vendors |
| | | | | | | | | | TOTAL: | $10,400.00 | |
| 3.298 | GRANT THORNTON LLP | | 33562 TREASURY CENTER | | CHICAGO | IL | 60694-3500 | | 4/6/2023 | $100,000.00 | Professional Fees |
| 3.299 | GRANT THORNTON LLP | | 33562 TREASURY CENTER | | CHICAGO | IL | 60694-3500 | | 4/12/2023 | $100,000.00 | Professional Fees |
| 3.300 | GRANT THORNTON LLP | | 33562 TREASURY CENTER | | CHICAGO | IL | 60694-3500 | | 4/19/2023 | $100,000.00 | Professional Fees |
| 3.301 | GRANT THORNTON LLP | | 33562 TREASURY CENTER | | CHICAGO | IL | 60694-3500 | | 4/26/2023 | $100,000.00 | Professional Fees |
| | | | | | | | | | TOTAL: | $400,000.00 | |
| 3.302 | GRATEFULL EGG LLC | | 900 WEST OLYMPIC BLVD | SUITE 33J | LOS ANGELES | CA | 90071 | | 4/14/2023 | $10,776.47 | Rent |
| 3.303 | GRATEFULL EGG LLC | | 900 WEST OLYMPIC BLVD | SUITE 33J | LOS ANGELES | CA | 90071 | | 5/2/2023 | $107,052.17 | Rent |
| 3.304 | GRATEFULL EGG LLC | | 900 WEST OLYMPIC BLVD | SUITE 33J | LOS ANGELES | CA | 90071 | | 6/7/2023 | $96,275.70 | Rent |
| 3.305 | GRATEFULL EGG LLC | | 900 WEST OLYMPIC BLVD | SUITE 33J | LOS ANGELES | CA | 90071 | | 6/30/2023 | $96,275.70 | Rent |
| | | | | | | | | | TOTAL: | $310,380.04 | |
| 3.306 | GUARDIAN | | PO BOX 677458 | | DALLAS | TX | 75267-7458 | | 5/11/2023 | $10,720.33 | Insurance |
| 3.307 | GUARDIAN | | PO BOX 677458 | | DALLAS | TX | 75267-7458 | | 6/23/2023 | $22,033.67 | Insurance |
| | | | | | | | | | TOTAL: | $32,754.00 | |
| 3.308 | HARTFORD INSURANCE WC | | PO BOX 783690 | | PHILADELPHIA | PA | 19178 | | 4/19/2023 | $125,492.74 | Insurance |
| 3.309 | HARTFORD INSURANCE WC | | PO BOX 783690 | | PHILADELPHIA | PA | 19178 | | 5/1/2023 | $82,254.17 | Insurance |
| 3.310 | HARTFORD INSURANCE WC | | PO BOX 783690 | | PHILADELPHIA | PA | 19178 | | 5/1/2023 | $86,589.52 | Insurance |
| 3.311 | HARTFORD INSURANCE WC | | PO BOX 783690 | | PHILADELPHIA | PA | 19178 | | 6/7/2023 | $42,025.10 | Insurance |
| 3.312 | HARTFORD INSURANCE WC | | PO BOX 783690 | | PHILADELPHIA | PA | 19178 | | 6/7/2023 | $85,710.51 | Insurance |
| 3.313 | HARTFORD INSURANCE WC | | PO BOX 783690 | | PHILADELPHIA | PA | 19178 | | 6/7/2023 | $66,417.80 | Insurance |
| 3.314 | HARTFORD INSURANCE WC | | PO BOX 783690 | | PHILADELPHIA | PA | 19178 | | 6/12/2023 | $65,671.85 | Insurance |
| 3.315 | HARTFORD INSURANCE WC | | PO BOX 783690 | | PHILADELPHIA | PA | 19178 | | 6/12/2023 | $55,941.61 | Insurance |
| | | | | | | | | | TOTAL: | $610,103.30 | |
| 3.316 | HAYNES AND BOONE, LLP | | P.O. BOX 841399 | | DALLAS | TX | 75284-1399 | | 4/10/2023 | $840.00 | Professional Fees |
| 3.317 | HAYNES AND BOONE, LLP | | P.O. BOX 841399 | | DALLAS | TX | 75284-1399 | | 4/18/2023 | $8,465.00 | Professional Fees |
| 3.318 | HAYNES AND BOONE, LLP | | P.O. BOX 841399 | | DALLAS | TX | 75284-1399 | | 4/24/2023 | $4,505.00 | Professional Fees |
| 3.319 | HAYNES AND BOONE, LLP | | P.O. BOX 841399 | | DALLAS | TX | 75284-1399 | | 5/1/2023 | $2,065.00 | Professional Fees |
| | | | | | | | | | TOTAL: | $15,875.00 | |
| 3.320 | HOGAN LOVELLS US LLP | | LOCK BOX SERVICES - 75890 | P.O BOX 715890 | PHILADELPHIA | PA | 19171-5890 | | 4/18/2023 | $10,778.50 | Professional Fees |
| 3.321 | HOGAN LOVELLS US LLP | | LOCK BOX SERVICES - 75890 | P.O BOX 715890 | PHILADELPHIA | PA | 19171-5890 | | 4/24/2023 | $7,121.00 | Professional Fees |
| 3.322 | HOGAN LOVELLS US LLP | | LOCK BOX SERVICES - 75890 | P.O BOX 715890 | PHILADELPHIA | PA | 19171-5890 | | 5/1/2023 | $576.00 | Professional Fees |
| 3.323 | HOGAN LOVELLS US LLP | | LOCK BOX SERVICES - 75890 | P.O BOX 715890 | PHILADELPHIA | PA | 19171-5890 | | 5/23/2023 | $7,479.00 | Professional Fees |
| | | | | | | | | | TOTAL: | $25,954.50 | |
| 3.324 | HOME DEPOT | | DEPT. 32-2140186317 | | P.O. BOX | CA | 00900-1030 | | 4/27/2023 | $4,150.42 | Suppliers or Vendors |
| 3.325 | HOME DEPOT | | DEPT. 32-2140186317 | | P.O. BOX | CA | 00900-1030 | | 5/31/2023 | $4,604.00 | Suppliers or Vendors |
| | | | | | | | | | TOTAL: | $8,754.42 | |
| 3.326 | HULSWIT DESIGNS | | 100 N. HELBERTA AVE | | REDONDO BEACH | CA | 90277 | | 4/18/2023 | $12,000.00 | Suppliers or Vendors |
| | | | | | | | | | TOTAL: | $12,000.00 | |
| 3.327 | IFI | | 15631 GRAHAM STREET UNIT E | | HUNTINGTON BEACH | CA | 92649 | | 4/10/2023 | $5,354.23 | Suppliers or Vendors |
| 3.328 | IFI | | 15631 GRAHAM STREET UNIT E | | HUNTINGTON BEACH | CA | 92649 | | 4/18/2023 | $5,093.09 | Suppliers or Vendors |
| 3.329 | IFI | | 15631 GRAHAM STREET UNIT E | | HUNTINGTON BEACH | CA | 92649 | | 4/24/2023 | $8,184.06 | Suppliers or Vendors |
| 3.330 | IFI | | 15631 GRAHAM STREET UNIT E | | HUNTINGTON BEACH | CA | 92649 | | 5/1/2023 | $9,635.20 | Suppliers or Vendors |
| 3.331 | IFI | | 15631 GRAHAM STREET UNIT E | | HUNTINGTON BEACH | CA | 92649 | | 5/9/2023 | $6,315.63 | Suppliers or Vendors |
| 3.332 | IFI | | 15631 GRAHAM STREET UNIT E | | HUNTINGTON BEACH | CA | 92649 | | 5/23/2023 | $3,889.72 | Suppliers or Vendors |
| | | | | | | | | | TOTAL: | $38,471.93 | |
| 3.333 | INDUSTRIAL REPAIR SERVICE, INC. | | 2650 BUSINESS DRIVE | | CUMMING | GA | 30028 | | 4/10/2023 | $1,350.24 | Suppliers or Vendors |
| 3.334 | INDUSTRIAL REPAIR SERVICE, INC. | | 2650 BUSINESS DRIVE | | CUMMING | GA | 30028 | | 4/24/2023 | $3,400.96 | Suppliers or Vendors |
| 3.335 | INDUSTRIAL REPAIR SERVICE, INC. | | 2650 BUSINESS DRIVE | | CUMMING | GA | 30028 | | 5/1/2023 | $1,548.58 | Suppliers or Vendors |
| 3.336 | INDUSTRIAL REPAIR SERVICE, INC. | | 2650 BUSINESS DRIVE | | CUMMING | GA | 30028 | | 6/9/2023 | $672.43 | Suppliers or Vendors |
| 3.337 | INDUSTRIAL REPAIR SERVICE, INC. | | 2650 BUSINESS DRIVE | | CUMMING | GA | 30028 | | 6/15/2023 | $1,172.43 | Suppliers or Vendors |
| | | | | | | | | | TOTAL: | $8,144.64 | |
| 3.338 | INFORMA MEDIA / EXPO WEST | | 24654 NETWORK PLACE | | CHICAGO | IL | 60673 | | 4/10/2023 | $51,984.00 | Professional Fees |
| | | | | | | | | | TOTAL: | $51,984.00 | |
| 3.339 | INNER CIRCLE SALES LLC | | 175 E HAWTHORNE PARKWAY | SUITE 300 | VERNON HILLS | IL | 60061 | | 4/7/2023 | $62,698.83 | Suppliers or Vendors |
| 3.340 | INNER CIRCLE SALES LLC | | 175 E HAWTHORNE PARKWAY | SUITE 300 | VERNON HILLS | IL | 60061 | | 4/14/2023 | $62,698.83 | Suppliers or Vendors |
| 3.341 | INNER CIRCLE SALES LLC | | 175 E HAWTHORNE PARKWAY | SUITE 300 | VERNON HILLS | IL | 60061 | | 4/21/2023 | $62,698.83 | Suppliers or Vendors |
| 3.342 | INNER CIRCLE SALES LLC | | 175 E HAWTHORNE PARKWAY | SUITE 300 | VERNON HILLS | IL | 60061 | | 5/2/2023 | $62,698.83 | Suppliers or Vendors |
| 3.343 | INNER CIRCLE SALES LLC | | 175 E HAWTHORNE PARKWAY | SUITE 300 | VERNON HILLS | IL | 60061 | | 5/9/2023 | $62,698.83 | Suppliers or Vendors |
| 3.344 | INNER CIRCLE SALES LLC | | 175 E HAWTHORNE PARKWAY | SUITE 300 | VERNON HILLS | IL | 60061 | | 5/15/2023 | $62,698.83 | Suppliers or Vendors |
| 3.345 | INNER CIRCLE SALES LLC | | 175 E HAWTHORNE PARKWAY | SUITE 300 | VERNON HILLS | IL | 60061 | | 5/22/2023 | $62,698.83 | Suppliers or Vendors |
| 3.346 | INNER CIRCLE SALES LLC | | 175 E HAWTHORNE PARKWAY | SUITE 300 | VERNON HILLS | IL | 60061 | | 5/26/2023 | $62,698.83 | Suppliers or Vendors |
| 3.347 | INNER CIRCLE SALES LLC | | 175 E HAWTHORNE PARKWAY | SUITE 300 | VERNON HILLS | IL | 60061 | | 6/9/2023 | $62,698.83 | Suppliers or Vendors |
| | | | | | | | | | TOTAL: | $564,289.47 | |
| 3.348 | INNER-COOL REFRIGERATION INC | | 7901 SOMERSET BLVD. SUITE D | | PARAMOUNT | CA | 90723 | | 4/14/2023 | $15,516.00 | Suppliers or Vendors |
| 3.349 | INNER-COOL REFRIGERATION INC | | 7901 SOMERSET BLVD. SUITE D | | PARAMOUNT | CA | 90723 | | 4/24/2023 | $1,884.69 | Suppliers or Vendors |
| 3.350 | INNER-COOL REFRIGERATION INC | | 7901 SOMERSET BLVD. SUITE D | | PARAMOUNT | CA | 90723 | | 5/2/2023 | $2,151.50 | Suppliers or Vendors |
| 3.351 | INNER-COOL REFRIGERATION INC | | 7901 SOMERSET BLVD. SUITE D | | PARAMOUNT | CA | 90723 | | 5/15/2023 | $5,186.95 | Suppliers or Vendors |
| | | | | | | | | | TOTAL: | $24,739.14 | |
| 3.352 | INSUA GRAPHICS INC. | | 9121 GLENOAKS BLVD. | | SUN VALLEY | CA | 91352 | | 4/10/2023 | $12,127.36 | Suppliers or Vendors |
| 3.353 | INSUA GRAPHICS INC. | | 9121 GLENOAKS BLVD. | | SUN VALLEY | CA | 91352 | | 4/14/2023 | $34,056.62 | Suppliers or Vendors |
| 3.354 | INSUA GRAPHICS INC. | | 9121 GLENOAKS BLVD. | | SUN VALLEY | CA | 91352 | | 4/24/2023 | $12,155.53 | Suppliers or Vendors |
| 3.355 | INSUA GRAPHICS INC. | | 9121 GLENOAKS BLVD. | | SUN VALLEY | CA | 91352 | | 5/9/2023 | $63,777.78 | Suppliers or Vendors |
| 3.356 | INSUA GRAPHICS INC. | | 9121 GLENOAKS BLVD. | | SUN VALLEY | CA | 91352 | | 6/2/2023 | $87,248.00 | Suppliers or Vendors |
| | | | | | | | | | TOTAL: | $209,365.29 | |

