**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

FILED & ENTERED

AUG 03 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may    DEPUTY CLERK

| | |
|---|---|
| In re:<br><br>Ittella International LLC<br><br>Debtor(s).<br><br>Affects all Debtors. | Case No.: 2:23-bk-14154-SK<br><br>JOINTLY ADMINISTERED WITH:<br>CASE NO.: 2:23-bk-14155-SK<br>CASE NO.: 2:23-bk-14156-SK<br>CASE NO.: 2:23-bk-14157-SK<br>CASE NO.: 2:23-bk-14158-SK<br>CASE NO.: 2:23-bk-14159-SK<br><br>CHAPTER 11<br><br>**SCHEDULING ORDER RE BID PROCEDURES MOTION**<br><br>Date:    8/16/23<br>Time:    9:00 a.m.<br>Courtroom:    1575 |

//
//
//
//
//
//
//
//
//

On 8/1/23, Debtors filed a "Motion to (1) Approve Auctions(s) and Bid Procedures for the Sale of Equity and/or Assets and (2) Set Scheduling for a Motion to Approve the Sale of Equity and/or Assets" (Bid Procedures Motion).  Docket #174.

The Court sets the following deadlines regarding the Bid Procedures Motion, which will be heard on 8/16/23 at 9:00 a.m.

1) Oppositions, if any, to the Bid Procedures Motion must be filed by 8/8/23 at 12:00 p.m. noon.

2) Replies to an opposition, if any, must be filed 8/11/23 at 12:00 p.m. noon.

3) No further briefing will be allowed or considered.

**IT IS SO ORDERED.**

Date: August 3, 2023

Sandra R. Klein
United States Bankruptcy Judge