DAVID L. NEALE (SBN 141225)
TODD M. ARNOLD (SBN 221868)
ROBERT M. CARRASCO (SBN 334642)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DLN@LNBYG.COM; TMA@LNBYG.COM; RMC@LNBYG.COM

Attorneys for Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>☐ ITTELLA INTERNATIONAL LLC,<br>a California limited liability company<br>☐ ITTELLA'S CHEF, LLC,<br>a California limited liability company<br>☐ TATTOOED CHEF, INC.,<br>a Delaware corporation<br>☐ MYJOJO, INC.,<br>a Delaware corporation<br>☐ NEW MEXICO FOOD DISTRIBUTORS, INC.,<br>a New Mexico corporation<br>☐ KARSTEN TORTILLA FACTORY, LLC,<br>a New Mexico limited liability company<br>☐ BCI ACQUISITION, INC.,<br>a Delaware corporation<br>☐ TTCF-NM HOLDINGS INC.,<br>a Delaware corporation<br>☒ All Debtors<br><br>          Debtors and Debtors-in-Possession. | Lead Case No.: 2:23-bk-14154-SK<br><br>Jointly Administered with Case Nos.:<br>2:23-bk-14159-SK; 2:23-bk-14161-SK;<br>2:23-bk-14157-SK; 2:23-bk-14158-SK;<br>2:23-bk-14155-SK; 2:23-bk-14156-SK; and<br>2:23-bk-14160-SK<br><br>Chapter 11 Cases<br><br>**DEBTORS' NOTICE OF QUALIFIED BIDS AND OPENING BIDS**<br><br>[NO HEARING REQUIRED][1] |

---

[1] In addition to the parties listed in the Proof of Service herein, a copy of this Notice will be provided to all potential bidders that signed non-disclosure agreements and accessed the due diligence data room.

**PLEASE TAKE NOTICE** that, pursuant to the *Order Granting Debtors' Motion To: (1) Approve Auction(S) And Bid Procedures For The Sale Of Equity And/Or Assets And (2) Set Scheduling For A Motion To Approve The Sale Of Equity And/Or Assets* (the "Bid Procedures Order") [Dkt. 277] and the *Bidding Procedures* (the "Bid Procedures") [Dkt. 273, at Exhibit "1"], the Debtors[2] hereby file this *Notice Of Qualified and Opening Bids*.

**PLEASE TAKE FURTHER NOTICE** that, on September 1, 2023, the Debtors filed their *Amended Notice Of Stalking Horse Bids* (the "Notice of Stalking Horse Bids") [Dkt. 345] identifying the following Stalking Horse Bids for certain of the Debtors' Assets listed below, provided that Stalking Horse Bids must ultimately conform to the terms required by the Bid Procedures Order and Bid Procedures and be made pursuant to APAs that materially conform with the form APA approved pursuant to the Bid Procedures Order:

| STALKING HORSE BIDDER | BID AMOUNT | ASSETS SUBJECT TO BID[3] |
|---|---|---|
| Planted Ventures, LLC[4] | $1,500,000 | (1) Ittella's Chef LLC's 100% ownership interests in Ittella Italy SRL, which is not a debtor in any bankruptcy case in the United States.<br><br>(2) All of the Debtors' Intellectual Property, which consists of the following Trademarks listed in the Bid Procedures [Dkt. 273], at Exhibit "1," at Exhibit "A," ECF pp. 24-25 of 286. |
| Cardenas Three, LLC | $1,800,000 | The following equipment assets located at the Debtors' premises at 2810 Karsten Ct. SE, Albuquerque, NM and related rights:<br><br>114    Hartmann Model VS-320<br>115    Lawrence Model OPA5410-04 Accumulation Conveyor<br>116    Lawrence Model OST1054-18, Six Row Tortilla Stacker<br>117    Lot.- Small Chip Line<br>118    Lot.- Flour Tortilla Line<br>119    Lot.- Corn Line<br><br>The number references above are to lot numbers in the Hilco |

---

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Bid Procedures and Bid Procedures Order.

[3] Subject Assets may include certain related Assets.

[4] The Debtors are informed and believe that Planted Ventures, LLC is owned, in whole or in part, and/or controlled by Salvatore "Sam" Galletti, a former officer of the Debtors and current director of certain of the Debtors.

| STALKING HORSE BIDDER | BID AMOUNT | ASSETS SUBJECT TO BID[3] |
|---|---|---|
| | | Valuation Services appraisal of the Debtors' equipment, dated as of February 24, 2023. The foregoing equipment is also listed in the Bid Procedures [Dkt. 273], at Exhibit "1," at Exhibit "A," ECF pp. 63-65 of 286. |
| LKV, LLC | $1,300,000 | (1) All of the Debtors' owned equipment assets located at the Debtors' premises at 4718 Belmont Ave. Youngstown, OH, which do not include Sacmi Model Flow Pack JT-Pro (S/N IPPC21MA081) or Sacmi Model ISOLA Trifunzionale (S/N IPPC21MA027), and related rights, (2) certain Accounts Receivable related to the ongoing operation of BCI. The foregoing equipment is listed in the Bid Procedures [Dkt. 273], at Exhibit "1," at Exhibit "A," ECF pp. 77-84 of 286, and (3) any Intellectual Property related to the ongoing operation of BCI. |
| Hilco Commercial Industrial LLC ("Hilco")[5] | $1,150,000 | All of the Debtors' owned equipment assets located at the Debtors' premises at Alondra Blvd., Paramount, CA, which does not include the leased Langen Model Mpac B1-M (S/N MN102604), and related rights. The foregoing equipment is listed in the Bid Procedures [Dkt. 273], at Exhibit "1," at Exhibit "A," ECF pp. 32-45 of 286. |
| Hilco | $1,350,000 | All of the Debtors' owned equipment assets located at the Debtors' premises at 3041 University Blvd., SE Albuquerque, NM, which does not include the leased Langen Model Mpac B1-M (S/N MN102614) and related rights. The foregoing equipment is listed in the Bid Procedures [Dkt. 273], at Exhibit "1," at Exhibit "A," ECF pp. 49-62 of 286. |

**PLEASE TAKE FURTHER NOTICE** that, since the filing of the Notice of Stalking Horse Bids, the Debtors received the following additional Initial Bids that the Debtors consider to be Qualified Bids for certain of the Debtors' Assets listed below, provided that Initial Bids must ultimately conform to the terms required by the Bid Procedures Order and Bid Procedures and be made pursuant to APAs that materially conform with the form APA approved pursuant to the Bid Procedures Order:

---

[5] At present, Hilco's bids for the Alondra and 3041 University assets are mutually dependent on Hilco being the winning bidder for both.

| **INITIAL BIDDER** | **BID AMOUNT** | **ASSETS SUBJECT TO BID**[6] |
|---|---|---|
| Aliya Foods Limited ("Aliya") | $1,400,000 | **Karsten Tortilla Factory – 2810 Karsten Ct. SE, Albuquerque, NM** |

Sullair Model 7509PS/A, Rotary Screw Air Compressor, S/N 200808120128, with (2) Vertical Air Receivers, Manufacturer Unknown Refrigerated Air Dryer

