DAVID L. NEALE (SBN 141225)
TODD M. ARNOLD (SBN 221868)
ROBERT M. CARRASCO (SBN 334642)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: DLN@LNBYG.COM; TMA@LNBYG.COM; RMC@LNBYG.COM

Attorneys for Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:

☐ ITTELLA INTERNATIONAL LLC,
a California limited liability company
☐ ITTELLA'S CHEF, LLC,
a California limited liability company
☐ TATTOOED CHEF, INC.,
a Delaware corporation
☐ MYJOJO, INC.,
a Delaware corporation
☐ NEW MEXICO FOOD DISTRIBUTORS,
INC., a New Mexico corporation
☐ KARSTEN TORTILLA FACTORY, LLC,
a New Mexico limited liability company
☐ BCI ACQUISITION, INC.,
a Delaware corporation
☐ TTCF-NM HOLDINGS INC.,
a Delaware corporation
☒ All Debtors

Debtors and Debtors-in-Possession.

Lead Case No.: 2:23-bk-14154-SK

Jointly administered with Case Nos.
2:23-bk-14159-SK; 2:23-bk-14161-SK;
2:23-bk-14157-SK; 2:23-bk-14158-SK;
2:23-bk-14155-SK; 2:23-bk-14156-SK; and
2:23-bk-14160-SK

Chapter 11 Cases

**DEBTORS' SUPPLEMENT TO MOTION FOR ENTRY OF AN ORDER (1) APPROVING SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS; (2) APPROVING CURE AMOUNTS AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS; (3) WAIVING THE 14-DAY STAY PERIODS SET FORTH IN BANKRUPTCY RULES 6004(h) AND 6006(d); AND (4) GRANTING RELATED RELIEF; DECLARATIONS IN SUPPORT THEREOF**

Date:       September 27, 2023
Time:       9:00 a.m.
Location:   Courtroom 1575
            255 East Temple Street
            Los Angeles, California 90012
            [Also VIA ZoomGov]

1

The Debtors[1] in the above-captioned, jointly administered Chapter 11 bankruptcy cases hereby file this supplement (the "Supplement") to their Sale Motion as required by the Bid Procedures Order, which provides that this Supplement is to provide information describing the Auction(s), bids before and during the Auction(s), the Winning Bidder(s) and Winning Back-Up Bidder(s), any bases for a good faith finding under Section 363(m), Contracts and Leases to be assumed and assigned and/or rejected, and adequate assurance information regarding Designated Agreements that will be assumed and assigned.

## I.  INTRODUCTION

On September 19, 2023, the Debtors conducted an active, successful Auction of substantially all of their Assets.  Pursuant to the Sale Motion and this Supplement, the Debtors are seeking this Court's approval of the Asset sales made at the Auction, which are further detailed below.  The Auction was conducted in accordance with the Court-approved Bid Procedures, and all Qualified Bidders were allowed to fully participate at the Auction which was free from any collusion.  The Debtors and their investment banker, SCH, believe that the Auction resulted in the Debtors obtaining the highest and best price for the Assets under the circumstances.  The Debtors are informed and believe that all secured creditors consent to the sales of the Debtors' Assets to the Winning Bidders (or, to the extent required, any Winning Back-Up Bidders) as further described below.  Moreover, as discussed in the Debtors' omnibus reply to the Initial Sale Motion Objections and as will be further discussed at the hearing on the Sale Motion, the Debtors believe that all Initial Sale Motion Objections to the Sale Motion have been, or will be, resolved.  Based on the foregoing, the Debtors submit that the Sale Motion should be granted and that the sales of the Assets to the Winning Bidders (or, to the extent required, any Winning Back-Up Bidders) should be approved.

## II.  SUPPLEMENT TO SALE MOTION

**1.     Bids Before the Auction.**

As discussed in the Sale Motion, SCH actively marketed the Assets over a protracted

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in (A) the Bid Procedures Order [Dkt. 277], (B) the Debtors' Sale Motion, [Dkt. 352], and (C) the notice of the Sale Motion [Dkt. 356]

period and negotiated bid and sale terms with potential Bidders consistent with the Court-approved Bid Procedures and form APA.  As required by the Bid Procedures, (1) on August 30, 2023, the Debtors filed their *Notice of Stalking Horse Bids* [Dkt. 343, as amended by Dkt. 345] identifying Stalking Horse Bids and (2) on September 14, 2023, the Debtors filed their *Notice of Qualified Bids and Opening Bids* [Dkt. 404, as amended by Dkt. 418], which reiterated Stalking Horse Bids and identified Initial Bids considered to be Qualified Bids, Bidders that were or could become Qualified Bidders, and opening Bids for the Auction.[2]

**2.       The Auction.**

On September 19, 2023, the Debtors, with the assistance of their investment banker, SCH, which took the lead in conducting the Auction, and their counsel, LNBYG, conducted an Auction of the Debtors' Assets in accordance with the Court-approved Bid Procedures.  The Auction was attended by (1) professionals retained by both Committees in the cases, (2) UMB, the Debtors' pre- and postpetition secured lender, and its professionals, and (3) fourteen (14) Qualified Bidders and their professionals.  The Assets were offered for overbids in lots created by the Stalking Horse Bids and Opening Bids, as well as in various other combinations aimed at obtaining the highest and best price for the Assets.  There was active bidding on the various lots, all of which was done in the presence of all Qualified Bidders and recorded by video and a court reporter.

