DAVID L. NEALE (SBN 141225)
TODD M. ARNOLD (SBN 221868)
ROBERT M. CARRASCO (SBN 334642)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: DLN@LNBYG.COM; TMA@LNBYG.COM; RMC@LNBYG.COM

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>☐ ITTELLA INTERNATIONAL LLC, a California limited liability company<br>☐ ITTELLA'S CHEF, LLC, a California limited liability company<br>☐ TATTOOED CHEF, INC., a Delaware corporation<br>☐ MYJOJO, INC., a Delaware corporation<br>☐ NEW MEXICO FOOD DISTRIBUTORS, INC., a New Mexico corporation<br>☐ KARSTEN TORTILLA FACTORY, LLC, a New Mexico limited liability company<br>☐ BCI ACQUISITION, INC., a Delaware corporation<br>☐ TTCF-NM HOLDINGS INC., a Delaware corporation<br>☒ All Debtors<br><br>Debtors and Debtors-in-Possession. | Lead Case No.: 2:23-bk-14154-SK<br><br>Jointly administered with Case Nos. 2:23-bk-14159-SK; 2:23-bk-14161-SK; 2:23-bk-14157-SK; 2:23-bk-14158-SK; 2:23-bk-14155-SK; 2:23-bk-14156-SK; and 2:23-bk-14160-SK<br><br>Chapter 11 Cases<br><br>**NOTICE OF SUBMISSION OF PLANTED VENTURES, LLC'S DECLARATION IN SUPPORT OF DEBTORS' SUPPLEMENT TO MOTION FOR ENTRY OF AN ORDER (1) APPROVING SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS; (2) APPROVING CURE AMOUNTS AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS; (3) WAIVING THE 14-DAY STAY PERIODS SET FORTH IN BANKRUPTCY RULES 6004(h) AND 6006(d); AND (4) GRANTING RELATED RELIEF**<br><br>Date:        September 27, 2023<br>Time:       9:00 a.m.<br>Location:  Courtroom 1575<br>                255 East Temple Street<br>                Los Angeles, California 90012<br>                [Also VIA ZoomGov] |

**PLEASE TAKE NOTICE THAT** the Debtors in the above-captioned, jointly administered Chapter 11 bankruptcy cases hereby submit the attached declaration of Planted Ventures, LLC in further support of the *Debtors' Supplement To Motion For Entry Of An Order (1) Approving Sale Of Substantially All Of The Debtors' Assets Free And Clear Of All Liens, Claims, Encumbrances, And Interests; (2) Approving Cure Amounts And Approving The Assumption And Assignment Of Certain Unexpired Leases And Executory Contracts; (3) Waiving The 14-Day Stay Periods Set Forth In Bankruptcy Rules 6004(h) And 6006(d); And (4) Granting Related Relief* (the "Supplement") [Dkt. 425].

Dated:  September 20, 2023           LEVENE, NEALE, BENDER, YOO
                                              & GOLUBCHIK L.L.P.

                                     By:   /s/ *Todd M. Arnold*
                                             DAVID L. NEALE
                                             TODD M. ARNOLD
                                             ROBERT M. CARRASCO
                                     Attorneys for Debtors and Debtors in Possession

**Planted Ventures, LLC**

**DECLARATION OF** Salvatore Galletti

I, Salvatore Galletti, hereby declare as follows:

1. Except where otherwise stated, I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2. Unless otherwise stated, all capitalized terms herein have the same meanings as in the Supplement.

3. I am the CEO [position] of Planted Ventures, LLC, a Qualified Bidder.

4. On September 19, 2023, the Debtors, with the assistance of SCH, which took the lead in conducting the Auction, and the Debtors' counsel, LNBYG, conducted an Auction of the Debtors' Assets, which I believe was conducted in accordance with the Court-approved Bid Procedures.

5. The Assets were offered for overbids in lots created by the Stalking Horse Bids and Opening Bids, as well as in various other combinations.

6. To my knowledge, the Auction was conducted in an open manner without fraud or collusion, and Bids and terms for the sales of Assets as they relate to the above-referenced Qualified Bidder were negotiated at arms' length bargaining positions such that, in my opinion, the above-referenced Qualified Bidder is entitled to a good faith finding and the protections afforded under Section 363(m).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 20th day of September 2023, at Paramount [city], CA [state].

