1  MANATT, PHELPS & PHILLIPS, LLP
   SCHUYLER G. CARROLL (Admitted *pro hac vice*)
2  SCarroll@manatt.com
   7 Times Square
3  New York, NY 10036
   Tel: (212) 790-4500

4  JACOB E. ITZKOWITZ (SBN 304728)
5  JItzkowitz@manatt.com
   2049 Century Park East, Ste, 1700
6  Los Angeles, CA 90067
   Tel: (310) 312-4291

7  Attorneys for Liquidating Trustee
8  PETER HURWITZ

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>☐ ITTELLA INTERNATIONAL LLC, a California limited liability company;<br>☐ ITTELLA'S CHEF, LLC, a California limited liability company;<br>☐ TATTOOED CHEF, INC. a Delaware corporation;<br>☐ MYJOJO, INC. a Delaware corporation;<br>☐ NEW MEXICO FOOD DISTRIBUTORS, INC., a New Mexico corporation;<br>☐ KARSTEN TORTILLA FACTORY, LLC, a New Mexico limited liability company;<br>☐ BCI ACQUISITION, INC., a Delaware corporation;<br>☐ TTCF-NM HOLDINGS INC., a New Mexico corporation,<br><br>☒ All Debtors<br><br>Debtors and Debtors-in-Possession. | Case No. 2:23-bk-14154-SK<br><br>Chapter 11<br><br>(Jointly administered with Case Nos. 2:23-bk-14161-SK; 2:23-bk-14159-SK; 2:23-bk-14157-SK; 2:23-bk-14156-SK; 2-23-bk-14158-SK; 2:23-bk-14155-SK;2:23-bk-14160-SK)<br><br>**LIQUIDATING TRUSTEE'S FIRST POST-CONFIRMATION STATUS REPORT**<br><br>[No Hearing Set] |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

403515333.5

POST-CONFIRMATION STATUS REPORT
CASE NO. 2:23-BK-14154-SK

**TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER PARTIES-IN-INTEREST:**

Peter Hurwitz, the Liquidating Trustee ("Liquidating Trustee") appointed under the confirmed Chapter 11 Liquidating Plan ("Plan")[1] [Docket No. 808] of Ittella International, LLC; Ittella's Chef, LLC; Tattooed Chef, Inc.; Myjojo, Inc.; New Mexico Food Distributors, Inc.; Karsten Tortilla Factory LLC; BCI Acquisition, Inc.; and TTCF-NM Holdings, Inc. (collectively, the "Debtors"), hereby submits the following Post-Confirmation Status Report ("Status Report"), as required by the Order Confirming Chapter 11 Liquidating Plan [Docket No. 964] ("Confirmation Order"), entered by the Court on May 9, 2024.

A.    **Progress Towards Conclusion of Case.**

The Liquidating Trustee has begun to make progress toward conclusion of the case. Unfortunately, the Liquidating Trustee has found that many things required to be completed by the Debtors prior to the Effective Date of the Plan were not completed. In particular, the Liquidating Trustee has learned that although the Plan requires all of the administrative expense and priority claims to be paid on the Effective Date, many were not. As a result, the Liquidating Trustee is left with a current deficit and is not able to pay all undisputed administrative expense and priority claims at present. The Liquidating Trustee has undertaken efforts to address this problem. The Liquidating Trustee also has begun to prepare tax returns and is investigating various causes of action that may be pursued to enhance the potential recovery for creditors.

B.    **Classes of Claims, Payments Made and To Be Made**

As required by Local Rule 3020-1(b)(2), attached hereto as Exhibit A is a

---

[1] Unless otherwise defined herein, the definitions of the capitalized terms contained herein are as set forth in the Plan.

