MANATT, PHELPS & PHILLIPS, LLP
SCHUYLER G. CARROLL (Admitted pro hac vice)
SCarroll@manatt.com
7 Times Square New York, NY 10036
Tel: (212) 790-4500

JACOB E. ITZKOWITZ (SBN 304728)
JItzkowitz@manatt.com
2049 Century Park East, Ste. 1700
Los Angeles, CA 90067
Tel: (310) 312-4291

ASK LLP
KARA E. CASTEEL (Admitted *pro hac vice*)
kcasteel@askllp.com
GARY D. UNDERDAHL (Admitted *pro hac vice*)
gunderdahl@askllp.com
2600 Eagan Woods Drive
Suite 400, St. Paul, MN 55121
Tel: (651) 406-9665 / Fax: (651) 406-9676

Counsel to PETER HURWITZ, Liquidating Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| ☐ ITTELLA INTERNATIONAL LLC, a California limited liability company;.<br>☐ ITTELLA'S CHEF, LLC, a California limited lability company;<br>☐ TATTOOED CHEF, INC.*,* a Delaware corporation;<br>☐ MYJOJO, INC., a Delaware corporation;<br>☐ NEW MEXICO FOOD DISTRIBUTORS, INC., a New Mexico corporation;<br>☐ KARSTEN TORTILLA FACTORY, LLC, a New Mexico limited liability company;<br>☐ BCI ACQUISITION, INC., a Delaware corporation;<br>☐ TTCF-NM HOLDINGS INC., a New Mexico corporation,<br>☒ All Debtors<br><br>Debtors and Debtors-in-Possession. | Lead Case No. 2:23-bk-14154-WB<br><br>Jointly administered with Case Nos.:<br>2:23-bk-14161-WB; 2:23-bk-14159 WB;<br>2:23-bk-14157-WB; 2:23-bk-14156-WB;<br>2- 23-bk-14158-WB; 2:23-bk-14155-WB;<br>and 2:23- bk-14160-WB<br><br>Chapter 11 Cases<br><br>Hon. Julia W. Brand<br><br>**STATUS REPORT ON ADVERSARY PROCEEDINGS**<br><br>Date: January 13, 202**6**<br>Time: 2:00 PM PT<br>Judge: Hon. Julia W. Brand |

- 1 -

| | |
|---|---|
| Peter Hurwitz, as Liquidating Trustee of the Ittella Liquidating Trust,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Defendants Listed on Exhibit "A,"<br><br>　　　　　Defendants. | Place: Edward R. Roybal Federal Building and Courthouse<br>255 E. Temple Str., Courtroom 1375<br>Los Angeles, CA 90012 |

ASK LLP, as counsel to Peter Hurwitz, Liquidating Trustee of the Ittella Liquidating Trust, hereby states as follows:

1.　　In accordance with the *Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Plaintiff Pursuant to Sections 52, 547, 548 and 550 of the Bankruptcy Code*, attached hereto as **Exhibit A** is a status report of all open avoidance actions (the "Adversary Proceedings") commenced by ASK LLP as counsel the Trustee (the "Report").

2.　　In summary, the Report evidences the following:

　　a.　79 Adversary Proceedings were filed;

　　b.　Of the 79 proceedings filed, 10 were dismissed and 26 have settled, leaving 43 active cases on the docket;

　　c.　Of the remaining 43 Adversary Proceedings[1] active on the docket:

　　　　i.　13 adversary actions have answers filed;

　　　　ii.　7 adversary actions have answers not yet due;

　　　　iii.　21 adversary actions are ready for default; and

　　　　iv.　1 adversary action is ready for dismissal.

---

[1] One Adversary Proceeding has been reassigned to the Hon. Neil W. Bason and is not included in the attached **Exhibit A**.

- 2 -

2.    For any questions regarding this Report can be most easily directed to Kara E. Casteel, ASK LLP, kcasteel@askllp.com, 2600 Eagan Woods Drive, Suite 400, St. Paul, Minnesota, 55121, phone 651-406-9665.

Dated: December 29, 2025                                ASK LLP

By:  */s/ Kara E. Casteel*
      Kara E. Casteel (admitted pro hac vice)

and

MANATT, PHELPS & PHILLIPS, LLP
SCHUYLER G. CARROLL
JACOB E. ITZKOWITZ

Attorney for Peter Hurwitz, Liquidating Trustee of the Ittella Liquidating Trust