| Company Name | Adversary No. | Date of Service of Summons | Answer Received | Mediator | Status |
|---|---|---|---|---|---|
| AA Temperature Controlled LLC dba A&A Express | 25-01231 | 7/02/2025 | | N/A- in default | Default Status - to file Request |
| Acuity Specialty Products, Inc. dba AFCO US | 25-01250 | 7/02/2025 | | Jason Pomerantz | Extension Granted, Answer Not Yet Due |
| Ajinomoto Health & Nutrition North America,Inc. fdba Ajinomoto North America, Inc. | 25-01252 | 7/02/2025 | 10/30/2025 | Jason Pomerantz | Answer Filed |
| Amafruits LLC | 25-01254 | 7/02/2025 | | Robbin Itkin | Extension Granted, Answer Not Yet Due |
| American Express Corporation | 25-01224 | 7/02/2025 | 10/27/2025 | David Meadows | Answer Filed |
| American Nuts, LLC | 25-01255 | 7/02/2025 | 10/10/2025 | Jason Pomerantz | Answer Filed |
| Ariza Global Foods, Inc. | 25-01260 | 7/02/2025 | | N/A- in default | Default Status - to file Request |
| Bloomer Chocolate Company | 25-01264 | 12/8/2025 | | | Answer not yet due. |
| CA Trucking Transportation LLC | 25-01266 | 7/02/2025 | | N/A- in default | Default Status - to file Request |
| Choptank Transport, LLC | 25-01267 | 7/02/2025 | | David Meadows | Extension Granted, Answer Not Yet Due |
| Ciuti International, Inc. | 25-01268 | 7/02/2025 | | N/A- in default | Default Status - to file Request |
| CORPTEMPS, LLC | 25-01269 | 7/02/2025 | 10/7/2025 | Jason Pomerantz | Answer Filed |
| Denver Cold Storage, Inc. | 25-01227 | 7/02/2025 | | Robbin Itkin | Default Status - to file Request |
| Elston-Nationwide Corp. dba Elston Nationwide Carriers | 25-01274 | 7/02/2025 | 7/23/2025 | David Meadows | Answer Filed |
| Grateful Egg, LLC | 25-01228 | 7/02/2025 | 10/15/2025 | Robbin Itkin | Answer Filed |
| Green Wave Ingredients, Inc. dba Ingredients Online | 25-01281 | 7/02/2025 | | N/A- in default | Default Status - to file Request |
| Inner-Cool Corp. dba Inner-Cool Refrigeration | 25-01230 | 7/02/2025 | | N/A- in default | Default Status - to file Request |
| Interglobo USA Inc. | 25-01232 | 7/02/2025 | 9/23/2025 | David Meadows | Answer Filed |
| JEP Mason Enterprise, LLC | 25-01233 | 7/02/2025 | | N/A- in default | Default Status - to file Request |
| Lineage Logsitics, LLC | 25-01283 | 7/02/2025 | 10/13/2025 | Robbin Itkin | Answer Filed |

| Company Name | Adversary No. | Date of Service of Summons | Answer Received | Mediator | Status |
|---|---|---|---|---|---|
| M.A. & Sons, Inc. dba M.A. & Sons Chile | 25-01284 | 7/02/2025 | | N/A- in default | Default Status - to file Request |
| Messer LLC | 25-01285 | 7/02/2025 | | N/A- in default | Default Status - to file Request |
| Neway Packaging Corp. | 25-01236 | 7/02/2025 | | N/A- in default | Default Status - to file Request |
| Pearson Sales Company | 25-01289 | 7/02/2025 | 7/28/2025 | David Meadows | Answer Filed- Pro Se- Potentially strike as corporation without answer from counsel |
| Prova Inc. | 25-01292 | 7/02/2025 | | N/A- in default | Default Status - to file Request |
| R.W. Chavez, Inc. dba Stixon Label | 25-01296 | 7/02/2025 | | N/A- in default | Default Status - to file Request |
| Rich Products Corporation | 25-01298 | 7/02/2025 | 9/12/2025 | N/A- settled | Stipulation of Dismissal to be filed. |
| RLS Logistics | 25-01299 | 7/02/2025 | | N/A- in default | Default Status - to file Request |
| Robert Peach dba Sunrise Packaging Films | 25-01221 | 7/02/2025 | | N/A- in default | Default Status - to file Request |
| Solae LLC | 25-01241 | 7/02/2025 | 11/4/2025 | Jason Pomerantz | Answer Filed |
| Sonsray Rentals and Leasing, Inc. | 25-01238 | 7/02/2025 | | N/A- in default | Default Status - to file Request |
| Soup Bases Loaded, Inc. | 25-01242 | 7/02/2025 | | N/A- in default | Default Status - to file Request |
| Sysco Los Angeles, Inc. dba Sysco Foods | 25-01244 | 7/02/2025 | 9/24/2025 | Jason Pomerantz | Answer Filed |
| Tepachi Trucking LLC | 25-01246 | 7/02/2025 | | N/A- in default | Default Status - to file Request |
| The Coconut Cooperative LLC | 25-01247 | 7/02/2025 | | N/A- in default | Default Status - to file Request |
| The Langlois Company | 25-01248 | 7/02/2025 | | N/A- in default | Default Status - to file Request |
| The Platinum Packaging Group, Inc. | 25-01249 | 7/02/2025 | 9/24/2025 | Eric Haber | Answer Filed |
| Tradin Organics USA LLC | 25-01222 | 7/02/2025 | | N/A- in default | Default Status - to file Request |
| Tuscany Cheese LLC | 25-01257 | 7/02/2025 | 9/26/2025 | David Meadows | Answer Filed |
| Glanbia Nutritionals Services, LLC | 25-01276 | 7/02/2025 | | Jason Pomerantz | Extension Granted, Answer Not Yet Due |

| Company Name | Adversary No. | Date of Service of Summons | Answer Received | Mediator | Status |
|---|---|---|---|---|---|
| Net At Work NYUS LLC | 25-01235 | 7/02/2025 | | Jason Pomerantz | Extension Granted, Answer Not Yet Due |
| Seenergy Foods Limited | 25-01240 | 9/18/2025 | | Jason Pomerantz | Extension Granted, Answer Not Yet Due |