In re: Ittella International LLC
Case No. 23-14154

**SOFA 3 ATTACHMENT**
Certain payments or transfers to creditors within 90 days before filing this case

| | Creditor's Name | Attention | Address 1 | Address 2 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.357 | INTERGLOBO | ATTN: BREIANN BANUELOS | 22411 BONITA STREET | | CARSON | CA | 90745 | | 5/2/2023 | $23,550.00 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$23,550.00** | |
| 3.358 | INTERSTATE WAREHOUSING INC. | | DEPT. 78743 | P.O. BOX 78000 | DETROIT | MI | 48278-0743 | | 4/7/2023 | $970.92 | Suppliers or Vendors |
| 3.359 | INTERSTATE WAREHOUSING INC. | | DEPT. 78743 | P.O. BOX 78000 | DETROIT | MI | 48278-0743 | | 4/14/2023 | $1,127.16 | Suppliers or Vendors |
| 3.360 | INTERSTATE WAREHOUSING INC. | | DEPT. 78743 | P.O. BOX 78000 | DETROIT | MI | 48278-0743 | | 4/21/2023 | $3,786.93 | Suppliers or Vendors |
| 3.361 | INTERSTATE WAREHOUSING INC. | | DEPT. 78743 | P.O. BOX 78000 | DETROIT | MI | 48278-0743 | | 5/1/2023 | $4,951.29 | Suppliers or Vendors |
| 3.362 | INTERSTATE WAREHOUSING INC. | | DEPT. 78743 | P.O. BOX 78000 | DETROIT | MI | 48278-0743 | | 5/9/2023 | $6,434.93 | Suppliers or Vendors |
| 3.363 | INTERSTATE WAREHOUSING INC. | | DEPT. 78743 | P.O. BOX 78000 | DETROIT | MI | 48278-0743 | | 5/15/2023 | $2,586.57 | Suppliers or Vendors |
| 3.364 | INTERSTATE WAREHOUSING INC. | | DEPT. 78743 | P.O. BOX 78000 | DETROIT | MI | 48278-0743 | | 5/23/2023 | $1,146.60 | Suppliers or Vendors |
| 3.365 | INTERSTATE WAREHOUSING INC. | | DEPT. 78743 | P.O. BOX 78000 | DETROIT | MI | 48278-0743 | | 6/16/2023 | $20,163.30 | Suppliers or Vendors |
| 3.366 | INTERSTATE WAREHOUSING INC. | | DEPT. 78743 | P.O. BOX 78000 | DETROIT | MI | 48278-0743 | | 6/23/2023 | $4,706.33 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$45,874.03** | |
| 3.367 | IPFS CORPORATION OF CALIFORNIA | | PO BOX 100391 | | PASADENA | CA | 91189-0391 | | 4/27/2023 | $6,873.91 | Suppliers or Vendors |
| 3.368 | IPFS CORPORATION OF CALIFORNIA | | PO BOX 100391 | | PASADENA | CA | 91189-0391 | | 4/27/2023 | $8,013.23 | Suppliers or Vendors |
| 3.369 | IPFS CORPORATION OF CALIFORNIA | | PO BOX 100391 | | PASADENA | CA | 91189-0391 | | 5/15/2023 | $8,124.47 | Suppliers or Vendors |
| 3.370 | IPFS CORPORATION OF CALIFORNIA | | PO BOX 100391 | | PASADENA | CA | 91189-0391 | | 5/17/2023 | $8,013.23 | Suppliers or Vendors |
| 3.371 | IPFS CORPORATION OF CALIFORNIA | | PO BOX 100391 | | PASADENA | CA | 91189-0391 | | 6/12/2023 | $8,787.07 | Suppliers or Vendors |
| 3.372 | IPFS CORPORATION OF CALIFORNIA | | PO BOX 100391 | | PASADENA | CA | 91189-0391 | | 6/19/2023 | $8,013.23 | Suppliers or Vendors |
| 3.373 | IPFS CORPORATION OF CALIFORNIA | | PO BOX 100391 | | PASADENA | CA | 91189-0391 | | 6/22/2023 | $2,938.74 | Suppliers or Vendors |
| 3.374 | IPFS CORPORATION OF CALIFORNIA | | PO BOX 100391 | | PASADENA | CA | 91189-0391 | | 6/27/2023 | $2,793.09 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$53,556.97** | |
| 3.375 | ITALPIZZA SPA | | VIA GHERBELLA N 454/A | 41126 MODENA (MO) | | | | | 4/5/2023 | $19,271.70 | Suppliers or Vendors |
| 3.376 | ITALPIZZA SPA | | VIA GHERBELLA N 454/A | 41126 MODENA (MO) | | | | | 4/10/2023 | $19,271.70 | Suppliers or Vendors |
| 3.377 | ITALPIZZA SPA | | VIA GHERBELLA N 454/A | 41126 MODENA (MO) | | | | | 4/16/2023 | $19,271.70 | Suppliers or Vendors |
| 3.378 | ITALPIZZA SPA | | VIA GHERBELLA N 454/A | 41126 MODENA (MO) | | | | | 4/23/2023 | $19,271.70 | Suppliers or Vendors |
| 3.379 | ITALPIZZA SPA | | VIA GHERBELLA N 454/A | 41126 MODENA (MO) | | | | | 5/2/2023 | $38,543.40 | Suppliers or Vendors |
| 3.380 | ITALPIZZA SPA | | VIA GHERBELLA N 454/A | 41126 MODENA (MO) | | | | | 5/26/2023 | $19,271.70 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$134,901.90** | |
| 3.381 | ITTELLA ITALY SRL | | STRADA DELLA CASSAINA | LATINA | PROSSEDI | | 4010 | | 4/11/2023 | $450,000.00 | Suppliers or Vendors |
| 3.382 | ITTELLA ITALY SRL | | STRADA DELLA CASSAINA | LATINA | PROSSEDI | | 4010 | | 4/13/2023 | $400,000.00 | Suppliers or Vendors |
| 3.383 | ITTELLA ITALY SRL | | STRADA DELLA CASSAINA | LATINA | PROSSEDI | | 4010 | | 4/16/2023 | $264,856.19 | Suppliers or Vendors |
| 3.384 | ITTELLA ITALY SRL | | STRADA DELLA CASSAINA | LATINA | PROSSEDI | | 4010 | | 4/16/2023 | $442,348.47 | Suppliers or Vendors |
| 3.385 | ITTELLA ITALY SRL | | STRADA DELLA CASSAINA | LATINA | PROSSEDI | | 4010 | | 4/16/2023 | $57,651.53 | Suppliers or Vendors |
| 3.386 | ITTELLA ITALY SRL | | STRADA DELLA CASSAINA | LATINA | PROSSEDI | | 4010 | | 4/16/2023 | $400,000.00 | Suppliers or Vendors |
| 3.387 | ITTELLA ITALY SRL | | STRADA DELLA CASSAINA | LATINA | PROSSEDI | | 4010 | | 4/19/2023 | $450,000.00 | Suppliers or Vendors |
| 3.388 | ITTELLA ITALY SRL | | STRADA DELLA CASSAINA | LATINA | PROSSEDI | | 4010 | | 4/27/2023 | $400,000.00 | Suppliers or Vendors |
| 3.389 | ITTELLA ITALY SRL | | STRADA DELLA CASSAINA | LATINA | PROSSEDI | | 4010 | | 4/28/2023 | $50,000.00 | Suppliers or Vendors |
| 3.390 | ITTELLA ITALY SRL | | STRADA DELLA CASSAINA | LATINA | PROSSEDI | | 4010 | | 5/10/2023 | $320,000.00 | Suppliers or Vendors |
| 3.391 | ITTELLA ITALY SRL | | STRADA DELLA CASSAINA | LATINA | PROSSEDI | | 4010 | | 5/16/2023 | $400,000.00 | Suppliers or Vendors |
| 3.392 | ITTELLA ITALY SRL | | STRADA DELLA CASSAINA | LATINA | PROSSEDI | | 4010 | | 5/29/2023 | $300,000.00 | Suppliers or Vendors |