PTR Vertical Cardboard Baler, S/N N/A

Manufacturer Unknown 500 Gallon Vertical Receiver, S/N, N/A with Pneumatec Model PE500 Air Dryer, S/N 9705-S126578-83539

Hydro Tek Central Hot Water Pressure Washers, S/N 20201351 & 20201350 (New 2020)

Lochinvar Hot Water Heaters, S/N, N/A

Lantech Model QC400, Pallet Stretch Wrapper, S/N QM0058276

Miscellaneous Stored Equipment throughout Facility, Consisting of:
- (9) Climate Control 3-Fan Condensers and Blowers, S/N, N/A
- (2) Durango Model MBI-1500, Mixers, S/N 0003, 0004
- (2) Manufacturer Unknown 12'L Natural Gas Fired Ovens, S/N N/A
- (2) Lawrence 8-Tier Cooling Conveyors, S/N, N/A Approx. 20'L
- Globe Stand Mixer
- Lawrence Bowl Lifter
- (2) Lawrence Heated Tortilla Presses
- Dason 28"W Sheeter, S/N 2271B
- Electra Food 16"W x 12'L Continuous Fryer
- Superior Model 16A, Double Corn Head, S/N 18-4AAT7
- Lawrence Proofer, S/N N/A
- Sullair Model LS1605, Rotary Screw Air Compressor, S/N US0122110659
- FFS Model TCF10, Tortilla Fryer, S/N 2022-01-TCF-1

Miscellaneous Machinery and Equipment Throughout Maintenance, Consisting of Miller Model Millermatic 255 Welding Power Supply, Jet 48"W Finger Break, Assorted Racks, Conveyor, Hand and Power Tools, Hoists, Etc

Miscellaneous Equipment Through CIP Room, Consisting

[6] Subject Assets may include certain related Assets.

| INITIAL BIDDER | BID AMOUNT | ASSETS SUBJECT TO BID[6] |
|---|---|---|
| | | of: 3-Stations Stainless Steel Wash Sink, Assorted Carts, Racks, Foamers, etc. |
| | | Miscellaneous Equipment Throughout Facility, Consisting of: Stainless Steel Sinks, Stainless Steel Workstations, Shovels, Brooms, Trash Cans, CIP Foamers, Portable Racks, Proofing Racks, Stainless Steel Tubs, Metro Racks, Ladders, Mezzanines, Pumps, Pipings, Tanks, Pans, Conveyor, Floor Jacks, Assorted Lab Equipment, Battery Chargers, Etc. |
| | | Office Furniture and Fixtures Throughout Facility, consisting of: Laminate Desks, Chairs, Conference room and Related Equipment, File Cabinets, PCs & Monitors, Laptops, Computers Printers, Fax Machines, Copiers, Server room and Related Equipment, Telephones, Security Equipment, Break Room Equipment, Etc. |
| | | Toyota Model 7FBCU25, 5,000-LB, LPG Forklift Truck, S/N 66025 |
| | | Crown Model WP3035-45, Electric Pallet Jack, S/N 7A258095 |
| | | **B. TTCF-NM Holdings Inc., 1700 Desert Surf Circle, Albuquerque, NM** |
| | | RICE STEAMING ROOM |
| | | 1. Rice Steaming Line, Consisting of: |
| | | • Flexicon 36" x 36" Stainless Steel Hopper/Feeder, with 4" Dia. x 12' Incline Screw |
| | | • Lyco Model Clean Flow CKFP, Steam Injected Rice Cooker, S/N 4007C75176 (New 2014), with Alfa Laval Heat Exchanger |
| | | • Lyco Model Plenum, Rice |
| | | • Cooler, S/N PCT0617-84543 (New 2017) |
| | | • Layton 6'L Dewatering Shaker, S/N 7187-01 (New 2017) |
| | | • Manufacturer Unknown Labeler |
| | | • Enercon Model Super Seal NM5022-216, Band Sealer, S/N 1467114-1-1 |
| | | KITCHEN 1 |
| | | 2. Groen Model N-300SP, 300-Gal. Stainless Steel Jacketed Kettle (New 1971 ), with Top Mounted Lightin Mixer |
| | | 3. Lee Industries Model INA/2-250, 250-Gal. Stainless Steel Steam Jacketed Kettle, S/N 00399-1 (New 2012) |
| | | 4. Groen 150-Gal. Stainless Steel Jacketed Kettle, S/N 00362-1 (New 2000) |
| | | 5. Groen 150-Gal. Stainless Steel Jacketed Kettle, S/N 00362-2 (New 2000) |
| | | 6. MTC Model HLC-2, 800-Lb. Bowl Elevator, S/N |

| INITIAL BIDDER | BID AMOUNT | ASSETS SUBJECT TO BID[6] |
|---|---|---|
| | | 20153930001<br>7. MTC Model HLC-2, 800-Lb. Bowl Elevator, S/N 161708600<br>8. Miscellaneous Equipment Throughout Hot Water System, Consisting of: (2) Alfa Laval Heat Exchangers, Pump, 500-Gal. Holding Tank, Etc.<br><br>KITCHEN 2<br>9. Manufacturer Unknown Stainless Steel Horizontal Steam Washer, S/N N/A<br>10. Manufacturer Unknown Horizontal Band Sealer<br>11. Afco Portable SIP Foamer<br>12. Breddo 350-Gal. Likwifier, with Pump, Platform<br>13. Manufacturer Unknown 150-Gal. Steam Kettle, S/N N/A<br>14. Groen Model N-500SP, 500-Gal. Stainless Steel Jacketed Mixing Kettle, S/N 32541<br>15. Groen Model NEM-600, 600-Gal. Stainless Steel Jacketed Mixing Kettle, S/N 61031-1 (New 1990)<br>16. Gorman Rupp Model 1800TRA20, 10-HP Positive Displacement Pump, S/N 08B5736<br>17. Manufacturer Unknown Stainless-Steel Pump, with 10-HP Pump, 24" Dia. Hopper Feed<br>18. Sealed Air Cryovac Model RC2045C, Vertical Form Fill and Seal Machine, S/N 115, with Exit Conveyor, Incline Conveyor<br>19. Dohmeyer DOH-CCT-8750, 30'L x 10' Dia. Rocker Type Stainless Steel Cryogenic Chiller, S/N N/A, 2,500-Gal ., Paddle Wheel Agitation. Alfa Laval Heat Exchanger (Please Note: Leased)<br>20. Lee Industries Model 200D9MS, 200-Gal. Stainless Steel Jacketed Mixing Kettle, S/N 15277-1-1 (New 2001)<br>21. RCP 200-Gal. Stainless Steel Jacketed Mixing Kettle, S/N R104-87 (New 1987)<br>22. RCP 200-Gal. Stainless Steel Jacketed Mixing Kettle, S/N R103-87 (New 1987)<br>23. MTC Model HLC-2, 800-Lb. Bowl Elevator, S/N 20153928001 (New 2005)<br><br>MIXING ROOM<br>24. Manufacturer Unknown Stainless Steel Above Ground Digital Platform Scale, with Read Out<br>25. Manufacturer Unknown 1,500-Lb. Stainless Steel Horizontal Mixer, S/N N/A<br>26. Manufacturer Unknown 1,500-Lb. Stainless Steel Horizontal Mixer, S/N N/A<br><br>SEALED BAG ROOM<br>27. Equipment Throughout Sealed Bag Room, Consisting Of: Ishida 15-Head Vertical Weigh Scale S/N N/A Mezzanine Mounted with 12' Bucket Elevator Hopper Feed, Ilapak Model 500 Form |

| **INITIAL BIDDER** | **BID AMOUNT** | **ASSETS SUBJECT TO BID**[6] |
|---|---|---|
| | | Fill and Seal Machine S/N V-5000 |