**3.       Bids During the Auction and the Winning Bidders and Winning Back-Up Bidders.**

As discussed above (1) there were numerous Bids before and during the Auction, (2) notices of the pre-Auction Stalking Horse and other Initial Bids, as well as opening Bids were filed with the Court, and (3) Bids at the Auction were recorded and made in the presence of all Qualified Bidders.  At the conclusion of the Auction, subject to Court approval, the Debtors accepted the following Winning Bids and Winning Back-Up Bids:

---

[2] Due to the limit of five (5) pages for this Supplement, the Debtors respectfully refer the Court to the foregoing pleadings.

| Assets | Winning Bidder | Winning Bid | Cash or Credit Bid | Backup Bidder | Winning Back-Up Bid | Notes: |
|---|---|---|---|---|---|---|
| BCI (equipment (Lots 188-226 other than SACMI Equipment), AR, Inventory, and IP) | LKV, LLC | $1,450,000 | Cash | None | | Plus any prepaid inventory present at closing or pre-paid and received after closing paid on a dollar for dollar basis, plus 80% to BCI of AR over $500.000 collected. |
| SACMI Equipment (SACMI Model Flow Pack JT-Pro (S/N IPPC21MA081) and SACMI Model ISOLA Trifunzionale (S/N IPPC21MA027), and related rights. | SACMI USA, Ltd. | $619,413.89 | Credit | None | | Waiver of any deficiency or other claims against the Debtors' estates. |
| Paramount (equipment (Lots 1-42)) | Stiebs, LLC/ Wawona Frozen Foods | $1,460,000 | Cash | PPL Acquisition Group, LLC | $1,250,000 | |
| Rocket Executory Contracts (Executory Contracts related to Purchase Orders 210928, 210930, and 220588) | Rocket Machine Works Inc. | $300,000 | Cash | None | | Plus waiver cure claim of $563,818.88. |
| Desert Surf (equipment (Lots 134-187) and lease of real property from Tortilla Building, LLC located at 1700 Desert Surf Circle., NE Albuquerque, NM, 87107 ) | Aliya Foods Limited | $1,367,000 | Cash | PPL Acquisition Group, LLC | $1,050,000 | Plus payment of cure amount to Tortilla Building, LLC up to $17,325.00 regarding the real property lease, subject to agreement before the sale hearing. |
| University (equipment (Lots 60-112)) | Aliya Foods Limited | $1,650,000 | Cash | None | | |
| Reiser Equipment (ONE VEMAG ROBOT HP-10E (HT) and (ii) ONE REPAK MODEL RE25/7) | Reiser & Co., Inc. | $250,000 | Credit | None | | Plus waiver deficiency claim in the approximate amount of $347,638.78. |
| Karsten (equipment (Lots 114-119)) | Cardenas Three, LLC | $1,800,000 | Cash | None | | |
| Karsten (excess equipment (Lots 113 and 122-133) | Cardenas Three, LLC | $315,000 | Cash | Aliya Foods Limited | $300,000 | |
| Karsten (real property located at 2810 Karsten Court S.E., Albuquerque, NM 87102) | Hilco Commercial Industrial LLC | $4,575,000 | Cash | Planted Ventures, LLC | $4,508,000 | Karsten required to (1) cure amounts under "IRB Lease" by paying |

| Assets | Winning Bidder | Winning Bid | Cash or Credit Bid | Backup Bidder | Winning Back-Up Bid | Notes: |
|---|---|---|---|---|---|---|
| | | | | | | approximately $2.593 million owed to Nusenda, (2) exercise $1 purchase option for the subject real property under the "IRB Lease," and (3) deliver title to the subject real property. |
| IP (other than BCI) | Planted Ventures, LLC | $775,000 | Cash | Aliya Foods Limited | $750,000 | |
| IC, LLC's equity interests in Ittella Italy SRL | Planted Ventures, LLC | $1,000,000 | Cash | None | | |
| Acai (~ 1.074 mm kg) | Stiebs, LLC $2.63/kg | $2,824,620 | Cash | Amafruits, LLC $2.58/kg | $2,770,920 | Approximate cash amounts based on approximate total kg of acai. |
| **Total (_not_ including 80% recovery to BCI for collections over $500,000 on BCI AR.** | | **$18,386,033.89** [3] | | | | |

## 4.    Bases for Good Faith Findings Under Section 363(m).

As set forth in the attached declarations from the Winning Bidders and Back-Up Winning Bidders, the Auction was conducted in an open manner without fraud or collusion, and Bids and terms for the sales of Assets were negotiated at arms' length bargaining positions such that the Winning Bidders and Back-Up Winning Bidders are entitled to good faith findings and the protections afforded under Section 363(m).

## 5.    Contracts and Leases to Be Assumed and Assigned and/or Rejected, and Adequate Assurance Information Regarding Designated Agreements That Will be Assumed And Assigned.

The only Contract or Lease to be assumed is TTCF's lease of real property from Tortilla Building, LLC ("TB, LLC") located at 1700 Desert Surf Circle., NE Albuquerque, NM, 87107, which the Debtors are seeking to assume and assign to Aliya Foods Limited ("Aliya").  TB, LLC

---

[3] This is in addition to the proceeds from the sale of the Chip Line, which was $5,750,000, for a combined total sale price of **$24,136,033.89** for the Assets sold.

asserts that a Cure Amount of $17,325.00 based on alleged professional fees and expenses reimbursable under the subject Lease, must be paid before the Lease can be assumed and assigned. The Debtors will work with TB, LLC and Aliya to come to agreement on the Cure Amount, which is to be paid by Aliya. Subject to agreement among the Debtor, TB, LLC, and Aliya, and approval by the Court, the Debtors suggest that adequate assurance of future performance be provided in the form of (1) a deposit equal to the current deposit on the subject Lease and (2) Aliya's provision of financial information to TB, LLC demonstrating Aliya's ability to perform obligations under the subject Lease. Since this Supplement is being filed less than 24 hours after the conclusion of the Auction and the identification of Aliya as the entity to which TTCF is seeking to assign the subject Lease, some additional time to work out the foregoing issues is needed. However, the Debtors are confident that agreement on these items can be reached in advance of the hearing on the Sale Motion.