Salvatore Galletti
[print name]

*/signature/*
[sign name]

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **NOTICE OF SUBMISSION OF PLANTED VENTURES, LLC'S DECLARATION IN SUPPORT OF DEBTORS' SUPPLEMENT TO MOTION FOR ENTRY OF AN ORDER (1) APPROVING SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS; (2) APPROVING CURE AMOUNTS AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS; (3) WAIVING THE 14-DAY STAY PERIODS SET FORTH IN BANKRUPTCY RULES 6004(h) AND 6006(d); AND (4) GRANTING RELATED RELIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 20, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Mark A Amendola**   mamendola@martynlawfirm.com
- **Todd M Arnold**   tma@lnbyg.com
- **Marshall J August**   maugust@frandzel.com, rsantamaria@frandzel.com
- **Tanya Behnam**   tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Michael Jay Berger**   michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Daren Brinkman**   firm@brinkmanlaw.com, 7764052420@filings.docketbird.com
- **Robert Carrasco**   rmc@lnbyg.com
- **Abram Feuerstein**   abram.s.feuerstein@usdoj.gov
- **John-Patrick M Fritz**   jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **Michael I. Gottfried**   mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- **Everett L Green**   everett.l.green@usdoj.gov
- **David S Hagen**   davidhagenlaw@gmail.com
- **Mark S Horoupian**   mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com
- **K Kenneth Kotler**   kotler@kenkotler.com, linda@kenkotler.com
- **Jeffrey A Krieger**   jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Aaron J Malo**   amalo@sheppardmullin.com, clopez@sheppardmullin.com;abilly@sheppardmullin.com
- **Ron Maroko**   ron.maroko@usdoj.gov
- **Kyle J Mathews**   kmathews@sheppardmullin.com
- **David W. Meadows**   david@davidwmeadowslaw.com
- **Angela Z Miller**   amiller@phillipslytle.com, styrone@phillipslytle.com
- **John A Moe**   john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com
- **Tania M Moyron**   tania.moyron@dentons.com, rebecca.wicks@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- **Alan I Nahmias**   anahmias@mbn.law, jdale@mbn.law
- **David L. Neale**   dln@lnbyg.com
- **Matthew D. Resnik**   Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.co

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                           **F 9013-3.1.PROOF.SERVICE**

m;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **Edward Rubacha**    er@jhkmlaw.com, docket@jhc.law;am@jhc.law
- **Paul R Shankman**    PShankman@fortislaw.com, info@fortislaw.com
- **Amit Kumar Sharma**    amit.sharma@aisinfo.com
- **David Samuel Shevitz**    david@shevitzlawfirm.com, shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com
- **Ronald P Slates**    rslates2@rslateslaw.com, scannavan@rslateslaw.com;slatesecf@rslateslaw.com
- **Lindsey L Smith**    lls@lnbyg.com, lls@ecf.inforuptcy.com
- **Randy S Snyder**    rsnyder@rsslegal.com
- **Alan G Tippie**    Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Glenn S Walter**    gwalter@honigman.com
- **Roye Zur**    rzur@elkinskalt.com, cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

**2. SERVED BY UNITED STATES MAIL**: On **September 20, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| In re itella International LLC<br>Case No. 10097<br>RSN<br>Served by U.S. Mail or **NEF** if marked with an ***** | Honorable Sandra R. Klein<br>United States Bankruptcy Court<br>255 E. Temple Street, Suite 1582<br>Courtroom 1575<br>Los Angeles, CA 90012 |
| Attn: BMW Financial Services NA, LLC Department /AIS Portfolio Services, LLC / Amit Sharma **(NEF)***<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | SUITABLE STAFFING SOLUTIONS, INC.<br>c/o Frandzel Robins Bloom & Csato, L.C.<br>Attn: Marshall J. August **(NEF)***<br>1000 Wilshire Boulevard, 19th Floor<br>Los Angeles, California, 90017-2427 |
| Edward Rubacha **(NEF)***<br>Jennings Haug Keleher McLeod, L.L.P.<br>2800 N. Central Avenue, Suite 1800<br>Phoenix, AZ 85004-1049 | SKILLSET GROUP LLC<br>c/o Law Offices of K. Kenneth Kotler<br>Attention: K. Kenneth Kotler **(NEF)***<br>1901 Avenue of the Stars, Suite 1100<br>Los Angeles, CA 90067 |

☐ *Additional service per Proof of Service to be filed by Stretto*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 20, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                      **F 9013-3.1.PROOF.SERVICE**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 20, 2023 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                       **F 9013-3.1.PROOF.SERVICE**