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -    POST-CONFIRMATION STATUS REPORT
CASE NO. 2:23-BK-14154-SK

403515333.5

schedule listing for each debt and each class of claims; the total amount required to be paid under the plan; the amount required to be paid as of the date of the report; the amount actually paid as of the date of the report; and the deficiency, if any, in required payments. The amounts stated in Exhibit A are based solely on the estimates contained in the Plan. The Liquidating Trustee has not yet conducted an independent review of any claims other than certain administrative expense and priority claims.

No post-confirmation tax liabilities have accrued or become due. However, the post-confirmation administrative expenses of the Liquidating Trust continue to accrue and have not yet been paid in light of the discovery of the deficiency discussed above.

**C.    Tax Preparation and Filing.**

The Liquidating Trustee is working with his accountants to prepare and file tax returns for the Debtors for the periods ending prior to the appointment of the Liquidating Trustee. No post-confirmation tax returns will become due until after the end of 2024.

**D.    Future Distributions to be Made Under the Plan.**

The Plan provides that all administrative expense and priority claims were to be paid in full by the Debtors on the Effective Date. Unfortunately, such payment was not made and many undisputed administrative expense and priority claims were not paid on the Effective Date.

The Liquidating Trustee does not presently hold sufficient funds to make payment of all filed undisputed administrative expense and priority claims. Upon review, however, it appears that certain of the filed claims are not entitled to payment and as a result, the Liquidating trustee recently filed objections to certain administrative expense and priority claims. A hearing on these objections is scheduled to be held on December 4, 2024. The Liquidating Trustee anticipates that

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

POST-CONFIRMATION STATUS REPORT
CASE NO. 2:23-BK-14154-SK

403515333.5

additional objections may be filed to some additional administrative expense and priority claims.

No distributions to holders of unsecured claims may be made until these objections are resolved and all allowed administrative expense and priority claims have been paid in full.

### E. Post-Confirmation Tax Liabilities.

The Liquidating Trust is not aware of any undisputed post-confirmation tax liabilities.

### F. The Liquidating Trustee's Ability to Continue to Comply with the Terms of the Plan.

Subject to the uncertainty discussed above with respect to payment of administrative expense and priority claims, the Liquidating Trustee projects that it will be able to continue to comply with the terms of the Plan.

### G. Plan Consummation and Motion for Final Decree.

The Plan was consummated on May 24, 2024. The Liquidating Trustee estimates that an application for final decree will not be filed before the end of 2025.

Dated: November 13, 2024    MANATT, PHELPS & PHILLIPS, LLP

By:  */s/ Schuyler Carroll*
Schuyler Carroll
Jacob Itzkowitz
Attorneys for Liquidating Trustee
PETER HURWITZ

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -    POST-CONFIRMATION STATUS REPORT
CASE NO. 2:23-BK-14154-SK

403515333.5

# PROOF OF SERVICE

I, Ethan Tu, declare as follows:

I am employed in Orange County, Costa Mesa, California. I am over the age of eighteen years and not a party to this action. My business address is MANATT, PHELPS & PHILLIPS, LLP, 695 Town Center Drive, 14th Floor, Costa Mesa, CA 92626. On November 13, 2024, I served the within:

- **LIQUIDATING TRUSTEE'S FIRST POST-CONFIRMATION STATUS REPORT**

on the interested parties in this action addressed as follows:

**Please see the attached Service List**

☒ **(BY ELECTRONIC MAIL)** By transmitting such document(s) electronically from my e-mail address, etu@manatt.com at Manatt, Phelps & Phillips, LLP, Los Angeles, California, to the person(s) at the electronic mail addresses listed above. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on **November 13, 2024**, at Costa Mesa, California.