| 3.393 | ITTELLA ITALY SRL | | STRADA DELLA CASSAINA | LATINA | PROSSEDI | | 4010 | | 6/8/2023 | $95,000.00 | Suppliers or Vendors |
| 3.394 | ITTELLA ITALY SRL | | STRADA DELLA CASSAINA | LATINA | PROSSEDI | | 4010 | | 6/16/2023 | $260,000.00 | Suppliers or Vendors |
| 3.395 | ITTELLA ITALY SRL | | STRADA DELLA CASSAINA | LATINA | PROSSEDI | | 4010 | | 6/23/2023 | $77,000.00 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$4,366,856.19** | |
| 3.396 | JAITAL CORPORATION | ATTN: KELLY HIRAMATSU | 2121 ATWOOD WAY | | TORRANCE | CA | 90503 | | 4/24/2023 | $11,110.59 | Services |
| | | | | | | | | | **TOTAL:** | **$11,110.59** | |
| 3.397 | JEP MASON ENTERPRISE LLC. | | 8728 DICE ROAD | | SANTA FE SPRINGS | CA | 90670 | | 5/1/2023 | $11,804.34 | Rent |
| 3.398 | JEP MASON ENTERPRISE LLC. | | 8728 DICE ROAD | | SANTA FE SPRINGS | CA | 90670 | | 6/2/2023 | $12,158.47 | Rent |
| 3.399 | JEP MASON ENTERPRISE LLC. | | 8728 DICE ROAD | | SANTA FE SPRINGS | CA | 90670 | | 6/30/2023 | $12,158.47 | Rent |
| | | | | | | | | | **TOTAL:** | **$36,121.28** | |
| 3.400 | JIAN LIU | | 12302 ROSE ST | | CERRITOS | CA | 90703 | | 5/1/2023 | $5,000.00 | Rent |
| 3.401 | JIAN LIU | | 12302 ROSE ST | | CERRITOS | CA | 90703 | | 6/2/2023 | $5,000.00 | Rent |
| 3.402 | JIAN LIU | | 12302 ROSE ST | | CERRITOS | CA | 90703 | | 6/30/2023 | $5,000.00 | Rent |
| | | | | | | | | | **TOTAL:** | **$15,000.00** | |
| 3.403 | KATE PARISIAN | | 1553 RIVERSIDE DRIVE #5 | | GLENDALE | CA | 91201 | | 4/10/2023 | $8,158.06 | Marketing |
| | | | | | | | | | **TOTAL:** | **$8,158.06** | |
| 3.404 | KEYENCE CORP OF AMERICA | | DEPT LA 22198 | | PASADENA | CA | 91185 | | 4/10/2023 | $3,149.58 | Suppliers or Vendors |
| 3.405 | KEYENCE CORP OF AMERICA | | DEPT LA 22198 | | PASADENA | CA | 91185 | | 5/1/2023 | $422.27 | Suppliers or Vendors |
| 3.406 | KEYENCE CORP OF AMERICA | | DEPT LA 22198 | | PASADENA | CA | 91185 | | 5/9/2023 | $5,736.38 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$9,308.23** | |
| 3.407 | KRAFT HEINZ COMPANY | | 22541 NETWORK PLACE | | CHICAGO | IL | 60673 | | 5/1/2023 | $40,346.31 | Suppliers or Vendors |
| 3.408 | KRAFT HEINZ COMPANY | | 22541 NETWORK PLACE | | CHICAGO | IL | 60673 | | 5/9/2023 | $40,340.68 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$80,686.99** | |
| 3.409 | LAKEVIEW CHEESE CO., LLC. | | P.O. BOX 6921 | | CAROL STREAM | IL | 60197-6921 | | 4/14/2023 | $11,153.52 | Suppliers or Vendors |
| 3.410 | LAKEVIEW CHEESE CO., LLC. | | P.O. BOX 6921 | | CAROL STREAM | IL | 60197-6921 | | 4/21/2023 | $24,627.28 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$35,780.80** | |
| 3.411 | LAMB WESTON | | P.O. BOX 70075 | | CHICAGO | IL | 60673-0075 | | 4/5/2023 | $9,382.98 | Suppliers or Vendors |
| 3.412 | LAMB WESTON | | P.O. BOX 70075 | | CHICAGO | IL | 60673-0075 | | 4/7/2023 | $73,548.18 | Suppliers or Vendors |
| 3.413 | LAMB WESTON | | P.O. BOX 70075 | | CHICAGO | IL | 60673-0075 | | 4/12/2023 | $44,356.16 | Suppliers or Vendors |
| 3.414 | LAMB WESTON | | P.O. BOX 70075 | | CHICAGO | IL | 60673-0075 | | 4/14/2023 | $46,315.10 | Suppliers or Vendors |
| 3.415 | LAMB WESTON | | P.O. BOX 70075 | | CHICAGO | IL | 60673-0075 | | 4/24/2023 | $120,000.00 | Suppliers or Vendors |
| 3.416 | LAMB WESTON | | P.O. BOX 70075 | | CHICAGO | IL | 60673-0075 | | 4/25/2023 | $78,420.65 | Suppliers or Vendors |
| 3.417 | LAMB WESTON | | P.O. BOX 70075 | | CHICAGO | IL | 60673-0075 | | 4/28/2023 | $45,796.57 | Suppliers or Vendors |
| 3.418 | LAMB WESTON | | P.O. BOX 70075 | | CHICAGO | IL | 60673-0075 | | 5/2/2023 | $44,660.73 | Suppliers or Vendors |
| 3.419 | LAMB WESTON | | P.O. BOX 70075 | | CHICAGO | IL | 60673-0075 | | 5/15/2023 | $80,607.17 | Suppliers or Vendors |
| 3.420 | LAMB WESTON | | P.O. BOX 70075 | | CHICAGO | IL | 60673-0075 | | 5/19/2023 | $285,847.25 | Suppliers or Vendors |
| 3.421 | LAMB WESTON | | P.O. BOX 70075 | | CHICAGO | IL | 60673-0075 | | 5/31/2023 | $36,305.96 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$865,240.75** | |
| 3.422 | LINEAGE LOGISTICS, LLC | ATTN: CHRIS SKRABA | PO BOX 101389 | | PASADENA | CA | 91189-1389 | | 4/10/2023 | $125,000.00 | Suppliers or Vendors |
| 3.423 | LINEAGE LOGISTICS, LLC | ATTN: CHRIS SKRABA | PO BOX 101389 | | PASADENA | CA | 91189-1389 | | 4/12/2023 | $21,317.42 | Suppliers or Vendors |
| 3.424 | LINEAGE LOGISTICS, LLC | ATTN: CHRIS SKRABA | PO BOX 101389 | | PASADENA | CA | 91189-1389 | | 4/14/2023 | $350,452.22 | Suppliers or Vendors |
| 3.425 | LINEAGE LOGISTICS, LLC | ATTN: CHRIS SKRABA | PO BOX 101389 | | PASADENA | CA | 91189-1389 | | 4/21/2023 | $149,783.82 | Suppliers or Vendors |
| 3.426 | LINEAGE LOGISTICS, LLC | ATTN: CHRIS SKRABA | PO BOX 101389 | | PASADENA | CA | 91189-1389 | | 5/1/2023 | $152,364.97 | Suppliers or Vendors |
| 3.427 | LINEAGE LOGISTICS, LLC | ATTN: CHRIS SKRABA | PO BOX 101389 | | PASADENA | CA | 91189-1389 | | 5/9/2023 | $150,275.16 | Suppliers or Vendors |
| 3.428 | LINEAGE LOGISTICS, LLC | ATTN: CHRIS SKRABA | PO BOX 101389 | | PASADENA | CA | 91189-1389 | | 5/15/2023 | $151,367.82 | Suppliers or Vendors |
| 3.429 | LINEAGE LOGISTICS, LLC | ATTN: CHRIS SKRABA | PO BOX 101389 | | PASADENA | CA | 91189-1389 | | 5/22/2023 | $150,184.29 | Suppliers or Vendors |
| 3.430 | LINEAGE LOGISTICS, LLC | ATTN: CHRIS SKRABA | PO BOX 101389 | | PASADENA | CA | 91189-1389 | | 5/26/2023 | $150,337.50 | Suppliers or Vendors |