ASSEMBLY ROOM
28. Burrito Line No. 1, Consisting of:
 a. Unifiller Stainless Steel Piston Depositor, S/N N/A, with Hopper Feed
 b. Manufacturer Unknown 4'W x 25'L Manual Burrito Folding Conveyor, with 16" x 20'L Interlocking Return Conveyor
 c. Pro Seal Model GT1E, Automatic High-Speed In-Line Tray Sealer, S/N SN-M-0413 (New 2017)
 d. Pro Seal Model GT1E, Automatic High-Speed In-Line Tray Sealer, S/N SN-M-017018 (New 2022)
 e. Pro Seal Model GT1E, Automatic High-Speed In-Line Tray Sealer, S/N SN-M-05872 (New 2020)
 f. Manufacturer Unknown 20-Tier Spiral Freezer, 24"W Belt, 6" Belt Height, with Frigid Cool Heat Exchanger
 g. Adco Model 15HCS50WD, End Load Cartoner, S/N 5447HG (New 2013)
 h. Adco Model 15HCS50WD. End Load Cartoner, S/N 5857HD (New 2017)
 i. Ceia Model THS/SM21, 12" x 6" Metal Detector, S/N 33002110074
 j. Markem Model Imaje 9450, Inkjet Coder 3M Top and Bottom Case Taper, S/N N/A
 k. Adco Model 15DZ-50SS, Horizontal Hand Load Cartoner, S/N 5655HG (New 2015), with Nordson Hot Melt Gluer
 l. 3M Model 7000 R Pro, Top and Bottom Case Taper, S/N SBB0003827
29. Burrito Line No. 2, Consisting of:
 a. Reiser Model Vemag DP3, Vacuum Stuffer, S/N 138-0457 (New 2018)
 b. Reiser Model Vemag DP3, Vacuum Stuffer, S/N N/A (New 2018)
 c. Manufacturer Unknown 4'W x 25'L Manual Burrito Folding Conveyor, with Bladder Pump, 24" Incline Conveyor
 d. York 20-Tier Spiral Freezer, 24"W Stainless Steel Belt, 6" Distance Between Belts with Heat Exchanger
 e. Ilapak Model Correra 500 Horizontal Flow Wrapper, S/N 06804311085 (New 2020)
 f. Ilapak Model Correra 500, Horizontal Flow Wrapper, S/N 0680431150 (New 2021)
 g. (2) Markem Imaje Model 9450, Inkjet Coders, S/N N/A
 h. Ceia Model THS/MS21, 12"x 6" Metal Detector, S/N 34002100033, with Pneumatic Reject Push Out
 i. Manufacturer Unknown 5'W x 25'L Accumulation Conveyor, with Pneumatic Diverter
 j. Adco Model 15HCS, End Load Cartoner, 5791HG

| INITIAL BIDDER | BID AMOUNT | ASSETS SUBJECT TO BID[6] |
|---|---|---|
| | | (New 2016), with Nordson Hot M Gluer, Markem Imaje 9450 Inkjet Coder, Exit Conveyor |
| | | k. 3M Top and Bottom Case Taper, S/N N/A |
| | | 30. Flauta Line 3, Consisting of: |
| | | a. Reiser Model Vemag V-500, Vacuum Stuffer, S/N 1284834 |
| | | b. Reiser Model Vemag V-500, Vacuum Stuffer, S/N N/A |
| | | c. Manufacturer Unknown 5'W x 25'L Manual Burrito Folding Conveyor |
| | | d. Reiser Model Vemag DP3, Vacuum Stuffer |
| | | e. EFS Model APF-45, 45"W Continuous Deep Fryer, S/N 2019-03-APF-1 (New 2019), 2,000,000-Btu, EFS Model RFD30 30-Gal. Oil Skimmer S/N 2019-03-REF-1 (New 2019) with Heat Exchanger, Pump and Tank |
| | | f. Reiser Model Vemag, Vacuum Stuffer, S/N N/A |
| | | g. Northfield York Approx. 15-Tier Spiral Freezer, 24"W Stainless Steel Belt, 6" Distance Between Belts, with Heat Exchanger |
| | | h. Manufacturer Unknown 24"W x 12'L Motorized Belt Conveyor |
| | | i. Ilapak Model Carrera 1000140, Horizontal Flow Wrapper, S/N 0640490156 (New 20 with Markem Imaje Model 9450 Inkjet Coder |
| | | j. Ceia Model THSISN21, 12" x 6" Metal Detector, S/N 3400210032, with Pneumatic Reject Push Off |
| | | k. Manufacturer Unknown 5' x 25' Accumulation Conveyor |
| | | l. Sealed Air Model A27A, Carton Flow Wrapper, S/N A17013-01, with Sealed Air Model T7H 4'L Heat Shrink Tunnel S/N T17019-01 12" x 24" Opening |
| | | MAINTENANCE SHOP |
| | | 31. BHS Model BTC-24, 24" Battery Transfer Carriage, S/N L0176095 (New 2012) |
| | | 32. Groen Model DAl2-600, 600-Gal. Stainless Steel Mixing Kettle, S/N 63120-2 (New 1990) |
| | | 33. Miscellaneous Equipment Throughout Maintenance Shop, Consisting of: Jet Pedestal Type Drill Press, Variable Speed Milling Machine, Jet 12" x 40" Geared Head Engine Lathe, Lacfer 15" x 3' Geared Head Engine Lathe, H-Frame Presses, Manual Finger Brake, Welders, Hand and Power Tools, Hoists, Etc. |
| | | OUTSIDE |
| | | 34. Ammonia System, Consisting of: |
| | | a. (2) Evapco Roof Mounted Evaporative Coolers, 6,000-Gal. Accumulation Tank, 3,500-Gal. Recirculation Tank, 8,300-Gal. Ammonia Receiver |