## III.  CONCLUSION

**WHEREFORE**, the Debtors respectfully request that the Court enter an order: (1) overruling any Initial Sale Motion Objections that are not resolved by the Debtors and the objecting party; (2) granting the relief specified in items (1) – (12) of the Sale Motion,[4] and (3) granting such other and further relief as the Court deems just and proper.

Dated:  September 20, 2023

LEVENE, NEALE, BENDER, YOO
  & GOLUBCHIK L.L.P.

By:   */s/ Todd M. Arnold*
     DAVID L. NEALE
     TODD M. ARNOLD
     ROBERT M. CARRASCO
    Attorneys for Debtors and Debtors in Possession

---

[4] That relief includes payment of fees owed to SCH, which total $475,000, assuming the Debtors make required monthly payments through September 2023, plus expenses (TBD pursuant to declaration to be filed in advance of hearing on Sale Motion), plus commission on BCI AR recoveries, plus any additional commissions that would be owed on any supplemental sales, which would be sought by supplemental pleadings.

## DECLARATION OF EDWARD BIDANSET

I, Edward Bidanset, hereby declare as follows:

1.      Except where otherwise stated, I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2.      I make this declaration in support of the Supplement to which this declaration is attached.  Unless otherwise stated, all capitalized terms herein have the same meanings as in the foregoing Supplement.

3.      I serve as the Chief Restructuring Officer of the Debtors in the above-captioned, jointly administered, Chapter 11 bankruptcy cases pursuant to the Court's order [Dkt. 121] granting the Debtors' *Emergency Motion For Entry Of An Order (1) Authorizing The Retention Of Cutsheet Express, LLC ["CE"]; (2) Authorizing The Designation Of Edward Bidanset As Chief Restructuring Officer Effective As Of The Petition Date; And (3) Granting Related Relief* [Dkt. 11].

4.      I am the sole member, manager, and employee of CE, which is an internationally recognized restructuring and turnaround firm with substantial experience in providing interim management and financial advisory services and has an excellent reputation for its work in complex situations including in Chapter 11 cases on behalf of debtors and creditors throughout the United States.

5.      I am a turnaround executive with more than 35 years of financial consulting and management experience.  I have an extensive background in turnarounds, crisis management, investment banking, and sales of assets in and out of bankruptcy cases.  I have worked with both Fortune 500 firms and privately held companies, acting as an advisory consultant or taking on the role of CRO, CFO or COO.  I have particular expertise working with companies in the consumer products, food processing, retail, printing, plastics and metals industries.

6.      I have been a member of the Turnaround Management Association (TMA) and the Financial Executives Institute.  I hold a Bachelor's degree in Economics from the State University of New York (SUNY) at Cortland and an MBA from Duke University's Fuqua School of Business.

7.      I have reviewed and am familiar with and am knowledgeable about the books and records of the Debtors, which books and records are made in the regular practice of business, kept in the regular course of business, made by a person with knowledge of the events and information related thereto, and made at or near the time of events and information recorded.

8.      As discussed in the Sale Motion and my declaration thereon, I am informed and believe that SCH actively marketed the Assets over a protracted period and negotiated bid and sale terms with potential Bidders consistent with the Court-approved Bid Procedures and form APA.  As required by the Bid Procedures, (1) on August 30, 2023, the Debtors filed their *Notice of Stalking Horse Bids* [Dkt. 343, as amended by Dkt. 345] identifying Stalking Horse Bids and (2) on September 14, 2023, the Debtors filed their *Notice of Qualified Bids and Opening Bids* [Dkt. 404, as amended by Dkt. 418], which reiterated Stalking Horse Bids and identified Initial Bids considered to be Qualified Bids, Bidders that were or could become Qualified Bidders, and opening Bids for the Auction.

9.      On September 19, 2023, the Debtors, with the assistance of their investment banker, SCH, which took the lead in conducting the Auction, and their counsel, LNBYG, conducted an Auction of the Debtors' Assets in accordance with the Court-approved Bid Procedures.  The Auction was attended by (1) professionals retained by both Committees in the cases, (2) UMB, the Debtors' pre- and postpetition secured lender, and its professionals, and (3) fourteen (14) Qualified Bidders and their professionals.  The Assets were offered for overbids in lots created by the Stalking Horse Bids and Opening Bids, as well as in various other combinations aimed at obtaining the highest and best price for the Assets.  There was active bidding on the various lots, all of which was done in the presence of all Qualified Bidders and recorded by video and a court reporter.

10.      As discussed above (1) there were numerous Bids before and during the Auction, (2) notices of the pre-Auction Stalking Horse and other Initial Bids, as well as opening Bids were filed with the Court, and (3) Bids at the Auction were recorded and made in the presence of all Qualified Bidders.  At the conclusion of the Auction, subject to Court approval, the Debtors accepted the following Winning Bids and Winning Back-Up Bids:

| Assets | Winning Bidder | Winning Bid | Cash or Credit Bid | Backup Bidder | Winning Back-Up Bid | Notes: |
|---|---|---|---|---|---|---|
| BCI (equipment (Lots 188-226 other than SACMI Equipment), AR, Inventory, and IP) | LKV, LLC | $1,450,000 | Cash | None | | Plus any prepaid inventory present at closing or pre-paid and received after closing paid on a dollar for dollar basis, plus 80% to BCI of AR over $500.000 collected. |
| SACMI Equipment (SACMI Model Flow Pack JT-Pro (S/N IPPC21MA081) and SACMI Model ISOLA Trifunzionale (S/N IPPC21MA027), and related rights. | SACMI USA, Ltd. | $619,413.89 | Credit | None | | Waiver of any deficiency or other claims against the Debtors' estates. |
| Paramount (equipment (Lots 1-42)) | Stiebs, LLC/ Wawona Frozen Foods | $1,460,000 | Cash | PPL Acquisition Group, LLC | $1,250,000 | |
| Rocket Executory Contracts (Executory Contracts related to Purchase Orders 210928, 210930, and 220588) | Rocket Machine Works Inc. | $300,000 | Cash | None | | Plus waiver cure claim of $563,818.88. |
| Desert Surf (equipment (Lots 134-187) and lease of real property from Tortilla Building, LLC located at 1700 Desert Surf Circle., NE Albuquerque, NM, 87107 ) | Aliya Foods Limited | $1,367,000 | Cash | PPL Acquisition Group, LLC | $1,050,000 | Plus payment of cure amount to Tortilla Building, LLC up to $17,325.00 regarding the real property lease, subject to agreement before the sale hearing. |
| University (equipment (Lots 60-112)) | Aliya Foods Limited | $1,650,000 | Cash | None | | |
| Reiser Equipment (ONE VEMAG ROBOT HP-10E (HT) and (ii) ONE REPAK MODEL RE25/7) | Reiser & Co., Inc. | $250,000 | Credit | None | | Plus waiver deficiency claim in the approximate amount of $347,638.78. |
| Karsten (equipment (Lots 114-119)) | Cardenas Three, LLC | $1,800,000 | Cash | None | | |
| Karsten (excess equipment (Lots 113 | Cardenas Three, LLC | $315,000 | Cash | Aliya Foods Limited | $300,000 | |

| Assets | Winning Bidder | Winning Bid | Cash or Credit Bid | Backup Bidder | Winning Back-Up Bid | Notes: |
|---|---|---|---|---|---|---|
| and 122-133) | | | | | | |
| Karsten (real property located at 2810 Karsten Court S.E., Albuquerque, NM 87102) | Hilco Commercial Industrial LLC | $4,575,000 | Cash | Planted Ventures, LLC | $4,508,000 | Karsten required to (1) cure amounts under "IRB Lease" by paying approximately $2.593 million owed to Nusenda, (2) exercise $1 purchase option for the subject real property under the "IRB Lease," and (3) deliver title to the subject real property. |
| IP (other than BCI) | Planted Ventures, LLC | $775,000 | Cash | Aliya Foods Limited | $750,000 | |
| IC, LLC's equity interests in Ittella Italy SRL | Planted Ventures, LLC | $1,000,000 | Cash | None | | |
| Acai (~ 1.074 mm kg) | Stiebs, LLC $2.63/kg | $2,824,620 | Cash | Amafruits, LLC $2.58/kg | $2,770,920 | Approximate cash amounts based on approximate total kg of acai. |
| **Total (_not_ including 80% recovery to BCI for collections over $500,000 on BCI AR.** | | **$18,386,033.89** | | | | |

11.     Sam Galletti, a former officer and current director of one or more of the Debtors owns or controls Winning Bidder Planted Ventures, LLC.  However, decisions regarding the highest and best Bids at the Auction were made solely by me, in consultation with the Debtors' professionals, and without Mr. Galletti's input.

12.     To my knowledge, the Auction was conducted in an open manner without fraud or collusion, and Bids and terms for the sales of Assets were negotiated at arms' length

bargaining positions such that, in my opinion, the Winning Bidders and Back-Up Winning Bidders are entitled to good faith findings and the protections afforded under Section 363(m).

13.     The only Contract or Lease to be assumed is TTCF's lease of real property from Tortilla Building, LLC ("TB, LLC") located at 1700 Desert Surf Circle., NE Albuquerque, NM, 87107, which the Debtors are seeking to assume and assign to Aliya Foods Limited ("Aliya"). TB, LLC asserts that a Cure Amount of $17,325.00 based on alleged professional fees and expenses reimbursable under the subject Lease must be paid before the Lease can be assumed and assigned.  The Debtors will work with TB, LLC and Aliya to come to agreement on the Cure Amount, which is to be paid by Aliya.  Subject to agreement among the Debtor, TB, LLC, and Aliya, and approval by the Court, the Debtors suggest that adequate assurance of future performance be provided in the form of (1) a deposit equal to the current deposit on the subject Lease and (2) Aliya's provision of financial information to TB, LLC demonstrating Aliya's ability to perform obligations under the subject Lease.  Since this Supplement is being filed less than 24 hours after the conclusion of the Auction and the identification of Aliya as the entity to which TTCF is seeking to assign the subject Lease, some additional time to work out the foregoing issues is needed.  However, I am confident that agreement on these items can be reached in advance of the hearing on the Sale Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 20th day of September 2023, at _____.


_____
EDWARD BIDANSET

1

## DECLARATION OF KEN MANN

2    I, Ken Mann, hereby declare as follows:

3    1.    Except where otherwise stated, I have personal knowledge of the facts set forth

4    below and, if called to testify, would and could competently testify thereto.

5    2.    I make this declaration in support of the Supplement to which this declaration is

6    attached.  Unless otherwise stated, all capitalized terms herein have the same meanings as in the

7    Supplement.

8    3.    I am a Managing Director of SC&H Group, Inc ("SCH"), which serves as the he

9    Debtors' investment banker in the above-captioned, jointly administered, Chapter 11 bankruptcy

10   cases pursuant to the Court's order [Dkt. 171] granting the *Application Of Chapter 11 Debtors*

11   *And Debtors In Possession To Employ SC&H Group, Inc. As Investment Banker Pursuant To 11*

12   *U.S.C. § 327(A)* [Dkt. 110].