*/s/ Ethan Tu*
Ethan Tu

**PROOF OF SERVICE**

*Service List*

Mark A Amendola on behalf of Interested Party Courtesy NEF
mamendola@martynlawfirm.com

Todd M Arnold on behalf of Accountant Grant Thorton LLP
tma@lnbyg.com

Todd M Arnold on behalf of Attorney Levene, Neale, Bender, Yoo & Golubchik L.L.P.
tma@lnbyg.com

Todd M Arnold on behalf of Debtor Ittella International LLC
tma@lnbyg.com

Todd M Arnold on behalf of Debtor Karsten Tortilla Factory LLC
tma@lnbyg.com

Todd M Arnold on behalf of Debtor New Mexico Food Distributors, Inc.
tma@lnbyg.com

Todd M Arnold on behalf of Debtor Tattooed Chef Inc
tma@lnbyg.com

Todd M Arnold on behalf of Interested Party Courtesy NEF
tma@lnbyg.com

Todd M Arnold on behalf of Interested Party Todd M. Arnold
tma@lnbyg.com

Todd M Arnold on behalf of Plaintiff Itella International LLC
tma@lnbyg.com

Todd M Arnold on behalf of Special Counsel Rutan and Tucker LLP
tma@lnbyg.com

Marshall J August on behalf of Creditor Suitable Staffing Solutions, Inc.
maugust@frandzel.com, rsantamaria@frandzel.com

Jessica L Bagdanov on behalf of Interested Party Courtesy NEF
jbagdanov@bg.law, ecf@bg.law

Tanya Behnam on behalf of Interested Party Courtesy NEF
tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Michael Jay Berger on behalf of Creditor Amafruits LLC
michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael Jay Berger on behalf of Other Professional Michael Jay Berger
michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Daren Brinkman on behalf of Creditor Committee Committee of Creditors Holding Unsecured Claims of New Mexico Food Distributors, Inc.
firm@brinkmanlaw.com, 7764052420@filings.docketbird.com

**PROOF OF SERVICE**

| | |
|---|---|
| 1 | Daren Brinkman on behalf of Creditor Committee Official Committee of Unsecured Creditors of Ittella International LLC |
| 2 | firm@brinkmanlaw.com, 7764052420@filings.docketbird.com |
| 3 | Bradley E Brook on behalf of Creditor Gruppo Industriale Alimentari Surgelati S.r.l. |
| 4 | bbrook@bbrooklaw.com, paulo@bbrooklaw.com;brookecfmail@gmail.com |
| | Robert Carrasco on behalf of Debtor Ittella International LLC |
| 5 | rmc@lnbyg.com, rmc@lnbyg.com |
| 6 | Robert Carrasco on behalf of Interested Party Courtesy NEF |
| | rmc@lnbyg.com, rmc@lnbyg.com |
| 7 | Robert Carrasco on behalf of Interested Party Robert M Carrasco |
| 8 | rmc@lnbyg.com, rmc@lnbyg.com |
| | Robert Carrasco on behalf of Plaintiff Itella International LLC |
| 9 | rmc@lnbyg.com, rmc@lnbyg.com |
| 10 | Schuyler Carroll on behalf of Debtor Ittella International LLC |
| | SCarroll@manatt.com |
| 11 | Schuyler Carroll on behalf of Liquidator Peter Hurwitz |
| 12 | SCarroll@manatt.com |
| | Andrew Michael Cummings on behalf of Creditor Cigna Health and Life Insurance Company |
| 13 | andrew.cummings@hklaw.com, |
| 14 | philip.dobbs@hklaw.com;hapi@hklaw.com;reena.kaur@hklaw.com |
| | Andrew Michael Cummings on behalf of Creditor Cigna Healthcare of California, Inc. |
| 15 | andrew.cummings@hklaw.com, |
| 16 | philip.dobbs@hklaw.com;hapi@hklaw.com;reena.kaur@hklaw.com |
| | Karol K Denniston on behalf of Interested Party MPAC Langen Inc. |
| 17 | karol.denniston@squirepb.com, |
| 18 | travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com |
| 19 | Abram Feuerstein, esq on behalf of U.S. Trustee United States Trustee (LA) |
| 20 | abram.s.feuerstein@usdoj.gov |
| | John-Patrick M Fritz on behalf of Debtor Ittella International LLC |
| 21 | jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com |
| 22 | John-Patrick M Fritz on behalf of Interested Party Courtesy NEF |
| | jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com |
| 23 | Bernard R Given, II on behalf of Creditor Committee Official Committee of Unsecured Creditors of Ittella International LLC |
| 24 | bgiven@loeb.com, |
| 25 | mortiz@loeb.com;ladocket@loeb.com;bsimmons@loeb.com;fmckeown@loeb.com;bgiven@ecf.courtdrive.com |
| 26 | Bernard R Given, II on behalf of Liquidator Peter Hurwitz |
| 27 | |
| 28 | |