In re: Ittella International LLC
Case No. 23-14154

Page 6 of 10

**SOFA 3 ATTACHMENT**
Certain payments or transfers to creditors within 90 days before filing this case

| | Creditor's Name | Attention | Address 1 | Address 2 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.431 | LINEAGE LOGISTICS, LLC | ATTN: CHRIS SKRABA | PO BOX 101389 | | PASADENA | CA | 91189-1389 | | 6/9/2023 | $89,922.07 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$1,491,005.27** | |
| 3.432 | LOGIS CFO, LLC | | 22287 MULHOLLAND HIGHWAY #202 | | CALABASAS | CA | 91302 | | 4/24/2023 | $7,200.00 | Services |
| 3.433 | LOGIS CFO, LLC | | 22287 MULHOLLAND HIGHWAY #202 | | CALABASAS | CA | 91302 | | 5/1/2023 | $7,800.00 | Services |
| 3.434 | LOGIS CFO, LLC | | 22287 MULHOLLAND HIGHWAY #202 | | CALABASAS | CA | 91302 | | 6/15/2023 | $7,200.00 | Services |
| | | | | | | | | | **TOTAL:** | **$22,200.00** | |
| 3.435 | MC FUELS | | P.O. BOX 2042 | | MANHATTAN BEACH CA | CA | 90267 | | 4/18/2023 | $2,995.33 | Suppliers or Vendors |
| 3.436 | MC FUELS | | P.O. BOX 2042 | | MANHATTAN BEACH CA | CA | 90267 | | 4/24/2023 | $3,667.10 | Suppliers or Vendors |
| 3.437 | MC FUELS | | P.O. BOX 2042 | | MANHATTAN BEACH CA | CA | 90267 | | 5/1/2023 | $3,381.53 | Suppliers or Vendors |
| 3.438 | MC FUELS | | P.O. BOX 2042 | | MANHATTAN BEACH CA | CA | 90267 | | 5/10/2023 | $2,165.49 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$12,209.45** | |
| 3.439 | MCMASTER CARR | | PO BOX 7690 | | CHICAGO | IL | 60680-7690 | | 4/10/2023 | $2,841.67 | Suppliers or Vendors |
| 3.440 | MCMASTER CARR | | PO BOX 7690 | | CHICAGO | IL | 60680-7690 | | 4/18/2023 | $4,070.88 | Suppliers or Vendors |
| 3.441 | MCMASTER CARR | | PO BOX 7690 | | CHICAGO | IL | 60680-7690 | | 4/24/2023 | $1,964.95 | Suppliers or Vendors |
| 3.442 | MCMASTER CARR | | PO BOX 7690 | | CHICAGO | IL | 60680-7690 | | 5/1/2023 | $2,622.47 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$11,499.97** | |
| 3.443 | MESSER LLC | | PO BOX 100691 | | PASADENA | CA | 91189-0691 | | 4/10/2023 | $43,391.52 | Suppliers or Vendors |
| 3.444 | MESSER LLC | | PO BOX 100691 | | PASADENA | CA | 91189-0691 | | 4/14/2023 | $24,845.45 | Suppliers or Vendors |
| 3.445 | MESSER LLC | | PO BOX 100691 | | PASADENA | CA | 91189-0691 | | 4/21/2023 | $40,734.64 | Suppliers or Vendors |
| 3.446 | MESSER LLC | | PO BOX 100691 | | PASADENA | CA | 91189-0691 | | 5/1/2023 | $32,771.37 | Suppliers or Vendors |
| 3.447 | MESSER LLC | | PO BOX 100691 | | PASADENA | CA | 91189-0691 | | 5/10/2023 | $42,810.69 | Suppliers or Vendors |
| 3.448 | MESSER LLC | | PO BOX 100691 | | PASADENA | CA | 91189-0691 | | 5/15/2023 | $18,295.70 | Suppliers or Vendors |
| 3.449 | MESSER LLC | | PO BOX 100691 | | PASADENA | CA | 91189-0691 | | 5/22/2023 | $15,687.44 | Suppliers or Vendors |
| 3.450 | MESSER LLC | | PO BOX 100691 | | PASADENA | CA | 91189-0691 | | 6/23/2023 | $76,754.91 | Suppliers or Vendors |
| 3.451 | MESSER LLC | | PO BOX 100691 | | PASADENA | CA | 91189-0691 | | 6/29/2023 | $59,321.28 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$354,613.00** | |
| 3.452 | MICHELSON LABORATORIES, INC. | | 6280 CHALET DRIVE | | COMMERCE | CA | 90040 | | 4/10/2023 | $4,176.97 | Suppliers or Vendors |
| 3.453 | MICHELSON LABORATORIES, INC. | | 6280 CHALET DRIVE | | COMMERCE | CA | 90040 | | 4/18/2023 | $6,064.45 | Suppliers or Vendors |
| 3.454 | MICHELSON LABORATORIES, INC. | | 6280 CHALET DRIVE | | COMMERCE | CA | 90040 | | 4/24/2023 | $13,689.43 | Suppliers or Vendors |
| 3.455 | MICHELSON LABORATORIES, INC. | | 6280 CHALET DRIVE | | COMMERCE | CA | 90040 | | 5/1/2023 | $6,038.67 | Suppliers or Vendors |
| 3.456 | MICHELSON LABORATORIES, INC. | | 6280 CHALET DRIVE | | COMMERCE | CA | 90040 | | 5/10/2023 | $7,444.07 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$37,413.59** | |
| 3.457 | MINDSIGHT, LLC | | 7676 TORREY COURT | | ARVADA | CO | 80007 | | 4/24/2023 | $29,000.00 | Services |
| | | | | | | | | | **TOTAL:** | **$29,000.00** | |
| 3.458 | MOLO SOLUTIONS, LLLC | | 3801 OLD GREENWOOD ROAD | | FORT SMITH | AR | 72903 | | 4/10/2023 | $80,000.00 | Suppliers or Vendors |
| 3.459 | MOLO SOLUTIONS, LLLC | | 3801 OLD GREENWOOD ROAD | | FORT SMITH | AR | 72903 | | 4/18/2023 | $79,556.43 | Suppliers or Vendors |
| 3.460 | MOLO SOLUTIONS, LLLC | | 3801 OLD GREENWOOD ROAD | | FORT SMITH | AR | 72903 | | 4/24/2023 | $80,677.00 | Suppliers or Vendors |
| 3.461 | MOLO SOLUTIONS, LLLC | | 3801 OLD GREENWOOD ROAD | | FORT SMITH | AR | 72903 | | 5/1/2023 | $72,169.47 | Suppliers or Vendors |
| 3.462 | MOLO SOLUTIONS, LLLC | | 3801 OLD GREENWOOD ROAD | | FORT SMITH | AR | 72903 | | 5/10/2023 | $34,443.15 | Suppliers or Vendors |
| 3.463 | MOLO SOLUTIONS, LLLC | | 3801 OLD GREENWOOD ROAD | | FORT SMITH | AR | 72903 | | 5/23/2023 | $60,000.00 | Suppliers or Vendors |
| 3.464 | MOLO SOLUTIONS, LLLC | | 3801 OLD GREENWOOD ROAD | | FORT SMITH | AR | 72903 | | 6/9/2023 | $37,510.10 | Suppliers or Vendors |
| 3.465 | MOLO SOLUTIONS, LLLC | | 3801 OLD GREENWOOD ROAD | | FORT SMITH | AR | 72903 | | 6/23/2023 | $53,348.00 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$497,704.15** | |
| 3.466 | MOTIVE ENERGY INC | | 125 E COMMERCIAL ST, BLDG B | | ANAHEIM | CA | 92801 | | 4/18/2023 | $2,160.14 | Suppliers or Vendors |
| 3.467 | MOTIVE ENERGY INC | | 125 E COMMERCIAL ST, BLDG B | | ANAHEIM | CA | 92801 | | 4/24/2023 | $10,300.24 | Suppliers or Vendors |
| 3.468 | MOTIVE ENERGY INC | | 125 E COMMERCIAL ST, BLDG B | | ANAHEIM | CA | 92801 | | 6/9/2023 | $1,520.14 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$13,980.52** | |
| 3.469 | MOZAIK LLC | | 245 W CARL KARCHER WAY | | ANAHEIM | CA | 92801 | | 4/10/2023 | $24,090.00 | Suppliers or Vendors |
| 3.470 | MOZAIK LLC | | 245 W CARL KARCHER WAY | | ANAHEIM | CA | 92801 | | 5/1/2023 | $46,397.00 | Suppliers or Vendors |
| 3.471 | MOZAIK LLC | | 245 W CARL KARCHER WAY | | ANAHEIM | CA | 92801 | | 5/10/2023 | $33,558.80 | Suppliers or Vendors |
| 3.472 | MOZAIK LLC | | 245 W CARL KARCHER WAY | | ANAHEIM | CA | 92801 | | 6/9/2023 | $34,120.20 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$138,166.00** | |
| 3.473 | MPAC LANGEN INC. | | 6500 KITIMAT ROAD, UNIT 1 | MISSISSAUGA  LSN288 | ONTARIO | | | | 4/10/2023 | $8,505.04 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$8,505.04** | |
| 3.474 | NASDAQ INC | | 151 W. 42ND STREET | | NEW YORK | NY | 10036 | | 4/10/2023 | $84,000.00 | Professional Fees |
| | | | | | | | | | **TOTAL:** | **$84,000.00** | |
| 3.475 | NATIONAL BUSINESS FURNITURE | | 770 SOUTH 70TH STREET | | MILWAUKEE | WI | 53214 | | 4/21/2023 | $19,865.57 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$19,865.57** | |
| 3.476 | NEOGEN CORPORATION | | 25153 NETWORK PLACE | | CHICAGO | IL | 60673 | | 4/18/2023 | $13,025.32 | Suppliers or Vendors |
| 3.477 | NEOGEN CORPORATION | | 25153 NETWORK PLACE | | CHICAGO | IL | 60673 | | 4/24/2023 | $11,414.83 | Suppliers or Vendors |
| 3.478 | NEOGEN CORPORATION | | 25153 NETWORK PLACE | | CHICAGO | IL | 60673 | | 5/1/2023 | $8,726.07 | Suppliers or Vendors |
| 3.479 | NEOGEN CORPORATION | | 25153 NETWORK PLACE | | CHICAGO | IL | 60673 | | 5/15/2023 | $35,786.57 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$68,952.79** | |
| 3.480 | NET AT WORK | | P.O. BOX 67033 | | NEWARK | NJ | 07108-0801 | | 4/10/2023 | $41,000.00 | Services |
| 3.481 | NET AT WORK | | P.O. BOX 67033 | | NEWARK | NJ | 07108-0801 | | 4/14/2023 | $40,097.22 | Services |
| 3.482 | NET AT WORK | | P.O. BOX 67033 | | NEWARK | NJ | 07108-0801 | | 4/21/2023 | $4,521.18 | Services |
| | | | | | | | | | **TOTAL:** | **$85,618.40** | |
| 3.483 | NEWAY PACKAGING CORP | ATTN: KIM GUERRERO | 1973 E VIA ARADO | | RANCHO DOMINGUEZ | CA | 90220 | | 4/5/2023 | $117,465.49 | Suppliers or Vendors |
| 3.484 | NEWAY PACKAGING CORP | ATTN: KIM GUERRERO | 1973 E VIA ARADO | | RANCHO DOMINGUEZ | CA | 90220 | | 4/10/2023 | $80,092.04 | Suppliers or Vendors |
| 3.485 | NEWAY PACKAGING CORP | ATTN: KIM GUERRERO | 1973 E VIA ARADO | | RANCHO DOMINGUEZ | CA | 90220 | | 4/12/2023 | $99,444.94 | Suppliers or Vendors |
| 3.486 | NEWAY PACKAGING CORP | ATTN: KIM GUERRERO | 1973 E VIA ARADO | | RANCHO DOMINGUEZ | CA | 90220 | | 4/14/2023 | $102,080.94 | Suppliers or Vendors |
| 3.487 | NEWAY PACKAGING CORP | ATTN: KIM GUERRERO | 1973 E VIA ARADO | | RANCHO DOMINGUEZ | CA | 90220 | | 4/21/2023 | $161,468.02 | Suppliers or Vendors |
| 3.488 | NEWAY PACKAGING CORP | ATTN: KIM GUERRERO | 1973 E VIA ARADO | | RANCHO DOMINGUEZ | CA | 90220 | | 4/28/2023 | $105,624.96 | Suppliers or Vendors |
| 3.489 | NEWAY PACKAGING CORP | ATTN: KIM GUERRERO | 1973 E VIA ARADO | | RANCHO DOMINGUEZ | CA | 90220 | | 5/10/2023 | $153,196.00 | Suppliers or Vendors |
| 3.490 | NEWAY PACKAGING CORP | ATTN: KIM GUERRERO | 1973 E VIA ARADO | | RANCHO DOMINGUEZ | CA | 90220 | | 5/12/2023 | $115,081.65 | Suppliers or Vendors |
| 3.491 | NEWAY PACKAGING CORP | ATTN: KIM GUERRERO | 1973 E VIA ARADO | | RANCHO DOMINGUEZ | CA | 90220 | | 5/19/2023 | $133,730.22 | Suppliers or Vendors |
| 3.492 | NEWAY PACKAGING CORP | ATTN: KIM GUERRERO | 1973 E VIA ARADO | | RANCHO DOMINGUEZ | CA | 90220 | | 5/25/2023 | $35,065.54 | Suppliers or Vendors |
| 3.493 | NEWAY PACKAGING CORP | ATTN: KIM GUERRERO | 1973 E VIA ARADO | | RANCHO DOMINGUEZ | CA | 90220 | | 6/2/2023 | $145,348.04 | Suppliers or Vendors |
| 3.494 | NEWAY PACKAGING CORP | ATTN: KIM GUERRERO | 1973 E VIA ARADO | | RANCHO DOMINGUEZ | CA | 90220 | | 6/30/2023 | $60,000.00 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$1,308,597.84** | |
| 3.495 | NEWPORT INGREDIENTS | | 5850 W. 3RD STREET ; SUITE 142 | | LOS ANGELES | CA | 90036 | | 4/5/2023 | $11,131.50 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$11,131.50** | |
| 3.496 | NIPPON INDUSTRIES | | 2430 S. WATNEY WAY | | FAIRFIELD | CA | 94533 | | 4/10/2023 | $43,737.62 | Suppliers or Vendors |
| 3.497 | NIPPON INDUSTRIES | | 2430 S. WATNEY WAY | | FAIRFIELD | CA | 94533 | | 4/28/2023 | $31,336.60 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$75,074.22** | |
| 3.498 | PATAGONIA FOODS | | PO BOX 4360 | | SAN LUIS OBISPO | CA | 93403 | | 4/5/2023 | $36,045.00 | Suppliers or Vendors |