| INITIAL BIDDER | BID AMOUNT | ASSETS SUBJECT TO BID[6] |
|---|---|---|
| | | Tank, Heat Exchangers, 5,000-Gal. Tank, All Associated Pumping, Piping & Storage Equipment<br>b. Mycom Model N160VCDD-T-200, 250-HP Ammonia Compressor, S/N SU-2439L<br>c. Mycom Model N160VCDD-T-200, 250-HP Ammonia Compressor, S/N SU-2439-B<br>d. Mycom Model N160VCDD-T-200, 250-HP Ammonia Compressor, S/N N/A<br>e. Mayekawa Model N200VLD-T-350, 350-HP Ammonia Compressor, S/N SU-2803<br>f. Mycom Model N320VCDSS13-T-400, 40 Ammonia Compressor, S/N SU2440<br>35. Victory Energy 8,625-Lb. Per./Hr. Natural Gas Fired Boiler, S/N 14123 (New 2017), with Associated Equipment<br>36. Mohawk Model 4/5/625, 4,312-Lb. Per./Hr. Natural Gas Fired Boiler, S/N 9591 (New 1985)<br>37. Ingersoll Rand Model SSR-EP150, 150-HP Rotary Screw Air Compressor, S/N F12697U9529 (New 1995), with Hankinson Air Dryer, Receiver<br>38. Fulton Model ST-0760-F, 150-Gal. Hot Oil Boiler, S/N 2950-C (New 1995)<br><br>OUTSIDE STORAGE<br>39. Miscellaneous Equipment Throughout Outside Storage, Consisting of:<br>a. Burrito Folder<br>b. 250-Gal. Continuous Fryer, with Tank, Oil Filter, Etc.<br><br>OIL ROOM<br>40. Equipment Located In Oil Room, Consisting of:<br>a. 6,000-Gal. Vertical Stainless Steel Oil Tank, with Top Mounted Agitator<br>b. 3,600-Gal. Vertical Stainless Steel Oil Tank<br>c. (2) 1,000-Gal. Vertical Stainless Steel Oil Tanks<br><br>THROUGHOUT FACILITY<br>41. O'Ryan Model LFD, Stretch Wrapper, S/N V5726<br>42. Miscellaneous Racking Throughout Cooler, Consisting of: (65) Sections of 16'H x 8'W x 4'D Heavy Duty Adjustable Steel Pallet Racking, (52) Sections of 4-Position Pallet Push Back Racking S/N N/A 4-Position High<br>43. Miscellaneous Equipment in Storage, Consisting of:<br>a. Bizerba Weigh Scale Conveyor<br>b. Shanklin Heat Shrink Tunnel<br>c. Manufacturer Unknown Horizontal Cartoner, S/N N/A<br>d. (2) llapak Model Carrera, Carton Flow Wrappers<br>44. Lochinvar Model CWN0495PW, Hot Water Boiler, S/N |

| INITIAL BIDDER | BID AMOUNT | ASSETS SUBJECT TO BID[6] |
|---|---|---|
| | | H06H00190064, Natural Gas Fired (Please Note: Located in Boiler Room 1) 45. Miscellaneous Equipment Throughout QA Lab, Consisting of: Motak 4-Door Stainless Steel Refrigerator, Pipettes, Balances, Computers, PH Meters, Etc. 46. Miscellaneous Equipment Throughout Production Storage, Consisting of: Herschel Model CA Slicer S/N 3829, Piston Filler, Safeline Model SL2000 30" x 80" Metal Detector S/N 24135-02, Bosch Model B550 Band Sealer S/N 18-3510, Hobart Cheese Extruder, Manufacturer Unknown 300-Lb. Stainless Steel Mixer, Etc. 47. Miscellaneous Equipment Throughout Facilities, Consisting of: Stainless Steel Sinks, Stainless Steel Workstations, Shovels, Brooms, Trash Cans, CIP Foamers, Portable Racks, Proofing Racks, Stainless Steel Tubs, Metro Racks, Ladders, Mezzanines, Pumps, Pipings, Tanks, Pans, Conveyor, Floor Jacks, Battery Chargers, Etc. 48. Office Furniture and Fixtures Throughout Facility, Consisting of: Laminate Desks, Chairs, Conference Room and Related Equipment, File Cabinets, PC's & Monitors, Laptops, Computers, Printers, Fax Machines, Copiers, Server Room and Related Equipment, Telephones, Security Equipment, Break Room Equipment, Etc. MOBILE EQUIPMENT 49. Raymond Model 425-C40TT, 4,000-Lb. Electric Stand Up Reach Type Forklift Truck, S/N 425- 14-40253 (New 2014 Est.) 50. Raymond Model 425-C40TT, 4,000-Lb. Electric Stand Up Reach Type Forklift Truck, S/N 425- 14-40259 (New 2014 Est.) 51. Raymond Model 425-C40TT, 4,000-Lb. Electric Stand Up Reach Type Forklift Truck, S/N 425- 14-40283 (New 2014 Est.) 52. Raymond Model 425-C40TT, 4,000-Lb. Electric Stand Up Reach Type Forklift Truck, S/N 425- 14-40299 (New 2014 Est.) 53. Raymond Model 8400, Electric Pallet Jack, S/N 840-08-79569 (New 2008) 54. Yale Model MPB045VGN24T2646, Electric Pallet Jacks, Serial Numbers: A245C11915W. A245C11917W. A245C11919W. A245C11927W & A245C11929W **Assigned Leases** AQB Lease – Lease of real property 1700 Desert Surf Circle., NE Albuquerque, New Mexico 87107 **Licenses and Permits** USDA Licence relating to the manufacturing facility located |

| INITIAL BIDDER | BID AMOUNT | ASSETS SUBJECT TO BID[6] |
|---|---|---|
| | | at 1700 Desert Surf Circle, Albuquerque, New Mexico **Intellectual Property** All of the Debtors' Intellectual Property, which consists of the following Trademarks listed in the Bid Procedures [Dkt. 273], at Exhibit "1," at Exhibit "A," ECF pp. 24-25 of 286. |
| Aliya | $1,600,000 | **New Mexico Food Distributors, Inc., 3041 University Blvd. SE, Albuquerque, NM** RTE PRODUCTION 1. Blentech 1,500-Lb. $CO_2$ Injected Mixer, S/N N/A, (Rebuilt 2021), with Syspal Model SCE-CR-01 770-Lb. Bowl Elevator, S/N 33632-4 (New 2021) 2. Blentech 1,500-Lb. $CO_2$ Injected Mixer, S/N N/A, (Rebuilt 2021), with AFECO Model 23K500 Bowl Elevator, S/N 990230 3. Amfec Model 510, 500-Lb. $CO_2$ Injected Mixer, S/N 090905, with Reiser Model VB Bowl Elevator, S/N 780 (New 2005) 4. Line No. 1, Consisting of:    a. Reiser Model Vemag DP3, Vacuum Stuffer, S/N 138-2030    b. Reiser Model Vemag DP3, Vacuum Stuffer, S/N N/A    c. Reiser Model Vemag DP3, Vacuum Stuffer, S/N 1380269    d. Manufacturer Unknown 12'L x 4'W 4-Lane Manual Folding Conveyor, S/N N/A    e. Manufacturer Unknown 40"W x 20'L $CO_2$ Blast Freezer, S/N N/A, with Exit Conveyors    f. (2) Manufacturer Unknown Horizontal Flow Wrappers, S/N N/A, each with Manual Unwind, Rotary Seal, Etc.    g. Ceia Model THS21, 12" x 6" Metal Detector, S/N 33002230030    h. Langen Model Mpac B1-M, Manual Load Continuous Cartoner, S/N MN102614 (New 2022), with Magazine Style Box Feed, Hot Melt Gluer, Exit Conveyor    i. Interpack Model USA2024-SB, Top and Bottom Case Taper, S/N TM09421M028 5. Line No. 2, Consisting of:    a. Reiser Model Vemag, Vacuum Stuffer, S/N 128 890    b. Manufacturer Unknown 4'W x 12'L Layout Table, S/N N/A    c. Manufacturer Unknown 36"W x 15'L $CO_2$ Blast Freezer, S/N N/A, with Entry & Exit Conveyor    d. Ceia Model THS/MS21, 6" x 12" Pass Through Metal Detector, S/N 32002490022 (New 2022)    e. Ceia Model THS21, 6" x 12" Pass Through Metal Detector, S/N N/A |