13   4.    I earned a bachelor's in business administration with a marketing concentration

14   from Salisbury University.  I have more than 25 years of experience in special situations M&A

15   and sale transactions, including sales of distressed assets.  I am a licensed Real Estate Agent in

16   Florida and hold hundreds of hours of continuing education related to commercial real estate,

17   bankruptcy/insolvency, and maximizing return in the sale of troubled companies and a licensed

18   investment banker (Series 79).  I have testified in numerous cases as an expert witness in

19   bankruptcy courts regarding bid procedures and maximizing value in sales. I am an active

20   member of the American Bankruptcy Institute (ABI), Turnaround Management Association

21   (TMA), and International Women's Insolvency and Restructuring Confederation (IWIRC).  In

22   May 2022, I was elected to ABI's National Board of Directors and in April of 2021 was named a

23   Chairperson of ABI's Financial Advisor and Investment Banking Committee.  I was recognized

24   as ABI's 2021 Committee Member of the Year for my efforts.

25   5.    On September 19, 2023, the Debtors, with the assistance of SCH, which took the

26   lead in conducting the Auction, and the Debtors' counsel, LNBYG, conducted an Auction of the

27   Debtors' Assets in accordance with the Court-approved Bid Procedures.  The Auction was

28   attended by (1) both Committee's appointed in the cases and their professionals, (2) UMB, the

Debtors pre- and postpetition secured lender, and its professionals (3) and fourteen (14) Qualified Bidders and their professionals. The Assets were offered for overbids in lots created by the Stalking Horse Bids and Opening Bids, as well as in various other combinations aimed at obtaining the highest and best price for the Assets. There was active bidding on the various lots, all of which was done in the presence of all Qualified Bidders and recorded by video and a court reporter.

6.    As discussed above (1) there were numerous Bids before and during the Auction, (2) notices of the pre-Auction Stalking Horse and other Initial Bids, as well as opening Bids were filed with the Court, and (3) Bids at the Auction were recorded and made in the presence of all Qualified Bidders. At the conclusion of the Auction, subject to Court approval, the Debtors accepted the following Winning Bids and Winning Back-Up Bids

| Assets | Winning Bidder | Winning Bid | Cash or Credit Bid | Backup Bidder | Winning Back-Up Bid | Notes: |
|--------|----------------|-------------|--------------------|--------------|--------------------|--------|
| BCI (equipment (Lots 188-226 other than SACMI Equipment), AR, Inventory, and IP) | LKV, LLC | $1,450,000 | Cash | None | | Plus any prepaid inventory present at closing or pre-paid and received after closing paid on a dollar for dollar basis, plus 80% to BCI of AR over $500.000 collected. |
| SACMI Equipment (SACMI Model Flow Pack JT-Pro (S/N IPPC21MA081) and SACMI Model ISOLA Trifunzionale (S/N IPPC21MA027), and related rights. | SACMI USA, Ltd. | $619,413.89 | Credit | None | | Waiver of any deficiency or other claims against the Debtors' estates. |
| Paramount (equipment (Lots 1-42)) | Stiebs, LLC/ Wawona Frozen Foods | $1,460,000 | Cash | PPL Acquisition Group, LLC | $1,250,000 | |
| Rocket Executory Contracts (Executory Contracts related to Purchase Orders 210928, 210930, and 220588) | Rocket Machine Works Inc. | $300,000 | Cash | None | | Plus waiver cure claim of $563,818.88. |

| **Assets** | **Winning Bidder** | **Winning Bid** | **Cash or Credit Bid** | **Backup Bidder** | **Winning Back-Up Bid** | **Notes:** |
|---|---|---|---|---|---|---|
| Desert Surf (equipment (Lots 134-187) and lease of real property from Tortilla Building, LLC located at 1700 Desert Surf Circle., NE Albuquerque, NM, 87107 ) | Aliya Foods Limited | $1,367,000 | Cash | PPL Acquisition Group, LLC | $1,050,000 | Plus payment of cure amount to Tortilla Building, LLC up to $17,325.00 regarding the real property lease, subject to agreement before the sale hearing. |
| University (equipment (Lots 60-112)) | Aliya Foods Limited | $1,650,000 | Cash | None | | |
| Reiser Equipment (ONE VEMAG ROBOT HP-10E (HT) and (ii) ONE REPAK MODEL RE25/7) | Reiser & Co., Inc. | $250,000 | Credit | None | | Plus waiver deficiency claim in the approximate amount of $347,638.78. |
| Karsten (equipment (Lots 114-119)) | Cardenas Three, LLC | $1,800,000 | Cash | None | | |
| Karsten (excess equipment (Lots 113 and 122-133) | Cardenas Three, LLC | $315,000 | Cash | Aliya Foods Limited | $300,000 | |
| Karsten (real property located at 2810 Karsten Court S.E., Albuquerque, NM 87102) | Hilco Commercial Industrial LLC | $4,575,000 | Cash | Planted Ventures, LLC | $4,508,000 | Karsten required to (1) cure amounts under "IRB Lease" by paying approximately $2.593 million owed to Nusenda, (2) exercise $1 purchase option for the subject real property under the "IRB Lease," and (3) deliver title to the subject real property. |
| IP (other than BCI) | Planted Ventures, LLC | $775,000 | Cash | Aliya Foods Limited | $750,000 | |
| IC, LLC's equity interests in Ittella Italy SRL | Planted Ventures, LLC | $1,000,000 | Cash | None | | |
| Acai (~ 1.074 mm kg) | Stiebs, LLC $2.63/kg | $2,824,620 | Cash | Amafruits, LLC $2.58/kg | $2,770,920 | Approximate cash amounts based on approximate total kg of acai. |

14

| Assets | Winning Bidder | Winning Bid | Cash or Credit Bid | Backup Bidder | Winning Back-Up Bid | Notes: |
|---|---|---|---|---|---|---|
| **Total (_not_ including 80% recovery to BCI for collections over $500,000 on BCI AR.** | | $18,386,033.89 | | | | |

     7.     To my knowledge, the Auction was conducted in an open manner without fraud or collusion, and Bids and terms for the sales of Assets were negotiated at arms' length bargaining positions such that, in my opinion, the Winning Bidders and Back-Up Winning Bidders are entitled to good faith findings and the protections afforded under Section 363(m).