- 3 -

**PROOF OF SERVICE**

| | |
|---|---|
| 1 | bgiven@loeb.com, |
| 2 | mortiz@loeb.com;ladocket@loeb.com;bsimmons@loeb.com;fmckeown@loeb.com;bgiven@ecf.courtdrive.com |
| 3 | Bernard R Given, II on behalf of Plaintiff Official Committee of Unsecured Creditors of Ittella International LLC |
| 4 | bgiven@loeb.com, |
| 5 | mortiz@loeb.com;ladocket@loeb.com;bsimmons@loeb.com;fmckeown@loeb.com;bgiven@ecf.courtdrive.com |
| 6 | Bernard R Given, II on behalf of Plaintiff Official Committee of Unsecured Creditors of Ittella International LLC |
| 7 | bgiven@loeb.com, |
| 8 | mortiz@loeb.com;ladocket@loeb.com;bsimmons@loeb.com;fmckeown@loeb.com;bgiven@ecf.courtdrive.com |
| 9 | Michael J Gomez on behalf of Creditor DOT FOODS, INC. |
| 10 | mgomez@frandzel.com, dmoore@frandzel.com |
| 11 | Michael J Gomez on behalf of Creditor Dot Foods, Inc. |
| 12 | mgomez@frandzel.com, dmoore@frandzel.com |
| 13 | Michael J Gomez on behalf of Defendant DOT Foods Inc., an Illinois Corporation |
| 14 | mgomez@frandzel.com, dmoore@frandzel.com |
| 15 | Michael I. Gottfried on behalf of Interested Party Ittella Properties, LLC |
| 16 | mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com |
| 17 | Michael I. Gottfried on behalf of Interested Party Salvatore Galletti |
| 18 | mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com |
| 19 | Arnold L Graff on behalf of Creditor The Stop & Shop Supermarket Company |
| 20 | agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net;jpowell@wrightlegal.net |
| 21 | Everett L Green on behalf of U.S. Trustee United States Trustee (LA) |
| 22 | everett.l.green@usdoj.gov |
| 23 | Ian M Green on behalf of Creditor Americold Logistics LLC |
| 24 | igreen@hillfarrer.com, avillar@hillfarrer.com |
| 25 | David S Hagen on behalf of Creditor Quantum Success Packaging, Inc. |
| 26 | davidhagenlaw@gmail.com |
| 27 | D Edward Hays on behalf of Creditor Alcass, Inc. |
| 28 | ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| | Mark S Horoupian on behalf of Creditor Kehe Distributors, LLC |
| | mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com |
| | Mark S Horoupian on behalf of Creditor Lineage Logistics, LLC |