**SOFA 3 ATTACHMENT**
Certain payments or transfers to creditors within 90 days before filing this case

| | Creditor's Name | Attention | Address 1 | Address 2 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.499 | PATAGONIA FOODS | | PO BOX 4360 | | SAN LUIS OBISPO | CA | 93403 | | 4/21/2023 | $47,955.19 | Suppliers or Vendors |
| 3.500 | PATAGONIA FOODS | | PO BOX 4360 | | SAN LUIS OBISPO | CA | 93403 | | 5/1/2023 | $36,045.00 | Suppliers or Vendors |
| 3.501 | PATAGONIA FOODS | | PO BOX 4360 | | SAN LUIS OBISPO | CA | 93403 | | 5/22/2023 | $36,045.00 | Suppliers or Vendors |
| 3.502 | PATAGONIA FOODS | | PO BOX 4360 | | SAN LUIS OBISPO | CA | 93403 | | 6/2/2023 | $36,045.00 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$192,135.19** | |
| 3.503 | PECO PALLET, INC. | | 2990 MOMENTUM PLACE | | CHICAGO | IL | 60689-5329 | | 4/10/2023 | $7,231.50 | Suppliers or Vendors |
| 3.504 | PECO PALLET, INC. | | 2990 MOMENTUM PLACE | | CHICAGO | IL | 60689-5329 | | 4/14/2023 | $23,470.88 | Suppliers or Vendors |
| 3.505 | PECO PALLET, INC. | | 2990 MOMENTUM PLACE | | CHICAGO | IL | 60689-5329 | | 4/17/2023 | $1,184.84 | Suppliers or Vendors |
| 3.506 | PECO PALLET, INC. | | 2990 MOMENTUM PLACE | | CHICAGO | IL | 60689-5329 | | 4/24/2023 | $7,091.12 | Suppliers or Vendors |
| 3.507 | PECO PALLET, INC. | | 2990 MOMENTUM PLACE | | CHICAGO | IL | 60689-5329 | | 5/1/2023 | $6,327.82 | Suppliers or Vendors |
| 3.508 | PECO PALLET, INC. | | 2990 MOMENTUM PLACE | | CHICAGO | IL | 60689-5329 | | 5/10/2023 | $1,610.77 | Suppliers or Vendors |
| 3.509 | PECO PALLET, INC. | | 2990 MOMENTUM PLACE | | CHICAGO | IL | 60689-5329 | | 6/26/2023 | $18,743.62 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$65,660.55** | |
| 3.510 | PENSKE TRUCK LEASING CO LP | | PO BOX 1321 | | READING | PA | 19603 | | 5/24/2023 | $2,399.48 | Lease |
| 3.511 | PENSKE TRUCK LEASING CO LP | | PO BOX 1321 | | READING | PA | 19603 | | 5/24/2023 | $2,387.81 | Lease |
| 3.512 | PENSKE TRUCK LEASING CO LP | | PO BOX 1321 | | READING | PA | 19603 | | 5/24/2023 | $218.25 | Lease |
| 3.513 | PENSKE TRUCK LEASING CO LP | | PO BOX 1321 | | READING | PA | 19603 | | 5/24/2023 | $2,399.48 | Lease |
| 3.514 | PENSKE TRUCK LEASING CO LP | | PO BOX 1321 | | READING | PA | 19603 | | 5/25/2023 | $2,435.50 | Lease |
| 3.515 | PENSKE TRUCK LEASING CO LP | | PO BOX 1321 | | READING | PA | 19603 | | 6/26/2023 | $2,320.15 | Lease |
| | | | | | | | | | **TOTAL:** | **$12,160.67** | |
| 3.516 | PLATINUM PACKAGING GROUP | | 7627 SOMERSET BLVD. | | PARAMOUNT | CA | 90723 | | 4/24/2023 | $66,119.13 | Suppliers or Vendors |
| 3.517 | PLATINUM PACKAGING GROUP | | 7627 SOMERSET BLVD. | | PARAMOUNT | CA | 90723 | | 5/11/2023 | $25,000.00 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$91,119.13** | |
| 3.518 | POWER DIGITAL MARKETING INC. | | 2251 SAN DIEGO AVENUE | SUITE A250 | SAN DIEGO | CA | 92110 | | 4/17/2023 | $25,000.00 | Services |
| 3.519 | POWER DIGITAL MARKETING INC. | | 2251 SAN DIEGO AVENUE | SUITE A250 | SAN DIEGO | CA | 92110 | | 5/1/2023 | $25,000.00 | Services |
| | | | | | | | | | **TOTAL:** | **$50,000.00** | |
| 3.520 | PROSEAL AMERICA INC. | | P.O. BOX 776849 | | CHICAGO | IL | 60677-6849 | | 4/10/2023 | $8,981.25 | Suppliers or Vendors |
| 3.521 | PROSEAL AMERICA INC. | | P.O. BOX 776849 | | CHICAGO | IL | 60677-6849 | | 4/17/2023 | $7,001.92 | Suppliers or Vendors |
| 3.522 | PROSEAL AMERICA INC. | | P.O. BOX 776849 | | CHICAGO | IL | 60677-6849 | | 4/24/2023 | $8,746.67 | Suppliers or Vendors |
| 3.523 | PROSEAL AMERICA INC. | | P.O. BOX 776849 | | CHICAGO | IL | 60677-6849 | | 5/1/2023 | $5,777.19 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$30,507.03** | |
| 3.524 | PRUDENTIAL OVERALL SUPPLY | | 8409 WASHINGTON ST NE | | ALBUQUERQUE | NM | 87113 | | 4/10/2023 | $225.00 | Suppliers or Vendors |
| 3.525 | PRUDENTIAL OVERALL SUPPLY | | 8409 WASHINGTON ST NE | | ALBUQUERQUE | NM | 87113 | | 4/10/2023 | $2,571.90 | Suppliers or Vendors |
| 3.526 | PRUDENTIAL OVERALL SUPPLY | | 8409 WASHINGTON ST NE | | ALBUQUERQUE | NM | 87113 | | 4/17/2023 | $5,645.09 | Suppliers or Vendors |
| 3.527 | PRUDENTIAL OVERALL SUPPLY | | 8409 WASHINGTON ST NE | | ALBUQUERQUE | NM | 87113 | | 4/24/2023 | $8,341.16 | Suppliers or Vendors |
| 3.528 | PRUDENTIAL OVERALL SUPPLY | | 8409 WASHINGTON ST NE | | ALBUQUERQUE | NM | 87113 | | 5/1/2023 | $2,831.52 | Suppliers or Vendors |
| 3.529 | PRUDENTIAL OVERALL SUPPLY | | 8409 WASHINGTON ST NE | | ALBUQUERQUE | NM | 87113 | | 5/10/2023 | $2,756.52 | Suppliers or Vendors |
| 3.530 | PRUDENTIAL OVERALL SUPPLY | | 8409 WASHINGTON ST NE | | ALBUQUERQUE | NM | 87113 | | 6/26/2023 | $8,677.51 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$31,048.70** | |
| 3.531 | R D'SOUZA & E D'SOUZA REV. LIVING T | | 2222 OAK SHADE RD, | | BRADBURY | CA | 91008 | | 5/3/2023 | $8,337.00 | Rent |
| 3.532 | R D'SOUZA & E D'SOUZA REV. LIVING T | | 2222 OAK SHADE RD, | | BRADBURY | CA | 91008 | | 6/2/2023 | $8,337.00 | Rent |
| 3.533 | R D'SOUZA & E D'SOUZA REV. LIVING T | | 2222 OAK SHADE RD, | | BRADBURY | CA | 91008 | | 6/30/2023 | $8,337.00 | Rent |
| | | | | | | | | | **TOTAL:** | **$25,011.00** | |
| 3.534 | RANCHO JANITORIAL SUPPLY | | 416 N. NINTH ST. | | MODESTO | CA | 95350 | | 4/10/2023 | $1,762.26 | Suppliers or Vendors |
| 3.535 | RANCHO JANITORIAL SUPPLY | | 416 N. NINTH ST. | | MODESTO | CA | 95350 | | 4/17/2023 | $5,541.37 | Suppliers or Vendors |
| 3.536 | RANCHO JANITORIAL SUPPLY | | 416 N. NINTH ST. | | MODESTO | CA | 95350 | | 4/24/2023 | $4,018.56 | Suppliers or Vendors |
| 3.537 | RANCHO JANITORIAL SUPPLY | | 416 N. NINTH ST. | | MODESTO | CA | 95350 | | 5/1/2023 | $1,261.27 | Suppliers or Vendors |
| 3.538 | RANCHO JANITORIAL SUPPLY | | 416 N. NINTH ST. | | MODESTO | CA | 95350 | | 5/15/2023 | $2,338.42 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$14,921.88** | |
| 3.539 | REMEL INC | | BOX 96299 | | CHICAGO | IL | 60693 | | 4/10/2023 | $13,773.80 | Suppliers or Vendors |
| 3.540 | REMEL INC | | BOX 96299 | | CHICAGO | IL | 60693 | | 4/17/2023 | $11,245.58 | Suppliers or Vendors |
| 3.541 | REMEL INC | | BOX 96299 | | CHICAGO | IL | 60693 | | 4/24/2023 | $6,240.18 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$31,259.56** | |
| 3.542 | RICH PRODUCTS CORPORATION | | P.O. BOX 98333 | | CHICAGO | IL | 60693 | | 4/10/2023 | $77,595.00 | Suppliers or Vendors |
| 3.543 | RICH PRODUCTS CORPORATION | | P.O. BOX 98333 | | CHICAGO | IL | 60693 | | 4/14/2023 | $141,001.20 | Suppliers or Vendors |
| 3.544 | RICH PRODUCTS CORPORATION | | P.O. BOX 98333 | | CHICAGO | IL | 60693 | | 4/21/2023 | $177,542.40 | Suppliers or Vendors |
| 3.545 | RICH PRODUCTS CORPORATION | | P.O. BOX 98333 | | CHICAGO | IL | 60693 | | 5/10/2023 | $177,542.40 | Suppliers or Vendors |
| 3.546 | RICH PRODUCTS CORPORATION | | P.O. BOX 98333 | | CHICAGO | IL | 60693 | | 5/15/2023 | $156,418.18 | Suppliers or Vendors |
| 3.547 | RICH PRODUCTS CORPORATION | | P.O. BOX 98333 | | CHICAGO | IL | 60693 | | 6/2/2023 | $77,595.00 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$807,694.18** | |
| 3.548 | RIF V -PARAMOUNT BUSS. PARK | | PO BOX 740028 | | LOS ANGELES | CA | 90074-0028 | | 5/3/2023 | $6,049.11 | Rent |
| 3.549 | RIF V -PARAMOUNT BUSS. PARK | | PO BOX 740028 | | LOS ANGELES | CA | 90074-0028 | | 6/2/2023 | $2,310.27 | Rent |
| 3.550 | RIF V -PARAMOUNT BUSS. PARK | | PO BOX 740028 | | LOS ANGELES | CA | 90074-0028 | | 6/2/2023 | $3,738.84 | Rent |
| 3.551 | RIF V -PARAMOUNT BUSS. PARK | | PO BOX 740028 | | LOS ANGELES | CA | 90074-0028 | | 6/30/2023 | $11,790.65 | Rent |
| | | | | | | | | | **TOTAL:** | **$23,888.87** | |
| 3.552 | RLS LOGISTICS | | 2185 MAIN RD. | | NEWFIELD | NJ | 8344 | | 4/10/2023 | $6,803.62 | Suppliers or Vendors |
| 3.553 | RLS LOGISTICS | | 2185 MAIN RD. | | NEWFIELD | NJ | 8344 | | 4/17/2023 | $8,924.34 | Suppliers or Vendors |
| 3.554 | RLS LOGISTICS | | 2185 MAIN RD. | | NEWFIELD | NJ | 8344 | | 4/24/2023 | $4,295.62 | Suppliers or Vendors |
| 3.555 | RLS LOGISTICS | | 2185 MAIN RD. | | NEWFIELD | NJ | 8344 | | 5/1/2023 | $12,604.77 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$32,628.35** | |
| 3.556 | ROMER LABS INC | | P.O. BOX 123810 | | DALLAS | TX | 75312-3810 | | 4/10/2023 | $2,663.56 | Suppliers or Vendors |
| 3.557 | ROMER LABS INC | | P.O. BOX 123810 | | DALLAS | TX | 75312-3810 | | 4/24/2023 | $1,897.43 | Suppliers or Vendors |
| 3.558 | ROMER LABS INC | | P.O. BOX 123810 | | DALLAS | TX | 75312-3810 | | 5/1/2023 | $3,994.98 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$8,555.97** | |
| 3.559 | ROMERO FOOD PRODUCTS, INC. | | 15155 VALLEY VIEW AVENUE | | SANTA FE SPRINGS | CA | 90670 | | 4/10/2023 | $1,776.00 | Suppliers or Vendors |
| 3.560 | ROMERO FOOD PRODUCTS, INC. | | 15155 VALLEY VIEW AVENUE | | SANTA FE SPRINGS | CA | 90670 | | 4/21/2023 | $8,059.50 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$9,835.50** | |
| 3.561 | ROYAL WHOLE SALE ELECTRIC | | P.O. BOX 847124 | | LOS ANGELES | CA | 90084-7124 | | 4/10/2023 | $1,612.99 | Suppliers or Vendors |
| 3.562 | ROYAL WHOLE SALE ELECTRIC | | P.O. BOX 847124 | | LOS ANGELES | CA | 90084-7124 | | 4/17/2023 | $5,426.31 | Suppliers or Vendors |
| 3.563 | ROYAL WHOLE SALE ELECTRIC | | P.O. BOX 847124 | | LOS ANGELES | CA | 90084-7124 | | 4/24/2023 | $1,377.18 | Suppliers or Vendors |
| 3.564 | ROYAL WHOLE SALE ELECTRIC | | P.O. BOX 847124 | | LOS ANGELES | CA | 90084-7124 | | 5/1/2023 | $1,195.90 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$9,612.38** | |
| 3.565 | RUTAN & TUCKER, LLP | | 18575 JAMBOREE ROAD | 9TH FLOOR | IRVINE | CA | 92612 | | 4/11/2023 | $25,000.00 | Professional Fees |
| 3.566 | RUTAN & TUCKER, LLP | | 18575 JAMBOREE ROAD | 9TH FLOOR | IRVINE | CA | 92612 | | 4/20/2023 | $25,000.00 | Professional Fees |
| 3.567 | RUTAN & TUCKER, LLP | | 18575 JAMBOREE ROAD | 9TH FLOOR | IRVINE | CA | 92612 | | 4/24/2023 | $28,516.50 | Professional Fees |
| 3.568 | RUTAN & TUCKER, LLP | | 18575 JAMBOREE ROAD | 9TH FLOOR | IRVINE | CA | 92612 | | 5/3/2023 | $23,309.50 | Professional Fees |