| INITIAL BIDDER | BID AMOUNT | ASSETS SUBJECT TO BID[6] |
|---|---|---|
| | | f. Reiser Model Repack RE25, Horizontal Form Fill and Seal Machine, S/N 2500617 (New 2022), with Koolant Cooler, Chiller, PLC Control, (2) Ultrasource Matrix Labelers |
| | | 6. Line No. 3, Consisting of: |
| | |    a. Reiser Model Vemag, Vacuum Stuffer, 138-0456 (New 2017) |
| | |    b. Reiser Model Vemag DP3, Vacuum Stuffer, S/N 138-0360 (New 2016) |
| | |    c. Manufacturer Unknown 24"W x 36'L Manual Folding Conveyor, S/N N/A, with Return Conveyor, (8) Wrapping Stations, Etc. |
| | |    d. Ceia Model THS, 12" x 6" Metal Detector, S/N 731002110038 (New 2019) |
| | |    e. Domino Model A100, Inkjet Coder, S/N N/A |
| | |    f. Interpack Model USA2024-SB. Top and Bottom Case Taper, S/N TM-094-21M-037 |
| | | 7. Line No. 4, Consisting of: |
| | |    a. (2) Reiser Model V-B, Vertical Bowl Elevators, S/N 785, N/A (New 2005 Est.) |
| | |    b. Reiser Model Vemag R500, Vacuum Stuffer, S/N 123-3571 |
| | |    c. Reiser Model Vemag R500, Vacuum Stuffer, S/N N/A |
| | |    d. Manufacturer Unknown 12"W x 20'L Motorized Belt Conveyor |
| | |    e. (2) Custom Designed & Manufactured Steam Boxes, (1) with 3-Sections, (1) with 1-Section |
| | | KITCHEN |
| | | 8. Blentech Model TP28106, 3,000-Lb. Horizontal Steam Kettle, S/N 93122 (New 1993), with Syspal 350-Lb. Bowl Elevator S/N 33936-1 (New 2021) |
| | | 9. Stephan Model Microcut MCH-D50, Emulsifier, S/N 727-012-01 (New 2006) |
| | | 10. Admix Model Rotosolve 80RS60SS, Portable Bowl Mixer, S/N 3167 (New 2021) |
| | | 11. Chilled Water System, Consisting of: Mezzanine Mounted Freon Pumping and Metering Equipment, Manufacturer Unknown Heat Exchanger, (2) 1,000-Gal. Tanks, Etc. |
| | | 12. Cleveland 60-Gal. Steam Kettle, S/N N/A |
| | | 13. Manufacturer Unknown 8'W x 4'D Steam Cabinet |
| | | 14. Amfec Model 510, 500-Lb. Jacketed Mixer, S/N 158323 |
| | | 15. Custom Designed & Manufactured 150-Gal. Tumble Type Chillers, S/N N/A, Front Load |
| | | 16. Sealed Air Model 2070C, Co2 Freezer, S/N 0159, with Custom Designed and Manufactured Bucket Elevator, SPX Pump |
| | | 17. Sealed Air Model 2070C, Co2 Freezer, S/N 0255, with SPX Pump |

| INITIAL BIDDER | BID AMOUNT | ASSETS SUBJECT TO BID[6] |
|---|---|---|
| | | 18. Manufacturer Unknown 3,000-Lb. Stainless Steel Horizontal Steam Kettle (New 1989)<br>19. Manufacturer Unknown 300-Lb. Steam Kettles<br><br>KITCHEN PACKAGING<br>20. Miscellaneous Equipment Throughout Kitchen Packaging, Consisting of:<br>    a. Ceia Model THS/MS21, 12" x 6" Metal Detector, S/N 31002110039<br>    b. Interpack Model RSA-2024-SB, Top and Bottom Case Taper, S/N TM122-16B-005<br>    c. Manufacturer Unknown Horizontal Potato Peeler, with Manufacturer Unknown Potato Slicer<br>    d. Hobart 40-Lb. Meat Slicer<br>    e. Stephan Model C15, Emulsifier, S/N 3472584<br>    f. Miscellaneous Equipment Throughout Kitchen Packaging, Consisting of: Benchtop Slicers, Scales, Foamers, Hand and Power Tools, Stainless Steel Sinks, Etc.<br><br>BAKERY<br>21. Equipment Located in Mixing Room, Consisting of:<br>    a. Koenig Model DW240-S, Stainless Ste Mixer, S/N 50.4.0196 (New 2012)<br>    b. Koenig Model DW240-H2, Stainless Steel Mixer, S/N 50.4.0025 (New 2012)<br>    c. Koenig Model DW240-N, Stainless Steel Mixer, S/N 50.4.0259 (New 2015)<br>22. Bakery Line No.1, Consisting of:<br>    a. Lawrence Model OCL7002-07, Bowl Lift, S/N CL199 (New 2013), with Scraper<br>    b. Lawrence Model ODR009-02, Divider, S/N DR521 (New 2013), with Lawrence Model DDF3001-15 600-Lb. Hopper Feeds S/N DF460 (New 2013)<br>    c. Lawrence Model OAL0504-25, Proofer, S/N AL541 (New 2013)<br>    d. Lawrence Model OFP4242-27, Legend Tortilla Press, S/N FP605 (New 2013)<br>    e. JC Ford Model TE-1445, 15'L Natural Gas Fired Oven, S/N TE091009, with Exit Conveyor, Vertical Incline Conveyor<br>    f. JC Ford 13-Tier Forced Air Spiral Cooling Conveyor<br>    g. Lawrence Model OPS1654-18, Counte Stacker, S/N P5491 (New 2018)<br>    h. Manual Pneumatic Tortilla Packaging Machine<br>    i. Domino Model A100, Inkjet Coder, with Belt Conveyor, Clip Dispenser<br>    j. Ceia Model THS/MS21, 12" x 6" Metal Detector, S/N 21800204115<br>23. Bakery Line No.2, Consisting of:<br>    a. Lawrence Model OCL7002-007, Bowl Lift, S/N |