     8.     The relief requested in the Sale Motion includes the payment of fees owed to SCH, which total $475,000, assuming the Debtors make required monthly payments through September 2023, plus expenses (TBD pursuant to declaration to be filed in advance of hearing on Sale Motion), plus commission on BCI AR recoveries, plus any additional commissions that would be owed on any supplemental sales, which would be sought by supplemental pleadings.

     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

     Executed on this 20th day of September 2023, at Easton, Maryland.


_____
KEN MANN

**LKV, LLC**

**<u>DECLARATION OF L. KERRY VICKAR</u>**

I, L. Kerry Vickar, hereby declare as follows:

1.      Except where otherwise stated, I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2.      Unless otherwise stated, all capitalized terms herein have the same meanings as in the Supplement.

3.      I am the Manager of LKV, LLC, a Qualified Bidder.

4.      On September 19, 2023, the Debtors, with the assistance of SCH, which took the lead in conducting the Auction, and the Debtors' counsel, LNBYG, conducted an Auction of the Debtors' Assets, which I believe was conducted in accordance with the Court-approved Bid Procedures.

5.      The Assets were offered for overbids in lots created by the Stalking Horse Bids and Opening Bids, as well as in various other combinations.

6.      To my knowledge, the Auction was conducted in an open manner without fraud or collusion, and Bids and terms for the sales of Assets as they relate to the above-referenced Qualified Bidder were negotiated at arms' length bargaining positions such that, in my opinion, the above-referenced Qualified Bidder is entitled to a good faith finding and the protections afforded under Section 363(m).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 20th day of September 2023, at Charlotte, North Carolina.

L. Kerry Vickar
_____
L. Kerry Vickar

_____
L. Kerry Vickar

1

**SACMI USA, Ltd.**

2

**DECLARATION OF ERIC BEAVER**

3

I, Eric Beaver, hereby declare as follows:

4

1. Except where otherwise stated, I have personal knowledge of the facts set forth

5

below and, if called to testify, would and could competently testify thereto.

6

2. Unless otherwise stated, all capitalized terms herein have the same meanings as in

7

the Supplement.

8

3. I am the Chief Financial Officer of SACMI USA, Ltd., a Qualified Bidder.

9

4. On September 19, 2023, the Debtors, with the assistance of SCH, which took the

10

lead in conducting the Auction, and the Debtors' counsel, LNBYG, conducted an Auction of the

11

Debtors' Assets, which I believe was conducted in accordance with the Court-approved Bid

12

Procedures.

13

5. To my knowledge, the Assets were offered for overbids in lots created by the

14

Stalking Horse Bids and Opening Bids, as well as in various other combinations.

15

6. To my knowledge, the Auction was conducted in an open manner without fraud

16

or collusion, and Bids and terms for the sales of Assets as they relate to the above-referenced

17

Qualified Bidder were negotiated at arms' length bargaining positions such that, in my opinion,

18

the above-referenced Qualified Bidder is entitled to a good faith finding and the protections

19

afforded under Section 363(m).

20

I declare under penalty of perjury under the laws of the United States that the foregoing is

21

true and correct.

22

Executed on this 20th day of September 2023, at Urbandale, Iowa.

23

24

Eric Beaver
[print name]

25

26

[sign name]

27

28

**Stiebs, LLC**

**DECLARATION OF BRADLEY W. MILLER**

I, Bradley W. Miller, hereby declare as follows:

1.      Except where otherwise stated, I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2.      Unless otherwise stated, all capitalized terms herein have the same meaning as in the Supplement.

3.      I am the co-owner and managing member of Stiebs, LLC ("Stiebs"), a Qualified Bidder. Stiebs is not an "insider" of the Debtors or of any affiliate or related entity of the Debtors, as that term is defined in the Bankruptcy Code.

4.      On September 19, 2023, the Debtors conducted an Auction of the Debtors' Assets, which I believe was conducted in accordance with the Court-approved Bid Procedures.

5.      To the best of my knowledge, the Assets were offered for overbids in lots created by the Stalking Horse Bids and Opening Bids, as well as in various other combinations.

6.      To the best of my knowledge, the Auction was conducted in an open manner without fraud or collusion.  Throughout the auction and sale process, Stiebs has acted in good faith and all negotiations were in good faith and at arms' length bargaining positions such that, in my opinion, Stiebs is entitled to a good faith finding and the protections afforded under Section 363(m).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 20th day of September 2023, at Reedley, California.

_____
Bradley W. Miller

**Wawona Frozen Foods**

**<u>DECLARATION OF WILLIAM S. SMITTCAMP</u>**

I, William S. Smittcamp, hereby declare as follows:

1.    Except where otherwise stated, I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2.    Unless otherwise stated, all capitalized terms herein have the same meaning as in the Supplement.

3.    I am the President and Chief Executive Officer of Wawona Frozen Foods ("Wawona"), a Qualified Bidder. Wawona is not an "insider" of the Debtors or of any affiliate or related entity of the Debtors, as that term is defined in the Bankruptcy Code.

4.    On September 19, 2023, the Debtors conducted an Auction of the Debtors' Assets, which I believe was conducted in accordance with the Court-approved Bid Procedures.

5.    To the best of my knowledge, the Assets were offered for overbids in lots created by the Stalking Horse Bids and Opening Bids, as well as in various other combinations.

6.    To the best of my knowledge, the Auction was conducted in an open manner without fraud or collusion.  Throughout the auction and sale process, Wawona has acted in good faith and all negotiations were in good faith and at arms' length bargaining positions such that, in my opinion, Wawona is entitled to a good faith finding and the protections afforded under Section 363(m).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 20th day of September 2023, at Clovis, California.