- 4 -

**PROOF OF SERVICE**

| | |
|---|---|
| 1 | mark.horoupian@gmlaw.com, |
| 2 | mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com |
|  | Mark S Horoupian on behalf of Defendant Kehe Distributors, LLC |
| 3 | Mark S Horoupian on behalf of Interested Party Courtesy NEF |
| 4 | mark.horoupian@gmlaw.com, |
|  | mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com |
| 5 | Jacqueline L James on behalf of Creditor Robert Reiser & Co., Inc. |
| 6 | jjames@hrhlaw.com |
|  | K Kenneth Kotler on behalf of Interested Party SKILLSET GROUP LLC |
| 7 | kotler@kenkotler.com, linda@kenkotler.com |
| 8 | Jeffrey C Krause on behalf of Debtor Ittella International LLC |
|  | jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com |
| 9 | Jeffrey C Krause on behalf of Special Counsel Gibson, Dunn & Crutcher LLP |
| 10 | jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com |
|  | Jeffrey A Krieger on behalf of Creditor Larry Gutierrez |
| 11 | jkrieger@ggfirm.com, |
| 12 | kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com |
| 13 | Dare Law on behalf of U.S. Trustee United States Trustee (LA) |
| 14 | dare.law@usdoj.gov |
|  | Peter W Lianides on behalf of Creditor Dallas county |
| 15 | plianides@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| 16 | Aaron J Malo on behalf of Creditor Green Chile Food Company |
|  | amalo@sheppardmullin.com, abilly@sheppardmullin.com;mlinker@sheppardmullin.com |
| 17 | Aaron J Malo on behalf of Interested Party UMB Bank, N.A. |
| 18 | amalo@sheppardmullin.com, abilly@sheppardmullin.com;mlinker@sheppardmullin.com |
|  | Ron Maroko on behalf of U.S. Trustee United States Trustee (LA) |
| 19 | ron.maroko@usdoj.gov |
| 20 | Laila Masud on behalf of Creditor Alcass, Inc. |
|  | lmasud@marshackhays.com, |
| 21 | lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com |
| 22 | Kyle J Mathews on behalf of Interested Party UMB Bank, N.A. |
|  | kmathews@sheppardmullin.com |
| 23 | Daniel J McCarthy on behalf of Creditor Americold Logistics LLC |
| 24 | dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;dflowers@hfbllp.com |
|  | William McCormick on behalf of Creditor TN Dept of Revenue |
| 25 | Bill.McCormick@ag.tn.gov |
| 26 | David W. Meadows on behalf of Interested Party Courtesy NEF |
|  | david@davidwmeadowslaw.com |
| 27 | Shane Thomas Micheil on behalf of Defendant BJ's Wholesale Club, Inc. |
| 28 | stmicheil@vorys.com |

- 5 -

**PROOF OF SERVICE**

| | |
|---|---|
| 1 | Angela Z Miller on behalf of Creditor Rich's Products Corporation |
| 2 | amiller@phillipslytle.com, styrone@phillipslytle.com |
| | John A Moe, II on behalf of Creditor SACMI USA, LTD. |
| 3 | john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com |
| 4 | Peter R Morrison on behalf of Interested Party MPAC Langen Inc. |
| | peter.morrison@squirepb.com, |
| 5 | cle_dckt@squirepb.com;susan.cannavino@squirepb.com;sarah.conley@squirepb.com;peter-r-morrison-9901@ecf.pacerpro.com |
| 6 | |
| | Tania M Moyron on behalf of Creditor SACMI USA, LTD. |
| 7 | tania.moyron@dentons.com,rebecca.wicks@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com |
| 8 | |
| | Alan I Nahmias on behalf of Interested Party Courtesy NEF |
| 9 | anahmias@mbn.law, jdale@mbn.law |
| | David L. Neale on behalf of Debtor BCI Acquisition Inc |
| 10 | dln@lnbyg.com |
| 11 | David L. Neale on behalf of Debtor Ittella International LLC |
| | dln@lnbyg.com |
| 12 | David L. Neale on behalf of Debtor Ittella's Chef, LLC |
| 13 | dln@lnbyg.com |
| | David L. Neale on behalf of Debtor Karsten Tortilla Factory LLC |
| 14 | dln@lnbyg.com |
| 15 | David L. Neale on behalf of Debtor My Jojo Inc |
| | dln@lnbyg.com |
| 16 | David L. Neale on behalf of Debtor New Mexico Food Distributors, Inc. |
| 17 | dln@lnbyg.com |
| | David L. Neale on behalf of Debtor TTCF- NM Holdings Inc., a Delaware corporation |
| 18 | dln@lnbyg.com |
| 19 | David L. Neale on behalf of Debtor Tattooed Chef Inc |
| | dln@lnbyg.com |
| 20 | David L. Neale on behalf of Interested Party David L Neale |
| 21 | dln@lnbyg.com |
| | David L. Neale on behalf of Plaintiff Itella International LLC |
| 22 | dln@lnbyg.com |
| 23 | Keith C Owens on behalf of Creditor Wakefern Food Corp |
| | kowens@foxrothschild.com, khoang@foxrothschild.com |
| 24 | Keith C Owens on behalf of Defendant Wakefern Food Corp. |
| 25 | kowens@foxrothschild.com, khoang@foxrothschild.com |
| | Michael R Pinkston on behalf of Defendant Winco Foods, LLC |
| 26 | rpinkston@seyfarth.com, |
| 27 | jmcdermott@seyfarth.com,sfocalendar@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com |
| 28 | |