**SOFA 3 ATTACHMENT**
Certain payments or transfers to creditors within 90 days before filing this case

| | Creditor's Name | Attention | Address 1 | Address 2 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.569 | RUTAN & TUCKER, LLP | | 18575 JAMBOREE ROAD | 9TH FLOOR | IRVINE | CA | 92612 | | 5/11/2023 | $20,000.00 | Professional Fees |
| 3.570 | RUTAN & TUCKER, LLP | | 18575 JAMBOREE ROAD | 9TH FLOOR | IRVINE | CA | 92612 | | 6/23/2023 | $1,687.93 | Professional Fees |
| | | | | | | | | | **TOTAL:** | **$123,513.93** | |
| 3.571 | RYDER TRANSPORTATION | | LOCKBOX FILE 056347 | | LOS ANGELES | CA | 90074-6347 | | 4/10/2023 | $662.37 | Lease |
| 3.572 | RYDER TRANSPORTATION | | LOCKBOX FILE 056347 | | LOS ANGELES | CA | 90074-6347 | | 4/17/2023 | $7,865.59 | Lease |
| 3.573 | RYDER TRANSPORTATION | | LOCKBOX FILE 056347 | | LOS ANGELES | CA | 90074-6347 | | 5/3/2023 | $5,034.75 | Lease |
| | | | | | | | | | **TOTAL:** | **$13,562.71** | |
| 3.574 | SC FUELS | | PO BOX 14014 | | ORANGE | CA | 92863 | | 4/11/2023 | $3,320.88 | Suppliers or Vendors |
| 3.575 | SC FUELS | | PO BOX 14014 | | ORANGE | CA | 92863 | | 4/24/2023 | $3,769.20 | Suppliers or Vendors |
| 3.576 | SC FUELS | | PO BOX 14014 | | ORANGE | CA | 92863 | | 5/1/2023 | $730.79 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$7,820.87** | |
| 3.577 | SCENIC FRUIT COMPANY LLC | ATTN: DAN EISELE | 7510 SE ALTMAN ROAD | | GRESHAM | OR | 97080 | | 4/11/2023 | $74,844.00 | Suppliers or Vendors |
| 3.578 | SCENIC FRUIT COMPANY LLC | ATTN: DAN EISELE | 7510 SE ALTMAN ROAD | | GRESHAM | OR | 97080 | | 4/17/2023 | $75,451.50 | Suppliers or Vendors |
| 3.579 | SCENIC FRUIT COMPANY LLC | ATTN: DAN EISELE | 7510 SE ALTMAN ROAD | | GRESHAM | OR | 97080 | | 4/21/2023 | $75,751.50 | Suppliers or Vendors |
| 3.580 | SCENIC FRUIT COMPANY LLC | ATTN: DAN EISELE | 7510 SE ALTMAN ROAD | | GRESHAM | OR | 97080 | | 5/1/2023 | $75,751.50 | Suppliers or Vendors |
| 3.581 | SCENIC FRUIT COMPANY LLC | ATTN: DAN EISELE | 7510 SE ALTMAN ROAD | | GRESHAM | OR | 97080 | | 5/9/2023 | $75,751.50 | Suppliers or Vendors |
| 3.582 | SCENIC FRUIT COMPANY LLC | ATTN: DAN EISELE | 7510 SE ALTMAN ROAD | | GRESHAM | OR | 97080 | | 5/22/2023 | $75,766.50 | Suppliers or Vendors |
| 3.583 | SCENIC FRUIT COMPANY LLC | ATTN: DAN EISELE | 7510 SE ALTMAN ROAD | | GRESHAM | OR | 97080 | | 5/26/2023 | $75,751.50 | Suppliers or Vendors |
| 3.584 | SCENIC FRUIT COMPANY LLC | ATTN: DAN EISELE | 7510 SE ALTMAN ROAD | | GRESHAM | OR | 97080 | | 6/2/2023 | $100,766.50 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$629,834.50** | |
| 3.585 | SCORPIO LINE INC. | | 11432 SOUTH STEET. | SUITE 349 | CERRITOS | CA | 90703 | | 5/3/2023 | $3,500.00 | Rent |
| 3.586 | SCORPIO LINE INC. | | 11432 SOUTH STEET. | SUITE 349 | CERRITOS | CA | 90703 | | 6/2/2023 | $3,500.00 | Rent |
| 3.587 | SCORPIO LINE INC. | | 11432 SOUTH STEET. | SUITE 349 | CERRITOS | CA | 90703 | | 6/30/2023 | $3,500.00 | Rent |
| | | | | | | | | | **TOTAL:** | **$10,500.00** | |
| 3.588 | SKILLSET GROUP, LLC | ATTN: TONY PEREZ | 800 E DYER RD | | SANTA ANA | CA | 92705 | | 4/4/2023 | $134,945.23 | Staffing Agency |
| 3.589 | SKILLSET GROUP, LLC | ATTN: TONY PEREZ | 800 E DYER RD | | SANTA ANA | CA | 92705 | | 4/11/2023 | $102,528.35 | Staffing Agency |
| 3.590 | SKILLSET GROUP, LLC | ATTN: TONY PEREZ | 800 E DYER RD | | SANTA ANA | CA | 92705 | | 4/17/2023 | $55,419.12 | Staffing Agency |
| 3.591 | SKILLSET GROUP, LLC | ATTN: TONY PEREZ | 800 E DYER RD | | SANTA ANA | CA | 92705 | | 4/18/2023 | $56,974.25 | Staffing Agency |
| 3.592 | SKILLSET GROUP, LLC | ATTN: TONY PEREZ | 800 E DYER RD | | SANTA ANA | CA | 92705 | | 4/19/2023 | $8,184.31 | Staffing Agency |
| 3.593 | SKILLSET GROUP, LLC | ATTN: TONY PEREZ | 800 E DYER RD | | SANTA ANA | CA | 92705 | | 5/4/2023 | $190,475.78 | Staffing Agency |
| 3.594 | SKILLSET GROUP, LLC | ATTN: TONY PEREZ | 800 E DYER RD | | SANTA ANA | CA | 92705 | | 5/24/2023 | $129,455.17 | Staffing Agency |
| 3.595 | SKILLSET GROUP, LLC | ATTN: TONY PEREZ | 800 E DYER RD | | SANTA ANA | CA | 92705 | | 6/1/2023 | $86,409.21 | Staffing Agency |
| 3.596 | SKILLSET GROUP, LLC | ATTN: TONY PEREZ | 800 E DYER RD | | SANTA ANA | CA | 92705 | | 6/9/2023 | $121,082.93 | Staffing Agency |
| 3.597 | SKILLSET GROUP, LLC | ATTN: TONY PEREZ | 800 E DYER RD | | SANTA ANA | CA | 92705 | | 6/16/2023 | $100,000.00 | Staffing Agency |
| | | | | | | | | | **TOTAL:** | **$985,474.35** | |
| 3.598 | SNELL & WILMER | | ONE ARIZONA CENTER | 400 E. VAN BUREN  SUITE # 1900 | PHOENIX | AZ | 85004 | | 4/11/2023 | $17,192.50 | Professional Fees |
| 3.599 | SNELL & WILMER | | ONE ARIZONA CENTER | 400 E. VAN BUREN  SUITE # 1900 | PHOENIX | AZ | 85004 | | 4/17/2023 | $74,251.50 | Professional Fees |
| 3.600 | SNELL & WILMER | | ONE ARIZONA CENTER | 400 E. VAN BUREN  SUITE # 1900 | PHOENIX | AZ | 85004 | | 4/24/2023 | $47,851.00 | Professional Fees |
| 3.601 | SNELL & WILMER | | ONE ARIZONA CENTER | 400 E. VAN BUREN  SUITE # 1900 | PHOENIX | AZ | 85004 | | 5/1/2023 | $35,390.00 | Professional Fees |
| 3.602 | SNELL & WILMER | | ONE ARIZONA CENTER | 400 E. VAN BUREN  SUITE # 1900 | PHOENIX | AZ | 85004 | | 5/11/2023 | $13,730.00 | Professional Fees |
| | | | | | | | | | **TOTAL:** | **$188,415.00** | |
| 3.603 | SO. CAL EDISON | | PO BOX 300 | | ROSEMEAD | CA | 91772-0001 | | 5/11/2023 | $638.60 | Utilities |
| 3.604 | SO. CAL EDISON | | PO BOX 300 | | ROSEMEAD | CA | 91772-0001 | | 5/11/2023 | $6,282.22 | Utilities |
| 3.605 | SO. CAL EDISON | | PO BOX 300 | | ROSEMEAD | CA | 91772-0001 | | 5/11/2023 | $424.50 | Utilities |
| 3.606 | SO. CAL EDISON | | PO BOX 300 | | ROSEMEAD | CA | 91772-0001 | | 5/11/2023 | $14,118.63 | Utilities |
| 3.607 | SO. CAL EDISON | | PO BOX 300 | | ROSEMEAD | CA | 91772-0001 | | 5/11/2023 | $290.12 | Utilities |
| 3.608 | SO. CAL EDISON | | PO BOX 300 | | ROSEMEAD | CA | 91772-0001 | | 5/11/2023 | $250.86 | Utilities |
| 3.609 | SO. CAL EDISON | | PO BOX 300 | | ROSEMEAD | CA | 91772-0001 | | 5/11/2023 | $191.51 | Utilities |
| 3.610 | SO. CAL EDISON | | PO BOX 300 | | ROSEMEAD | CA | 91772-0001 | | 5/26/2023 | $635.20 | Utilities |
| 3.611 | SO. CAL EDISON | | PO BOX 300 | | ROSEMEAD | CA | 91772-0001 | | 5/26/2023 | $6,664.01 | Utilities |
| 3.612 | SO. CAL EDISON | | PO BOX 300 | | ROSEMEAD | CA | 91772-0001 | | 5/26/2023 | $452.26 | Utilities |
| 3.613 | SO. CAL EDISON | | PO BOX 300 | | ROSEMEAD | CA | 91772-0001 | | 5/26/2023 | $15,600.75 | Utilities |
| 3.614 | SO. CAL EDISON | | PO BOX 300 | | ROSEMEAD | CA | 91772-0001 | | 5/26/2023 | $209.65 | Utilities |
| 3.615 | SO. CAL EDISON | | PO BOX 300 | | ROSEMEAD | CA | 91772-0001 | | 5/26/2023 | $272.12 | Utilities |
| 3.616 | SO. CAL EDISON | | PO BOX 300 | | ROSEMEAD | CA | 91772-0001 | | 5/26/2023 | $299.76 | Utilities |
| | | | | | | | | | **TOTAL:** | **$46,330.19** | |
| 3.617 | SONSRAY RENTAL & LEASING INC. | | P.O. BOX 51173 | | LOS ANGELES | CA | 90051 | | 4/11/2023 | $7,497.30 | Lease |
| 3.618 | SONSRAY RENTAL & LEASING INC. | | P.O. BOX 51173 | | LOS ANGELES | CA | 90051 | | 4/17/2023 | $8,849.06 | Lease |
| 3.619 | SONSRAY RENTAL & LEASING INC. | | P.O. BOX 51173 | | LOS ANGELES | CA | 90051 | | 4/24/2023 | $1,907.67 | Lease |
| 3.620 | SONSRAY RENTAL & LEASING INC. | | P.O. BOX 51173 | | LOS ANGELES | CA | 90051 | | 5/1/2023 | $2,336.15 | Lease |
| 3.621 | SONSRAY RENTAL & LEASING INC. | | P.O. BOX 51173 | | LOS ANGELES | CA | 90051 | | 5/11/2023 | $5,130.40 | Lease |
| 3.622 | SONSRAY RENTAL & LEASING INC. | | P.O. BOX 51173 | | LOS ANGELES | CA | 90051 | | 6/23/2023 | $2,522.64 | Lease |
| | | | | | | | | | **TOTAL:** | **$28,243.22** | |
| 3.623 | SOUP BASES LOADED INC. | | 2355 E. FRANCIS ST. | | ONTARIO | CA | 91761 | | 4/10/2023 | $20,555.60 | Suppliers or Vendors |
| 3.624 | SOUP BASES LOADED INC. | | 2355 E. FRANCIS ST. | | ONTARIO | CA | 91761 | | 4/21/2023 | $20,724.80 | Suppliers or Vendors |
| 3.625 | SOUP BASES LOADED INC. | | 2355 E. FRANCIS ST. | | ONTARIO | CA | 91761 | | 5/15/2023 | $41,776.00 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$83,056.40** | |
| 3.626 | SPARKS EXHIBITS & ENVIRONMENTS CORP | | 3724 SOLUTIONS CENTER | | CHICAGO | IL | 60677-3007 | | 5/18/2023 | $458,674.32 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$458,674.32** | |
| 3.627 | SPINS | | P.O. BOX 776803 | | CHICAGO | IL | 60677-6803 | | 4/17/2023 | $33,750.00 | Services |
| | | | | | | | | | **TOTAL:** | **$33,750.00** | |
| 3.628 | SSI REFRIGERATED EXPRESS | | P.O. BOX 1150 | | RIVERTON | UT | 84065 | | 4/11/2023 | $10,810.00 | Suppliers or Vendors |
| 3.629 | SSI REFRIGERATED EXPRESS | | P.O. BOX 1150 | | RIVERTON | UT | 84065 | | 4/17/2023 | $4,100.00 | Suppliers or Vendors |
| 3.630 | SSI REFRIGERATED EXPRESS | | P.O. BOX 1150 | | RIVERTON | UT | 84065 | | 4/24/2023 | $4,000.00 | Suppliers or Vendors |
| 3.631 | SSI REFRIGERATED EXPRESS | | P.O. BOX 1150 | | RIVERTON | UT | 84065 | | 5/1/2023 | $8,000.00 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$26,910.00** | |
| 3.632 | STATE OF DELAWARE | | PO BOX 8710 | | WILMINGTON | DE | 19899 | | 6/12/2023 | $80,000.00 | Taxes |
| | | | | | | | | | **TOTAL:** | **$80,000.00** | |
| 3.633 | STIR FOODS, LLC | | P.O. BOX 2388 | | FULLERTON | CA | 92833 | | 4/21/2023 | $109,705.20 | Suppliers or Vendors |
| 3.634 | STIR FOODS, LLC | | P.O. BOX 2388 | | FULLERTON | CA | 92833 | | 5/1/2023 | $109,206.54 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$218,911.74** | |
| 3.635 | SUNRISE PACKAGING FILMS | | 17121 SOUTH CENTRAL AVE 2A | | CARSON | CA | 90746 | | 4/11/2023 | $26,884.00 | Suppliers or Vendors |
| 3.636 | SUNRISE PACKAGING FILMS | | 17121 SOUTH CENTRAL AVE 2A | | CARSON | CA | 90746 | | 4/17/2023 | $36,883.00 | Suppliers or Vendors |
| | | | | | | | | | **TOTAL:** | **$63,767.00** | |
| 3.637 | SUPERIOR LITHOGRAPHICS | | 3055 BANDINI BLVD., | | LOS ANGELES | CA | 90058 | | 4/12/2023 | $50,914.08 | Suppliers or Vendors |
| 3.638 | SUPERIOR LITHOGRAPHICS | | 3055 BANDINI BLVD., | | LOS ANGELES | CA | 90058 | | 4/22/2023 | $11,462.00 | Suppliers or Vendors |