| INITIAL BIDDER | BID AMOUNT | ASSETS SUBJECT TO BID[6] |
|---|---|---|
| | | CL222 (New 2015), with Scraper |
| | | b. Lawrence Model ODR0109-03, Divider, S/N DR530 (New 2015) |
| | | c. Lawrence Model ODF3001-21, 600-Lb. Dough Feeder, S/N DF471 |
| | | d. Lawrence Model OSC3001-40, Proofer, S/N SC450 (New 2015) |
| | | e. Lawrence Model OMP5252-31, Tortilla Press, S/N MP574 (New 2015) |
| | | f. Lawrence Model OF05216-53, 30'L Natural Gas Fired Oven, S/N 50634 (New 2015), 1,000,000-Btu |
| | | g. Lawrence Model OCC5420-29, 13-Tier Cooling Conveyor, S/N CC862 (New 2015) |
| | | h. Lawrence Model OIR3454-02, Laser Inspection Station, S/N IR298 (New 2015) |
| | | i. Lawrence Model OPS1654-18, 6-Row Counter Stacker, S/N P5407 (New 2015) |
| | | j. Manual Stuffer |
| | | k. Domino Model A100, Inkjet Coder |
| | | l. Kwik Lock Dispenser |
| | | m. Ceia Model THS/MS21, 12" x 6" Metal Detector, S/N 21800204114 |
| | | n. Reiser Model Vemag HP10E, Vacuum Stuffer, S/N 1612220 (New 2022), with Conveyor |
| | | o. Reepack Model Reeflow 50, Horizontal Floor Wrapper, S/N W122001 |
| | | **TEST LAB** |
| | | 24. Miscellaneous Equipment Throughout Lab, Consisting of: Market Forge Sterilmatic Benchtop Sterilizer, (3) Incubators, Digital Heat Blocks, Pipettor, Balances, PH Meters, Randel 2-Door Stainless Steel Refrigerator, Gallon Camp Benchtop Incubator, Etc. |
| | | **TEST KITCHEN** |
| | | 25. Miscellaneous Equipment Throughout Test Kitchen, Consisting of: Hoshizaki Ice Machine, True 2-Door Refrigerator, Motak 4-Door Refrigerator, Benchtop Bowl Mixer, Microwaves, Coffee Makers, Monitors, Mixers, Air Fryers, Proofing Ovens, Range, Deep Fryers, Etc. |
| | | **BOILER ROOM** |
| | | 26. Hurst 3,450-Steam Lb. Per Hr. Natural Gas Fired Boiler, S/N 5500-150-21M (New 2003), with Parker Boiler Stand Alone Natural Gas Boiler, All Associated Equipment, Etc. |
| | | **AIR COMPRESSOR AREA** |
| | | 27. Sullair Model VCC-200, 100-HP Rotary Screw Air Compressor, S/N 20770430000035 |
| | | 28. Sullair Model LS20-100L, 100-HP Rotary Screw Air Compressor, S/N 003-113860 |

| INITIAL BIDDER | BID AMOUNT | ASSETS SUBJECT TO BID[6] |
|---|---|---|
| | | 29. Sullair Model VCC-200-100HA, 100-HP Rotary Screw Air Compressor, S/N 200801240055<br>30. Lot of Assorted Equipment Throughout Air Compressor Area, Consisting of: Oil and Water Separators, Dryers, Vertical Air Tanks, Etc.<br><br>ENGINE ROOM 1<br>31. Hussmann Model S06RM-XKYWY2SCRSS, Refrigeration Compressor, S/N 7488-0038, with (6) Rotary Screw Compressors, PLC Control<br>32. Hussmann Model S03RM-FJRIGL, Refrigeration Compressor, S/N 7188-00230, with (3) Rotary Screw Compressors<br>33. Hussmann Model Hirpo0304RLMU, Refrigeration Compressors<br><br>SHIPPING AND RECEIVING<br>34. Manufacturer Unknown Vertical Cardboard Baler<br><br>THROUGHOUT FACILITY<br>35. Finished Goods Freezer, Consisting of: (35) Sections of 20'H x 8'W x 4'D Heavy Duty Adjustable Steel Pallet Racking<br>36. Miscellaneous Racking Throughout RTE Kitchen and Raw Cooler, Consisting of. (20) Sections of 16'H x 8'W x 4'D Heavy Duty Adjustable Steel Pallet Racking<br>37. Dry Kitchen Cold Storage, Consisting of: (20) Sections of 16'H x 8'W x 4'D Heavy Duty Adjustable Steel Pallet Racking<br>38. Miscellaneous Equipment Throughout Maintenance Shop, Consisting of: Welders, Plasma Torches, Drill Presses, Double End Grinders, Saws, Hand and Power Tools, Work Stations, Etc.<br>39. Miscellaneous Racking Throughout South Dock Freezer, Consisting of: (12) Sections of 16' x 8' x 4' Heavy Duty Adjustable Steel Pallet Racking, (14) Sections of 28'H 3'D Push Back Racking S/N N/A<br>40. Lantech Series G, Pallet Stretch Wrapper, S/N G00006276 (Please Note: Located in South Dock)<br>41. Miscellaneous Equipment Throughout Facility, Consisting of: Stainless Steel Sinks, Stainless Steel Workstations, Shovels, Brooms, Trash Cans, CIP Foamers, Portable Racks, Proofing Racks, Stainless Steel Tubs, Metro Racks, Ladders, Mezzanines, Pumps, Pipings, Tanks, Pans, Conveyor, Floor Jacks, Battery Chargers, Etc.<br>42. Office Furniture and Fixtures Throughout Facility, Consisting of: Laminate Desks, Chairs, Conference Room and Related Equipment, File Cabinets, PC's & Monitors, Laptops, Computers, Printers, Fax Machines, Copiers, Server Room and Related Equipment, Telephones, Security Equipment, Break Room Equipment, Etc. |

| INITIAL BIDDER | BID AMOUNT | ASSETS SUBJECT TO BID[6] |
|---|---|---|
| | | EQUIPMENT STORED OUTSIDE<br>43. Miscellaneous Equipment Stored Outside, Consisting of:<br>  a. Superior Model HX353, 2,415-Lb. Steam Boiler, S/N 14478 (New 2000)<br>  b. Handtmann Model VF50, Vacuum Stuffer, S/N 3219<br>  c. Handtmann Model VF50, Vacuum Stuffer, S/N 17056 (New 2003)<br>  d. Handtmann Model VF50, Vacuum Stuffer, S/N N/A (New 2003)<br>  e. 12'L x 10'W Stainless Steel Spiral Freezer<br>  f. Triomat Model 660, Vacuum Sealer, S/ 664/0200<br>  g. Spiral Freezer, with Guntner Heat Exchanger<br>  h. 400-Qt. Stainless Steel Bowl Chopper<br>  i. Diaphragm Pumps, Stainless Steel Spin Dryers, Oil Filters, Busch Vacuum Pumps, Vacuum Packagers, Horizontal Flow Wrappers, Band Sealers, Case Tapers, Pumps, Conveyors, Column Dumpers, Etc.<br><br>MOBILE EQUIPMENT<br>44. Noblelift Model FE4P50N, 5,000-Lb. LPG Forklift Truck, S/N 22113188<br>45. Noblelift Model FE4P50N, 5,000-Lb. LPG Forklift Truck, S/N 22113<br>46. Toyota Model 7FBCU25, 5,000-Lb. LPG Forklift Truck, S/N 66031<br>47. Toyota Model 8FBCU15, 3,000-Lb. LPG Forklift Truck, S/N 19575<br>48. Toyota Model 7FBEU18, 3,600-Lb. Electric Forklift Truck, S/N 28314<br>49. Raymond Model 415-C35TT, Electric Stand Up Reach Type Forklift Truck, S/N 415-14-40513 (New 2014)<br>50. Raymond Model 415-C35TT, Electric Stand Up Reach Type Forklift Truck, S/N 415-14-40530 (New 2014)<br>51. Raymond Model 415-C3OTT, Electric Stand Up Reach Type Forklift Truck, S/N 415-17-54920 (New 2017)<br>52. Crown Model WP3035-45, Electric Pallet Jacks, Serial Numbers: 7A269948, 7A269929, 7A307678, 5A388025, 7A276964<br>53. Toyota Model 7HBW23, Electric Pallet Jacks, S/N 53406 & 53407 |
| PPL Acquisition Group, LLC ("PPL") | $750,000 | All of the Debtors' owned equipment assets located at the Debtors' premises at 1700 Desert Surf Circle, Albuquerque, NM. The foregoing equipment is listed in the Bid Procedures [Dkt. 273], at Exhibit "1," at Exhibit "A," ECF pp. 85-98 of 286. |
| Planted Ventures | $3,050,000<br><br>$1,500,000 | (1) Ittella's Chef LLC's 100% ownership interests in Ittella Italy SRL, which is not a debtor in any bankruptcy case in the United States. |