William S. Smittcamp

**Rocket Machine Works Inc.**

**<u>DECLARATION OF MIKE VON HUSEN</u>**

I, Mike von Husen, hereby declare as follows:

1.     Except where otherwise stated, I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2.     Unless otherwise stated, all capitalized terms herein have the same meanings as in the Supplement.

3.     I am the President of Rocket Machine Works Inc., a Qualified Bidder.

4.     On September 19, 2023, the Debtors, with the assistance of SCH, which took the lead in conducting the Auction, and the Debtors' counsel, LNBYG, conducted an Auction of the Debtors' Assets, which I believe was conducted in accordance with the Court-approved Bid Procedures.

5.     The Assets were offered for overbids in lots created by the Stalking Horse Bids and Opening Bids, as well as in various other combinations.

6.     To my knowledge, the Auction was conducted in an open manner without fraud or collusion, and Bids and terms for the sales of Assets as they relate to the above-referenced Qualified Bidder were negotiated at arms' length bargaining positions such that, in my opinion, the above-referenced Qualified Bidder is entitled to a good faith finding and the protections afforded under Section 363(m).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 20th day of September 2023, at Fresno, CA.

MIKE VON HUSEN

**Aliya Foods Limited**

**DECLARATION OF   GOOD FAITH**

I, Noorudin Jiwani, hereby declare as follows:

1.  Except where otherwise stated, I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2.  Unless otherwise stated, all capitalized terms herein have the same meanings as in the Supplement.

3.  I am the President [position] of Aliya Foods Limited, a Qualified Bidder.

4.  On September 19, 2023, the Debtors, with the assistance of SCH, which took the lead in conducting the Auction, and the Debtors' counsel, LNBYG, conducted an Auction of the Debtors' Assets, which I believe was conducted in accordance with the Court-approved Bid Procedures.

5.  The Assets were offered for overbids in lots created by the Stalking Horse Bids and Opening Bids, as well as in various other combinations.

6.  To my knowledge, the Auction was conducted in an open manner without fraud or collusion, and Bids and terms for the sales of Assets as they relate to the above-referenced Qualified Bidder were negotiated at arms' length bargaining positions such that, in my opinion, the above-referenced Qualified Bidder is entitled to a good faith finding and the protections afforded under Section 363(m).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 20th day of September 2023, at Nisku [city], Alberta, Canada [state].

_____  Noorudin Jiwani  _____
[print name]

_N. S. Jiwani_
[sign name]

**Cardenas Three, LLC**

**<u>DECLARATION OF NATE JANZEN</u>**

I, Nate Janzen, hereby declare as follows:

1.      Except where otherwise stated, I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2.      Unless otherwise stated, all capitalized terms herein have the same meanings as in the Supplement.

3.      I am the Chief Financial Officer of Magnolia Foods, LLC, an affiliate of Cardenas Three, LLC, a Qualified Bidder, and have participated in the sale process and attended the Auction at the direction of and on behalf of Cardenas Three, LLC. Cardenas Three, LLC has authorized me to submit this Declaration on its behalf.

4.      On September 19, 2023, the Debtors, with the assistance of SCH, which took the lead in conducting the Auction, and the Debtors' counsel, LNBYG, conducted an Auction of the Debtors' Assets, which I believe was conducted in accordance with the Court-approved Bid Procedures.

5.      The Assets were offered for overbids in lots created by the Stalking Horse Bids and Opening Bids, as well as in various other combinations.

6.      To my knowledge, the Auction was conducted in an open manner without fraud or collusion, and Bids and terms for the sales of Assets as they relate to the above-referenced Qualified Bidder were negotiated at arms' length bargaining positions such that, in my opinion, the above-referenced Qualified Bidder is entitled to a good faith finding and the protections afforded under Section 363(m).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 20th day of September 2023, at ___Rialto___, California.

_____
Nate Janzen

**Hilco Commercial Industrial, LLC**

**Hilco Real Estate, LLC**

**<u>DECLARATION OF SARAH BAKER</u>**

I, Sarah Baker, hereby declare as follows:

1.  Except where otherwise stated, I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2.  Unless otherwise stated, all capitalized terms herein have the same meanings as in the Supplement.

3.  I am the Vice President & Deputy General Counsel of Hilco Trading, LLC, the parent company and managing member of Hilco Commercial Industrial, LLC, a Qualified Bidder, and Hilco Real Estate, LLC, a Prevailing Bidder.

4.  On September 19, 2023, the Debtors, with the assistance of SCH, which took the lead in conducting the Auction, and the Debtors' counsel, LNBYG, conducted an Auction of the Debtors' Assets, which I believe was conducted in accordance with the Court-approved Bid Procedures.

5.  The Assets were offered for overbids in lots created by the Stalking Horse Bids and Opening Bids, as well as in various other combinations.

6.  To my knowledge, the Auction was conducted in an open manner without fraud or collusion, and Bids and terms for the sales of Assets as they relate to the above-referenced Prevailing Bidder were negotiated at arms' length bargaining positions such that, in my opinion, the above-referenced Prevailing Bidder is entitled to a good faith finding and the protections afforded under Section 363(m).

*[Rest of Page Left Intentionally Blank]*

1

2          I declare under penalty of perjury under the laws of the United States that the foregoing is

3    true and correct.

4          Executed on this 20th day of September 2023, at Northbrook, Illinois.

5                                    Sarah Baker

6

7                                    _____

8                                    VP & Deputy General Counsel, Hilco Trading, LLC
                                     Managing Member
9                                    Hilco Real Estate, LLC, Prevailing Bidder

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PPL Acquisition Group, LLC**

**<u>DECLARATION OF ALEX MAZER</u>**

I, ALEX MAZER, hereby declare as follows:

1.  Except where otherwise stated, I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2.  Unless otherwise stated, all capitalized terms herein have the same meanings as in the Supplement.