- 6 -

**PROOF OF SERVICE**

| | |
|---|---|
| 1 | Matthew D. Resnik on behalf of Creditor Robert Reiser and Company |
| 2 | matt@rhmfirm.com,roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm |
| 3 | Matthew D. Resnik on behalf of Other Professional Matthew Resnik |
| 4 | matt@rhmfirm.com,roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm |
| 5 | Terrel Ross on behalf of Interested Party TR Capital Management |
| 6 | tross@trcmllc.com |
| | Edward Rubacha on behalf of Creditor Nusenda Federal Credit Union |
| 7 | er@jhkmlaw.com, docket@jhc.law;am@jhc.law |
| 8 | David Riera Ruiz on behalf of Defendant TARGET CORPORATION, a Minnesota corporation |
| | dxr@manningllp.com, druiz@druizlaw.com |
| 9 | Allan D Sarver on behalf of Creditor RIF V-Paramount Business Center LLC, a California limited liability company |
| 10 | ADS@asarverlaw.com |
| 11 | Scott A Schiff on behalf of Defendant Fiesta's Restaurant and Lounge, Inc. |
| 12 | sas@soukup-schiff.com |
| | Scott A Schiff on behalf of Defendant Filo, LLC |
| 13 | sas@soukup-schiff.com |
| 14 | Scott A Schiff on behalf of Defendant LGD, LLC |
| | sas@soukup-schiff.com |
| 15 | Scott A Schiff on behalf of Interested Party Courtesy NEF |
| 16 | sas@soukup-schiff.com |
| | Susan K Seflin on behalf of Interested Party Buyers Stiebs, LLC and Wawona Frozen Foods |
| 17 | sseflin@bg.law |
| 18 | Susan K Seflin on behalf of Interested Party Courtesy NEF |
| | sseflin@bg.law |
| 19 | Paul R Shankman on behalf of Creditor Coppersmith Global Logistics |
| 20 | PShankman@fortislaw.com, info@fortislaw.com |
| | Mark M Sharf on behalf of Creditor Tuscany Cheese, LLC |
| 21 | msharf00@gmail.com, 2180473420@filings.docketbird.com;mark_091@ecf.courtdrive.com |
| 22 | Amitkumar Sharma on behalf of Creditor BMW Financial Services NA, LLC, c/o AIS Portfolio Services, LLC |
| 23 | amit.sharma@aisinfo.com |
| 24 | David Samuel Shevitz on behalf of Interested Party INTERESTED PARTY |
| | David.S.Shevitz@usdoj.gov |
| 25 | Ronald P Slates on behalf of Creditor Selective Personnel Inc |
| 26 | rslates2@rslateslaw.com, scannavan@rslateslaw.com;slatesecf@rslateslaw.com |
| | Ronald P Slates on behalf of Creditor South Bay Safety Inc |
| 27 | rslates2@rslateslaw.com, scannavan@rslateslaw.com;slatesecf@rslateslaw.com |
| 28 | Ronald P Slates on behalf of Interested Party Courtesy NEF |