In re: Ittella International LLC
Case No. 23-14154

**SOFA 3 ATTACHMENT**
Certain payments or transfers to creditors within 90 days before filing this case

| | Creditor's Name | Attention | Address 1 | Address 2 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.639 | SUPERIOR LITHOGRAPHICS | | 3055 BANDINI BLVD., | | LOS ANGELES | CA | 90058 | | 4/24/2023 | $14,728.90 | Suppliers or Vendors |
| 3.640 | SUPERIOR LITHOGRAPHICS | | 3055 BANDINI BLVD., | | LOS ANGELES | CA | 90058 | | 5/2/2023 | $79,824.80 | Suppliers or Vendors |
| 3.641 | SUPERIOR LITHOGRAPHICS | | 3055 BANDINI BLVD., | | LOS ANGELES | CA | 90058 | | 5/26/2023 | $27,138.40 | Suppliers or Vendors |
| 3.642 | SUPERIOR LITHOGRAPHICS | | 3055 BANDINI BLVD., | | LOS ANGELES | CA | 90058 | | 6/5/2023 | $63,201.73 | Suppliers or Vendors |
| | | | | | | | | | TOTAL: | $247,269.91 | |
| 3.643 | SUPHERB FARMS | | PO BOX 7739 | | SAN FRANCISCO | CA | 94120-7739 | | 4/17/2023 | $32,123.18 | Suppliers or Vendors |
| | | | | | | | | | TOTAL: | $32,123.18 | |
| 3.644 | SYNERGY LOGISTICS LLC | | 5240 W 47TH ST #11 | | CHICAGO | IL | 60638 | | 4/11/2023 | $4,461.67 | Suppliers or Vendors |
| 3.645 | SYNERGY LOGISTICS LLC | | 5240 W 47TH ST #11 | | CHICAGO | IL | 60638 | | 4/24/2023 | $191.70 | Suppliers or Vendors |
| 3.646 | SYNERGY LOGISTICS LLC | | 5240 W 47TH ST #11 | | CHICAGO | IL | 60638 | | 5/15/2023 | $37,987.06 | Suppliers or Vendors |
| | | | | | | | | | TOTAL: | $42,640.43 | |
| 3.647 | SYSCO FOODS | | 20701 EAST CURRIER ROAD | | WALNUT | CA | 91789 | | 4/10/2023 | $14,688.00 | Suppliers or Vendors |
| 3.648 | SYSCO FOODS | | 20701 EAST CURRIER ROAD | | WALNUT | CA | 91789 | | 4/28/2023 | $7,259.30 | Suppliers or Vendors |
| 3.649 | SYSCO FOODS | | 20701 EAST CURRIER ROAD | | WALNUT | CA | 91789 | | 5/11/2023 | $7,351.10 | Suppliers or Vendors |
| 3.650 | SYSCO FOODS | | 20701 EAST CURRIER ROAD | | WALNUT | CA | 91789 | | 5/22/2023 | $14,266.70 | Suppliers or Vendors |
| 3.651 | SYSCO FOODS | | 20701 EAST CURRIER ROAD | | WALNUT | CA | 91789 | | 5/26/2023 | $15,296.70 | Suppliers or Vendors |
| 3.652 | SYSCO FOODS | | 20701 EAST CURRIER ROAD | | WALNUT | CA | 91789 | | 6/2/2023 | $14,695.10 | Suppliers or Vendors |
| | | | | | | | | | TOTAL: | $73,556.90 | |
| 3.653 | TALAMO FOODS | | PO BOX 695 | | MORGAN HILL | CA | 95038 | | 4/10/2023 | $106,142.24 | Suppliers or Vendors |
| 3.654 | TALAMO FOODS | | PO BOX 695 | | MORGAN HILL | CA | 95038 | | 4/14/2023 | $107,541.20 | Suppliers or Vendors |
| 3.655 | TALAMO FOODS | | PO BOX 695 | | MORGAN HILL | CA | 95038 | | 4/21/2023 | $41,672.00 | Suppliers or Vendors |
| 3.656 | TALAMO FOODS | | PO BOX 695 | | MORGAN HILL | CA | 95038 | | 5/1/2023 | $65,363.52 | Suppliers or Vendors |
| 3.657 | TALAMO FOODS | | PO BOX 695 | | MORGAN HILL | CA | 95038 | | 5/11/2023 | $30,521.44 | Suppliers or Vendors |
| 3.658 | TALAMO FOODS | | PO BOX 695 | | MORGAN HILL | CA | 95038 | | 6/2/2023 | $47,999.76 | Suppliers or Vendors |
| | | | | | | | | | TOTAL: | $399,240.16 | |
| 3.659 | TEPACHI TRUCKING LLC | | 5001 E CORONA RD | | TUCSON | AZ | 85756 | | 4/11/2023 | $12,110.00 | Suppliers or Vendors |
| 3.660 | TEPACHI TRUCKING LLC | | 5001 E CORONA RD | | TUCSON | AZ | 85756 | | 4/17/2023 | $20,400.00 | Suppliers or Vendors |
| 3.661 | TEPACHI TRUCKING LLC | | 5001 E CORONA RD | | TUCSON | AZ | 85756 | | 4/24/2023 | $17,700.00 | Suppliers or Vendors |
| 3.662 | TEPACHI TRUCKING LLC | | 5001 E CORONA RD | | TUCSON | AZ | 85756 | | 5/1/2023 | $9,300.00 | Suppliers or Vendors |
| 3.663 | TEPACHI TRUCKING LLC | | 5001 E CORONA RD | | TUCSON | AZ | 85756 | | 5/11/2023 | $9,600.00 | Suppliers or Vendors |
| | | | | | | | | | TOTAL: | $69,110.00 | |
| 3.664 | THE EQUITY GROUP INC. | | 800 THIRD AVENUE 36TH FLOOR | | NEW YORK | NY | 10022 | | 4/24/2023 | $15,125.00 | Professional Fees |
| 3.665 | THE EQUITY GROUP INC. | | 800 THIRD AVENUE 36TH FLOOR | | NEW YORK | NY | 10022 | | 5/24/2023 | $15,147.20 | Professional Fees |
| 3.666 | THE EQUITY GROUP INC. | | 800 THIRD AVENUE 36TH FLOOR | | NEW YORK | NY | 10022 | | 6/30/2023 | $12,000.00 | Professional Fees |
| | | | | | | | | | TOTAL: | $42,272.20 | |
| 3.667 | THE LANGLOIS COMPANY | | 10810 SAN SEVAINE WAY | | MIRA LOMA | CA | 91752 | | 5/1/2023 | $28,818.60 | Suppliers or Vendors |
| | | | | | | | | | TOTAL: | $28,818.60 | |
| 3.668 | THE ROOT SCIENCE | | 2647 COUNTY ROAD 99W | | WILLOWS | CA | 95988 | | 4/17/2023 | $3,200.00 | Services |
| 3.669 | THE ROOT SCIENCE | | 2647 COUNTY ROAD 99W | | WILLOWS | CA | 95988 | | 4/24/2023 | $9,069.98 | Services |
| | | | | | | | | | TOTAL: | $12,269.98 | |
| 3.670 | TPX COMMUNICATIONS | | 3300 N. CIMARRON ROAD | | LAS VEGAS | NV | 89129 | | 4/11/2023 | $1,592.18 | Utilities |
| 3.671 | TPX COMMUNICATIONS | | 3300 N. CIMARRON ROAD | | LAS VEGAS | NV | 89129 | | 5/16/2023 | $1,684.31 | Utilities |
| 3.672 | TPX COMMUNICATIONS | | 3300 N. CIMARRON ROAD | | LAS VEGAS | NV | 89129 | | 6/23/2023 | $5,246.96 | Utilities |
| | | | | | | | | | TOTAL: | $8,523.45 | |
| 3.673 | TRADIN ORGANIC USA LLC | | DBA TRADIN ORGANIC USA LLC | 154A PARADE STREET | APTOS | CA | 95003 | | 4/24/2023 | $14,173.70 | Suppliers or Vendors |
| 3.674 | TRADIN ORGANIC USA LLC | | DBA TRADIN ORGANIC USA LLC | 154A PARADE STREET | APTOS | CA | 95003 | | 5/1/2023 | $94,937.72 | Suppliers or Vendors |
| | | | | | | | | | TOTAL: | $109,111.42 | |
| 3.675 | TWELVE GRAPES OF CALIFORNIA INC | | PITAYA FOODS | 7343 RONSON RD | SAN DIEGO | CA | 92111 | | 6/22/2023 | $15,628.36 | Suppliers or Vendors |
| | | | | | | | | | TOTAL: | $15,628.36 | |
| 3.676 | ULTIMATE PAPER BOX COMPANY | | 15051 DON JULIAN ROAD | | CITY OF INDUSTRY | CA | 91746 | | 5/1/2023 | $32,567.70 | Suppliers or Vendors |
| | | | | | | | | | TOTAL: | $32,567.70 | |
| 3.677 | VITAL PAC | | 2919 GARDENA AVENUE | | SIGNAL HILL | CA | 90755 | | 4/11/2023 | $7,180.80 | Suppliers or Vendors |
| 3.678 | VITAL PAC | | 2919 GARDENA AVENUE | | SIGNAL HILL | CA | 90755 | | 5/15/2023 | $7,180.00 | Suppliers or Vendors |
| 3.679 | VITAL PAC | | 2919 GARDENA AVENUE | | SIGNAL HILL | CA | 90755 | | 5/19/2023 | $1,506.40 | Suppliers or Vendors |
| | | | | | | | | | TOTAL: | $15,867.20 | |
| 3.680 | WHITEHALL SPECIALTIES | | PO BOX 677 | | WHITEHALL | WI | 54773 | | 5/1/2023 | $15,229.20 | Suppliers or Vendors |
| | | | | | | | | | TOTAL: | $15,229.20 | |
| 3.681 | WHOLE FOODS MARKET | | 550 BOWIE STREET | | AUSTIN | TX | 78703 | | 4/11/2023 | $6,188.43 | Marketing |
| 3.682 | WHOLE FOODS MARKET | | 550 BOWIE STREET | | AUSTIN | TX | 78703 | | 4/24/2023 | $5,155.86 | Marketing |
| 3.683 | WHOLE FOODS MARKET | | 550 BOWIE STREET | | AUSTIN | TX | 78703 | | 5/1/2023 | $5,510.93 | Marketing |
| | | | | | | | | | TOTAL: | $16,855.22 | |

In re: Ittella International LLC
Case No. 23-14154

Page 10 of 10

**Fill in this information to identify the case:**

Debtor name: **Ittella International LLC**

United States Bankruptcy Court for the: **Central District of California**

Case number: **2:23-bk-14154-SK**