| INITIAL BIDDER | BID AMOUNT | ASSETS SUBJECT TO BID[6] |
|---|---|---|
| | for Italian Equity and Intellectual Property<br><br>$1,300,000 for BCI' owned equipment assets<br><br>$250,000 for BCI's Inventory<br><br>Plus 50% of Purchasd AR | (2) All of the Debtors' Intellectual Property, which consists of the following Trademarks listed in the Bid Procedures [Dkt. 273], at Exhibit "1," at Exhibit "A," ECF pp. 24-25 of 286.<br><br>(3) Owned equipment, Accounts Receivable, and Inventory related to the ongoing operation of BCI. The foregoing equipment is listed in the Bid Procedures [Dkt. 273], at Exhibit "1," at Exhibit "A," ECF pp. 77-84 of 286. |
| Gordon Brothers Commercial & Industrial, LLC, a Delaware limited liability company, on behalf of its joint venture with New Mill Capital Holdings, LLC ("Gordon Brothers") | $8,000,000 | Essentially all Assets other than (1) non-BCI Accounts Receivable, (2) non-BCI raw materials, packaging, work in progress, and inventory, and (3) Debtors' Intellectual Property, which consists of the following Trademarks listed in the Bid Procedures [Dkt. 273], at Exhibit "1," at Exhibit "A," ECF pp. 24-25 of 286.<br><br>Gordon Brothers' APA includes an offer for Ittella Italy's assets and the Debtors do not own such assets nor were they offered for sale; the APA includes free occupancy at the Debtors' locations; the APA has other issues and the parties would need to agree to the form of APA |
| Stiebs, LLC | $150,000 | All of the Debtors' Intellectual Property, which consists of the following Trademarks listed in the Bid Procedures [Dkt. 273], at Exhibit "1," at Exhibit "A," ECF pp. 24-25 of 286.<br><br>May also bid on other assets, including all of the Debtors' owned equipment assets located at the Debtors' premises at Alondra Blvd., Paramount, CA. The foregoing equipment is listed in the Bid Procedures [Dkt. 273], at Exhibit "1," at Exhibit "A," ECF pp. 32-45 of 286. |
| Rocket Machine Works, Inc. ("Rocket") | $100,000 | Executory Contracts related to Purchase Orders 210928, 210930, and 220588 and any related Quotes and Contracts. Rocket is the non-Debtor party to the Contracts. Any other bidder would also have to pay Cure Amounts. The Assets offered for sale specifically do not, and will not, include (1) all avoidance causes of action existing under any of sections 544-553, inclusive, of the Bankruptcy Code, and all claims and causes of action, either direct or derivative, that would |

| INITIAL BIDDER | BID AMOUNT | ASSETS SUBJECT TO BID[6] |
|---|---|---|
| | | expressly inure to the benefit of the creditors in the Sellers' Bankruptcy Cases, including those claims against any former or current insiders, affiliates, officers or directors, and to the extent applicable insurance recoveries related to such claims (collectively, the "Estate Claims") and (2) other Excluded Assets listed in the APA. |
| Wawona Frozen Foods | TBD | All of the Debtors' owned equipment assets located at the Debtors' premises at Alondra Blvd., Paramount, CA. The foregoing equipment is listed in the Bid Procedures [Dkt. 273], at Exhibit "1," at Exhibit "A," ECF pp. 32-45 of 286. |

**PLEASE TAKE FURTHER NOTICE** that, in addition to the Stalking Horse Bidders and other Initial Bidders listed above, that the following parties are or may become Qualified Bidders entitled to participate in the Auction:

| POTENTIAL BIDDER | BID AMOUNT/ POTENTIAL BID AMOUNT | STATUS | ASSETS SUBJECT TO BID[7] |
|---|---|---|---|
| SACMI USA, Ltd. ("SACMI") | $619,431.89 or any such higher amount of allowed claim at the time of the Auction | Opening Bid for subject Assets | (1) JT Pro Flow-wrapper, EWF Electronic wrapper feeder, Format P1 for the JT Pro flow-wrapper, and other items as more fully described in Offer #20-034566-A4 dated February 22, 2021 and (2) Modular Robotic Top-loading Packing Cell, Format P1 for the Work Cell, and other items as more fully described in Offer #20-034566-A0 dated January 26, 2021. The foregoing equipment is listed in Proof of Claim No. 110, Exhibits "1" – "4" and "6" – "8." *See also* generally, Sale Motion [Dkt. 352], ECF, pp. 126-127. |
| Robert Reiser & Co., Inc. ("Reiser") | $597,638.78 or any such higher amount of allowed claim at the time of the Auction | The Debtors and Reiser are still discussing issues that would affect whether Reiser can and will credit bid for the subject equipment. | (1) ONE VEMAG ROBOT HP-10E (HT) including all tooling, standard and accessory equipment and (2) ONE REPAK MODEL RE25/7 including all tooling, standard and accessory equipment. The foregoing equipment is listed Reiser's objection to the Sale Motion [Dkt 379], at in Proof of Claim No. 110, Exhibits "1" and "3." |

---

[7] Subject Assets may include certain related Assets.