3.  I am the VICE PRESIDENT [position] of PPL Acquisition Group, LLC, a Qualified Bidder.

4.  On September 19, 2023, the Debtors, with the assistance of SCH, which took the lead in conducting the Auction, and the Debtors' counsel, LNBYG, conducted an Auction of the Debtors' Assets, which I believe was conducted in accordance with the Court-approved Bid Procedures.

5.  The Assets were offered for overbids in lots created by the Stalking Horse Bids and Opening Bids, as well as in various other combinations.

6.  To my knowledge, the Auction was conducted in an open manner without fraud or collusion, and Bids and terms for the sales of Assets as they relate to the above-referenced Qualified Bidder were negotiated at arms' length bargaining positions such that, in my opinion, the above-referenced Qualified Bidder is entitled to a good faith finding and the protections afforded under Section 363(m).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 20th day of September 2023, at CHICAGO [city], ILLINOIS [state].
ALEX MAZER

[sign name]

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **DEBTORS' SUPPLEMENT TO MOTION FOR ENTRY OF AN ORDER (1) APPROVING SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS; (2) APPROVING CURE AMOUNTS AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS; (3) WAIVING THE 14-DAY STAY PERIODS SET FORTH IN BANKRUPTCY RULES 6004(h) AND 6006(d); AND (4) GRANTING RELATED RELIEF; DECLARATIONS IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 20, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Mark A Amendola    mamendola@martynlawfirm.com**
- **Todd M Arnold    tma@lnbyg.com**
- **Marshall J August    maugust@frandzel.com, rsantamaria@frandzel.com**
- **Tanya Behnam    tbehnam@polsinelli.com,**
  **tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com**
- **Michael Jay Berger    michael.berger@bankruptcypower.com,**
  **yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com**
- **Daren Brinkman    firm@brinkmanlaw.com, 7764052420@filings.docketbird.com**
- **Robert Carrasco    rmc@lnbyg.com**
- **Abram Feuerstein    abram.s.feuerstein@usdoj.gov**
- **John-Patrick M Fritz    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com**
- **Michael I. Gottfried    mgottfried@elkinskalt.com,**
  **cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com**
- **Everett L Green    everett.l.green@usdoj.gov**
- **David S Hagen    davidhagenlaw@gmail.com**
- **Mark S Horoupian    mark.horoupian@gmlaw.com,**
  **mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com**
- **K Kenneth Kotler    kotler@kenkotler.com, linda@kenkotler.com**
- **Jeffrey A Krieger    jkrieger@ggfirm.com,**
  **kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com**
- **Aaron J Malo    amalo@sheppardmullin.com,**
  **clopez@sheppardmullin.com;abilly@sheppardmullin.com**
- **Ron Maroko    ron.maroko@usdoj.gov**
- **Kyle J Mathews    kmathews@sheppardmullin.com**
- **David W. Meadows    david@davidwmeadowslaw.com**
- **Angela Z Miller    amiller@phillipslytle.com, styrone@phillipslytle.com**
- **John A Moe    john.moe@dentons.com,**
  **glenda.spratt@dentons.com;derry.kalve@dentons.com**
- **Tania M Moyron    tania.moyron@dentons.com,**
  **rebecca.wicks@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com**
- **Alan I Nahmias    anahmias@mbn.law, jdale@mbn.law**
- **David L. Neale    dln@lnbyg.com**
- **Matthew D. Resnik    Matt@rhmfirm.com,**
  **roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.co**

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

m;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **Edward Rubacha**    er@jhkmlaw.com, docket@jhc.law;am@jhc.law
- **Paul R Shankman**    PShankman@fortislaw.com, info@fortislaw.com
- **Amit Kumar Sharma**    amit.sharma@aisinfo.com
- **David Samuel Shevitz**    david@shevitzlawfirm.com, shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com
- **Ronald P Slates**    rslates2@rslateslaw.com, scannavan@rslateslaw.com;slatesecf@rslateslaw.com
- **Lindsey L Smith**    lls@lnbyg.com, lls@ecf.inforuptcy.com
- **Randy S Snyder**    rsnyder@rsslegal.com
- **Alan G Tippie**    Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Glenn S Walter**    gwalter@honigman.com
- **Roye Zur**    rzur@elkinskalt.com, cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

**2. SERVED BY UNITED STATES MAIL**: On **September 20, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

In re itella International LLC
Case No. 10097
RSN
Served by U.S. Mail or **NEF** if marked
with an *

Attn: BMW Financial Services NA,
LLC Department /AIS Portfolio
Services, LLC / Amit Sharma **(NEF)***
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

SUITABLE STAFFING SOLUTIONS, INC.
c/o Frandzel Robins Bloom & Csato, L.C.
Attn: Marshall J. August **(NEF)***
1000 Wilshire Boulevard, 19th Floor
Los Angeles, California, 90017-2427

Edward Rubacha **(NEF)***
Jennings Haug Keleher McLeod,
L.L.P.
2800 N. Central Avenue, Suite 1800
Phoenix, AZ 85004-1049

SKILLSET GROUP LLC
c/o Law Offices of K. Kenneth Kotler
Attention: K. Kenneth Kotler **(NEF)***
1901 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067

☐ *Additional service per Proof of Service to be filed by Stretto*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 20, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

1   **SERVED BY PERSONAL DELIVERY**
    Honorable Sandra R. Klein
2   United States Bankruptcy Court
    255 E. Temple Street, Suite 1582
3   Courtroom 1575
    Los Angeles, CA 90012
4

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is
5   true and correct.

6   September 20, 2023       Lourdes Cruz             */s/ Lourdes Cruz*
    *Date*               *Type Name*             *Signature*
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                     **F 9013-3.1.PROOF.SERVICE**