- 7 -

**PROOF OF SERVICE**

| | |
|---|---|
| 1 | rslates2@rslateslaw.com, scannavan@rslateslaw.com;slatesecf@rslateslaw.com |
| 2 | Lindsey L Smith on behalf of Debtor BCI Acquisition Inc<br>lls@lnbyg.com, lls@ecf.inforuptcy.com |
| 3 | Lindsey L Smith on behalf of Debtor Ittella International LLC<br>lls@lnbyg.com, lls@ecf.inforuptcy.com |
| 4 | |
| 5 | Lindsey L Smith on behalf of Debtor Ittella's Chef, LLC<br>lls@lnbyg.com, lls@ecf.inforuptcy.com |
| 6 | Lindsey L Smith on behalf of Debtor Karsten Tortilla Factory LLC<br>lls@lnbyg.com, lls@ecf.inforuptcy.com |
| 7 | Lindsey L Smith on behalf of Debtor My Jojo Inc<br>lls@lnbyg.com, lls@ecf.inforuptcy.com |
| 8 | |
| 9 | Lindsey L Smith on behalf of Debtor New Mexico Food Distributors, Inc.<br>lls@lnbyg.com, lls@ecf.inforuptcy.com |
| 10 | Lindsey L Smith on behalf of Debtor Tattooed Chef Inc<br>lls@lnbyg.com, lls@ecf.inforuptcy.com |
| 11 | Randy S Snyder on behalf of Creditor Grateful Egg LLC<br>rsnyder@rsslegal.com |
| 12 | |
| 13 | Madison S Spach, Jr on behalf of Creditor 84.51 LLC<br>mspach@fbtlaw.com, jchoi@scwlawfirm.com |
| 14 | Madison S Spach, Jr on behalf of Defendant The Kroger Co.<br>mspach@fbtlaw.com, jchoi@scwlawfirm.com |
| 15 | Howard Steinberg on behalf of Defendant Walmart Inc., a Delaware Corporation |
| 16 | steinbergh@gtlaw.com,     pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com |
| 17 | John M Stern on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division |
| 18 | bk-jstern@oag.texas.gov, bk-mbecker@oag.texas.gov |
| 19 | Alan G Tippie on behalf of Interested Party Courtesy NEF |
| 20 | Alan.Tippie@gmlaw.com,<br>atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com |
| 21 | |
| 22 | Kelly Ann M Tran on behalf of Creditor Brite Way Foods, Inc.<br>kelly@smalllawcorp.com, katelin@smalllawcorp.com |
| 23 | Kelly Ann M Tran on behalf of Defendant Brite Way Foods, Inc.<br>kelly@smalllawcorp.com, katelin@smalllawcorp.com |
| 24 | John Kendrick Turner on behalf of Creditor Dallas county |
| 25 | john.turner@lgbs.com |
| 26 | United States Trustee (LA)<br>ustpregion16.la.ecf@usdoj.gov |
| 27 | Glenn S Walter on behalf of Creditor Tortilla Building, LLC<br>gwalter@honigman.com |
| 28 | |

- 8 -

**PROOF OF SERVICE**

Gerrick Warrington on behalf of Creditor DOT FOODS, INC.
gwarrington@frandzel.com, achase@frandzel.com

Gerrick Warrington on behalf of Creditor Dot Foods, Inc.
gwarrington@frandzel.com, achase@frandzel.com

David Wood on behalf of Creditor Green Chile Food Company
dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

Roye Zur on behalf of Interested Party Courtesy NEF
rzur@elkinskalt.com, TParizad@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

- 9 -

**PROOF OF SERVICE**