☐ **Check if this is an amended filing**

---

**WARNING** - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct. I declare under penalty of perjury that the foregoing is true and correct.

Executed on
07/28/2023

Edward Bidanset                                          Edward Bidanset
Signature of individual signing on behalf of debtor      Printed name

Chief Restructuring Officer
Position or relationship to debtor

**Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?**

☐ No

☑ Yes

# United States Bankruptcy Court
## Central District of California

In re   **Ittella International LLC**                                              Case No.   **2:23-bk-14154-SK**

Debtor(s)                                             Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Myjojo, Inc.**<br>**6305 Alondra Blvd**<br>**Paramount, CA 90723** | **Membership Interests** | **100%** | **Membership Interests** |
| **Tattooed Chef Inc.**<br>**6305 Alondra Blvd**<br>**Paramount, CA 90723** | **100% Common Stock of Myjojo Inc.** | **100% Common Stock of Myjojo Inc.** | **100% Common Stock of Myjojo Inc.** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Edward J. Bidanset, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 28, 2023**                    Signature   _Edward Bidanset_

**Edward J. Bidanset,**
**Chief Restructuring Officer**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **David L. Neale 141225**<br>**2818 La Cienega Avenue**<br>**Los Angeles, CA 90034**<br>**(310) 229-1234**<br>California State Bar Number: **141225 CA**<br>**dln@lnbyg.com** | |

☑ *Attorney for:  Debtor and Debtor in Possession*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Ittella International LLC**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br>Defendant(s). | CASE NO.: **2:23-bk-14154-SK**<br>ADVERSARY NO.:<br>CHAPTER:    **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Edward J. Bidanset**_____ , the undersigned in the above-captioned case, hereby declare
            *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                      **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.　　I have personal knowledge of the matters set forth in this Statement because:

     ☑ I am the president or other officer or an authorized agent of the Debtor corporation

     ☐ I am a party to an adversary proceeding

     ☐ I am a party to a contested matter

     ☐ I am the attorney for the Debtor corporation

2.a.　☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

     See Addendum

 b.　☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**July 28, 2023**
Date

By: _____
Signature of Debtor, or attorney for Debtor

Name:　**Edward J. Bidanset,**
**Chief Restructuring Officer**
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

**F 1007-4.CORP.OWNERSHIP.STMT**

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

**Myjojo, Inc.**
**6305 Alondra Blvd**
**Paramount, CA 90723**

**Tattooed Chef Inc.**
**6305 Alondra Blvd**
**Paramount, CA 90723**

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                 **F 1007-4.CORP.OWNERSHIP.STMT**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re **Ittella International LLC** _____
Debtor(s)

Case No. **2:23-bk-14154-SK**
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **75,000.00** |
| Prior to the filing of this statement I have received | $ **75,000.00** |
| Balance Due | $ **0.00 [1]** |

2.  $ **1,738.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☑ Debtors **[1]**   ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☑ Debtors **[1]**   ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e. [Other provisions as needed]
    **Advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee as they pertain to the Debtor; advising the Debtor with regard to certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors; representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the Debtor is represented in such proceeding or hearing by other special counsel; conducting examinations of witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBYG's expertise or which is beyond LNBYG's staffing capabilities; preparing and assisting the Debtor in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, interim statements and operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of property outside the ordinary course of business; representing the Debtor with regard to obtaining use of debtor in possession financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral; assisting the Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the preparation and approval of a disclosure statement in respect of the plan; and performing any other services which may be appropriate in LNBYG's representation of the Debtor during its bankruptcy case.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Matters which are outside of LNBYG's specialization**

In re    **Ittella International LLC**                                    Case No.    **2:23-bk-14154-SK**
                          Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

| **July 28, 2023** | /s/ David L. Neale |
|---|---|
| *Date* | **David L. Neale 141225** |
| | *Signature of Attorney* |
| | **Levene, Neale, Bender, Yoo & Golubchik L.L.P** |
| | **2818 La Cienega Avenue** |
| | **Los Angeles, CA 90034** |
| | **(310) 229-1234** |
| | **dln@lnbyg.com** |
| | *Name of law firm* |

**[1]** During the one-year period prior to the Petition Date, the following entities, all of which are debtors in possession in jointly administered Chapter 11 cases under lead case number 2:23-bk-14154-SK (collectively, the "Debtors"), paid the total sum of $250,000.00 to Levene, Neale, Bender, Yoo & Golubchik L.L.P ("LNBYG"), which constituted a pre-bankruptcy retainer for legal services in contemplation of and in connection with the Debtors' Chapter 11 cases (collectively, the "Retainer"):

| DEBTOR | CASE |
|---|---|
| ITTELLA INTERNATIONAL LLC, a California limited liability company | 2:23-bk-14154-SK |
| ITTELLA'S CHEF, LLC, a California limited liability company | 2:23-bk-14159-SK |
| TATTOOED CHEF, INC., a Delaware corporation | 2:23-bk-14161-SK |
| MYJOJO, INC., a Delaware corporation | 2:23-bk-14157-SK |
| NEW MEXICO FOOD DISTRIBUTORS, INC., a New Mexico corporation | 2:23-bk-14156-SK |
| KARSTEN TORTILLA FACTORY, LLC, a New Mexico limited liability company | 2:23-bk-14158-SK |
| BCI ACQUISITION, INC., a Delaware corporation | 2:23-bk-14155-SK |
| TTCF-NM HOLDINGS INC., a New Mexico corporation | 2:23-bk-14160-SK |

LNBYG allocated $75,000 of the Retainer to Ittella International LLC, the principal operating company among the Debtors, and allocated $25,000 of the Retainer to each of the other Debtors.  LNBYG was advised by the Debtors that the source of payment of the Retainer was from the Debtors' funds.

Subject to Court approval, LNBYG shall be paid unpaid fees and expenses in excess of the Retainer from the Debtors, the Debtors' estates, or third-party sources.