-18-

**PLEASE TAKE FURTHER NOTICE** that the following Bids will be the Opening Bids at the Auction for the following Assets, provided that all Bids must ultimately conform to the terms required by the Bid Procedures Order and Bid Procedures and be documented pursuant to APAs that materially conform with the form APA approved pursuant to the Bid Procedures Order:

| **BIDDER** | **OPENING BID AMOUNT** | **ASSETS SUBJECT TO BID** |
|---|---|---|
| Planted Ventures, LLC | $1,500,000 | (1) Ittella's Chef LLC's 100% ownership interests in Ittella Italy SRL, which is not a debtor in any bankruptcy case in the United States.<br><br>(2) All of the Debtors' Intellectual Property, which consists of the following Trademarks listed in the Bid Procedures [Dkt. 273], at Exhibit "1," at Exhibit "A," ECF pp. 24-25 of 286. |
| Cardenas Three, LLC | $1,800,000 | The following equipment assets located at the Debtors' premises at 2810 Karsten Ct. SE, Albuquerque, NM and related rights:<br><br>114      Hartmann Model VS-320<br>115      Lawrence Model OPA5410-04 Accumulation Conveyor<br>116      Lawrence Model OST1054-18, Six Row Tortilla Stacker<br>117      Lot.- Small Chip Line<br>118      Lot.- Flour Tortilla Line<br>119      Lot.- Corn Line<br><br>The number references above are to lot numbers in the Hilco Valuation Services appraisal of the Debtors' equipment, dated as of February 24, 2023.  The foregoing equipment is also listed in the Bid Procedures [Dkt. 273], at Exhibit "1," at Exhibit "A," ECF pp. 63-65 of 286. |
| LKV, LLC | $1,300,000 | (1) All of the Debtors' owned equipment assets located at the Debtors' premises at 4718 Belmont Ave. Youngstown, OH, which do not include Sacmi Model Flow Pack JT-Pro (S/N IPPC21MA081) or Sacmi Model ISOLA Trifunzionale (S/N IPPC21MA027), and related rights, (2) certain Accounts Receivable related to the ongoing operation of BCI.  The foregoing equipment is listed in the Bid Procedures [Dkt. 273], at Exhibit "1," at Exhibit "A," ECF pp. 77-84 of 286, and (3) any Intellectual Property related to the ongoing operation of BCI. |

| BIDDER | OPENING BID AMOUNT | ASSETS SUBJECT TO BID |
|--------|--------------------|-----------------------|
|        |                    |                       |
| Hilco  | $1,150,000         | All of the Debtors' owned equipment assets located at the Debtors' premises at Alondra Blvd., Paramount, CA, which does not include the leased Langen Model Mpac B1-M (S/N MN102604), and related rights.  The foregoing equipment is listed in the Bid Procedures [Dkt. 273], at Exhibit "1," at Exhibit "A," ECF pp. 32-45 of 286. |
| Hilco  | $1,350,000         | All of the Debtors' owned equipment assets located at the Debtors' premises at 3041 University Blvd., SE Albuquerque, NM, which does not include the leased Langen Model Mpac B1-M (S/N MN102614) and related rights.  The foregoing equipment is listed in the Bid Procedures [Dkt. 273], at Exhibit "1," at Exhibit "A," ECF pp. 49-62 of 286. |

Dated: September 14, 2023

LEVENE, NEALE, BENDER YOO
& GOLUBCHIK L.L.P.

By:    /s/ Todd M. Arnold
        DAVID L. NEALE
        TODD A. ARNOLD
        ROBERT M. CARRASCO
Counsel for Chapter 11 Debtors and
Debtors in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **DEBTORS' NOTICE OF QUALIFIED BIDS AND OPENING BIDS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 14, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Mark A Amendola**    mamendola@martynlawfirm.com
- **Todd M Arnold**    tma@lnbyg.com
- **Marshall J August**    maugust@frandzel.com, rsantamaria@frandzel.com
- **Tanya Behnam**    tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Michael Jay Berger**    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Daren Brinkman**    firm@brinkmanlaw.com, 7764052420@filings.docketbird.com
- **Robert Carrasco**    rmc@lnbyg.com
- **Abram Feuerstein**    abram.s.feuerstein@usdoj.gov
- **John-Patrick M Fritz**    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **Michael I. Gottfried**    mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- **Everett L Green**    everett.l.green@usdoj.gov
- **David S Hagen**    davidhagenlaw@gmail.com
- **Mark S Horoupian**    mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com
- **K Kenneth Kotler**    kotler@kenkotler.com, linda@kenkotler.com
- **Jeffrey A Krieger**    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Aaron J Malo**    amalo@sheppardmullin.com, clopez@sheppardmullin.com;abilly@sheppardmullin.com
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Kyle J Mathews**    kmathews@sheppardmullin.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Angela Z Miller**    amiller@phillipslytle.com, styrone@phillipslytle.com
- **John A Moe**    john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com
- **Tania M Moyron**    tania.moyron@dentons.com, rebecca.wicks@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- **Alan I Nahmias**    anahmias@mbn.law, jdale@mbn.law
- **David L. Neale**    dln@lnbyg.com
- **Matthew D. Resnik**    Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **Edward Rubacha**    er@jhkmlaw.com, docket@jhc.law;am@jhc.law
- **Paul R Shankman**    PShankman@fortislaw.com, info@fortislaw.com
- **Amit Kumar Sharma**    amit.sharma@aisinfo.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**

1

- **David Samuel Shevitz    david@shevitzlawfirm.com,
  shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com**

2

- **Ronald P Slates    rslates2@rslateslaw.com,
  scannavan@rslateslaw.com;slatesecf@rslateslaw.com**

3

- **Lindsey L Smith    lls@lnbyg.com, lls@ecf.inforuptcy.com**
- **Randy S Snyder    rsnyder@rsslegal.com**

4

- **Alan G Tippie    Alan.Tippie@gmlaw.com,
  atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com**

5

- **United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov**

6

- **Glenn S Walter    gwalter@honigman.com**
- **Roye Zur    rzur@elkinskalt.com,
  cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com**

7

8
9
10

**2. <u>SERVED BY UNITED STATES MAIL</u>:** On **September 14, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

11
12
13

In re itella International LLC
Case No. 10097
RSN
Served by U.S. Mail or **NEF** if marked
with an *

Honorable Sandra R. Klein
United States Bankruptcy Court
255 E. Temple Street, Suite 1582
Courtroom 1575
Los Angeles, CA 90012

14
15
16

Attn: BMW Financial Services NA,
LLC Department /AIS Portfolio
Services, LLC / Amit Sharma **(NEF)***
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

SUITABLE STAFFING SOLUTIONS, INC.
c/o Frandzel Robins Bloom & Csato, L.C.
Attn: Marshall J. August **(NEF)***
1000 Wilshire Boulevard, 19th Floor
Los Angeles, California, 90017-2427

17
18
19

Edward Rubacha **(NEF)***
Jennings Haug Keleher McLeod,
L.L.P.
2800 N. Central Avenue, Suite 1800
Phoenix, AZ 85004-1049

SKILLSET GROUP LLC
c/o Law Offices of K. Kenneth Kotler
Attention: K. Kenneth Kotler **(NEF)***
1901 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067

20

☐ *Additional service per Proof of Service to be filed by Stretto*

21
22
23

**3.  <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 14, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

24
25

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

26

September 14, 2023        Lourdes Cruz            */s/ Lourdes Cruz*
_____
*Date*            *Type Name*            *Signature*

27

28

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                    **F 9013-3.1.PROOF.SERVICE**